1
D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
2
1400 65th St., Suite 200
3
Emeryville, CA 94608
Telephone: (510) 809-3160
4
Fax: (510) 849-6141
vbaranetsky@revealnews.org
5

Attorney for Plaintiffs
6

7                    **UNITED STATES DISTRICT COURT**

8         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                         **OAKLAND DIVISION**

10

11
THE CENTER FOR INVESTIGATIVE            )     Case No. 3:19-cv-04541
REPORTING,                              )
12                                      )
                                        )
13                     Plaintiffs,      )     **CERTIFICATE OF SERVICE**
                                        )
14          v.                          )
                                        )
15   FEDERAL BUREAU OF INVESTIGATION,   )
                                        )
16                     Defendant.       )
                                        )
17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Maria Feldman, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. On August 15, 2019, I served copies true and correct copies of the following documents (hereinafter referred to as "copies"):

    a. SUMMONS

    b. COMPLAINT AND EXHIBITS

    c. CIVIL COVER SHEET

    d. CERTIFICATE OF INTERESTED ENTITIES

    e. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

    f. MAGISTRATE JUDGE LAUREL BEELER CASE MANAGEMENT STANDING ORDER

    g. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

    h. BROCHURE ENTITLED "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA"

    i. CONSENT OR DECLINATION FORM TO MAGISTRATE JUDGE JURISDICTION

    j. PLAINTIFFS' CONSENT TO MAGISTRATE JUDGE

    k. ECF REGISTRATION INFORMATION

    l. U.S. DISTRICT COURT OF NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

3. I served the United States Department of Justice by placing the copies in a postage paid envelope through certified mail addressed to the person(s) listed hereinafter, by depositing said envelope into the U.S. mail:

    a. United States Attorney's Office for the Northern District of California, Civil Process

1    Clerk, Federal Courthouse, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA

2    94102.

3        b. Attorney General of the United States, United States Department of Justice, Service

4        of Process, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001.

5        c. Federal Bureau of Investigation, 2101 Webster St., Oakland, CA 94612.

6        d. Federal Bureau of Investigation, Office of General Counsel, 935 Pennsylvania Ave

7        NW, Washington, DC 20535.

8    4.  I am an employee of The Center for Investigative Reporting.

9    5.  I declare under penalty of perjury that the foregoing is true and correct. This was executed

10   on August 15, 2019 in Emeryville, CA.

11

12   DATED:  August 15, 2019                    Respectfully submitted,

13                                              By: /s/
                                                   Maria Feldman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 3090 0001 1276 5806

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)     $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required        $0.00
☐ Adult Signature Restricted Delivery $

Postage  $9.30

Total Postage and Fees  $12.80

Sent To
US DOJ - Attorney General of US
950 Pennsylvania Ave NW
Washington DC 20530-0001

AUG 15 2019  EMERYVILLE STATION  EMERYVILLE, CA 94608-9991

08/15/2019

PS Form 3800, April 2015          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 3090 0001 1276 5820

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20535

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)     $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required        $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.80

Total Postage and Fees  $6.30

Sent To
FBI / Office of Gen. Counsel
935 Pennsylvania Ave NW
Washington DC 20535

AUG 15 2019  EMERYVILLE STATION  EMERYVILLE, CA 94608-9991

08/15/2019

PS Form 3800, April 2015          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 3090 0001 1276 5790

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94102

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)     $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required        $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.80

Total Postage and Fees  $6.30

Sent To
US DOJ - NWCA / Civil Process Clerk / Fed. Crths.
450 Golden Gate Ave 11th FLR.
San Francisco, CA 94102

AUG 15 2019  EMERYVILLE STATION  EMERYVILLE, CA 94608-9991

PS Form 3800, April 2015          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7018 3090 0001 1276 5813

For delivery information, visit our website at www.usps.com®.

OAKLAND, CA 94612

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)     $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required        $0.00
☐ Adult Signature Restricted Delivery $

Postage  $2.80

Total Postage and Fees  $6.30

Sent To
Federal Bureau of Investigation
2101 Webster St.
Oakland, CA 94612

AUG 15 2019  EMERYVILLE STATION  EMERYVILLE, CA 94608-9991

08/15/2019

PS Form 3800, April 2015          See Reverse for Instructions