D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281982)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
FAX: (415) 436-7234
Jevechuius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>  Defendant. | Case No. 3:19-cv-04541-LB<br><br>**JOINT STIPULATION TO MODIFY THE SUMMARY JUDGMENT BRIEFING PLAN, VACATE THE CMC CONFERENCE AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-2, and subject to the Court's approval, Plaintiff and Defendant (collectively the "Parties") jointly stipulate to modify the summary judgment briefing plan entered by the Court at Dkt. No. 34. This modification to the summary judgment briefing plan, if granted, will not impact any other dates set by the Court, other than those related to summary judgment briefing. *See* Dkt. No. 34. This request is made only to accommodate Plaintiffs' schedule, and not for any improper delay. Accordingly, the Parties jointly stipulate to the following revised schedule:

| Revised Stipulated Briefing Plan | |
|---|---|
| **Event[1]** | **Deadline** |
| Plaintiff's Cross Motion and Opposition | Friday, November 13, 2020 |
| Defendant's Cross Opposition and Reply | Friday, November 27, 2020 |
| Plaintiff's Reply | Friday, December 11, 2020 |
| Hearing Date | Thursday, January 14, 2021 |

Additionally, the parties agree that the case management conference set for October 15, 2020, Dkt. No. 41, should be vacated due to the fact that the parties are working diligently on their summary judgment motion briefings and have no additional information to report to the Court.

DATED: October 8, 2020                    Respectfully submitted,

                                                DAVID L. ANDERSON
                                              United States Attorney

                                              */s/ Jevechius D. Bernardoni*
                                              JEVECHIUS D. BERNARDONI
                                              Assistant United States Attorney
                                              Attorneys for Defendant

DATED: October 8, 2020                    Respectfully submitted,

                                              */s/ D. Victoria Baranetsky* *
                                              D. Victoria Baranetsky (SBN 311892)
                                              THE CENTER FOR INVESTIGATIVE
                                                REPORTING
                                              1400 65th St., Suite 200
                                              Emeryville, CA 94608
                                              Telephone: (510) 809-3160
                                              Fax: (510) 849-6141
                                              vbaranetsky@revealnews.org
                                              Attorney for Plaintiffs

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

---

[1] Defendant's Opening Motion for Summary Judgment is not included here because Defendant filed its Opening Motion for Summary Judgment. *See* Dkt. No. 42.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 8, 2020

_____
The Honorable Laurel Beeler
United States Magistrate Judge

STIP. TO MODIFY MSJ BRIEFING PLAN
CASE NO. 3:19-CV-04541-LB           1