# Exhibit 1



U.S. Department of Justice

Federal Bureau of Investigation

Office of the General Counsel

Washington, D.C. 20535

August 8, 2008

Mr. Raymond Bonner
New York Times
620 Eighth Avenue
New York, NY 10018

Dear Mr. Bonner:

In late 2004, in the course of an authorized investigation, your telephone toll records were obtained by the Federal Bureau of Investigation. In doing so, required procedures were not followed. The FBI deeply regrets that lapse.

As has been widely reported following the publication of the U.S. Department of Justice Office of the Inspector General (OIG) report on the FBI's use of National Security Letters in 2007, in the years following the 9/11 attacks, one unit at FBI headquarters made extensive use of so-called "exigent letters." These letters were used in order to quickly obtain telephone toll records. A full inquiry is on-going regarding the use of such letters, and during the course of that inquiry, the OIG informed us that your telephone toll records had been obtained through the use of an exigent letter. Although the exigent letter stated that subpoenas "requesting this information have been submitted to the U.S. Attorney's Office who will process and serve them formally. . . ," no subpoena was ever issued for your telephone toll records.

Based on the facts known to us at this time, no investigative use was made of your records, and they have been expunged from all databases. (I have a sealed copy which I will retain until this matter is fully resolved; the OIG also has a copy.) While your records were in certain databases, audit trails show that they were not seen by anyone other than the individual who initially obtained them and the staff that is charged with taking corrective actions vis-à-vis all records that were obtained with exigent letters. This incident will be discussed in the OIG's forthcoming report regarding its investigation of the use of exigent letters.

More generally, in response to this discovery, we have recently reminded all of our Special Agents in Charge and Chief Division Counsel (lawyers in the field offices) that telephone toll records of members of the media are subject to special rules that must be followed. Moreover, we believe that the internal controls implemented by the FBI after the OIG's 2007 NSL report would prevent this situation from happening today.

Mr. Raymond Bonner
New York Times

      The FBI is committed to protecting the news media consistent with the First Amendment and Department of Justice policies, and we very much regret that this situation occurred. Please feel free to call if you have any questions.

                              Very truly yours,

                              Valerie Caproni
                            General Counsel