# Exhibit 1

**ELSHAM**
**LEMBAGA STUDI DAN ADVOKASI HAK ASASI MANUSIA**
**Institute for Human Rights Study and Advocacy**
Jln. Kampus ISTP - Padang Bulan, Jayapura - PAPUA
Telp/Facs: 62-(0)967-581600/ 581520;
E-mail: ElshamNewsService@jayapura.wasantara.net.id

**February 4, 2005**

The following document presents new information regarding the August 31, 2002, roadside attack within the Freeport mining project area in West Papua, in which gunmen **ambushed the entire teaching staff** of Freeport's international school, **killing the principal and two schoolteachers** (two American citizens and one Indonesian citizen) and injuring seven other American schoolteachers and a six-year-old girl.  A June 2004 indictment handed down by a U.S. grand jury and an accompanying statement by **then-Attorney General John Ashcroft** identified **Anthonius Wamang**, an Indonesian citizen, as directly involved in the attack.

The Institute for Human Rights Study and Advocacy (**ELSHAM**) possesses evidence of substantial business and personal ties between the **Indonesian military (TNI)** and Anthonius Wamang.  Furthermore, ELSHAM possesses detailed accounts of how material support, in the form of rifles and ammunition, was transferred from the TNI to Wamang's group.  Our data about the financial relationship between the TNI and **Freeport McMoRan Copper & Gold Mine, Inc.** ("Freeport") indicate a possible motive for the attack: **as they have done in the past, TNI may have engineered the attack in an attempt to secure higher security contract payments from Freeport.**

ELSHAM investigators closely collaborated with the **FBI** in the early stages of the bureau's investigation into the attack.  In addition to providing the FBI with crucial information that led to the indictment of Anthonius Wamang, ELSHAM provided the FBI with specific evidence of TNI involvement in the attack.  In addition to this information that is already in the hands of the FBI, ELSHAM has new data to substantiate the role of the TNI in planning and executing the attack.  However, according to U.S. Congressional sources, the FBI has stated repeatedly in Hill testimony and briefings that the bureau has not found any evidence of a link between the TNI and the perpetrators of the August 2002 ambush.

Indeed, the June 2004 indictment and accompanying public statement by then-U.S. Attorney General John Ashcroft omitted any reference to evidence that the TNI was involved in the August 2002 attack, though neither did they exonerate the TNI  (The TNI subsequently claimed exoneration).

Most recently, **Senator Joseph R. Biden** submitted written questions about the Freeport attack to **Dr. Condoleezza Rice** during her January 19, 2005, confirmation hearing for the position of U.S. Secretary of State.  In response, Dr. Rice stated, "Although the investigation is not complete, the FBI has uncovered no evidence indicating TNI involvement in the Timika murders."

**BACKGROUND**

Suspicion of direct TNI involvement and possible authorship of the attack is based on a number of facts developed in investigations by the Indonesian police, West Papua non-governmental organizations and investigative journalists[1]:

- The site of the attack is less than a kilometer from a permanently manned TNI guard post. Nevertheless, no TNI personnel responded to the attack, which persisted for approximately 45 minutes with the expenditure of approximately 200 rounds of ammunition;

- The road on which the attack took place is one of the most heavily secured by TNI personnel in the country with numerous permanently manned check points. The road snakes through treacherously steep terrain making access and egress, other than by the tightly secured road, very difficult;

- The territory along both sides of the roadway is also secured by TNI forces;

- An initial report prepared by the Indonesian police concluded that "there is a strong possibility that the Tembagapura case was perpetrated by members of the Indonesian National Armed Forces."[2]  Immediately subsequent to the release of that report, the senior police officials involved in its preparation were transferred and responsibility for investigation of the incident was assigned to the TNI itself;

- Reliable press accounts cited senior unnamed U.S. government officials stating their conviction that the TNI was involved in the attack.  According to a March 3, 2004, Associated Press news story[3], a senior U.S. official confirmed that elements of the TNI were involved in the August 2002 ambush. The AP report cites two U.S. officials as stating that local TNI commanders ordered the ambush and quotes "a senior U.S. official familiar with the investigation as stating 'It's no longer a question of who did it.'" The official told AP, "It's only a question of how high up this went within the chain of command."

- Within hours of the attack, the TNI alleged that the lightly armed West Papuan independence fighters, the Free Papua Organization (OPM), were responsible for the ambush. As evidence, the TNI produced the corpse of a West Papuan whom it alleged had been one of the attackers.  Police investigators rejected this contention, noting that the corpse had been dead for at least 24 hours prior to the attack and that the alleged perpetrator had suffered a medical condition that would have made it impossible for him to have been involved;

- Circumstances surrounding the death of this falsely accused West Papuan have never been investigated;

- The principal OPM commander in the area, Kelly Kwalik, prior to the attack, had renounced violence and had specifically issued written orders against attacks on

---

[1]See, for example, Dana Priest, "A Nightmare, and a Mystery, in the Jungle: Ambush of School Outing Left 3 Dead, 8 Wounded and Suspicion of Involvement by Indonesian Army," *The Washington Post*, June 22, 2003, p. A1; and *What's Wrong with Freeport's Security Policy? Results of Investigation into the Attack on Freeport Employees in Timika, Papua, Finds Corporation Allows Impunity of Criminal Acts by Indonesian Armed Forces*, ELSHAM, October 21, 2002.

[2] Police Report, September 28, 2002, p. 7 of English Translation.

[3]"Indonesian Army Ordered Deadly Ambush," Slobodan Lekic, Associated Press, March 3, 2004.

foreigners or military personnel.  Moreover, his force is equipped with only three rifles and is chronically short of ammunition.

The question of motive for the attack remains largely unaddressed.  While the OPM has no history of violence directed at foreigners, the August 2002 attack is reminiscent of previous TNI assaults on Freeport employees and of the military's other destructive acts directed at the company.

Specifically, investigative journalists and NGOs have noted that the attack followed, by only two months, a decision by Freeport McMoRan Copper & Gold, Inc., to end its decades-old practice of paying large fees for "security" to the TNI as an institution, and to individual TNI personnel. In response to shareholder concern regarding potential and actual liabilities created by Freeport's ongoing relationship with the TNI, corporate management disclosed in 2003 that, in 2002, Freeport made payments of $5.6 million directly to the Indonesian military; and $4.7 million directly to TNI in 2001.

**The Indonesian government has acknowledged the active measures taken by the military to expand its authority in the Freeport mining project area.**  Referring to a March 1996 riot that caused a three-day total shutdown of mining operations, **former Indonesian Minister of Defense Juwono Sudarsono** confirmed that "elements within the military had incited the unrest experienced by Freeport in order to highlight the benefits of their presence."[4]

Senior and former Freeport employees also asserted that the military had "convinced" Freeport management that its presence was necessary to protect the mining operation from disturbances.[5] In response, Freeport agreed to pay the military a one-time sum of $35 million, to be supplemented by an annual "donation" of $11 million.[6]

## WAMANG LINKS TO TNI

In a filmed interview that was aired by the **Australian Broadcasting Corporation** (ABC) on August 7, 2004, Anthonius Wamang admitted to having links to the TNI.  Wamang stated, "I had a business relationship with them for purchasing ammunition."  In the same interview, Wamang admitted to having participated in the 2002 attack.  ELSHAM possesses evidence about a prior direct business relationship between Wamang and the TNI involving the harvest and sale of *kayu gaharu* (eagle wood), a rare and highly valuable wood used in the production of scented oil. The TNI maintain a virtual monopoly over the *gaharu* trade in West Papua and export this wood largely to Singapore. Wamang harvested the *gaharu* wood deep in the forests of West Papua

---

[4] Lesley McCulloch, "Trifungsi: The Role of the Indonesian Military in Business," presented to The International Conference on Soldiers in Business: Military as an Economic Actor (Jakarta: Bonn International Center for Conversion, 2000), 29.

[5] Lesley McCulloch, "Security Dilemma for Investors," *Jakarta Post*, 17 July 2000.

[6] McCulloch, "Trifungsi," 29.

under the direction of TNI agents. This mutually profitable business relationship began in 2000 and continued through the months leading up to the attack on August 31, 2002.

Wamang traveled to the Indonesian capital of Jakarta in January 2002 with a plane ticket that likely was purchased by TNI agents. Source A, an Amungme tribal leader, met Wamang at an upscale Jakarta hotel.  Wamang told Source A that the TNI was financing his travel and hotel expenses. While in Java, Wamang also traveled to the cities of Yogyakarta and Surabaya. Wamang returned to West Papua in March 2002.

ELSHAM recently received two letters from OPM Regional Commander Kelly Kwalik.  The letters, which appear to be authentic, indicate that Kwalik recently met directly with Anthonius Wamang.  According to both letters, which are respectively dated October 2, 2004, and November 3, 2004, Wamang admits to outfitting and conducting the attack in collaboration with Indonesian Special Forces (*Kopassus*) agents.  Further, he claims that the operation was planned during his January-March 2002 trip to Java. Wamang's current whereabouts, as of February 2005, are believed to be known to the TNI authorities.

**Analysis:** Before the January-March 2002 trip to Java, Wamang had no substantial combat experience nor advanced training in the use of automatic firearms. Weapons training may have been provided by the TNI at this time.


## PROVISION OF WEAPONS AND AMMUNITION BY TNI

Anthonius Wamang, in the ABC broadcast, publicly admits to purchasing bullets from the TNI. Two other presumed co-conspirators, who will be named here with the initials AA and OM, were key in the procurement of the weapons from the TNI.  Prior to the 2002 attack the OPM group commanded by Kelly Kwalik possessed only two automatic weapons: an M16 and an Indonesian-manufactured SS1.  Kelly Kwalik, who has a historical relationship with both Anthonius Wamang and AA, claims not to know the source of the weapons that were used in the attack.  Kwalik further claims not to have authorized an attack on civilians, foreign nationals, or TNI soldiers.

AA has had a long relationship with TNI agents through the *gaharu* wood trade. At a camp in Akimuga, a village near Timika, AA served the TNI as a cleaner and cook. AA is a public figure who opposed Freeport's "One Percent Fund" in 1996.  Eurico Guteres, the infamous militia leader from East Timor, recruited AA to join a pro-Jakarta militia in Timika. The TNI used AA to instigate a civil war among the Amungme people in 2003 over the declaration of the so-called "Central Irian Jaya Province".  Five people died in these clashes.

In 2000, it was AA who first introduced Anthonius Wamang to the TNI *gaharu* wood ring. In early 2001, AA contacted OM, an Indonesian  *gaharu* wood businessman, to ask for help in procuring firearms. OM put AA in contact with TNI agents in Java who were known to provide weapons.

An operative of Kelly Kwalik, who will be referred to here as KAS, provided AA and OM with a

one-way airline ticket to Jakarta in December 2001.  KAS also readied 300 kg of *gaharu* wood that was to be used to purchase weapons.  In December 2001, KAS sent 30 kg of *gaharu* wood with AA and OM as a "sample".  KAS never received any of the weapons that were allegedly purchased with the *gaharu* wood sent with AA and OM.

In December 2001, AA arrived in Jakarta and contacted Source B, who is a distant relative.  In Jakarta, AA stayed in the home of a TNI officer: Colonel Sugiono.  Source B drove AA to the residence of Col. Sugiono on Jalan Raden Saleh in Jakarta. Col. Sugiono operates a boarding house, and AA stayed in room number one of this compound.  From Jakarta, AA traveled to Bandung.  AA told Source B that he bought three rifles in Bandung. Upon returning to Jakarta from Bandung, AA requested that the three rifles be stored at Source B's home.  AA also indicated that he wished to test the rifles at Source B's home.  Source B did not allow AA to store or test the rifles at his home.  According to Source B, AA stored the weapons at the Cikini Police Station (*Polsek Cikini*) in Jakarta.  AA told Source B that Col. Sugiono arranged for the payment of his return airfare from Jakarta to West Papua.

**Analysis:** Anthonius Wamang may have been working together with AA in Java at the time that the weapons were procured.  Further investigations on Wamang's role in the procurement of weapons are warranted.


**POSSIBLE MOTIVE: TNI DESIRED INCREASED SECURITY PAYMENTS**

The **International Crisis Group** estimates that just 30% of the TNI annual budget comes from Indonesia's civilian administration. The remainder of TNI funds come, in part, from both official security contracts with private firms and illegal extortion.  ELSHAM has conducted extensive research about the financial details of the relationship between Freeport and TNI.  Direct transfers, in amounts ranging from $1,800 to $2,100 per month, were made by Freeport into the personal account of the **regional military commander** for West Papua (Pangdam Trikora).  These payments were discontinued in the months leading up to the August 2002 attack.  In 2002, according to official Freeport reports, the company paid TNI $5.6 million.

**Analysis:** Post-**Enron**-scandal reforms – and the anticipation of such reforms as they developed through the legislative process – caused Freeport management to alter the company's financial relationship with the TNI.  Specifically, the **Sarbanes-Oxley Act of 2002** increased pressure on Freeport to disclose the full extent of the company's payments to the TNI.  As a result, the company reduced its official and unofficial payments to the TNI.  The TNI may have staged the August 2002 ambush at Freeport in order to pressure Freeport into increasing security payments.

# Exhibit 2

IP Publishing Ltd
c. SOAS. Copyright controlled by IP Publishing Ltd.

---

Criminal collaborations? Antonius Wamang and the Indonesian military in Timika
Author(s): S. Eben Kirksey and Andreas Harsono
Source: *South East Asia Research,* Vol. 16, No. 2, SPECIAL ISSUE: THE STATE AND ILLEGALITY
IN INDONESIA (JULY 2008), pp. 165–197
Published by: IP Publishing Ltd
Stable URL: http://www.jstor.org/stable/23750911
Accessed: 11/06/2015 16:05

---

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of
content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms
of scholarship. For more information about JSTOR, please contact support@jstor.org.



*IP Publishing Ltd and c. SOAS. Copyright controlled by IP Publishing Ltd.* are collaborating with JSTOR to
digitize, preserve and extend access to *South East Asia Research.*

http://www.jstor.org

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

# Criminal collaborations?
# Antonius Wamang and the Indonesian military in Timika[1]

## S. Eben Kirksey and Andreas Harsono

*Abstract:*  US intelligence reports linked the Indonesian military to the August 2002 murder of two American schoolteachers and an Indonesian in Timika, Papua province. Restrictions on the US Foreign Military Financing (FMF) and International Military Education and Training (IMET) for Indonesia came to be linked to the investigation of this murder. However, a Jakarta court subsequently sentenced a Papuan villager, Antonius Wamang, to life in prison for leading the attack. Six other villagers were given sentences ranging from five to eight years. The same day that Wamang was sentenced, Pentagon officials announced a 'new era of military co-operation' with Indonesia. Yet many irregularities were not resolved during the trial. Questions remain about whether Wamang's group acted alone. Did Indonesian military agents help Wamang stage the attack? Did Bush Administration officials help cover up evidence of Indonesian military involvement so that they could pursue objectives in the war on terror? The idiom of co-production offers insight into ambivalent and contingent collaborations that develop during covert operations and acts of terrorism.

*Keywords:*  criminality; militarism; nationalism; Freeport McMoRan; Indonesia; USA

[1]   This article updates S. Eben Kirksey and Andreas Harsono (2007), 'Murder at Mile 63', 9 April, *Joyo Indonesian News*/Pantau Foundation. It is based on interviews with Antonius Wamang, Hardi Tsugumol, Decky Murib, Patsy Spier and more than 50 other sources in Timika, Jayapura, Jakarta and Washington, DC. The revised article uses documents obtained from the State Department through a Freedom of Information Act request by Brad Simpson of the National Security Archive. Another important source for the updated article was the case dossier [*Berkas Perkara*] for Wamang and the other defendants – some 2,000 pages of Indonesian-language documents compiled by high-level police investigators with the Criminal Investigations Branch [*Badan Reserse Kriminal POLRI, Direktorat I Keamanan* and *Transnasional*]. These documents were provided by Ecoline Situmorang, the defence attorney for Wamang. The research was made possible by grants from Joyo Indonesia News in New York and Pantau media group in Jakarta. We dedicate it to the memory of Gordon Bishop.

*South East Asia Research*, 16, 2, pp. 165–197

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Case 3:19-cv-04541-LB   Document 45-6   Filed 11/13/20   Page 10 of 410

## A trip to the big city

When Antonius Wamang boarded a Garuda jet in September 2001 at Timika's Moses Kilangin airport, his heart was pounding – he was on a mission to obtain weapons and ammunition in Indonesia's capital, Jakarta.[2] Wamang hoped to secure help from Indonesian security forces in Jakarta, to attack local Indonesian soldiers in Timika. He had never before travelled outside of Papua, Indonesia's easternmost province.[3] Born in the remote highland village of Beoga in 1972, Wamang was a young boy when Indonesian Brigadier General Imam Munandar launched Operation Eliminate [*Operasi Kikis*] in the highlands.[4] Anti-personnel Daisy Cluster bombs, mortars and machine guns were used against Papuan villagers armed only with bows and arrows. Nearly 30 years later, Wamang had found what he thought was an opportunity to buy arms and fight back against the Indonesian military. Wamang was embarking on a highly ambiguous programme of strategic engagement with the occupying forces. But this strategy is not uncommon among Papuan guerrillas. There are accounts of similar collaborations with Indonesian soldiers by Free Aceh Movement (GAM) guerrillas in Aceh and of resistance figures being 'turned' by Indonesian intelligence agents in East Timor.[5] As he departed for Jakarta, Wamang was unknown – by

[2]   Antonius Wamang, tape-recorded interview with S. Eben Kirksey (SEK) on 25 March 2005 in Kwamki Lama, Timika; interview with Andreas Harsono (AH), 8–9 October 2006 in the Indonesian police headquarters detention centre in Jakarta.

[3]   The territory of 'Papua' has various names, each charged with political connotations. On 19 October 1961, as the Dutch colonial era was drawing to a close, the Papuan National Committee issued a manifesto renaming the nation 'West Papua' from the previous name 'Netherlands New Guinea'. One month later, Indonesian President Sukarno issued a call for the destruction of the 'puppet state of West Papua' and launched a military takeover of the territory. After a UN-brokered deal ceded sovereignty of the territory to Indonesia in 1963, the official name of the new province became 'West Irian', and later 'Irian Jaya'. On 1 January 2000, Indonesian President Abdurrahman Wahid issued a Presidential decree to rename the territory 'Papua'. Further complexity was introduced in 2003 with a controversial plan to split the territory into the province of Papua and the province of West Irian Jaya, later renamed West Papua.

[4]   S. Sularto (1977), 'Mereka yang terpaksa mengungsi', *Kompas*, 28 November; Carmel Budiardjo and Liem Soei Liong (1988), *West Papua: The Obliteration of a People*, TAPOL, Thornton Heath, pp 119–124; Robin Osborne (1985), *Indonesia's Secret War: The Guerilla Struggle in Irian Jaya*, Allen and Unwin, London, p 145.

[5]   For an in-depth analysis of these collaborative relationships in the context of a large-scale Indonesian military operation to infiltrate Papuan TPN/OPM guerrillas in 2000, see S. E. Kirksey (2008), 'Freedom in entangled worlds: experiences of possibility in West Papua', PhD thesis, History of Consciousness, University of California, Berkeley, CA. For other examples of such collaboration, see Edward Aspinall (2007), 'Guerilas in power', *Inside Indonesia*, Vol 90, Oct–Dec (on Aceh); the entry on

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

all accounts a minor figure in a local group of guerrillas who had vague ideas about waging war against the Indonesian military. His encounters in Jakarta were to open up new horizons for him.

Wamang told us that he flew to Jakarta alone and was met at Cengkareng airport by Agus Anggaibak, then a Timika-based sandalwood dealer with ties to the Indonesian military.[6] According to Janes Natkime, who knows both Wamang and Anggaibak and currently heads the Warsi Foundation in Timika, 'Agus Anggaibak set up everything, he lobbied the officers and arranged the money'.[7] Rejecting these claims, Anggaibak, who is currently a 27-year-old member of the regional parliamentary assembly in Timika (DPRD Mimika), said that he once travelled to Jakarta with someone named Anton, Antonius Wamang's preferred nickname. But he claims that this person was a member of BIN (*Badan Intellegen Negara*), one of Indonesia's intelligence agencies, and not Anton Wamang. Still, in a telephone interview on 11 June 2008, Anggaibak admitted to meeting Antonius Wamang. 'Everyone in Timika has met Wamang,' he said.

Allegedly, Anggaibak had earlier visited Wamang's group in their jungle hideout, encouraging them to raise money to buy guns. He brought a rifle with him. Anggaibak reportedly showed off this weapon in Wamang's camp. Identifiers were etched into the gun: 'MODEL P88–9, Col 9 mmp AK, Made in Germany'.[8] But Anggaibak claims that he never had a gun. 'My adjutant, who has been with me since I formed a sandalwood cooperative in high school, carries a rifle. But, I have never had a weapon,' he said. Anggaibak reportedly promised to help Wamang obtain weapons like the one he was carrying, as well as other guns, from arms dealers in Jakarta.[9]

Like all groups in Papua's *Tentara Pembebasan Nasional*, or National Liberation Army – a group without a clear hierarchical command

Eurico Guterres in Gerry van Klinken and David Bourchier (2002), 'The key suspects', in Desmond Ball, Hamish McDonald, James Dunn, Gerry van Klinken, David Bourchier, Douglas Kammen, and Richard Tanter, eds, *Masters of Terror: Indonesia's Military and Violence in East Timor in 1999*, Strategic and Defence Studies Centre, RSPAS, ANU, Canberra, pp 113–223 (on East Timor); and Andrew Kilvert (1999), 'Whisky friends', *Inside Indonesia*, Vol 60, Oct–Dec (on Papua).

[6]    Wamang, 2005, *supra* note 2; John Rumbiak, SEK interview, 24 February 2005 in Washington, DC.

[7]    Janes Natkime, AH interview 6 November 2006. Original quotation: 'Agus Anggaibak yang atur, lobby tentara, Agus yang setel semua, atur uang'.

[8]    An activist attended the meeting and copied the specifications of the gun down in his notebook. SEK saw this notebook, 24 March 2005, in Timika.

[9]    Wamang, 2005, *supra* note 2; Rumbiak, *supra* note 6.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

168    *South East Asia Research*

structure founded in 1971 —Wamang's group was poorly armed. They regarded veteran guerrilla Kelly Kwalik as their figurehead. Many of Wamang's comrades were newcomers to the cause. Among them were teenager Johni Kacamol, and Hardi Tsugumol who had spent most of his time in big cities in Java and Papua.[10] Tsugumol had connections with Indonesian soldiers. The group had only three ageing rifles: an SS1, an M16 and a bolt-action Mauser. Following several weeks of intensive gold panning and sandalwood collecting, Wamang's group raised enough money to purchase more guns. Anggaibak allegedly departed for Jakarta, with an advance payment from Wamang, where he began working on securing a deal. When Wamang later flew to Jakarta, he brought sacks of sandalwood that were reportedly worth more than 500 million Indonesian rupiah (US$54,000) for Anggaibak's contacts.[11] On the international market sandalwood fetches even higher prices. This rare wood is used to make incense and perfume.

According to Wamang, he and Anggaibak initially stayed in a police guest house in Jakarta. Wamang said that Sergeant Puji, a police officer, befriended him. Sergeant Puji reportedly took Wamang and Anggaibak on trips around Jakarta. They toured around while Puji asked them about the Papuan guerrillas' activities in Timika. Puji presented Wamang with a gift of six magazines of bullets (180 bullets) that could be used in Wamang's M16 or SS1 rifles. Puji also gave Wamang bullets for his Mauser. These bullets, Wamang told us, were among those later used to launch an attack. One night in the guest house, Puji showed Wamang 15 M16 rifles. Wamang said he had paid 250 million Indonesian rupiah (US$27,000) for these guns and Puji held on to them for safe keeping.[12]

Wamang said he later moved to the Hotel Djody at Jalan Jaksa 35, a backpacker hostel in downtown Jakarta.[13] A sandalwood middleman from Makassar, named Mochtar, introduced Anggaibak and Wamang to some Indonesian army and police officers. 'Mochtar was a regular guest here,' said Herry Blaponte of the hotel's front office staff. Blaponte told us that Mochtar had regularly made sandalwood business deals with his Papuan guests. Hotel staff remembered Mochtar as having a

---

[10]  In the police documents, Johni Kacamol's name is spelled 'Joni Kasamol', but Kacamol himself spells his name 'Johni Kacamol'. AH interview with Johni Kacamol, 8 October 2006.

[11]  Wamang, 2005, *supra* note 2; Deminikus Bebari interview with AH, 13 October 2006 in Jakarta.

[12]  Wamang, 2005, *supra* note 2.

[13]  Wamang, 2005, *supra* note 2.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

stocky build and being a 'dandy'. Their memories of him are not fond, however, since, allegedly, he left without paying his bill. Mochtar could not be reached for comment. Blaponte and hotel security staff member Mahmud Trikasno later told Indonesian Chief Detective Dzainal Syarief that they did not remember Wamang's stay at their hotel. 'I don't remember his face,' said Trikasno. Neither did four cleaning service staff recognize Wamang when presented with his picture some five years after Wamang said he had stayed at the hotel. The hotel has many guests and they said that it was entirely possible that they simply did not notice Wamang.[14]

One afternoon at the Hotel Djody, according to Wamang, a stranger approached him and Anggaibak. 'I hear you are looking to buy guns,' Wamang quoted the stranger as saying. Eventually Anggaibak admitted that they were. The stranger – Captain Hardi Heidi – said that he was an Indonesian soldier from Surabaya. Eventually, Wamang paid for four guns from Hardi Heidi: two AKs and two M16s. Wamang arranged for Hardi Heidi to retain the weapons for safe keeping until he was ready to depart for Timika.[15] This proved to be a naive mistake. Hardi Heidi introduced Anggaibak and Wamang to Sugiono, reportedly an active duty Kopassus officer who pledged to help transport the weapons to Timika.[16] Sugiono and Hardi Heidi, like Sergeant Puji, wanted to hear about the activities of Papuan guerrillas around Timika.

On 21 September, Wamang visited 40 Papuan delegates who had just returned from negotiations with Freeport McMoRan – the New Orleans-based company that mines one of the world's largest deposits of copper and gold near Timika. They were making a stop in Jakarta and stayed at the Hotel Mega Matra. Excited to see many fellow Amungme leaders, Wamang visited the hotel a number of times. The group had just returned from negotiating a profit-sharing deal with Freeport's management in New Orleans. Wamang asked many delegates for money. According to delegate Eltinus Omaleng, Wamang bragged about how he had secured a shipload of weapons that were ready to be dispatched to Papua.[17] Wamang needed extra money to transport the

---

[14]   Herry Blaponte and Mahmud Trikasno, AH interview, 6 November 2006. Police Chief Commissioner Zainal Syarief, who headed the Indonesian police investigation into the Mile 63 case, declined to comment on this story. AH showed Wamang's photo to five other hotel employees. None remembered his face. They said they had many guests. The hotel management does not keep a guest record.

[15]   Wamang, 2005, *supra* note 2.

[16]   Rumbiak, supra note 6; Wamang, 2005, *supra* note 2.

[17]   Eltinus Omaleng, AH interview in Jakarta, 6 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

weapons. Janes Natkime gave Wamang 1.5 million Indonesian rupiah (US$160). 'Five days later he came back to the hotel, saying that the ship had been rerouted to Aceh.'[18]

Wamang told us that he had paid Sugiono nearly 50 million Indonesian rupiah (US$5,400) to ship the guns to Timika. After a chartered boat was loaded with the weapons, Wamang claims that Sugiono and Hardi Heidi gave him the slip. The boat pulled away with Wamang standing alone on the Tanjung Perak dock in Jakarta. Just before its departure, Wamang said that he had overheard a conversation between Hardi Heidi and his wife. 'We should sell these in Aceh,' the wife had said.[19]

After calling associates in Timika for more money, Wamang travelled back alone on the passenger ship *Kelimutu*. He arrived in Timika with only the bullets that Sergeant Puji had given him.[20] Wamang's extensive contacts with Indonesian agents had given him moments of hope – his newfound friends in Jakarta, he initially thought, were genuinely committed to helping the freedom fighters of Papua. But his mission to obtain guns had failed.

Wamang's naivety appears to have been exploited by Agus Anggaibak, Sugiono, Mochtar and Hardi Heidi. Each of them seems to have personally profited from Wamang's gullibility. Did these Indonesian agents who had 'befriended' Wamang also further play on his naivety to turn his vague idea of an ambush on local military forces in Timika into something else? In conversations with Hardi Heidi and Sugiono, it is hard to imagine that the subject of Wamang's planned use for the guns was never broached. The role of the police officer, Sergeant Puji, may have been limited simply to the sale of ammunition and guns. Did military intelligence agents in Jakarta hatch a plan for an ambush in Timika and then recruit Wamang for the job? Or was the ambush planned in a piecemeal, contingent fashion? Was the event 'co-produced' by multiple agents with competing agendas?

The idiom of *co-production* is used by Sheila Jasanoff, a Harvard-based theorist in the field of science and technology studies, to understand

---

[18]   Like Papua, Aceh is an Indonesian province with an active nationalist movement, which declared independence in December 1976. Aceh guerrilla fighters regularly attacked Indonesian military positions. Some of the most daring attacks took place in 2001. Free Aceh guerrillas signed a peace agreement with Jakarta in August 2005.

[19]   Wamang, 2005 and 2006, *supra* note 2. Indonesian original: 'Harus kami jual ke Aceh'.

[20]   Wamang, 2005, *supra* note 2.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Case 3:19-cv-04541-LB   Document 45-6   Filed 11/13/20   Page 15 of 410

how knowledge influences the construction of the social order. Her writing explores the ambivalent collaborations of different actors who work together to create ideas and infrastructures. Local contingencies figure prominently in Jasanoff's work. Rather than see science as a centrally coordinated conspiracy – which simply reinscribes hegemonic and oppressive political orders – she attends to the micro-processes by which social life and cognitive understandings gain form and meaning together.[21] Appropriating the idiom of co-production offers a new vocabulary that might be used to understand the ambivalent and contingent collaborations that develop during covert operations and acts of terrorism.

Many other analysts of Indonesian culture and politics use the figure of the *dalang*, the puppeteer of Javanese shadow plays, to represent the masterminds of criminal plots. We did not find evidence of a single *dalang*. Instead we found that *a number of agents had co-produced an act of terror*. Multiple actors, often with competing agendas, came together to stage an attack.

*The Washington Post* reported on 3 November 2002 that senior Indonesian military officers, including armed forces commander General Endriartono Sutarto, had discussed an unspecified operation against Freeport before the ambush in Timika.[22] *The Washington Post* reported that Sutarto 'did not detail a specific attack,' nor did he 'call explicitly for the killing of Americans or other foreigners'. Instead, general discussions about Freeport could have been understood by subordinates as a direction 'to take some kind of violent action against Freeport'. The idiom of co-production suggests that 'conspiracies' are not necessarily carefully planned in advance – that chance meetings and contingent circumstances can produce unexpected outcomes.

---

[21] S. Jasanoff (2004), *States of Knowledge: The Co-production of Science and Social Order*, Routledge, New York; S. Jasanoff (2005), *Designs on Nature: Science and Democracy in Europe and the United States*, Princeton University Press, Princeton, NJ; see also J. Reardon (2005), *Race to the Finish: Identity and Governance in an Age of Genomics*, Princeton, NJ, pp 6–9.

[22] E. Nakashima and A. Sipress (2002), 'Indonesia military allegedly talked of targeting mine', *Washington Post*, 3 November, p A18, available from Website: http://www.washingtonpost.com/ac2/wp-dyn/A59430-2002Nov2?language=printer. The *Post* reported, 'The intelligence was based on information supplied after the ambush by a person who claimed to be knowledgeable about the high-level military conversations. The source was described in the report as "highly reliable". This information was supported by an intercept of a conversation including that individual, said the U.S. government official and the American source. The intercept was shared with the United States by another country, identified by a Western source as Australia.'

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

General Sutarto vehemently denied that he or any other top military officers had discussed any operation targeting Freeport. He sued *The Washington Post* for US$1 billion and demanded an apology from the paper.[23] The paper settled out of court with Sutarto and printed the following statement: further investigations 'revealed no substantiation that Sutarto or other high-ranking Indonesian military officers were involved in any discussion or planning of the attack. *The Post* regrets publication of this report.'[24]

Leaked reports on the FBI's preliminary findings later seemed to confirm the original article in *The Washington Post*. 'It's no longer a question of who did it,' a senior US official familiar with the investigation, told the *Associated Press* in March 2004. 'It's only a question of how high up this went within the chain of command,' said the official.[25] But the US Embassy later issued a formal denial that the FBI had found evidence of Indonesian military involvement.

Why would Indonesian security forces stage an attack near Timika? One possible motive is linked to the fact that Freeport paid a total of US$5.6 million in 2002 for 'support costs for government-provided security'.[26] The Sarbanes-Oxley Act of 2002 imposed new reporting requirements on US companies in the wake of the Enron corporate accounting scandal. After this measure was passed into law, Freeport was forced to disclose its payments to the Indonesian military. In early 2002, there were internal discussions within Freeport about increasing the transparency of the company's relationship with the Indonesian security forces. Reverend David Lowry, then the Vice-President for Social and Community Relations at Freeport McMoRan, told researchers with Global Witness, a London-based organization, that: '[the discussion] was a good number of months prior to 31 August [2002]'. On this date, Wamang's group sprang into action. Did Indonesian agents collaborate with Wamang in a bid to convince Freeport of their continued need for security?

23   T. M. Lubis (2002), 'Lawyer for Washington Post says Indonesian military failed to follow procedure regarding media complaints', *Radio New Zealand*, 22 November, available from Website: http://www.rnzi.com/pages/news.php?op=read&id=3396.

24   Nakashima and Sipress, *supra* note 26.

25   Slobodan Lekic (2004), 'Indonesian army ordered deadly ambush', *Associated Press*, 3 March.

26   Quoted in 'Paying for protection: the Freeport mine and the Indonesian security forces', a report by Global Witness, July 2005, p 4, available from Website:: http://www.globalwitness.org/media_library_detail.php/139/en/paying_for_protection.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Case 3:19-cv-04541-LB   Document 45-6   Filed 11/13/20   Page 17 of 410

### The ambush

'I remember the night of Friday, 30 August, 2002,' Steve Emma told Indonesian police investigators through an interpreter. Emma was then a teacher in Tembagapura, an expatriate community in the highlands of Papua. 'I met up with friends from the school to hang out and watch a video,' Emma continued. 'We were all laughing a lot.' The group decided to go on a picnic the next day.[27]

Tembagapura is located near the open-cast gold and copper mine of Freeport McMoRan. Most of the pupils of the Tembagapura International School, where Mr Emma taught, are children of expatriates who work at Freeport. The teachers are contract employees of the corporation. Freeport also has contracts with different branches of the Indonesian security forces to protect its facilities. They include Kostrad (Army Reserves) Battalion 515, Army Battalion 752, units from the marines and the army's cavalry, the air force's elite unit Paskhas, police paramilitary Mobile Brigade troops (Brimob) and Kopassus special forces.

A winding mountain road connects Tembagapura with the coastal town of Timika. The 79-mile road has 14 military posts manned by Indonesian security forces, along with Freeport's own personnel. A fleet of Freeport vehicles – tankers, dump trucks, semi-trailers – plies the Timika–Tembagapura road. Freeport personnel register every car and person travelling along the road.[28] Workers have to show their employee ID cards at the checkpoints. Locals have to show special permits issued by Freeport's Community Liaison Office. There are also special Freeport-issued visitor cards.[29]

Steve Emma and a group of 10 others set out for their picnic on the morning of 31 August in a pair of white Toyota Land Cruisers. They

---

[27]   This section relies heavily on the *Berkas Perkara*, the case dossier, assembled by the *Badan Reserse Kriminal Polri* to prosecute Antonius Wamang and his co-defendants. The English-speaking witnesses were interviewed by police investigators with an Indonesian translator present. We have back-translated quotations from these interviews into English. Undoubtedly this has introduced minor errors. When possible we have cross-checked the quotations from these interviews with other sources. Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara* No Pol: BP/05/III/2006/KAMTRANNAS. Indonesian original reads: 'Keadaannya saat itu nyaman dan semuanya banyak ketawa. Grup tersebut memutuskan untuk membawa kita naik gunung pada keesokan harian untuk melihat glacier dan untuk acara piknik.'

[28]   PT Freeport Indonesia Corporate Communications Department (2005), *Pedoman Kunjungan*, August, Freeport, Jakarta. This manual prints a map of the mining area with the military posts or 'Milpos'.

[29]   Lintuuran, AH interview in Jakarta, 6 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

174    *South East Asia Research*

travelled from Tembagapura along the road down towards Timika. 'When we reached the [Mile 64] checkpoint I felt uneasy and nervous,' Emma said. 'I began to think that something was wrong.'[30] The driver, Rick Spier, had to complete a detailed form and sign it. 'My feelings of unease became worse when I made eye contact with one of the soldiers at the checkpoint. I nodded at him and said "hello" and the soldier just met me with a cold stare.'[31]

The teachers stopped for their picnic at a section of old-growth cloud forest near Mile 62 of the road. The group found orchids and pitcher plants. Patsy Spier, Rick's wife, said that it was rainy and foggy. 'We ended up leaving the picnic early,' said Patsy.[32]

As the teachers travelled back towards Tembagapura, they were having a lively discussion with lots of laughter and jokes. Steve Emma said, 'Suddenly there was an unexpected attack, that I still can't understand. I still clearly remember my emotions and thoughts during those next 45 minutes.'[33]

Rick Spier was driving the first vehicle that carried Steve Emma and three other passengers. Ted Burgon, the school's principal, rode next to Rick. The first four shots were distinct and methodical. 'My heart skipped and my eyes opened wide when the first shot hit our windshield. The second shot hit Rick in the face. The third shot hit Ted and I remember choking and almost vomiting at that instant … The fourth shot hit Ted again and he toppled slowly into the middle of the jeep where Rick already lay dead.'[34]

---

[30]   Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Pada saat kita mendekat chek point saya ingat pada waktu itu saya merasa gelisah, hati berdebar-debar dan merasa tidak enak'.

[31]   Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Perasaan ini bertambah parah pada saat bersirobok pandangan mata dengan salah satu personil di chek point tersebut…Saya menganggukan [*sic*] kepala untuk sekedar menyatakan "halo" dan saya menerima pandangan dingin yang sama dari petugas ini.'

[32]   Patsy Spier in AH interview in Jakarta, 13 October 2006.

[33]   Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Kemudian tiba-tiba, serangan yang tidak disangka-sangka, yang tidak bisa dimakna, yang tidak tertahankan terjadi. Saya masih ingat dengan jelas rasa hati, emosi dan pikiran yang terjalin dalam 45 menit kemudian. Mohon sabar…'

[34]   Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Hati saya melonjak dan mata saya terbuka lebar ketika tembakan pertama menghantam kaca depan kami…Tembakan kedua menghantam muka Rick…Tembakan ketiga menghantam Ted dan saya teringat

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Patsy Spier was travelling in the second Toyota van, driven by Ken Balk.[35] Suddenly, in the fog, Patsy Spier saw her husband's car, in front of hers, stopped by the side of the road. A third vehicle was speeding towards her on the opposite side of the road. 'They ran Rick's car off of the road,' Spier remembered thinking.

Ken Balk, who was in the same car, also saw this vehicle: 'Another truck sped down. It was a white Toyota Land Cruiser. Seconds before we were shot, this company Toyota Land Cruiser went past us going down the mountain. They were men, officially dressed, wearing security caps. Some who I happened to see were ethnic Papuans.'[36] The Indonesian military has recruited hundreds of Papuans as soldiers – it is possible that these men in the car were Papuan members of the military.

Patsy Spier also saw a third vehicle at the scene of the crime, but she remembers a pickup truck, not a Toyota Land Cruiser. She told Indonesian investigators: 'When the pickup truck went by our vehicle, I saw two grey puffs behind the truck. At that moment I also heard the sound of an explosion, and I was shot in the left side of my back.'[37] Spier now thinks that the two 'grey puffs' were bullets ricocheting off the pavement.[38]

Patsy Spier was sitting next to Bambang Riwanto, her Javanese colleague. 'All of us were shot, wounded. Bambang was laying on top of me, bleeding. I was worried about my husband but the shooting just continued,' said Spier.[39] Like Rick Spier and Ted Burgon, Bambang Riwanto died in the attack.

---

pada saat itu sempat tercekik hampir muntah… Tembakan keempat menghantam Ted lagi dan dia perlahan jatuh terpuruk dibagian tengah mobil jeep mendekati Rick yang sudah mati…'

[35] Spier, *supra* note 32. Patsy drew the seating positions inside the two vehicles. These were consistent with previous media reports, such as, 'Freeport victim's quest for answers leads to Australia', *Sydney Morning Herald*, 27 February 2003.

[36] Kenneth M. Balk, interview with Zainal Syarief and Jeldi Ramadhan, 9 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'pada saat itu truck lainnya mengebut turun…Kendaraan tersebut adalah Toyota Landcruisser warnanya putih…Sesaat sebelum saya melihat kita ditembaki, sebuah truk perusahaan Toyota Landcuisser melewati kami menuruni gunung. Mereka itu pegawai laki-laki yang menggunakan topi pengaman. Beberapa yang saya kebetulan lihat adalah orang Papua.'

[37] *Berkas Perkara*, *supra* note 27, Spier interview, p 3. Original reads: 'Selama pikap truk tersebut melalui kendaraan kami, saya melihat dua kepulan abu di belakang pikap truk tersebut. Pada waktu itu juga saya mendengar suara meledak, dan saya ke tembak di belakang badan bagian kiri.'

[38] Patsy Spier in SEK interview, Washington, DC, 30 November 2007.

[39] Spier, *supra* note 32.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

176   *South East Asia Research*

Three other vehicles came to a stop at the ambush site amidst the shooting – a yellow Mac truck and two Canadian Pacific dump trucks. They too were soon riddled with bullets.[40] Among the 11 people wounded in the attack, three were the Indonesian drivers of these vehicles. The two most seriously injured drivers, Loudwyk Worotikan and Johannes Bawan, worked for a Freeport contract company. Mastur, the third driver, sustained light injuries. Forensic investigators found 73 holes where bullets had entered the five vehicles stopped at the ambush site, and 46 holes where bullets had exited.[41] A total of 208 bullets, shells or fragments were recovered from the crime scene.[42]

Andrew Neale, a Freeport expatriate, came upon the scene from the direction of Tembagapura.[43] Seeing the chaos, Neale jammed his vehicle into reverse and drove back to the Kostrad Battalion 515 military post, less than five minutes away at Mile 64. According to Lexy Lintuuran, Freeport's security chief, the Kostrad Company stationed there 'has more than 100 soldiers'.[44] Neale then drove back to the scene of the shooting with two of the soldiers in his car. When the Kostrad soldiers arrived at the scene, the attackers melted away. The soldiers briefly fired their guns. Then the shooting abruptly stopped.[45]

Indonesian soldiers at the Mile 64 checkpoint, about 300 metres from the attack site, claimed not to have heard any of the shooting. These soldiers say that they first learned of the attack at 12.40 pm, when Andrew Neale arrived at their post.[46] This was the same military checkpoint where Steve Emma had experienced an uneasy feeling earlier that day.

Atanasio dos Santos, a police officer stationed at Security Post 700 in Tembagapura, said that he had received a phone call at 12.15 pm reporting 'sounds of an explosion' along the Timika–Tembagapura road.

[40]   Dudon Satiaputra, 'Rahasia: Laporan hasil sementara pemeriksaan TKP penembakan kary. PT. Freeport', Jakarta, 19 December 2002.
[41]   Ch Syafrian S., interview with Fajaruddin and Ahmad, 23 January 2006, in *Berkas Perkara, supra* note 27.
[42]   Dudon Satiaputra, *supra* note 40. Ch Syafriani, a ballistics expert with the Indonesian police, reiterated the data contained in the original ballistics report on 29 September 2006 in the Central Jakarta district court – the lab analysed 30 bullets of 5.56 calibre, 77 bullet fragments, 94 bullet casings of 5.56 calibre, 7 bullet casings of 7.62 calibre. Of the six magazines given to Wamang by Sergeant Puji, he claims that only 1½ magazines (about 45 bullets of 5.56 calibre) were used by his men that day.
[43]   Dana Priest, 'A nightmare, and a mystery, in the jungle', *The Washington Post*, 22 June 2003, p A01.
[44]   Lintuuran, *supra* note 29.
[45]   Priest, *supra* note 43.
[46]   *Berkas Perkara, supra* note 27, at p 17.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

He travelled directly to the scene of the crime, but soldiers were already there when he arrived.[47] In addition to Kostrad Battalion 515 soldiers, dos Santos also saw another soldier. He told police investigators: 'I saw a man armed with a rifle who was dressed in civilian clothes, a black jacket. This was around 2.00 pm near the ambush site at Mile 63 and I have a hunch that he was a member of Kopassus.'[48]

Kopassus is the special force of the Indonesian military. In the words of Australian scholar Damien Kingsbury, Kopassus 'was established to specialise in covert domestic operations, against internal political dissenters as well as separatist movements. Its methods are by definition both political and extrajudicial.'[49] Reports of at least one Kopassus officer at the scene of the crime led police investigators to explore the possibility that the Indonesian military had staged the ambush. Given Kopassus's history, it seemed plausible that it had co-produced this act of terror.

## The shooters

Antonius Wamang, the Papuan man who had tried to obtain guns in Jakarta, admits to participating in the ambush on 31 August 2002. Wamang told us that he thought his group was attacking an Indonesian military convoy. His colleague, Johni Kacamol, was placed at the crime scene by an eyewitness, the Indonesian driver Mastur, who saw Kacamol carrying a gun. Another colleague, Yulianus Deikme, told investigators that he was at the crime scene, but did not carry a weapon.[50] But Wamang claimed that other gunmen, a separate group of shooters, were present at the ambush site as well.[51]

On 12 August 2003, Wamang told FBI agent Ronald C. Eowan: 'I saw two white Freeport vehicles on the road as well as an Indonesian military vehicle next to the road. I also saw Indonesian soldiers shooting

---

[47]   *Berkas Perkara*, *supra* note 27, at p 13.

[48]   Ch Syafrian S., interview with Fajaruddin and Ahmad, 23 January 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Saya melihat orang bersenjata laras panjang berpakain preman berjaket hitam pada jam sekitar 14.00 wit di sekitar TKP mile 63 dan menurut dugaan saya dia adalah anggota Kopassus'.

[49]   D. Kingsbury (2003), *Power Politics and the Indonesian Military*, RoutledgeCurzon, London, p 29.

[50]   'Wamang divonis seumur hidup', *Pikiran Rakyat*, 8 November 2006.

[51]   Wamang, 2005 and 2006, *supra* note 2.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

– like they were competing. I saw four Indonesian soldiers and one Papuan, who was also a soldier.'[52]

It is not clear who fired the first four shots in the ambush, which victims remember as being distinct and methodical.[53] After Rick Spier and Ted Burgon had been killed by these initial shots, there was a pause of one or two minutes. According to Steve Emma, 'After one or two minutes of silence 12–14 shots destroyed the windshield'.[54] According to a later autopsy report, two different types of bullets were found in Rick Spier's body.[55]

Wamang told us that he left the ambush scene shortly after the second vehicle, the Land Cruiser carrying Patsy Spier and the other teachers, had arrived on the scene.[56] Wamang told police investigators: shortly after the second vehicle came to a stop, 'there were shots coming from the direction of Tembagapura, from the opposite embankment, right at us. I told my companions, "There is shooting, there is shooting" '.[57]

'We weren't there very long. We immediately retreated,' Wamang said in a tape-recorded interview. 'Were you there 30 minutes?' 'No,' Wamang replied, '30 minutes is way too long'.[58] Wamang told FBI agent Ronald Eowan that he had left the crime scene when he saw a woman crawl out of one of the vehicles.[59] Wamang told us that he had

---

[52]   Ronald C. Eowan, interview with Zainal Syarief and Fajaruddin (translator, Cherrilyne Goodenough Pakpahan), 20 April 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original: 'Dia melihat 2 (dua) buah kenderaan warna putih milik PT FI di jalanan dan juga melihat kenderaan TNI di samping jalan raya. Dia juga melihat anggota TNI melakukan tembakan – seperti sedang berkompetisi. Dia melihat 4 (empat) orang TNI dan 1 (satu) orang Papua yang juga merupakan anggota TNI.'

[53]   Wamang told us he did not know who started the shooting. In a summary of the evidence, prepared by Zainal Syarief, a senior police investigator, a man named 'Emi Aim', apparently a pseudonym, fired the first five shots from a Mauser rifle. Emi Aim was allegedly part of Wamang's group and was reported as being dead, according to the court documents. Wamang, 2005, *supra* note 2. *Berkas Perkara*, *supra* note 27, at p 24.

[54]   Stephen Francis Emma, interview with Fajaruddin and Ahmad, 8 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Sekitar semenit dua menit kemudian 12–14 tembakan menghancurkan kaca depan'.

[55]   *Berkas Perkara*, *supra* note 27, at p 34.

[56]   Wamang, 2005, *supra* note 2.

[57]   *Berkas Perkara*, *supra* note 27, at p 24. Original reads: 'Ada tembakan lagi dari arah Tembagapura dari tanggul kearah saksi. Saat itu saksi mengatakan kepada temantemannya ada tembakan, ada tembakan.'

[58]   Wamang, 2005, *supra* note 2. This tape-recorded interview with SEK was confirmed by AH on 9 October 2006 with Wamang.

[59]   Ronald C. Eowan, interviewed by Zainal Syarief and Fajaruddin, 20 April 2006, *Berkas Perkara*, *supra* note 27.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

believed up until that moment that he had been shooting at an Indonesian military convoy.[60]

Wamang's group did not approach the stopped cars. As they left the scene, the other gunmen continued shooting. No-one followed as they beat a hasty retreat on foot.[61] Eyewitnesses agree that the shooting at Mile 63 lasted from 35 minutes to one hour.

Did Wamang fabricate the story about the second group of shooters? Did he tell investigators that the Indonesian military was involved in the hope of lessening his jail sentence? Perhaps. But Wamang's account has remarkable points of correspondence with the testimony of the victims. Several of the American schoolteachers also saw an unaccounted-for white vehicle at the crime scene.

Wamang says that his group – a band of teenagers and men with limited weapons training – shot at the cars from atop an embankment.[62] They wore black shorts, black T-shirts and black plastic headbands. Wamang says that they were all barefoot.[63] Victims of the attack saw some of the shooters walking along the side of the road near the vehicles. But their reports suggest that these were not Wamang's men. Ken Balk told investigators: 'I saw one of the shooters clearly. He was wearing green military camouflage pants with a dark T-shirt. He wore black military boots.'[64] Saundra Hopkins, who was in the same vehicle as Patsy Spier and Ken Balk, also clearly saw the attackers: 'The shooters were standing 4–5 metres or less from the vehicle that I was in. The man who I saw most clearly wore a black T-shirt. He wore camouflage pants with khaki, green, and brown colours. People running from the ambush site wore green military jackets or shirts.'[65]

At least 13 guns were fired at the crime scene, according to a ballistics report issued by the Police Central Forensic Laboratory [*Pusat*

---

[60]    Wamang, 2005, *supra* note 2.

[61]    Wamang, 2005, *supra* note 2.

[62]    Wamang, 2005, *supra* note 2.

[63]    Wamang, 2005, *supra* note 2. Surat Dakwaan, Kejaksaan Negeri Jakarta Pusat, Juni 2006 in *Berkas Perkara*, *supra* note 27.

[64]    Kenneth M. Balk, interview with Zainal Syarief and Jeldi Ramadhan, 9 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Saya melihat satu diatara [*sic*] para penembak tersebut, dia menggunakan celana kamuflase militer hijau dengan kaos t-shit warna gelap dan memakai sepatu militer warna hitam'.

[65]    Saundra Hopkins, interview with Zainal Syarief, 9 May 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original reads: 'Para penembak berdiri sekitar 4–5 meter atau kurang dari kendaraan yang saya tumpangi…Seorang laki-laki yang saya lihat paling jelas mengenakan t-shirt warna hitam. Dia memakai celana kamuflase (loreng), coklat muda (kakhi) yang berwarna hijau dan cokelat…mereka yang melarikan diri mengenakan jaket/baju militer warna hijau.'

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

*Laboratorium Forensik Polri*] on 19 December 2002: five M16s, six SS1s and two Mausers.[66] 'We had one M16, one SS1, and one Mauser,' Wamang told us.[67] Wamang's account is consistent with the evidence presented by Chief Prosecutor Anita Asterida: his group carried a total of three guns.[68] Nine guns, of the 13 that are traceable by ballistics evidence to the crime scene, were identified by FBI experts as belonging to Kostrad Battalion 515, the Indonesian military detachment stationed in Timika with security checkpoints along the Timika–Tembagapura road.[69] There are no similar smoking guns linking Kopassus special forces soldiers to the crime scene. But one of the 13 guns that left cartridges at the crime scene was unaccounted for by investigators. Police investigators also suggested that there may have been more than 13 weapons fired at the crime scene – non-automatic weapons do not necessarily leave casings behind.[70]

Were the weapons of the Kostrad Battalion 515 soldiers fired in the direction of Wamang and his men? Or were they shot into the vehicles of the teachers? The ballistics evidence presented in the Central Jakarta district court that convicted Wamang did not directly address these questions.[71] If Kostrad shooters were standing on the opposite embankment from Wamang, as eyewitness testimony suggests, then the question of their intended target may indeed be difficult to discern. However, from the bullet holes on both the left and the right sides of the Toyota Land Cruisers, it is clear that there were shooters on both sides of the road.[72] Evidence of Indonesian military shooters, or evidence that

[66]  Dudon Satiaputra, *supra* note 40.
[67]  Wamang, 2005, *supra* note 2.
[68]  Surat Dakwaan Antonius Wamang, Kejaksaan Negeri Jakarta Pusat, Juni 2006.
[69]  *Berkas Perkara*, *supra* note 27, at p 33.
[70]  Dr Syafrian, an Indonesian police ballistics expert who testified at the trial, noted: 'Bullet casings fly out of guns with magazines when they are used for automatic or semi-automatic shooting. Thus, casings from these guns are often found at crime scenes. Guns that have cylinders where bullets are inserted do not eject bullet casings.' Ch Syafrian S., interview with Ahmad A., 23 January 2006, in *Berkas Perkara*, *supra* note 27. Indonesian original: 'senjata api yang cara pengisian pelurunya menggunakan magazen dengan sistem penembakan otomatis atau semi otomatis maka selongsong pelurunya akan terlempar keluar pada saat ditembakkan sehingga akan ditemukan di TKP, sedangkan senjata api yang cara pengisian pelurunya menggunakan silinder maka selongsong pelurunya tidak terlempar keluar'.
[71]  *Berkas Perkara*, *supra* note 27, at p 33.
[72]  *Berkas Perkara*, *supra* note 27, Lampiran 3b, Seketsa Lobang Perkenaan Tembakan Pada Mobil LWB Merk Land Sruiser Warna Putih Nomor Lambung 01-1490; Lampiran 3c Seketsa Lobang Perkenaan Tembakan Pada Mobil LWB Merk Land Sruiser Warna Putih Nomor Lambung 01-1187.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

shooters had commandeered Freeport vehicles, was not pursued by the Indonesian court that convicted Wamang and his colleagues.

Atanasio dos Santos, the police officer from Tembagapura, is not the only eyewitness who saw a Kopassus soldier at the crime scene. Decky Murib, a Papuan man who works as a military informant, told police investigators that 10 soldiers had picked him up at the Hotel Serayu in Timika at 7.30 that morning.[73] Murib often accompanied Indonesian officers on their operations. It is not unusual for villagers such as Decky Murib to work informally for Indonesian soldiers. Murib told us he was surprised to see Kopassus Captain Margus Arifin leading this group. 'He was supposed to be in Bandung,' said Murib.[74]

Formerly, Margus Arifin had been the Kopassus liaison officer at Freeport's Emergency Planning Operation (EPO) office. EPO is a Freeport division that provides logistical, transportation and communication support for the more than 3,000 Indonesian security personnel stationed in the area.[75] According to Global Witness, 'Freeport Indonesia appears to have made payments totalling US$46,000 and described mostly as food costs, to Captain Margus Arifin' by March 2002.[76]

Decky Murib told police investigators that Arifin had driven him in a car with licence plate number 609 through the Freeport checkpoints and dropped him, with four soldiers, at Mile 62 of the Tembagapura road. Arifin reportedly continued north along the road with the remaining soldiers, in the direction of the Kostrad Battalion 515 post at Mile 64.[77] Kostrad and Kopassus soldiers are under separate chains of command in Indonesia's military, but often conduct joint operations.[78] Margus Arifin denied Murib's testimony, saying that he was in Bandung that day. Kopassus commander Major General Sriyanto Muntrasan also told *Tempo* magazine that Margus Arifin was attending a course in Bandung that day.

[73] 'Saran Tindak Lanjut BAP Saksi Sdr Decky Murib (TBO Kopassus)', 28 September 2002, Timika. This is a police document in the archives of Elsham Papua. SEK has a copy of this document.
[74] Decky Murib, interview with SEK, 26 March 2005.
[75] AH interview with Lexy Lintuuran and Saul Tahapary, PT Freeport Indonesia's senior manager on corporate security and security consultant respectively, 6 November 2006, Jakarta.
[76] Global Witness, *supra* note 26, at p 28.
[77] 'Kesaksian Deky Murib di Polda Papua Tentang Penembakan di Mile 62–63 Tembagapura', 18 September 2002, Polda, Jayapura. 'Saran Tindak Lanjut BAP Saksi Sdr Decky Murib (TBO Kopassus)', 28 September 2002, Timika.
[78] For details of one such joint operation, see Alfian Hamzah (2003), 'Kejarlah daku kau kusekolahkan', *Pantau Magazine*, January.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

The vehicle with licence plate 609 was from Freeport's EPO fleet. 'Two or three Indonesian military officers were assigned to the EPO division,' said Dr Joseph Molyneux, then Freeport's corporate chief and now working at the FBI. 'They would have been able to approve the use of vehicle 609 or could have taken it on their own since they had direct access to it.'[79] According to Lexy Lintuuran, who then worked under Molyneux, a car with the licence plate 609 passed through the checkpoints on the morning of the attack. Lintuuran said Murib's statement was consistent with the Freeport record.[80]

Later Murib worked with police investigators to identify Kopassus soldiers whom he alleged were at the crime scene: Captain Margus Arifin, First Lieutenant Wawan Suwandi, Second Class Sergeant I Wayan Suradnya and First Class Private Jufri Uswanas.[81]

The presence of vehicle 609, a white Toyota Land Cruiser, at the crime scene would explain the observations of the victims. Patsy Spier said that she was shot as a white vehicle passed by her own Land Cruiser. Ken Balk remembered a white Toyota Land Cruiser carrying men in military dress as the attack started.

Another vehicle, also from Freeport's EPO division, was reportedly commandeered by the shooters. In the weeks leading up to the ambush, one of Wamang's co-conspirators, Hardi Tsugumol, made it clear to other Papuans that he was very busy getting ready for 'an action' on the road, according to Deminikus Bebari of the Amungme Indigenous Council [*Lemassa*]. Tsugumol 'amassed food and other supplies,' wrote Bebari, in a 2002 report prepared for Indonesian police investigators.[82] Just before dawn on 31 August, three men, including Tsugumol, were 'picked up at the Pompa Dua complex in the Kwamki Lama neighbourhood [7 km from Timika] by a white Toyota Land Cruiser from Freeport's Emergency Planning Operation (EPO) division,' wrote Bebari.[83] Tsugumol declined to reveal the identity of the vehicle's driver, saying he had to protect his 'friend'. He admitted only that they had travelled along the Timika–Tembagapura road, past five checkpoints,

[79]   Molyneux, SEK phone interview, 1 October 2007.
[80]   Lintuuran, *supra* note 29.
[81]   'Saran Tindak Lanjut BAP Saksi Sdr Decky Murib (TBO Kopassus)', 28 September 2002, Timika.
[82]   Deminikus Bebari, 'Kesaksiaan Saudara Hardi Tsugumol Tentang Pelaku Penembakan di Mill 63', Lemassa internal report. SEK has a copy of this document on file.
[83]   Bebari, 'Kesaksiaan Saudara Hardi Tsugumol Tentang Pelaku Penembakan di Mill 63'.Original reads: 'Mereka dijemput oleh Mobil PT. Freeport Indonesia yang digunakan oleh Department Army (EPO) di Kompleks Pompa Dua Kwamki lama'.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

that morning.[84] Checkpoints mean nothing to soldiers. 'They do as they please, they don't care. The only ones we cannot control are the security vehicles,' said Lexy Lintuuran, the security executive at Freeport.[85] Wamang told us inconsistent stories about how he had arrived on the scene – at times he indicated that he had travelled up and down the road by car in the days leading up to the attack, and at other times he said that he had arrived on foot.

Hardi Tsugumol had a network of unlikely 'friends'. When he was a boy growing up in a highland village, he had wanted to be a soldier.[86] Later he lived in Java for many years, where he married an Indonesian woman. After returning to Timika, Tsugumol maintained relationships with active-duty Indonesian soldiers. In contrast to Antonius Wamang, who had long been loosely affiliated with TPN guerrillas, Tsugumol only cultivated contacts with 'freedom fighters' near Timika a short time before the ambush. Did Tsugumol serve as a double-agent? Did he deliberately set up Wamang and other Papuans who had dreams of heroically expelling the military occupier? Was Tsugumol the link that tipped off the Indonesian military to the precise location of the planned ambush? In the lead-up to the ambush, Tsugumol 'contacted his friends in the military to buy ammunition – 300 bullets for 600,000 Indonesian rupiah (US$65), via his friends who were in the Indonesian special forces,' wrote Bebari.[87] Were these purely financial transactions? Did Tsugumol also get 'tactical advice' from his contacts 'on the inside'? Did he supply his military contacts with intelligence about Wamang's plans?

Before the attack, Tsugumol also notified a number of key Papuan human rights advocates that a 'peaceful rally' [*aksi damai*] would take place on the Timika–Tembagapura road. Was he trying to set up these Papuan leaders in urban areas? A document circulated by Tsugumol to

---

84   Kwamki Lama neighbourhood is located near Timika. One has to pass five checkpoints manned by Freeport's security and the Indonesian military to reach Mile 63. The five checkpoints include Mile 28, Mile 32, Mile 34, Mile 50 (one of the strictest) and Mile 58.

85   Lintuuran, *supra* note 29. Original quote: 'Mereka seenaknya saja, mereka masa bodoh. Yang tidak bisa kita kendalikan hanya mobil-mobil keamanan.'

86   Hardi Tsugumol, 22 March 2005, interview with SEK in Timika.

87   Bebari, *supra* note 83. Original reads: 'Hardy Tsugumol sangat sibuk dengan persiapan rencana aksi damai di sekitar terowongan ruas jalan Timika–Tembagapura, menyangkut: BAMA (Bahan Makanan) serta kelengkapan lainnya. Menghubungi teman-temannya anggota (Militer) untuk membeli Amunisi yang berjumlah 300 Butir, dengan harga Rp, 600.000 melaui salah satu temannya yang anggota Kopassus.' AH checked this information with Bebari in Jakarta, 13 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Case 3:19-cv-04541-LB    Document 45-6    Filed 11/13/20    Page 28 of 410

Papuan human rights defenders and TPN members stated (in broken Indonesian): 'The troops must understand human rights laws, and in this respect must pay attention to civilians from Papua, Indonesia, and whites. They are just the people [*masyarakat*] and not our enemies.'[88]

Naivety on the part of Wamang, for one, was certainly an important factor that allowed strange bedfellows to come together in the events leading up to the ambush. But recent history might well have led him to believe that it was possible to play one group of Indonesian security forces off against another. In other contexts, Papuan activists have used financial and logistical support from Indonesian agents to stage successful events in which aspirations for independence have been aired.[89] Many Papuans with kinship and personal ties to TPN guerrillas also work for the Indonesian military. For Anna Tsing, 'collaborations are the hopeful edge of a political project'.[90] Wamang and his band of guerrillas may have been working to 'turn' their 'friends on the inside' at the same time as Indonesian military agents were working to frame these Papuan independence fighters. Unsettling results often emerge from relationships of mutual exploitation. The idiom of co-production suggests that agents cannot always know with certainty the outcomes of their actions. Ambivalent collaborations and contingent circumstances may well produce events that surprise everyone involved. Where competing agendas co-mingle, where the lines separating enemies from allies grow fuzzy, dangerous possibilities emerge.[91]

## A cover-up?

Victims of the 31 August ambush were immediately transported to SOS Tembagapura Hospital, and were soon evacuated to larger hospitals in Australia and Indonesia. Seven survivors with the most serious injuries

[88] 'Perintah Oprasi', 27 June 2002, TPN Makodap III Nemangkawi. Indonesian original: 'Pasukan harus dapat memahami Hukum-hukum HAM, dan didalam hal ini harus berhati-hati sipil dari Papua, Indonesia/ Kulit puth adalah masyarakat dan bukan musuh kita'.

[89] Such events, involving both elite independence groups in urban centres and TPN/OPM guerrillas in rural areas, are discussed in S. Eben Kirksey (2008), 'Freedom in entangled worlds: experiences of freedom in West Papua', PhD dissertation ((filed January), Department of History of Consciousness, University of California, Santa Cruz.

[90] A. L. Tsing (1999), 'Becoming a tribal elder, and other green development fantasies', in T. M. Li, ed, *Transforming the Indonesian Uplands: Marginality, Power, and Production*, Harwood Academic Publishers, London, p 162.

[91] These themes are explored in Kirksey, *supra* note 89.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

were flown to Townsville in northern Australia on 1 September. 'In their desire to keep a lid on information, the [Townsville] hospital and Freeport did not allow the patients to use the telephone for the first day and a half,' according to a cable from the US Consulate in Sydney, which was recently declassified in response to a Freedom of Information Act Request filed by the National Security Archive in Washington, DC.[92] The victims of the attack were not even allowed to contact their families on their first day in Australia.

Elsham Papua, a human rights organization based in Jayapura, immediately called on the US government to launch an independent investigation. On 2 September, the American Embassy in Jakarta sent a classified cable to Secretary of State Colin Powell, which stated: 'Many Papuan groups are calling for an independent investigation, led by the US. Calls for an independent probe are unrealistic, but we believe that Papua's Police Chief, who enjoys a good reputation with Papuan activists (and US), can conduct a fair investigation'.[93]

The Indonesian police investigation came to question 30 soldiers and 44 civilians, and conducted extensive forensic research. These police investigators found 'a strong possibility' that there had been Indonesian military shooters.[94]

On 1 September, one day after the attack, the body of 'Mr X' appeared near the crime scene. Indonesian military officers claimed that their troops had shot one of the Papuan guerrilla attackers. Second Class Corporal Wayan, an Indonesian soldier with Kostrad Battalion 515, claimed to have shot Mr X while patrolling a mountain near the crime scene at 11.40 am. At 1.30 pm, senior military and police officials – including Papua police chief Major General I Made Mangku Pastika and Papua army commander Major General Mahidin Simbolon – arrived at the side of the road where Corporal Wayan was standing with the body.[95] There were no blood stains on the ground near the body.

Corporal Wayan claims that Mr X was standing on a small ledge approximately half a metre in width on the side of a steep cliff when he shot and killed him. A police reconstruction, conducted on 10 September 2002, deemed Wayan's story implausible.[96] The body reportedly fell

---

[92]   Cable from the American Consul in Sydney to the Secretary of State in Washington, DC, 2 September 2002.

[93]   Cable from the American Embassy in Jakarta to the Secretary of State (PRIORITY 0033), 'The perpetrators of the August 31 attack on a Pt Freeport convoy in Papua remain unclear', 2 September 2002.

[94]   Quoted in Priest, *supra* note 43.

[95]   'Ringkasan Laporan', Elsham Papua, 14 August 2003.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

186    *South East Asia Research*

eight metres off the cliff, yet did not have any broken bones. A report by Indonesian forensics experts found that the blood type of Mr X was 'O' and that dirt and leaves from the site where Wayan claimed to have shot the man did not contain any blood of this type.[97] *The Washington Post* reported that Mr X was a former military informant.[98] This man, reportedly named Deminus Waker, had been kidnapped by security forces before the ambush.[99] However, documents from the court that sentenced Wamang to prison claimed that Mr X was Elias Kwalik, an alleged accomplice in the attack.

Elsham Papua became involved in the Timika investigation in the days immediately after the attack. Investigating reports about the identity of Mr X led them to Deminus Waker's village. When their vehicle approached the village, a crowd of villagers closed in. Paula Makabory, an Elsham team member, told us: 'Some villagers carried axes, others hefted large stones. A rock hit our vehicle and then another.' The driver jammed the vehicle into reverse and sped backwards down the road. Three Indonesian agents had reportedly visited the village earlier in the day and provoked the attack on the Elsham team, Makabory said. Intelligence agents stationed at the local Mimika military command also routinely followed Makabory and other Elsham human rights workers.[100]

Elsham Papua issued a preliminary report on 26 September 2002. It presented evidence 'suggesting the shooting was carried out by Indonesian military personnel or groups facilitated by the TNI'.[101] The BBC, Radio Australia and many Papuan newspapers covered the report. Two days later, the Indonesian military denied it and announced that it was suing Elsham. There was a raid on Elsham Papua's Jakarta office on 10 October 2002.[102] 'During the raid, the men seized documents and computer diskettes containing Elsham reports on the August ambush,' wrote

---

96    'Peristiwa 1 September 2002', internal document, Polda Papua. Original reads: 'MR. X diduga bukan TSK pelaku yg sebenarnya di TKP Mile 62'. 'Audiensi Team Investigasi Els-Ham Papua Dgn Polda Papua', Kantor Polres M-32, Mimika, 11 September 2002.

97    Dudon Satiaputra, *supra* note 40.

98    A. Sipress and E. Nakashima (2002), 'Slain suspect in Indonesian ambush said to be military informer', *The Washington Post*, 15 September.

99    M. Moore (2002), 'Gunmen shoot at Papua police team', *The Age*, 17 September.

100   'Tim Elsham dan Polisi Mendapat Ancaman Pembunuhan dan Terror', 18 September 2002, Elsham Papua, Mimika.

101   Elsham Papua, 'What happened at Freeport', 26 September 2002.

102   Alberth Rumbekwan, 'Kronologi Peristiwa Pembongkaran Kantor Perwakilan Elsham Papua di Jakarta', sent to West Papua@topica.com on 16 October 2002.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

*The Jakarta Post*.[103] A court summons arrived in November, announcing that John Rumbiak and Yohanis Bonai, the supervisor and director of Elsham respectively, were being sued for libellous statements.[104] Yohanis Bonai's wife, Elsje, along with other members of their extended family, were attacked by unknown gunmen while driving near the border between Papua and Papua New Guinea on 28 December 2002. Elsje Bonay was shot in both legs.[105] She survived the attack, but after repeated surgery she still has difficulty walking. *Tempo* magazine ran a story with the headline: 'Shooting of Papuan human rights activist's family may be related to Timika incident'.[106] Yohanis Bonai resigned as the Director of Elsham, but the organization continued to investigate the Timika case.

Indonesian police investigators drew similar conclusions to the Elsham investigators – that there was evidence of an Indonesian military role in the attack in Timika. Saul Tahapary, a Freeport security consultant who was party to a conversation with the then Papua police chief I Made Mangku Pastika, recalled that Pastika was upset about attempts by the military to cover up their own actions.[107] Pastika was soon transferred off the investigation to deal with the Bali bombing that had killed more than 200 people.

Police Brigadier General Raziman Tarigan, who was then Pastika's immediate deputy, took over the Indonesian police investigation after Pastika's departure. Tarigan worked closely with Elsham investigators.[108] He told reporters that the 13 guns used in the attack were the types of weapons issued to soldiers stationed in the area.[109] 'Only the military

---

[103]  'Office of Rights group probing Papua shootings attacked', *The Jakarta Post*, 28 October 2002.

[104]  Andi Imran to Yohanis Bonai, 'Somasi', 15 November 2002, Jakarta. This is the original summons from the TNI to Elsham. Copy of the document on file with SEK.

[105]  Nethy Dharma Somba (2002), 'Wife of human rights activist shot at Papua–PNG border', *The Jakarta Post*, 29 December.

[106]  'Shooting of Papuan human rights activist's family may be related to Timika incident', *Tempo Interactive*, 28 December 2003, 20:54:13 WIB.

[107]  Interview of Saul Tahapary with AH, 6 November 2006 in Jakarta. Original quotation: 'Mas, negara ini khan punya kita semua. Kalau demi bangsa dan negara, ya kasih tahu dulu, supaya kita ini tidak repot semua.' According to Tahapary, Pastika made this statement to Maj Gen M. Yasin (deputi Menko Polkam bidang Politik Dalam Negeri), Brig Gen Mamat Rachmat and Dr Yudho, Coordinating Minister on Security and Politics, Susilo Bambang Yudhoyono's office.

[108]  Soal Penembakan Di Timika Belum Ada Bukti Keterlibatan TNI, 9 January 2003, Indonesian military press release, available from Website: http://www.tni.mil.id/news.php?q=dtl&id=232.

[109]  Dudon Satiaputra, *supra* note 40. 'Police say Indonesian army behind Papua ambush', *Agence France Presse*, 26 December 2002.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

and Freeport workers pass through the area,' Tarigan was quoted as saying by *Koran Tempo*.[110] After making these public statements, Tarigan was also transferred off the investigation.[111]

During a meeting between armed forces commander General Endriartono Sutarto and US Ambassador Ralph Boyce on 16 June 2003, the commander expressed concern about a written interview request from *The Washington Post*. Having just settled a lawsuit with *The Post* about the Timika case, Sutarto was troubled by a new request to interview him, the Indonesian Strategic Intelligence Agency (BAIS) and chiefs of the State Intelligence Agency (BIN) regarding the ambush. According to a classified report from the meeting, 'The Ambassador replied by suggesting that the upcoming *Post* article should not deter us from our main objective, which was justice in the Timika case.'[112]

General Sutarto, on his own initiative, dispatched a military fact-finding team led by Brigadier General Hendarji to Timika and Jayapura, following the reports of military involvement. The team from Central Military Police (Puspom TNI) was told to conduct a 'reconstruction'. According to a standard textbook on criminology, a murder reconstruction involves answering a series of questions: (1) Was there more than one person involved? (2) How was the victim killed? (3) Were there actions taken to cover up what actually took place?[113] However, the Indonesian military reconstruction did not rigorously attempt to answer any of these three questions.

Decky Murib, the military informant who claimed to have travelled with Kopassus's Captain Margus Arifin to a spot near the crime scene, told us that he was threatened and intimidated by Indonesian soldiers on 28 December 2002, the day of the reconstruction.[114] Murib told us that he was threatened by Arifin himself. Captain Margus Arifin reportedly told Murib not to participate in the reconstruction. Murib decided to go into hiding.[115] Deminikus Bebari of the indigenous rights group Lemassa and Albert Bolang of the Legal Aid Institute accompanied the Indonesian military reconstruction team on 28 December 2002

---

[110]  Tom Hyland (2002), 'Police blame army for Papua ambush', *The Age*, 27 December; *Agence France Presse*, *supra* note 109.
[111]  Simon Elegant (2003), 'Murder at the mine', *Time Magazine*, 10 February.
[112]  Cable from American Embassy in Jakarta to Secretary of State in Washington, DC, 17 June 2003.
[113]  Richard Saferstien (2001), *Criminalistics: An Introduction to Forensic Science,* 7 ed, Prentice Hall, Upper Saddle River, NJ, p 69.
[114]  Decky Murib, *supra* note 74. Indonesian original: 'Bapa mau tembak saya, silahkan'.
[115]  Decky Murib, *supra* note 74.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

as outside observers. The Indonesian military said that they would test the accuracy of Decky Murib's account implicating Kopassus in the shooting. Deminikus Bebari had repeatedly interviewed Murib, who originally told police investigators that he heard shots after Captain Margus Arifin had dropped him at the side of the road. The military reconstruction team deposited Bebari at Mile 58, as a witness, while they shot automatic weapons at the scene of the crime. Bebari did not hear the gunshots. Deminikus Bebari told us, 'Decky might be a drunkard and an opportunist but he was at Mile 62. How could we test whether he had heard the shots or not when I was placed four miles away from his position?'[116] Brigadier General Hendarji, who headed the military reconstruction, confronted Bebari during the reconstruction. Bebari recounted that Hendarji said, 'Since you did not hear any gunshots, then all of Murib's testimony about the Timika shooting was lies'.[117] In January 2003, Decky Murib was flown to Jakarta by Indonesian military officials.[118] Major General Sjafrie Sjamsoeddin, the Indonesian military spokesman, announced on 14 January 2003: 'Decky Murib lied'.[119]

Despite repeated threats by militia members, Deminikus Bebari continued to carry out research and advocacy about the ambush that killed the schoolteachers. In June 2004, Bebari's house in Timika was ransacked by an angry mob. A group of men wielding axes entered the house and grabbed Bebari's wife, Nirmala Ohee, and their three children. The men destroyed books, clothes and other personal property. They reportedly threatened to kill Nirmala Ohee and the children.[120]

## A widow and the FBI

Recovering from her gunshot wounds and mourning her lost husband, Patsy Spier closely followed the news as police investigators implicated Indonesian military troops in the attack. When the Indonesian military took over the investigation and promptly exonerated themselves, Spier began her campaign for justice. After making a few tear-

---

[116] Deminikus Bebari interview with AH, 13 November 2006, Jakarta.
[117] Deminikus Bebari, 'Kronologi Pemeriksaan Saksi (Decky Murib) oleh Puspom TNI atas Aksi Penembakan Mill 63 Ruas Jalan Timika–Tembagapura', 6 January 2003.
[118] Deminikus Bebari, *supra* note 116.
[119] Kapuspen Tni: Kesaksian Decky Murib Bohong, 14 Jan 2003, available from Website: http://www.tni.mil.id/news.php?q=dtl&id=239.
[120] Deminikus Bebari, SEK interview on 24 March 2005 in Timika and 20 July 2005 in Washington, DC.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

choked phone calls to the offices of Washington policy makers, she learned that the US government was poised to renew Indonesian military funding through the International Military Education and Training (IMET) programme. 'I just, I just couldn't believe it,' Spier told Australian ABC reporters, 'If the Indonesian police had implicated the Indonesian military, why would my government want to give money to that military?'[121]

The Bush Administration made military aid to Indonesia a high priority in the post-September 11th era. Following the Santa Cruz massacre in East Timor, the US Congress had blocked military aid to Indonesia in 1992. All military assistance to Indonesia had been cut by the Clinton Administration in response to the bloodbath during the 1999 independence referendum in East Timor.[122] When Patsy Spier first came to Capitol Hill in early 2003, human rights groups – Amnesty International, Human Rights Watch and the East Timor Action Network – were losing a battle to keep restrictions on Indonesian military financing. Spier's presentations to lawmakers were well received. She secured meetings with top US government officials: Deputy Secretary of Defense Paul Wolfowitz, FBI Director Robert Mueller, key senators and congressmen.[123] Given what she saw as the 'internal conflicts' within Indonesia's security forces, Pasty Spier came to see an independent FBI investigation as the only way to get to the truth about the case.[124] Spier came to see the FBI special agents assigned to the case – namely Paul Myers, Brad Dierdorf and Ron Eowan – as her personal 'guardian angels'.[125]

Initially, FBI agents were permitted only short visits to Timika. All their interviews of witnesses were, at first, conducted in the presence of Indonesian minders.[126] Their translator, a Malaysian woman, had difficulty understanding the regional dialect of Bahasa spoken in Papua.[127] Despite repeated high-level requests from the US government, including a personal appeal by President George W. Bush, the FBI had continual difficulties in gaining access to witnesses and material evidence.[128] 'We were objective,' said Dierdorf during an interrogation

---

[121]   Anthony Balmain (2004), 'Ambush in Papua', Australian Broadcasting Corporation, 7 August.

[122]   Priest, *supra* note 43.

[123]   Tim Shorrock (2004), 'Murder, she said', *Mother Jones*, March–April.

[124]   Spier, *supra* note 38.

[125]   Patsy Spier, SEK interview, Santa Cruz, 22 May 2004.

[126]   Priest, *supra* note 43.

[127]   'Logat Papua' is a distinct linguistic regional dialect related to Bahasa Indonesia. In addition to this creole dialect, there are over 250 indigenous languages in Papua.

[128]   Matthew Moore (2002), 'Find Freeport killers, Bush tells Megawati', *Sydney Morning Herald*, 21 December.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

on 24 February 2005. 'Our gut feeling initially leaned away from Papuans,' he added.

The 'objectivity' of the FBI investigation was in fact compromised. Standpoint epistemologists see all knowledge projects as political – researchers are never free from the values and interests of particular social locations. The subject positions of researchers shape the types of questions that they ask.[129] Questions about Indonesian military involvement in the attack were certainly at odds with high-level Bush Administration priorities. Edmund McWilliams, formerly a political secretary for the US Embassy in Jakarta, told us: 'The FBI investigation, once it was finally launched, proceeded in the constraining political context of an administration policy which was pressing for rapid expansion of US–Indonesian military ties. I personally observed FBI reluctance to accept or pursue information offered to it that pointed to Indonesian military involvement in the killings.'[130] The overarching political context thus provided an environment that was not conducive to the field agents pursuing their 'gut feeling'.

Spier nonetheless saw the FBI as her only hope of getting to the truth behind her husband's murder. She saw that restricting funds for the Indonesian military would provide a financial incentive for cooperation with the US investigation team. Senator Russell D. Feingold (D-Wis) later sponsored an amendment to prohibit 'normalization' of the USA–Indonesia military relationship. Senator Wayne Allard (R-CO) sponsored a parallel amendment that prohibited the release of US$600,000 in IMET military training funds. Both amendments were passed in October 2003. Only 'full cooperation' with the FBI investigation would allow the Pentagon to release these funds to the Indonesian military. These congressional measures stymied Bush Administration efforts to restore full military ties with Indonesia.

On 24 June 2004, US Attorney General John Ashcroft and FBI Director Robert Mueller announced that Antonius Wamang had been indicted for the murders at Mile 63. The indictment alleged that Wamang was a 'terrorist' seeking independence from Indonesia. The US Department of Justice did not mention evidence of Indonesian military involvement in the indictment. The US Department of Justice did not

---

129   S. Harding (1996), 'Rethinking standpoint epistemology: what is "strong objectivity"?' in E. F. Keller and H. E. Longino, eds, *Feminism and Science*, Oxford University Press, New York, p 241; S. Harding (2004), *The Feminist Standpoint Theory Reader: Intellectual and Political Controversies*, Routledge, New York, p 136.

130   Ed McWilliams, 'FBI', e-mail sent to SEK on 4 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

explicitly exonerate the Indonesian military, but the military themselves later claimed exoneration. Here the agendas of the Bush Administration and the Indonesian military aligned to co-produce a new spectre of terror. The Indonesian military agenda of combating a domestic nationalist movement, through this attack, came to link up with the 'global war on terror'. Blaming the ambush on Wamang and his men appeared to be a parsimonious explanation to high-level Bush Administration officials. In short, it was politically expedient to ignore a more complex account of the possible role of Indonesian state agents in helping to stage this criminal act.

Patsy Spier's initial reports to journalists and presentations to US policy makers focused on evidence of an Indonesian military role in the attack. Following the indictment of Wamang, Spier continued to meet policy makers. But her presentations no longer focused on the possibility of Indonesian military involvement. She began to believe the explanations of her 'guardian angels' that the attack had been conducted by Papuan terrorists. In April 2007, the Justice Department gave Spier the Special Courage Award for 'extraordinary bravery in the aftermath of a crime'. FBI Director Robert Mueller created the Strength of Human Spirit Award especially for her.[131]

## A lobbying bonanza

The Timika ambush took place during the administration of President Megawati Sukarnoputri, who had made restoring military ties with the USA a high priority. Megawati's husband, Taufik Kiemas, hired a Washington lobby firm to work on the issue of military aid. Taufik is also a leader of Megawati's Indonesian Democratic Party of Struggle. He contracted Alston & Bird LLP, a Washington firm, to lobby on Capitol Hill. Yohannes Hardian Widjonarko, the treasurer of the Kawula Alit Nusantara Foundation, an organization led by Taufik Kiemas, signed the contract with Alston & Bird.[132] The one-year contract was also signed by Senator Bob Dole, the Republican presidential candidate in 1996. The contract called for payment of US$200,000 per month and laid out 12 lobbying objectives including seeking a resumption of the military assistance. The total cost for Alston & Bird's efforts, according to legal

[131]  J. Widdifield (2007), 'Patsy's story', *University of Denver Magazine*, fall.
[132]  Andreas Harsono (2007), 'Lobbying bonanza', International Consortium of Investigative Journalists, 31 May. This story used Foreign Agents Registration Act (FARA) documents. FARA records on file with Andreas Harsono.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

Case 3:19-cv-04541-LB   Document 45-6   Filed 11/13/20   Page 37 of 410

records, was $1,044,147. From 1 November 2003 to 30 April 2004, Alston & Bird reported US$846,163 in income from Widjonarko. From 1 May 2004 to 20 October 2004, the reported income was $197,984. Where did all the money come from? It depends on whom you ask.

While Bob Dole and his team worked in the chambers of power in Washington, DC, over a two-year period, Elsham's John Rumbiak presented the FBI with specific details about Wamang's ties to the Indonesian military.[133] But the FBI was not listening. In response to written questions about the Timika case from Senator Joseph R. Biden, Dr Condoleezza Rice said: 'Although the investigation is not complete, the FBI has uncovered no evidence indicating TNI involvement in the Timika murders'. Did FBI investigators not brief Administration officials about Wamang's trip to Jakarta and his extensive contacts with military agents? Were US leaders not informed about eyewitness reports of a second group of shooters?

In 2005, lobbyists with Richard L. Collins & Co began asking offices on Capitol Hill for the names of Papuan 'separatists' who had presented briefings to Congress in the recent past. Paula Makabory, an Elsham employee who investigated the Timika case, was among the Papuan human rights workers who had recently presented Washington policy makers with her findings. According to Edmund McWilliams, the former US State Department official, Collins & Co was seeking these names on behalf of Indonesia's top State Intelligence Agency, BIN [*Badan Intelijen Negara*]. McWilliams circulated a note on this issue to 74 congressional members of staff: 'There is a very strong basis for concern that any Papuans whose names were given to BIN would face real danger…. Several Papuan human rights advocates have recently fled Papua because of death threats and a number of prominent Papuan human rights advocates have been detained, tortured and murdered by security forces.'[134] Following threats, Paula Makabory eventually relocated to Melbourne, Australia, with her children Cindy and Godwin. She has since been granted political asylum.

## Entrapment

Despite pressure from high-level US officials, Indonesian authorities failed to capture Antonius Wamang. Perhaps they feared the story he

[133]  John Rumbiak, SEK interview on 5 February 2005.
[134]  Edmund McWilliams (2005), 'Warning about Indonesian Intelligence Agency activities in Congress', e-mail sent on 16 December to skirksey@ucsc.edu.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

194   *South East Asia Research*

might tell in court. The impasse prompted Willy Mandowen, a Papuan politician, to begin talking to the FBI and US government officials about negotiating Wamang's surrender. Mandowen sent an e-mail to a public discussion forum for Papuan activists on 7 December 2005: 'Tomorrow at Capitol Hill, Washington DC, we are meeting with important representatives of the US Congress who are giving full support to help us resolve our problems in West Papua in a comprehensive and humanitarian manner'.[135] Congressional staff talked to Mandowen about the possibility that FBI agents might bring Wamang to stand trial in the USA.[136]

With Mandowen's help, FBI agents Paul Myers and Ron Eowan coordinated an 11 January 2006 'meeting' at a small hotel in Timika called the Amole Dua.[137] Invitations to this meeting were sent to Wamang via Reverend Isak Onawame, a Timika church leader who is internationally known for his human rights work. Witnesses said that the FBI had pledged to transport the suspects to the USA for trial. At the hotel, the two FBI agents told the 12 men attending the meeting, including Wamang and Reverend Onawame, to get into the back of a medium-sized truck. The agents reportedly promised to drive the men to the Timika airport and fly them out of Indonesia. However, instead of driving to the airport, Myers and Eowan dropped the men at a local police station where Indonesian police from the mobile brigade (Brimob) were waiting.[138] It seems the police had by this time given up their defiant independence in the case.

Reverend Onawame was strip-searched, deprived of sleep and interrogated at the police station along with the other detainees. Another detainee, an elderly man named Jairus Kibak, claimed to have been struck on the forehead by an Indonesian interrogator. Four of the men, who were never charged with any crime, were released the next day.[139] Reverend Onawame was not released. Denny Yomaki of Elsham Papua,

[135]   Willy Mandowen (2005), 'Kami Tidak Berpesta Atas Keringat Orang!' sent to komunitas_papua@yahoogroups.com from wmandowen@yahoo.com on 7 December. Indonesian original reads: 'Sekedar info bahwa esok 08 Desember 2005 pukul 16:00 bertempat di capitol hill Washington DC kami akan bersua dengan wakil-wakil penting Kongres AS yang telah memberi dukungan terhadap penyelesaian secara menyeluruh dan manusiawi masalah Papua Barat'.

[136]   Octovianus Mote, SEK interview, 11 January 2006.

[137]   Ellen Nakashima (2006), 'FBI said involved in arrest of 8 Indonesians', *The Washington Post*, 14 January.

[138]   Raymond Bonner (2006), 'Indonesian man links military to shooting of U.S. teachers', *The New York Times*, 14 January.

[139]   Nakashima, *supra* note 137.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

who went to see the Reverend in prison, said: 'Interrogators extracted a false confession from Reverend Onawame. He told the police that he gave Wamang food.' Antonius Wamang has repeatedly said that Reverend Isak Onawame was not involved in the crime. 'It's fine if I am held responsible,' Wamang said, 'but, the Reverend didn't even help us with logistics'.[140] Court documents quote Reverend Onawame as saying 'I gave two sacks of rice and one plastic tent to Antonius Wamang'.[141] Onawame has since retracted this 'confession'. The court documents do not claim that Reverend Onawame was at the scene of the crime.

The prisoners were soon transferred to the Indonesian Police Headquarters' detention centre in Jakarta, three time zones away from Timika. They were not given their own cells to sleep in. Instead they all shared the prison 'TV room'. The Timika defendants were repeatedly threatened while in jail.[142] Hardi Tsugumol, the man with known ties to the Indonesian military, was charged by Indonesian prosecutors with providing Wamang with logistical support. Tsugumol developed serious heart problems in June 2006. His medical treatment was delayed until late August, when he underwent heart surgery. Tsugumol also suffered from hepatitis and HIV/AIDS. One of the prisoners' lawyers, Riando Tambunan, repeatedly asked the court to attend to Tsugumol's health problems. But visits from doctors were infrequent. Tsugumol died on 1 December 2006.

Wamang was sentenced to life in prison by a Jakarta court on 7 November 2006. Two other defendants, teenagers Johni Kacamol and Yulianus Deikme, were each sentenced to seven years in jail, while the other four, including Reverend Onawame, Hardi Tsugumol and the two church workers, were sentenced to 18 months.[143] They did not talk about their ties to the Indonesian military in the courtroom. The threats that they were subjected to in prison made them afraid to tell the whole story, according to Reverend Onawame in a telephone interview from prison on 9 June 2008. Were they also trying to protect their 'friends' on the inside?

Lawyers for the group filed an appeal at the Jakarta High Court. In January 2007, the court upheld the life imprisonment of Wamang. Surpri-

---

[140] Wamang, 2006, *supra* note 2.
[141] *Berkas Perkara*, *supra* note 27, at p 87.
[142] Deminikus Bebari (2006), 'Re: Mogok Makan dan Teror', e-mail sent from demieden@yahoo.com to skirksey@ucsc.edu, 20 September.
[143] 'Wamang Divonis Seumur Hidup', *Pikiran Rakyat*, 8 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

ingly, the court increased the sentences of the other defendants: Kacamol and Deikme were sentenced to eight years in jail (increasing their sentences from seven years), while the other four were sentenced to five years (increasing their sentences from 18 months). The Papuan villagers appealed to the Supreme Court. This appeal was rejected. The Supreme Court found no procedural fault in the High Court trial.[144]

Collaborations between FBI special agents and the Indonesian prosecutors produced a simple, seemingly parsimonious, account of what had taken place: Wamang and his band of guerrilla fighters had staged a terrorist attack in hopes of furthering the cause of independence. The courtroom accounts made no mention of Sergeant Puji, the police officer whom Wamang has fingered as a supplier of bullets used in the attack. Nor did the court hear evidence of the reported involvement of Indonesian soldiers – Captain Margus Arifin, First Lieutenant Wawan Suwandi, Second Class Sergeant I Wayan Suradnya and First Class Private Jufri Uswanas. Puzzlingly, the courtroom documents referred to Johni Kacamol, the teenager placed at the scene of the crime, as 'Agus Anggaibak'. The real Agus Anggaibak, who reportedly inspired Wamang's attack and helped him obtain bullets in Jakarta, now regards himself as an up-and-coming leader in the government regional assembly in Timika.[145] The seemingly simple narrative about terrorism, which was co-produced by the FBI and Indonesian prosecutors, laid the groundwork for bolstering a new military regime in Indonesia. The trial of Wamang set the stage for new military collaboration between the USA and Indonesia.

Even though the FBI investigation has not been formally brought to a conclusion, the Bush Administration has launched new military aid programmes for Indonesia. In 2006, a new Pentagon programme was announced that would provide up to US\$19 million in additional funds for building Indonesian military capacity. The very day that Wamang was sentenced to life in prison, Washington signalled a 'new era of military co-operation' with Indonesia.[146] In December 2007, the US Congress decided to award the Indonesian military US\$18.4 million in Foreign Military Financing for the fiscal year 2008.[147]

---

[144] 'MA Tetap Hukum Terpidana Freeport Penjara Seumur Hidup', *Antara*, 26 September 2007.

[145] Agus Anggaibak, telephone interview by SEK from Jakarta to Timika, 11 June 2008.

[146] 'US: Washington signals new era of military co-operation', *Radio Australia*, 11 November 2006.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

## Conclusion

At the time of the incident, the Indonesian military was embattled – competing with the police for security contracts, fending off criticism from human rights groups, and dealing with pressure for reform from a civilian administration. In the initial months after the ambush in Timika, it seemed as if this incident would be their downfall. Initially, it seemed as if the Indonesian military had conducted this attack by themselves – without the help of TPN guerrillas. When the FBI began their investigation, it seemed possible that they would identify the Indonesian military as the culprits.

The idiom of co-production explains how the contingent collaborations, the (perhaps) chance connections between Wamang's group and the Indonesian military enabled this ambush to take place. Co-production might also help us to understand the collaborations between the FBI and Indonesian officials that came to frame this attack as an act of terrorism. We did find evidence of attempts to coordinate the different investigations 'at the political level', in the words of Susilo Bambang Yudhoyono. Yet in many ways, the FBI investigation was independent of the Indonesian authorities – they had their own field agents and an independent network of informants. To appropriate the language of Jasanoff, they had separate micro-processes by which the case came to have form and meaning. The FBI did not apparently conspire with the Indonesian authorities to fabricate or destroy evidence. Instead, our conclusion is that they worked closely with the Indonesian authorities to construct a parsimonious and politically viable narrative that fitted parts of the existing evidence. However, both the FBI and Indonesian military investigators seem to have ignored inconvenient truths.

---

[147] The majority of these funds, US$15.7 million, will be automatically awarded to the Indonesian military in FY 2008. The remaining US$2.7 million will be awarded once the US Department of State has completed a report about the assassination of human rights activist Munir, access to Papua, and general reforms in Indonesia. J. Miller (2007), 'ETAN Statement on military assistance to Indonesia in the FY2008 Consolidated Appropriations bill (HR 2764)', accessed 18 December 2007 from Website: http://www.etan.org/news/2007/12app.htm.

This content downloaded from 24.7.112.89 on Thu, 11 Jun 2015 16:05:43 PM
All use subject to JSTOR Terms and Conditions

# Exhibit 3

The New York Times

# U.S. Links Indonesian Troops to Deaths of 2 Americans

**By Raymond Bonner**

Jan. 30, 2003

Bush administration officials have determined that Indonesian soldiers carried out a deadly ambush that killed two American teachers returning from a picnic in a remote area of Indonesia last August, senior administration officials say.

The conclusion, which follows a preliminary investigation by the Federal Bureau of Investigation, is likely to muddy relations between Washington and Jakarta.

Indonesia is the world's most populous Muslim nation, and the Bush administration has been trying to persuade its president, Megawati Sukarnoputri, to take a more aggressive stand against terrorism and to support Washington's policy on Iraq.

Last month, in a reflection of the administration's concern about the killings, President Bush secretly dispatched an influential emissary to tell President Megawati that the Indonesians must mount a serious investigation -- with F.B.I. participation. The official, Karen Brooks, is the National Security Council's senior Asian specialist; she also has a deep personal and professional relationship with President Megawati.

Indonesian leaders tend to bristle at outside interference, and especially as the United States prepares for a possible war with Iraq, which the vast majority of Indonesians oppose. Even so, Ms. Brooks's mission seems to have been successful, at least in part. Two F.B.I. agents arrived in Indonesia last week to help in the investigation.

The Indonesian military has denied any involvement in the ambush, which also killed an Indonesian teacher and wounded eight Americans. But a report by the country's police force last year suggested that the military was behind the killings.

The two F.B.I. agents now in Indonesia are gathering evidence for the Justice Department in Washington, American and other Western officials in the region said.

''There is no question there was military involvement,'' said a senior administration official. ''There is no question it was premeditated.''

The administration official and diplomats from other countries said there was still a mystery about who ordered the killings and why. They said the most likely explanation was that soldiers were trying to send a message to the teachers' employer, an American company

that operates one of the world's largest copper and gold mines in the area. The company, Freeport-McMoRan Copper & Gold, had reduced payments and other benefits to soldiers, the officials said.

''Extortion, pure and simple,'' said a Western intelligence analyst, explaining what he believed was behind the attack.

Freeport has declined to answer any questions about the killings or about payments to the police and the military.

''This is a police matter, and we cannot comment on the ongoing investigation,'' said a company spokesman, Siddharta Moersjid. ''Freeport hopes the perpetrators, whoever they are, will be brought to justice.''

The victims, who taught at Freeport's international school, were ambushed last Aug. 31, as they traveled a twisting mountain road between two military posts near Tembagapura, a mile-high company town on the equator in Irian Jaya, an eastern province also known as Papua.

The party -- the school's new principal, his teachers and their families -- had cut its Saturday picnic short when fog and mist rolled in. At a bend in the road back to town, with a steep gorge on the right and a small hill on the left, several men sprayed the group's two Toyota Land Cruisers with automatic weapons fire.

The Americans slain in the ambush were the principal, Edwin Burgon, 71, a former smoke jumper in Idaho who had taught around the world, and Ricky Lynn Spier, 44, a fourth-grade teacher from Colorado. The school's Indonesian teacher, Bambang Riwanto, was also killed.

Immediately, Indonesian and Freeport officials blamed a separatist group, the Free Papua Movement, which has been fighting a low-level guerrilla war for independence, or at least more autonomy for Papuans, for several decades. Many Papuans harbor deep animosity toward Freeport; along with some international human rights groups, they say the company has destroyed sacred lands, ravaged the environment and failed to share mineral wealth with local communities.

Soon after the ambush, a team from the American Embassy, including an F.B.I. agent from Singapore, went to Irian Jaya to investigate; the F.B.I. also interviewed survivors, who had been flown to a hospital in Australia.

Suspicion quickly turned away from the separatists, though. In the course of that early investigation, the Australian government gave the United States a telephone intercept between Indonesian military commanders. The conversation, which took place after the

incident, leaves no doubt of military involvement in the killings, said a Western official, but he added that it did not implicate senior army commanders.

Indonesian police investigators also exonerated the rebels. For one thing, the police report says, the group ''does not have the quantity of bullets'' used in the attack, and the organization ''never kills white people.'' The report, dated last Sept. 28, concluded that ''there is a strong possibility'' that the killings were perpetrated by members of the Indonesian Army.

But that was pretty much the end of the police investigation.

''The police don't have any right to investigate the army,'' said Brig. Gen. Raziman Tarigan, who was deputy police chief in Irian Jaya until he was abruptly removed this month and assigned to a desk job in Jakarta.

Still, the police report does raise the possibility that money from Freeport may have been the motivation. A soldier's pay is roughly $15 a month, the report says, adding that soldiers have a ''a high expectation'' when they get assigned to the Freeport area. But they had been disappointed by what they received, and some ''perks'' had been reduced.

General Tarigan said Freeport regularly gave policemen and soldiers money and other benefits, like airline tickets to Jakarta. A general received a first- or business-class ticket, while colonels and others received economy tickets, he said. In addition, former Freeport employees said the company had a $10,000 monthly ''slush fund'' for government security personnel.

The Indonesian military receives less than one-third of its budget from the government. To make up the difference, it relies on its own business activities as well as supplements from foreign businesses, especially natural-resource companies.

Freeport had begun to reduce these payments, on the advice of company lawyers who said they would have to be disclosed under new American corporate-responsibility laws, Western officials and people close to the company said. They also said the military wanted a portion of payments -- 1 percent of profits -- that Freeport makes for community projects, part of its effort to improve local relations.

That pressure was apparently on the increase: investigators say they have been told that, in the weeks before the attack, Freeport had received threats of retaliation from the military if more money was not forthcoming.

# Exhibit 4

The Washington Post

# FBI Said Involved in Arrest of 8 Indonesians

+ **Add to list**

By Ellen Nakashima

January 14, 2006

JAKARTA, Indonesia, Jan. 13 -- Eleven men and a teenager met with two FBI agents at a small hotel in the remote Indonesian province of Papua on Wednesday night, expecting, they said, to be flown to the United States.

They said they had been assured by intermediaries working with the agents that in U.S. custody they would be able to defend themselves against accusations that they murdered two American teachers on a mountain in Papua one warm August morning in 2002.

Among them was a Papuan separatist fighter, Anthonius Wamang, indicted in 2004 by a U.S. grand jury for murder in connection with the killings. Wamang has acknowledged firing at the vehicle in which the teachers were riding on Aug. 31, 2002, but has said he thought he was shooting at Indonesian soldiers and is not sure whether the shots he fired were fatal, according to his attorney, Albert Rumbekwan.

On Wednesday night, Wamang and the others were ready to leave for the United States, suitcases packed.

"Hurry, hurry," the FBI agents told them, several recounted, as they were hustled into a windowless container truck. "The plane is waiting on the runway."

After coaxing the group into the truck, the agents and a U.S. Embassy official handed the vehicle over to Indonesian police officers and left for the airport in the small town of Timika, according to an intermediary who was present. The Indonesian police took the 12 to the local police station, where authorities interrogated them until morning.

Eight of them, including the teenager, were still in custody on Friday. Police said the government intended to charge them with the murder of Ricky Lynn Spier, 44, and Edwin Burgon, 71, who was the principal of a school run by Freeport-McMoRan Copper & Gold. The U.S.-based company operates one of the world's largest gold and copper mines in Papua.

U.S. officials here declined to confirm details of the arrest but acknowledged that the FBI and Indonesian authorities had been cooperating in the case.

In Washington, FBI spokesman Bill Carter said agents were in Papua at the time of the arrests but that he had no information on the assertion that they had lured the suspects with promises of a trip to the United States.

"Our understanding in this is that Indonesian authorities were planning to prosecute individuals in this case," Carter said. "We obviously reserve the right to seek extradition in the future."

The alleged bait-and-switch tactic angered human rights activists and the four men, part of the original group of 12, who were released in a province where deep-seated grievances against the central government have fueled a separatist movement. The activists charge that the Jakarta government cannot be trusted to protect the detainees.

"We were planning to end our problems from the 2002 incident in America," said one of those released, Victus Wamang, 57, the brother of the man indicted in the United States. "But right now, I'm feeling really, really sorry that I trusted these Americans. I thought that they would not deceive the Papuans. Right now, I've lost all trust in the Americans."

The case had complicated relations between the two countries. At times, U.S. investigators were hampered by a lack of cooperation. Early on, agents were tailed by special police. But now, both sides hail the arrests as evidence of good cooperation.

An initial police report implicated the military in the killings, and U.S. officials at the time said the evidence indicated possible military involvement. But today, both Indonesian and U.S. officials have said that Anthonius Wamang and other members of the Free Papua Movement are guilty.

Two Papuans, Eltimus Omaleng and Willy Mandowen, who were friends with the detainees, helped the FBI negotiate with Wamang and the others. The FBI pledged that the detainees would be transferred to the United States for trial, Omaleng said. FBI agents told him "to make this promise to the people," Omaleng said. "This problem would be solved by U.S. law."

Mandowen and Omaleng arranged for the surrender to take place at the Amole II hotel in Timika.

"Now, after I helped them, they betrayed us," Omaleng said. "And my friends thought that I am the one who sold them out to the FBI."

Anton Bahrul Alam, a spokesman for the national police, said, "That's their right to feel deceived. But one thing I know for sure is we have been targeting them for a long time."

Wamang, who the U.S. indictment describes as a separatist rebel commander, acknowledged in a 2004 Australian television documentary that he fired his weapon at the scene. But according to Rumbekwan, Wamang said he believed he was shooting at Indonesian soldiers on a mountain road on Freeport property heavily patrolled by the military. Wamang said he witnessed "retaliation fire" from another group on the ground that he said were Indonesian soldiers.

Under interrogation, Wamang told Indonesian police in a sworn affidavit that he acquired six magazine clips with 180 bullets from security forces, Rumbekwan said. The bullet casings were found on the ground at the

ambush scene, Rumbekwan acknowledged.

Human rights activists and others analyzing the case charge that the truth will be harder to determine in the Indonesian court system, where witness intimidation is common and the military wields influence.

S. Eben Kirksey, a U.S. specialist on Papua and a PhD student at the University of California at Santa Cruz, said his research, including interviews with witnesses and participants, indicated that Wamang was set up by Indonesian security forces.

"He was there several days prior to the attack, camped out, waiting for information about reported movements of Indonesian troops," Kirksey said. "Specifically, he indicated to people in conversations prior to going up to the site that he didn't intend to shoot white people, that he was planning to wage war with the Indonesian military."

The detainees were to be moved to Jakarta on Saturday, police said.

In November, the Bush administration, citing national security interests, lifted restrictions on military financing to Indonesia, continuing a process of restoring full military ties. U.S. aid will continue to be guided by progress on human rights, democratic reform and accountability, a State Department spokesman said this month.

Staff writers Dan Eggen and Dana Priest in Washington and special correspondent Andy Saputra in Jakarta contributed to this report.

---

💬 **0 Comments**

---

**Ellen Nakashima**
Ellen Nakashima is a two-time Pulitzer Prize-winning reporter covering intelligence and national security matters for The Washington Post. She joined The Post in 1995 and is based in Washington, D.C. **Follow** 🐦

# Exhibit 5

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB10563068165052600

# Deadly Papua Ambush Casts Troubling Light on Indonesia

Soldiers Are Suspected of Attacking

*By Dana PriestThe Washington Post*
June 23, 2003 12:01 am ET

From the back seat, social-studies teacher Steve Emma heard what he thought were rocks striking the Toyota Land Cruiser carrying him and his colleagues from the Tembagapura International School on a picnic outing through the rain forest of Papua, Indonesia, on Aug. 31, 2002.

Then the windshield shattered.

Rick Spier, behind the steering wheel, jerked and pitched forward. Blood and tissue splattered onto the seat and dashboard. In the passenger seat, principal Edwin "Ted" Burgon slumped over, moaning and gurgling.

"Get down! Get down!" Mr. Emma shouted to the two women behind the front seats. As bullets riddled the vehicle, owned by the teachers' employer, the PT Freeport Indonesia gold and copper mine, Mr. Emma peeked out the windshield. He could make out three figures. One held a rifle.

He strained to see their faces. But the thick fog and cracked window glass obscured his view. "Who are you?" he recalled asking. "Why are you doing this?"

Today, nearly 10 months later, the U.S. government still doesn't know for certain who ordered or carried out the ambush in which two Americans and one Indonesian were killed and eight other Americans were wounded.

Congress has been given intelligence reports that support the conclusion of a preliminary Indonesian police investigation that found that "there is a strong possibility" the shooting was carried out by members of the Indonesian military. The military has denied involvement in the attack. The U.S. Federal Bureau of Investigation is continuing to investigate.

"The preponderance of evidence indicates to us that members of the Indonesian Army were responsible for the murders in Papua," Matthew P. Daley, deputy assistant secretary of state for East Asian and Pacific Affairs, said in an interview. "The question of what level and for what motive did these murders take place is of deep interest to the United States."

The possibility of military involvement in the attack was raised at a closed hearing of the Senate Foreign Relations Committee on May 20. At the meeting, a U.S. Central Intelligence Agency analyst reviewed intelligence reports on the murders, and also discussed intelligence indicating that military personnel were seeking to withhold evidence from FBI agents who were coming to Indonesia to investigate the crime, said several knowledgeable officials. The CIA and FBI declined to comment.

The discussion prompted the committee to approve an amendment prohibiting the release of $600,000 in military training funds until President George W. Bush certifies that the Indonesian government is taking effective measures to bring to justice those responsible for the shootings. Sen. Russell D. Feingold, a Wisconsin Democrat who sponsored the amendment, confirmed the nature of the committee's deliberations but declined to discuss specifics. The amendment is expected to reach the Senate floor this summer.

The Bush administration has opposed the amendment. A White House spokesman, Sean McCormack, said "it is important that we do everything possible to improve the human-rights record of the Indonesian military through continued interaction with the U.S. military."

Separately, the U.S. State Department is still debating whether to release $400,000 in fiscal-year-2003 military funds to Indonesia, given the incomplete status of the investigation. In December 2002, the U.S. ambassador to Indonesia, Ralph L. "Skip" Boyce, delivered a message from Mr. Bush to Indonesian President Megawati Sukarnoputri. Resolution of the case was important to overall bilateral relations, he told her, according to State Department officials.

But at the same time, Indonesia has received other funds from the U.S. Since the attack, the U.S. Defense Department has given $4 million to the Indonesian military, known as TNI, or Tentara Nasional Indonesia, for counterterrorism training.

For two decades, the State Department and some in Congress have wrangled with Pentagon officials over the wisdom of providing training for the Indonesian military. U.S.

officials have long been wary of TNI's grip on political power, its vast, shadowy economic holdings and its well-documented human-rights abuses -- most notably in the provinces of East Timor, Aceh, Papua and the Maluku islands.

In 1999, President Bill Clinton suspended all military aid to Indonesia after the eruption of violence throughout East Timor by disgruntled troops and army-backed militias following the territory's vote for independence from Indonesia. By the time Mr. Bush took office, only very small U.S. military education programs had been restored.

But U.S. policy abruptly shifted after the terrorist attacks on Sept. 11, 2001. The U.S. made it a priority to win the Indonesian military's support in fighting al Qaeda and Jemaah Islamyiah, a militant Islamic group based in Indonesia.

Now, Congress and the administration are investigating whether the Indonesian military, an important instrument of control in the most populous Muslim country in the world, might have been involved in an act of terrorism against Americans.

The investigation has been difficult for the FBI. When agents visited Indonesia in January, they were required to interview witnesses in the presence of Indonesian authorities and not allowed to bring forensic evidence back to the U.S. for analysis, people familiar with the investigation said.

Recently, Indonesian authorities told U.S. officials they would allow forensic evidence to be escorted by Indonesian police to the U.S. for analysis at some later date. The authorities also promised that the FBI could carry out unsupervised interviews with witnesses. The FBI has yet to schedule a new visit.

## Pointing Fingers

The preliminary Indonesian police investigation questioned 30 soldiers and 44 civilians. Under "temporary conclusions," the Indonesia police report said, "there is a strong possibility that the Tembagapura case was perpetrated by the members of the Indonesian National Army Force," according to a copy of the report that was reviewed by the Washington Post. The probe was headed by veteran investigator I Made Pastika.

Among the circumstantial evidence described in the police report was the fact that the weapons used in the attack, mostly M-16s, are standard issue to the military. The killers fired more than 130 bullets, according to the document.

At a Jakarta news conference shortly after the attack, the chief of the Indonesian Army, Gen. Ryamizard Ryacudu, laid blame on a separatist movement, the Free Papua Movement. The group has repeatedly denied it was involved.

Allen Behm, a former top Australian Defense Ministry official with extensive contacts in Indonesia, said he believes the Free Papua Movement couldn't have mounted such an assault. "The separatists simply don't have the motivation or the type of ammunition that was used," Behm said.

The ambush occurred about 450 meters from a major military post, along a steep, winding road between Tembagapura, a Freeport company mining enclave, and Timika, a town built by the company. Drivers and passengers are required to use plastic security cards to drive on the road and must stop at three manned checkpoints along the way, each time sharing identification and stating a reason for travel to the Freeport security guards.

Since 1967, New Orleans-based Freeport McMoRan Copper & Gold Inc. has owned and operated the major share of the world's largest gold mine there. The open pit Grasberg mine looks like a ragged bullet wound in the middle of a lush green carpet. Trucks with 1.8-meter-high wheels run 24 hours a day hauling out some of the mine's estimated 24 billion kilograms of copper and 1.8 million kilograms of gold.

To attract employees, of which there are nearly 9,250, the company has its own airline and port and has built a $400 million community in Kuala Kencana. The schoolteachers and principal were contract employees, educating the 74 children of Freeport's American, British and Australian employees.

Freeport's exploitation of Papua's rich resources and 280,000 hectares of surrounding land has generated deep resentment among local people, many of whom live in poverty and were relocated as the mine grew.

## Lucrative Enterprise

In 1996, a riot by local residents halted mining operations. In response, Freeport began to hire many more soldiers from the Indonesian military to protect the mine. The company paid $35 million for military barracks and other facilities and equipment. Over the years, the military, police and Freeport's security detail grew from 200 people to 2,000, according to a Freeport report. The company and its partners in the mine paid the military and police $5.8 million in 2001 and $7 million in 2002, according to the company.

Most of the money went for food, housing and vehicle maintenance, a Freeport official said.

Providing security for the mine has become a lucrative enterprise for the military in Papua, where it also has other money-making enterprises, such as export of tropical birds and tree resins as well as logging and mining. Overall, only about one-third of the military's budget comes from government funds.

According to news reports at the time of the attack, the company had discussed reducing the number of soldiers and police who guard the mine and facilities. Freeport said no such discussions took place, and there are no plans to change the security arrangements. The FBI still is investigating the possibility that the ambush was designed to persuade Freeport to increase its payments to the military, according to sources close to the investigation.

"Freeport has been trying to wean the military off the corporate nipple for a long time," said Chris Ballard, who used to work for Freeport and is now a professor at the Australian National University.

Human-rights groups have accused Indonesian soldiers and special forces of killing or kidnapping tens of thousands of Papuans in the past three decades. In November 2001, seven soldiers in Kopassus, the Indonesian special forces, were convicted in connection with the killing of a Papuan independence leader, Theys Eluay.

U.S. officials said they believe elements of the military may have wanted to frame the separatist group, Free Papua Movement, in the hope of prompting the State Department to add the group to the department's terrorist list. If the separatists were listed as a terrorist group, it would almost guarantee a rise in U.S. counterterrorism aid to the Indonesian military, the officials said.

Mr. Emma, still immobilized by his injuries and suffering debilitating flashbacks, said Mr. Bush should apply his with-us-or-against-us formula on terrorism if the Indonesian military was involved. "This was an outrageous act of terrorism," he said of the attack.

Denver resident Patsy Spier, wife of killed schoolteacher Rick Spier, has campaigned in Washington for the past six months for a cutoff of U.S. military aid to Indonesia pending the outcome of the investigation. She has wrangled meetings with top U.S. officials,

including Deputy Defense Secretary Paul D. Wolfowitz, the U.S. ambassador in Jakarta from 1986 to 1989.

Mr. Wolfowitz declined several requests for interviews. But at a meeting with Asian defense ministers in Singapore in May, he defended continued U.S. military assistance to Indonesia. "I think it is important to understand...that the issue of [military training] at times is too often, I think, made the one point on which we use to indicate our dissatisfaction over issues....I believe exposure of Indonesian officers to U.S. [military personnel] has been a way to promote reform efforts in the military not to set them back."

Ms. Spier isn't convinced. "I have led a very fortunate, happy life, and so has Rick," she said at the end of her first trip to Washington in January. "It's because of his life that I can't let this horrible act happen to anyone else....Someone's got to learn something from this. Something positive has got to come from this whole thing."

Rick and Patsy Spier had a romantic marriage. After three months of dating, Patsy fell in love, she said. They eloped and a couple of years later began what would be 12 years of teaching abroad, including at a copper mine in Peru and in Khartoum, Sudan. They had just begun their third year teaching in the province of Papua, formerly called Irian Jaya.

"We loved it," she said. "We were together all the time." They walked to school together and ate lunch together. "We were best friends, and we never felt safer anywhere, including America, than we did in Tembagapura."

## Fateful Decision

When the teachers were unable to book rooms at the company-built hotel for the weekend because a golf tournament had filled it up, Mr. Spier suggested a picnic. The Spiers wanted four new staff members -- Ted and Nancy Burgon, Mr. Emma and Francine Goodfriend -- to see the bright orchids, loud frogs, two-story waterfalls and veiny Sarracenia purpurea -- fly-trapping pitcher plants -- that made their isolated tip of Indonesia so enchanting.

But by 12:30 p.m., a thick fog and constant drizzle drove them to cut the outing short and head home. Navigating around Freeport's huge dump trucks and tractor trailers slowed the vehicles to a crawl and separated the one driven by Mr. Spier from the second one, driven by Ken Balk, by five to 10 minutes.

Mr. Emma, who had been in Indonesia for two weeks, recalled he was asking Mr. Spier and Ms. Burgon about the Papuans' tribal lifestyle when the first volley of shots penetrated the vehicle.

By the third volley, he said, "I knew Ted was dead."

Mr. Emma could hear the metal rip through the vehicle. The gunfire sounded as if it came from more than one weapon, not the rat-tat-tat of an automatic weapon. After a brief silence, the shooting began again.

"Oh my God!" cried Ms. Goodfriend, as bullets tore through her right side and blood began pouring from her head.

"They're still out there. They're coming through," Ms. Burgon screamed. It seemed whoever was shooting had moved around to the right side of the vehicle, which was pierced by hot lead that then broke up into shrapnel and ricocheted inside the vehicle. Ms. Burgon was grazed on the hip and metal fragments embedded in her face.

Mr. Emma's upper right shoulder began burning; the heat trickled down his back. Another shot tore open his left hip and leg, sending a feeling of fire throughout his body.

Outside the Toyota, a fuel-tanker truck appeared at the vehicle's side.

But bullets fired at the truck driver's neck and face stopped him, too. Mr. Emma could see fuel spraying through bullet holes in the truck's tank and onto the SUV. The vehicle's engine was still running.

"It smells like gas. They're trying to blow us up," Mr. Emma recalled telling Ms. Burgon.

They debated trying to drive away, but decided it would be too risky. "We're going to blow up! We need to turn off the engine!" yelled Ms. Burgon. "I'll do it."

"No, I'll do it," said Mr. Emma, just as Ms. Burgon hoisted her bloody body over Mr. Spier's, and saw for the first time how gruesome his wounds were. "How do I turn it off?" she fumbled, stunned by the sight and beginning to shake.

"Turn the key to the left," instructed Mr. Emma.

"I can't," replied Ms. Burgon, unable to move Mr. Spier's body out of the way.

"I think Rick and Ted are dead," she said.

Mr. Emma nodded and grabbed her hand. "We'll get through this," he told her, and lifted himself over the seat to reach the key. But inside, Mr. Emma could feel himself losing control and composure.

From the opened back door, he could see three of the six passengers from the second SUV -- Mr. Balk, his wife Saundra Hopkins and their six-year-old daughter, Taia -- huddled outside their vehicle behind a tire.

Mr. Balk's vehicle caught up with the first one, which was positioned headfirst in an embankment.

Driving the second vehicle, Mr. Balk had noticed a Papuan dressed in military fatigues on the road just in front of the vehicle. From the front passenger seat, his wife recalled seeing several Papuans, one in a black shirt, another in black camouflage pants, and a third with an ill-fitting jacket vest. As their SUV approached the scene, Ms. Spier saw two puffs of dirt on the road in back of a pickup that swept past in the opposite direction. Then everything went into slow motion.

As Ms. Spier, Mr. Balk and Ms. Hopkins tell the story, a hail of invisible bullets and their fiery shrapnel cut through Ms. Spier's back, exploding her 11th rib and piercing her kidney with more than 70 shards. Bullets hit their Indonesian colleague, Bambang Riwanto, who fell onto Ms. Spier, dead.

Screams blended with the loud crash of shattering glass. In the mayhem, the immediate focus was to shield little Taia, sitting behind the front passenger seat. Lynn Poston, seated next to Taia and badly wounded herself, helped push the girl to the floor and cover her with a blanket.

Mr. Balk, by then bleeding profusely from bullet wounds in his right side, knee, colon and lumbar artery, got out of the vehicle and pulled his wife out. As they pulled Taia out, she was shot in the buttock. They moved together to the ground and the three huddled behind a tire.

"Gurus! Eskola Amerika! Bebe!" yelled Ms. Hopkins, who had been hit in the hip and had shrapnel lodged in her head. "Teachers! American school! Child!"

As mother and father crouched on the gravel, protecting their daughter, Mr. Balk saw a pair of black boots underneath the truck, some 18 meters away.

"Why are they doing this, Mommy?" Taia asked.

"Shhh, be still, be quiet now," Ms. Hopkins whispered back.

Mr. Balk took another shot to his thigh, and his blood, bones and muscle splattered onto Taia. He was already drenched in blood, and was losing so much that the couple discussed what they would do if he died.

For what seemed like forever, the parents prayed. They tried to comfort their daughter. They both had the same fear: that they would see a pair of boots coming toward them.

They also tried to talk to Ms. Poston and Ms. Spier, both still inside the vehicle. Mr. Balk feared they were going into shock.

"Lynn, are you okay? Patsy, can you hear us?" he said.

Ms. Poston had become hysterical. And both of their voices were becoming audibly weaker.

"They aren't going to stop," Ms. Spier thought to herself. "My God, when is this going to end?"

She thought a lot about her husband as she sat nearly paralyzed in the second vehicle. "I had a feeling in my heart that Rick was already gone because I knew if he wasn't, he'd be trying to get me out."

Her pain and fear, like the terror described by Mr. Emma, Mr. Balk and Ms. Hopkins, overtook all other senses.

In a brief lull, Ms. Spier heard a distinct human imitation of a bird whistle -- and a whistled response. It was not, she later recalled, the whooping calls of the Amungme tribe.

## Looking for Help

They were just 450 meters from the nearest military post. How could anyone get on this road without the military or Freeport's knowledge?

Ms. Spier was shot again, this time in the foot, which made her think perhaps the shooters were under the vehicle.

Some 15 to 20 minutes into the ambush, a Freeport manager, Andrew Neale, came upon the vehicles as he drove south with his wife. He put the car in reverse and sped away to get help. At about the same time, another Freeport manager, Bob Kilborn, driving north, saw the tanker truck, two dump trucks and their injured drivers. He carried one injured man to his car and another man jumped through his window before Mr. Kilborn sped away for help, according to a Freeport security document.

When Mr. Kilborn reached the nearest military post, he ran into a group of soldiers. Some of the soldiers agreed to get in this car and head back to the ambush site. By then, Mr. Neale had arrived with soldiers, too.

"Help! Help! We need medical care," Ms. Hopkins, bloodied and still crouching near the tire with her husband and daughter, told the first soldier she saw. He looked terrified, she recalled, and disappeared.

At the same time, Ms. Spier, inside the second SUV, heard banging on the back of the vehicle. Someone was trying to open it. They were Indonesian soldiers there to rescue her. Four of them pulled her limp body from the vehicle. They laid her on the ground. Two Papuan men sat next to her and patted her hand and put a cooler lid under her head as a pillow.

"Terima kasih, Terima kasih," she whispered to them. "Thank you. Thank you."

Mr. Kilborn came over to see how she was. "What about Rick?" she asked him.

"Just a minute, I'll go see," he replied, but never came back.

In the meantime, an Indonesian Army soldier, dressed in full camouflage, walked up and stood over her, glaring down. She looked at his black boots.

"I kept wanting to touch his gun, to see if it were hot," she said. "But I stopped myself."

At the hospital in Tembagapura, Ms. Spier learned what she already sensed -- that her husband was dead.

"I want to see him. I have to see him," she told doctors through her sobs and shock. "And I want him autopsied. I want everyone to know he was murdered."

Around 9 p.m., some eight hours after she and her husband had started out on a picnic, the nurses wheeled Ms. Spier's gurney into a room with Mr. Spier's body.

He had a hunk of red cotton in his mouth. The nurse lifted his hand so she could hold it. She told him she would always love him. And she said goodbye.

*—Doug Struck, Robert Thomason and Margot Williams contributed to this article.*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit 6

# MotherJones

**POLITICS    MARCH/APRIL 2004 ISSUE**

## Murder, She Said

*An ambush in Indonesia killed Patsy Spier's husband–and landed her in the middle of a foreign-policy minefield.*

**TIM SHORROCK**



**Photo: Matt Dunn**

*For indispensable reporting on the coronavirus crisis, the election, and more, subscribe to the* Mother Jones Daily *newsletter.*

August 31, 2002, began as a day like any other in the lives of Patsy and Rick
Spier. They were teaching school in West Papua, Indonesia, the latest posting in a series of international
teaching jobs far away from their home in Denver. The long stays in isolated places worked for the
Spiers "because we really liked each other," Patsy says, recalling the years before the tragedy
that transformed her into a citizen-lobbyist and an expert on the intricacies of U.S.-Indonesian
relations.

That afternoon, the Spiers and eight other teachers working for a school
operated by New Orleans-based Freeport-McMoRan Copper & Gold decided, on a whim, to go on
a picnic. Driving two SUVs with company markings, they wound their way deep into the mountaintop
region where Freeport operates a huge mine that is patrolled by Indonesian soldiers on the company
payroll. On their way back, they were ambushed by gunmen hiding alongside the road. "I saw two poofs
and that's when I was shot in my back," recalls Spier, who almost bled to death. When the shooting
was over, three people were dead: the school's superintendent, another teacher, and Rick Spier.

The incident's aftermath has caused deep strains between Washington
and Indonesia and triggered a battle of wills between President Bush—who considers the
world's largest Muslim nation a key ally in the war on terrorism—and his Republican allies
in Congress. The outcome may depend on the Fed eral Bureau of Investigation and its probe of the
ambush, in which the Indonesian army has emerged as a prime suspect.

Within 24 hours of the shootings, the ar my declared the crime the work
of a separatist group that hopes to create an inde pendent state in West Papua. But that story fell
apart after the local police chief announced that the evidence pointed toward the military itself.
(One motive may have been revenge for Freeport's decision to cut back payments to the army; two Freeport
executives, who may have been the killers' intended targets, had driven down the mining road just
minutes before the Spier party passed by.) At a meeting in Bali last October, however, President
Megawati Soekarnoputri told Bush she had seen no proof that the army was involved. A Freeport spokesman
would not comment on the case except to say the company is "fully cooperating with the investigations."

Spier, who is 47, retains the friendly and open air of the elementary school
teacher she once was. But she hasn't set foot in a classroom since the ambush; her job now is to serve
as a de facto spokeswoman and advocate for the survivors. "I got back to Colorado on September 21,
and on the 24th, I started calling people in the government," she says. "It was like I knew how huge
this was, how evil." On her many trips to Washington, she has met twice with Deputy Secretary of Defense
Paul Wolfowitz, as well as with senior officials in the State Department and the FBI, including
FBI director Robert Mueller. Through her perseverance, she has kept the issue alive—and
convinced many Republicans, as well as Democrats, to vote to link U.S. military aid to Indonesia
to justice for the ambush victims. "It's the only leverage we can use," she says.

But Spier's appeals have come at an awkward time for the administration,
which is seeking to expand military ties with Indonesia despite its army's reputation for brutality.
In particular, the White House wants Congress to lift the restrictions on military training funds
first imposed in 1991 in response to Indonesian army abuses in East Timor, the former Portuguese
colony Indonesia invaded in 1975. Bush stepped up the pressure for cooperation after a series of
bombings in Indonesia by groups linked to Al Qaeda.

In January 2003, following intense lobbying by administration officials,
the Senate voted to fund the military training program. Then, as the year went on, Congress began
hearing reports that the FBI's probe was meeting strong resistance. Agents, for example, were

allowed to interview Indonesian witnesses only when army officers were pres ent. "From what I

understand, the answers have been pretty well rehearsed and scripted," says Senator Wayne Allard
(R-Colo.).

Last November, Allard, who has met with Spier several times, joined
forces with Senator Russell Feingold (D-Wis.) to draft legislation prohibiting Indonesia from
receiving the training funds until the State Department determines that the army has been cooperating
with the FBI. Despite White House opposition, the amendment was expected to pass the Senate this
spring—a remarkable victory for Spier, who says she has surprised even herself with her
ability to work the system in Washington. In one telling incident, in October, President Bush told
an Indonesian reporter that he was ready to go forward with full military ties with Indonesia because
Congress had "changed their attitude" on military aid. Spier, in town to press for the Allard amendment,
hit the phones. Six days later, the White House retracted Bush's statement, saying that no new military
programs had been approved. "They really backtracked," says a congressional aide. "Patsy really
set the wheels in motion."

Still, the outcome of the matter is far from clear. Even if the FBI decides
that the Indonesian military was responsible for the murders, it's unlikely that Indonesia would
turn over a senior officer for prosecution, and the military courts it has established to try army
officers are widely viewed as ineffective. "What they do is, they allow a case to go to trial, but
they will produce scapegoats," says Ed McWilliams, a former political counselor in the U.S. Embassy
in Jakarta and one of a handful of human rights activists in Washington focused on Indonesia. "In
the past, we've gone along and allowed this to go forward. My concern is, this time it would be different,
because [if not] we'd be conspiring in a case that involved the death of American citizens."

That's what keeps Spier focused. "Whoever did this was arrogant enough
to think they could get away with it," she says. "So what in God's name are they doing to the villagers
and the average Indonesian who doesn't have a voice?"

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Copyright © 2020 Mother Jones and the Foundation for National Progress. All Rights Reserved.

# Exhibit 7



**User Name:** Jonathon Jones

**Date and Time:** Wednesday, November 11, 2020 1:27:00 PM EST

**Job Number:** 129808598

## Document (1)

1. _U.S. indicts reputed Indonesian separatist for 2002 killings of 2 Americans_

   **Client/Matter:** -None-

   **Search Terms:** (Rickey and Lynn and Spier) and (Edwin and Burgon)

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   | --- | --- |
   | News | -None- |

## *U.S. indicts reputed Indonesian separatist for 2002 killings of 2 Americans*

The Associated Press

June 24, 2004, Thursday, BC cycle

Copyright 2004 Associated Press  All Rights Reserved

**Section:** Washington Dateline

**Length:** 306 words

**Byline:** By *CURT ANDERSON*, Associated Press Writer

**Dateline:** WASHINGTON

## Body

A reputed member of an Indonesian separatist group has been charged with murder for the 2002 ambush of a group of American schoolteachers that left two dead, U.S. prosecutors said Thursday.

A grand jury indictment charges Anthonius Wamang, 32, with two counts of murder, eight counts of attempted murder and other related offenses.
Wamang, who remains at large, could face the death penalty if convicted.

According to court documents, on Aug. 31, 2002, nine schoolteachers and a 6-year-old child were returning from a picnic near the town of Tembagapura when their two sport utility vehicles came under heavy gunfire at a bend in the road.

Killed in the attack were *Rickey Lynn Spier*, 44, of Littleton, Colo., and 71-year-old Leon *Edwin Burgon* of Sun River, Ore. Seven of the eight survivors were seriously wounded.

The victims were all contract employees of the Freeport McMoRan Copper and Gold Mine Inc., which operates the largest gold and copper mine in the world in the Papua province of Indonesia. Some 9,000 people work there.

There has been some suspicion that members of the Indonesian military were involved in the attack. FBI Assistant Director Michael A. Mason, head of the bureau's Washington field office, said the Indonesian government permitted agents to interview soldiers as part of the probe.

"At this point, the evidence does not indicate participation of the Indonesian military in these attacks," said Kenneth Wainstein, the U.S. attorney for Washington whose office is prosecuting the case.

Wamang is described in court papers as an operational commander of the military arm of the Free Papua Movement, which seeks a state independent of Indonesia. FBI and Indonesian National Police investigators are continuing to gather evidence on others who were involved in the attack.

On the Net:

Justice Department: *http://www.usdoj.gov*

**Load-Date:** June 25, 2004

End of Document

# Exhibit 8



**User Name:** Jonathon Jones

**Date and Time:** Wednesday, November 11, 2020 1:28:00 PM EST

**Job Number:** 129808683

## Document (1)

1. *Rights groups denounce U.S. indictment of Papua man over American deaths*

   **Client/Matter:** -None-

   **Search Terms:** (Rickey and Lynn and Spier) and (Edwin and Burgon)

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | -None- |

# *Rights groups denounce U.S. indictment of Papua man over American deaths*

The Associated Press

June 25, 2004, Friday, BC cycle

Copyright 2004 Associated Press  All Rights Reserved

**Section:** International News

**Length:** 607 words

**Byline:** By **_SLOBODAN LEKIC_**, Associated Press Writer

**Dateline:** JAKARTA, Indonesia

## Body

Human rights activists on Friday rejected the U.S. description of an Indonesian man accused of murdering two American schoolteachers as a separatist rebel.

The rights groups said Anthonius Wamang, far from being a member of the Free Papua Movement, has close ties to the Indonesian military, which is fighting the insurgency in the remote West Papua province.

A U.S. grand jury indictment charges Wamang, 32, with two counts of murder, eight counts of attempted murder and other related offenses. Wamang, who remains at large, could face the death penalty if convicted.

John Rumbiak, a Papuan human rights activist who is living in exile in Sydney, Australia, called Thursday's indictment a "very naive attempt to scapegoat the Free Papua Organization." Rumbiak fled Papua in 2002 after receiving warnings that Indonesian army death squads were looking for him.

According to court documents, on Aug. 31, 2002, nine schoolteachers and a 6-year-old child were returning from a picnic near the town of Tembagapura when their two sport utility vehicles came under heavy gunfire.

Killed were **_Rickey Lynn Spier_**, 44, of Littleton, Colo., and 71-year-old Leon **_Edwin Burgon_** of Sun River, Ore. Seven of the eight survivors were seriously wounded.

The victims were all contract employees of the Freeport McMoRan Copper and Gold Mine Inc., which operates the largest gold and copper mine in the world in the Papua province of Indonesia. Some 9,000 people work there.

Police initially blamed special forces troops for the attack, which occurred on an isolated mountain road guarded by numerous army checkpoints. But the military brass denied the accusation and assumed control of the investigation.

Since then, FBI agents have visited the ambush site and collected evidence provided by the security forces.

Earlier this year, U.S. officials said they were convinced that the Indonesian military had played a role in the ambush, which they attributed to a dispute over money.

The victims were all contract employees of Freeport.

Karen Orenstein, the Washington coordinator of the East Timor Action Network, a human rights group, said the attack on the schoolteachers bore the hallmarks of a special forces operation.

"The Indonesian military had a long history of using proxies to do its dirty work," she said.

Rights groups denounce U.S. indictment of Papua man over American deaths

In 2001, a special forces squad assassinated Theys Eluay, Papua's leading politician. Other units have been involved in attacks on civilians in the province.

Edward McWilliams, a former senior U.S. diplomat in Jakarta, said, "If we go after the Free Papua Movement, we're basically conspiring in a cover-up."

Thursday's announcement coincided with a decision by a U.S. congressional committee to renew a ban on military ties between Washington and Jakarta until U.S. authorities determine that Indonesia's government is cooperating with the FBI's investigation into the ambush.

Indonesian and U.S. militaries severed ties in 1999 as Indonesia's military and its militia proxies killed hundreds of people in East Timor following its vote for independence.

But after President Bush took over the White House, an effort spearheaded by Deputy Defense Secretary Paul Wolfowitz - a former ambassador to Jakarta - was launched to improve relations with the armed forces. This was justified by the need to build up Indonesia - the world's largest Muslim country - into a bulwark against al-Qaida infiltration into Southeast Asia.

Indonesia occupied Papua in 1963. The region was annexed after 1,000 tribal leaders were canvassed in a process that has been condemned as a sham. About 100,000 Papuans - one-sixth of the population - have died in military operations since then.

**Load-Date:** June 26, 2004

---

End of Document

Jonathon Jones

# Exhibit 9



**User Name:** Jonathon Jones

**Date and Time:** Wednesday, November 11, 2020 1:30:00 PM EST

**Job Number:** 129808785

## Document (1)

1. *Indonesian indicted in U.S. teacher deaths*

   **Client/Matter:** -None-

   **Search Terms:** (Rickey and Lynn and Spier) and (Edwin and Burgon)

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | -None- |

## *Indonesian indicted in U.S. teacher deaths*

The Washington Times

June 25, 2004, Friday, Final Edition

Copyright 2004 The Washington Times LLC All Rights Reserved

**Section:** NATION; Pg. A09

**Length:** 432 words

**Byline:** By *Jerry Seper*, THE WASHINGTON TIMES

# Body

A federal grand jury has indicted a member of an Indonesian separatist group in the violent 2002 ambush of a group of American school teachers, two of whom were fatally shot.

Anthonius Wamang, 32, identified as an operational commander of the military arm of the Free Papua Movement, was charged with two counts of murder, eight counts of attempted murder and other crimes in the 19-count indictment, handed up in U.S. District Court for the District of Colombia and unsealed yesterday.

Mr. Wamang, a fugitive, could face the death penalty if captured and convicted. He is believed to be in Indonesia.

According to Kenneth L. Wainstein, interim U.S. attorney for the District, a group of nine U.S. school teachers, along with a 6-year-old child, were ambushed on Aug. 31, 2002, while returning from a mountaintop picnic near the town of Tembagapura, in Indonesia's eastern province of Papua.

Mr. Wainstein said the teachers were shot from two sport utility vehicles as they rode in a van along a highway in a remote area.

*Rickey* *Lynn* *Spier*, 44, of Littleton, Colo., and Leon *Edwin* "Ted" *Burgon*, 71, of Sun River, Ore., were killed in the attack. Seven of the eight survivors were seriously wounded, but recovered. Also killed in the attack was Indonesian instructor Bambang Riwanto.

The teachers were identified as contract employees of the Freeport McMoRan Copper and Gold Mine Inc., which operates the largest gold and copper mine in the world in the Papua province of Indonesia.

The Free Papua Movement seeks a state independent of Indonesia.

FBI Assistant Director Michael A. Mason, who heads of the bureau's Washington, D.C., field office, said the Indonesian government permitted agents to interview members of the Indonesian military as part of the investigation. There were initial reports that Indonesian soldiers were involved in the attack, although the accusation remains unproven.

"At this point the evidence collected does not indicate participation by the Indonesian military in these attacks," Mr. Wainstein said. "Until we've determined every single person who is responsible for this offense, we will not rule out anybody."

The FBI and the Indonesian National Police are continuing to investigate the case. Indonesian officials have made no arrests in the case, and there have been questions on how effective their investigation has been.

Last year, Congress agreed to cut some military training aid for Indonesia in response to accusations that officials in Jakarta were dragging their feet in the investigation into the attack.

Jonathon Jones

Indonesian indicted in U.S. teacher deaths

**Load-Date:** June 26, 2004

---

End of Document

Jonathon Jones

# Exhibit 10



**User Name:** Jonathon Jones

**Date and Time:** Wednesday, November 11, 2020 1:32:00 PM EST

**Job Number:** 129808971

## Document (1)

1. *Police in Indonesia arrest suspects over slayings of Americans at mine on Papua*

   **Client/Matter:** -None-

   **Search Terms:** (Rickey and Lynn and Spier) and (Edwin and Burgon)

   **Search Type:** Terms and Connectors

   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | News | -None- |

## *Police in Indonesia arrest suspects over slayings of Americans at mine on Papua*

Associated Press International

January 12, 2006 Thursday 7:30 AM GMT

Copyright 2006 Associated Press All Rights Reserved

**Section:** INTERNATIONAL NEWS

**Length:** 544 words

**Byline:** By CHRIS BRUMMITT, Associated Press Writer

**Dateline:** JAKARTA *Indonesia*

# Body

Indonesian *police arrested* a dozen suspects *in* the killings of two American schoolteachers *in* an ambush close to a gold mine *in* 2002, including a man indicted by a U.S. grand jury over the slayings, officers said Thursday.

The attack on a convoy of Americans complicated ties between Washington and Jakarta amid initial suspicions that Indonesian security forces guarding the U.S.-owned mine *in* Papua province may have been involved.

An FBI investigation, however, found no evidence implicating Indonesian troops *in* the deaths *Rickey Lynn Spier*, 44, of Littleton, Colorado, and 71-year-old Leon *Edwin Burgon* of Sun River, Oregon.

*Police* said the 12 people *arrested* late Wednesday were members of Papua's tiny separatist movement. They were detained *in* Timika district, where the ambush took place close to a giant mine owned by Freeport-McMoRan Copper and Gold Mine Inc., said local *police* chief Lt. Col. Dedi Junaidi.

The suspects were brought *in* handcuffs to the provincial capital, Jayapura, for further interrogation, he said, adding Indonesian authorities had until midnight Thursday to charge or release them.

Junaidi said the detainees include Anthonius Wamang, who was indicted by a U.S. grand jury *in* 2004 on two counts of murder and eight counts of attempted murder *in* connection with the slayings. He could face the death penalty if convicted.

*Indonesia* has no extradition agreement with the United States and it is unclear whether Jakarta would hand Wamang over to Washington.

"We don't know yet, we'll see after intensive questioning," *police* spokesman Brig. Gen. Anton Bachrul Alam told reporters, adding authorities allegedly had fingerprints linking Wamang to the crime.

U.S. State Department spokeswoman Darla Jordan said only that the *arrest* of Wamang was "a welcome development and we look forward to seeing justice done *in* this case."

The ambush on Aug. 31, 2002 took place on an isolated road leading to the mine as a convoy of cars carrying the teachers was returning from a picnic. Gunmen with automatic weapons sprayed the cars with bullets.

*Spier*, *Burgon* and one Indonesian teacher were killed and eight other people were seriously wounded. All the victims worked at a school for children of mine employees.

Police in Indonesia arrest suspects over slayings of Americans at mine on Papua

Wamang is described **_in_** U.S. court papers as an operational commander of the military arm of the Free Papua Movement, which seeks a state independent of **_Indonesia_**.

But local and international rights groups have cast doubt on the charges laid against Wamang, with some saying he worked as a military informer.

They have suggested that the attack was an effort by the military to discredit the separatist movement or extort money from Freeport, which pays local military and **_police_** units to guard the mine.

Washington had said Indonesian cooperation with the FBI probe into the killings was a condition of restoring military contacts with Jakarta frozen since 1999 due to human rights concerns.

Full military links were re-established **_in_** November last year.

Many **_in_** Washington were keen to re-engage with the military, which they see as vital **_in_** the country's fight against al-Qaida linked Islamic militants.

**_Indonesia_** occupied Papua **_in_** 1963. The region was annexed after 1,000 tribal leaders were canvassed **_in_** a process that has been condemned as a sham.

**Load-Date:** January 13, 2006

---

**End of Document**

Jonathon Jones

# Exhibit 11

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB113707103423444788

# Arrest helps U.S.-Indonesian ties

Bilateral efforts lead

*By Raphael Pura and Murray HiebertStaff Reporters of THE WALL STREET JOURNAL*

Jan. 13, 2006 12:01 am ET

The arrest of an Indonesian indicted by a U.S. grand jury for the 2002 killings of two American schoolteachers could remove a prickly diplomatic issue between Washington and Jakarta and boost already-improving relations.

On Wednesday, Indonesian police arrested a dozen men they said were suspects in the murder of the schoolteachers, who were ambushed near a huge copper and gold mine in Papua province operated by a unit of U.S.-based <u>Freeport-McMoRan Copper & Gold</u> Inc. One of the detainees is Anthonius Wamang, an alleged Papua separatist leader, who was indicted by a U.S. grand jury in 2004 on two counts of murder in connection with the slayings.

The U.S. praised the detention of Mr. Wamang. U.S. officials said Federal Bureau of Investigation agents assigned to assist Indonesian authorities in investigating the murders were present when Mr. Wamang and 11 other men were detained in the Indonesian town of Timika, near the Freeport mine, Wednesday night. A U.S. official, who declined to be named, said the men "turned themselves in to Indonesian authorities with [U.S. government] support."

In a prepared statement, the U.S. embassy in Jakarta called the cooperation between Indonesian security authorities and the FBI "excellent."

The men were flown to Papua's provincial capital, Jayapura, Thursday for further interrogation, according to Papua Regional Police Chief Tonny Yacobus. Indonesia has no extradition treaty with the U.S. and it wasn't clear whether Jakarta intends to surrender Mr. Wamang to U.S. custody.

However, the detainees have a different version of what happened. After their arrest, they told local human-rights activists that they had agreed to meet with FBI agents at a hotel

in Timika on the understanding they would be flown to the U.S. to stand trial, according to Aloy Renowarin, a lawyer for Elsham, a Papua-based human-rights group, and Eben Kirksey, a Papua specialist at the University of California in Santa Cruz who spoke with the activists by phone.

Mr. Kirksey said the men instead were lead to a truck that took them to a local police station, where they were strip-searched and interrogated by officers from Indonesia's elite mobile police brigade.

Human-rights activists in Papua also said that one of the people detained was Rev. Isak Ondawame, a local pastor and human-rights advocate, who they said helped arrange the meeting at the hotel.

The uncertain circumstances of the detention have prompted concern among human-rights activists in Papua and the U.S. that testimony could be coerced from the detainees. Edmund McWilliams, a former U.S. Embassy official in Jakarta and now a human-rights activist, said he feared interrogators could get "a twisted result aimed at exonerating the military, which I believe was heavily involved" in the Timika killings.

The 2002 homicides -- the circumstances and motives of which remain the subject of dispute -- have strained ties between Washington and Jakarta, with the U.S. pressing for a full investigation of the affair, amid allegations by human-rights groups that Indonesian military personnel guarding the Freeport mine may have been involved in the attack.

Indeed, Indonesian police initially said they believed that soldiers from an elite military unit were involved in the attack, which killed 44-year-old Rickey Spier and 71-year-old Leon Burgon, both U.S. citizens, and one Indonesian teacher. Police investigators came to that conclusion in late 2002 after questioning witnesses and examining forensic evidence.

But the Indonesian military denied any role in the ambush, and no charges have been made implicating Indonesian troops in the attack.

The killings of the American citizens bolstered support in the U.S. Congress for maintaining sanctions on military assistance to Jakarta -- first imposed in 1991 and strengthened in 1999 -- after widespread allegations of human-rights abuses by Indonesian soldiers in East Timor.

But bilateral ties have improved dramatically since U.S.-educated former Gen. Susilo Bambang Yudhoyono became Indonesia's first directly elected president in late 2004. In February 2005, Washington resumed a small training program for Indonesian military officers, after U.S. Secretary of State Condoleezza Rice certified to Congress that Jakarta was cooperating with the FBI in investigating the Papua killings.

In November, Washington restored full military ties with Jakarta after receiving congressional approval on an appropriations bill to waive aid restrictions. The State Department cited U.S. "national security interests" as the reason for waiver, noting Indonesia plays a strategic role in Southeast Asia and is a "voice of moderation in the Islamic world."

Mr. Wamang is described in U.S. court documents as an operational commander of the military arm of the Free Papua Movement, which seeks a state independent of Indonesia. But local and international human-rights groups have repeatedly questioned Mr. Wamang's role in the affair, with some alleging he had a history of close ties to the Indonesian army.

The activists have suggested that the 2002 attack was a effort by the military to discredit the separatist movement or to extort more money from Freeport, which pays local military units to guard its mine.

*—Puspa Madani contributed to this article*

**Write to** Raphael Pura at <u>raphael.pura@wsj.com</u> and Murray Hiebert at <u>murray.hiebert@wsj.com</u>

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

# Exhibit 12

*The New York Times*

# *A Widow Who Won't Let Indonesia Forget*

**By Jane Perlez and Raymond Bonner**

Jan. 27, 2006

JAKARTA, Indonesia, Jan. 26 - In a conference room of the national police headquarters here, Patsy Spier last week once again relived the attack that robbed her of her husband on a Saturday afternoon in 2002 in remote Papua Province.

In more than six hours of questioning by Indonesian police investigators, she described how attackers fired into the convoy carrying her, her husband and eight other Americans up a mountain road inside the concession of Freeport-McMoRan, an American mining company. Then she repeated her pitch for justice.

"I emphasized that whoever carried this out knew what they were doing," Mrs. Spier said in an interview last week, when she returned to Jakarta at the time of a breakthrough in the case with the detention of eight suspects. "It wasn't just a few minutes, it wasn't just a gun getting away, it was repeated shots. They were going to kill someone that day."

The ambush killed her husband, Rickey Lynn Spier, another American teacher, Edwin Burgon, and an Indonesian teacher, Bambang Riwanto, and snarled efforts by the Bush administration to strengthen military relations with Indonesia. It also raised questions about payments by Freeport, based in New Orleans, to the Indonesian Army, which patrolled the road, and whose soldiers are suspected by some of involvement. Not least, the case placed Mrs. Spier, who will turn 48 Monday, at the center of strained United States relations with Indonesia over the incident, making her an accidental ambassador for justice on a nearly four-year quest to untangle who was behind the killings.

In Washington, Mrs. Spier's mettle -- she has made 17 trips from her home in Colorado -- won her access to high officials, including John D. Ashcroft, during his tenure as attorney general. In Jakarta last week, Mrs. Spier, a Peace Corps volunteer in Sierra Leone who later traveled from Bolivia to Sudan to teach with her husband, met with President Susilo Bambang Yudhoyono., .

Widows with horrific stories of violence abroad are not unusual in Washington. But Mrs. Spier has struck a chord. She said she tracked down every lead to seek a full investigation of the case, which at times seemed at risk of dying, amid resistance by Indonesia.

Even today, the pursuit of the connections the case might have with Indonesia's military is likely to clash with the warming of military ties between the Bush administration and Indonesia in the last 18 months.

"If Patsy hadn't stuck with it, I'm not at all sure we'd be where we are today," Matthew P. Daley, a former deputy assistant secretary of state and one of the first people she called on, said last week.

This month, the F.B.I. arranged for the surrender in Papua of 12 men in the killings, including Anthonius Wamang, a member of a Papuan separatist group, who was indicted by a federal grand jury in Washington in June 2004.

Four of the men were freed, and the others are in custody in Jakarta. They are expected to be charged, lawyers in the case said. One of the suspects is 14, another 15, a list provided by a Papuan human rights group says. All are supporters of the Papuan separatist movement, a police investigator said.

The arrests and the promise by the Indonesians of a fair trial still leave unanswered who planned the attacks, what the motives were and whether Indonesian soldiers were involved, Mrs. Spier said. To get those answers, she said she had asked Mr. Yudhoyono to allow the F.B.I. to continue in the case and to question the suspects to ensure "a credible investigation." The president "gave his commitment," she said, although the national police chief, Gen. Sutanto, said last week that the F.B.I.'s role was over.

"The police involved in the investigation still believe the military was involved," said an Indonesian investigator who gave The New York Times official transcripts of witness interviews. "But this involves relations between two countries. It will be difficult for the police to dare to say the military was involved."

The evidence of military involvement is largely circumstantial. Mr. Wamang was close to Indonesian military units in Papua, and was paid by the military for trips to Jakarta, the police investigator said.

After his capture, Mr. Wamang told the police he got the bullets from a senior Indonesian soldier, his lawyer, Albert Rumbekwan, said. The F.B.I. said in a report to a Congressional panel that the assailants used the type of automatic rifles used by the military.

The ambush occurred between military checkpoints that are only five miles apart. The road falls away at almost an 80-degree angle into a mountainous valley, making it almost impossible for the attackers to have gotten into position without the acquiescence of soldiers on the road, the Indonesian police investigator said, a conclusion shared by Mrs. Spier and American investigators.

The soldiers on the road did not respond to the attack for more than 30 minutes, according to Mrs. Spier and the F.B.I. investigation. Soldiers came to the rescue after a Freeport executive, Andrew J. Neale, stumbled across the shooting as he was driving down the road and went to the military post for help. He said he had heard "continuous shooting," an official transcript of his questioning by Indonesian police says.

The ambush angered Congress and delayed the renewal of American money for military training for Indonesia for more than two years.

But over the objections of some members of Congress, the Bush administration resumed the training in February 2005 after the indictment of Mr. Wamang. The training had been suspended in 1992 after Indonesian security forces massacred civilians in East Timor in 1991.

In November, the administration waived curbs on lethal arms sales, saying that Indonesia was "a voice of moderation in the Islamic world" and that the F.B.I. had received renewed cooperation in the case.

The preliminary Indonesian police report suggested that a motivation for the attack was a threat by Freeport, which runs the world's largest gold mine in Papua, to cut its payments to Indonesian soldiers. Freeport was giving military officers such benefits as airline tickets and cash, company documents provided to The New York Times show.

In 1998 through 2004, the company gave individual officers and units more than $20 million in cash and benefits, the documents show.

Mr. Spier, the two other teachers who were killed and Mrs. Spier, who was shot in the rib and suffered shrapnel wounds to her back and a kidney, worked at the school run by Freeport for the children of its employees. If the shootings were motivated by the soldiers wanting more money from Freeport, Mrs. Spier, said she would seek to change laws on corporate behavior abroad.

Freeport says that all of the payments were within American and Indonesian laws.

"If the Foreign Corrupt Practices Act needs to be changed, I want to change it," she said.

She said she expected to attend the trial in Jakarta, though a date is uncertain. If convicted, the suspects could face the death penalty. "There's a death penalty here," she said. "They knew what they were doing. They chose to kill. The consequences are there."

# Exhibit 13



**User Name:** Jonathon Jones

**Date and Time:** Wednesday, November 11, 2020 1:33:00 PM EST

**Job Number:** 129809084

## Document (1)

1. *Papuan suspects in Freeport teacher killings may face death: police*

    **Client/Matter:** -None-

    **Search Terms:** (Rickey and Lynn and Spier) and (Edwin and Burgon)

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | News | -None- |

## *Papuan suspects in Freeport teacher killings may face death: police*

Agence France Presse -- English

January 16, 2006 Monday 11:51 AM GMT

Copyright 2006 Agence France Presse All Rights Reserved



**Length:** 476 words

**Dateline:** JAKARTA, Jan 16 2006

## Body

---

Eight **_suspects_** **_in_** the 2002 **_killing_** of two Americans **_in_** **_Indonesia_**'s Papua **_may_** **_face_** the **_death_** penalty if convicted, the national **_police_** chief said Monday as he denied military involvement **_in_** the attack.

The main **_suspect_**, Anthonius Wamang, and his seven accomplices **_face_** a "severe sentence which could include the **_death_** sentence" for the August 2002 ambush attack, General Sutanto told a press briefing.

Wamang and 11 other alleged members of the separatist Free Papua Movement (OPM) were **_arrested_** Wednesday **_in_** an operation involving the US Federal Bureau of Investigation (FBI). Four were released but the eight others, including Wamang, have been officially named **_suspects_**.

A US grand jury indicted Wamang **_in_** 2004 for the attack, which also resulted **_in_** the **_death_** of one Indonesian. Wamang was allegedly an OPM commander at the time of the attack, which took place on the road to a gold and copper mine **_in_** Timika operated by US-owned **_Freeport_**-McMoRan.

Wamang's lawyer Aloy Renwarin said last Friday that Wamang had admitted to **_police_** that he and his group fired 30 shots at the vehicle carrying the American teachers, **_Rickey_** **_Lynn_** **_Spier_** and Leon **_Edwin_** **_Burgon_**.

But Wamang had also implicated the military **_in_** the attack, Renwarin said.

Sutanto denied Wamang's claim. "Based on the result of our investigations, we found nothing of that nature," he said.

The **_police_** chief said all eight men would be charged with illegal possession of weapons and premeditated murder.

Sutanto earlier accompanied Patsy **_Spier_**, the widow of **_Rickey_** **_Lynn_** **_Spier_**, to a meeting with President Susilo Bambang Yudhoyono. She told reporters that her visit to **_Indonesia_** was "at the request" of **_police_** here.

She said she and Yudhoyono discussed the "importance of a transparent and credible process of this case."

"I believe such a process should include our FBI investigators participating **_in_** the interviews. Pursuing this case is **_in_** both our countries' interests," **_Spier_** told the same press briefing.

Renwarin has said FBI agents invited the **_suspects_** to a hotel **_in_** Timika to negotiate their surrender. He said the **_suspects_** were promised a trip to the United States, where they would receive a fair trial.

Papuan suspects in Freeport teacher killings may face death: police

The 2002 shooting soured ties between Washington and Jakarta due to suspicions that the military might have been involved.

Papua-based rights groups *__in__* 2004 accused the United States of failing to say that Wamang had business ties with Indonesian army officers, or that an initial probe by Indonesian *__police__* had concluded the military was involved.

The rights groups said the military had ordered the attack to ensure that *__Freeport__* would continue making large cash payments for security arrangements *__in__* and around the mine.

OPM rebels have been fighting a sporadic and low-level guerrilla war since 1963 when *__Indonesia__* took over the huge mountainous and undeveloped territory from Dutch colonisers.

**Load-Date:** January 17, 2006

---

End of Document

# Exhibit 14



global witness

# PAYING FOR PROTECTION
## The Freeport mine and the Indonesian security forces

A report by Global Witness July 2005

# Contents

Paying for Protection: an overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Soeharto's Indonesia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Freeport in Papua . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

"False and irrelevant" versus "almost hysterical denial":

Freeport and the investors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    Box: The ambush of August 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

The "Freeport Army" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

    Box: What Freeport McMoRan said ... and didn't say . . . . . . . . . . . . . . . . . . . . . . 19

General Simbolon's dinner money . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

    Box: Mahidin Simbolon in East Timor and Papua . . . . . . . . . . . . . . . . . . . . . . . . . 23

Paying for what exactly? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

   From individuals to institutions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

   Building better communities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

   Paying for police deployments? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

    Box: Transparency of corporate payments in Indonesia . . . . . . . . . . . . . . . . . . . . 30

    Box: What Rio Tinto said ... and didn't say . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Global Witness wishes to thank Yayasan HAK, a human rights organisation of Timor Leste, for its help with parts of this report.

Cover photo: Beawiharta/Reuters/Corbis

Global Witness investigates and exposes the role of natural resource exploitation in funding conflict and corruption. Using first-hand documentary evidence from field investigations and undercover operations, we name and shame those exploiting disorder and state failure. We lobby at the highest levels for a joined-up international approach to manage natural resources transparently and equitably. We have no political affiliation and are non-partisan everywhere we work. Global Witness was co-nominated for the 2003 Nobel Peace Prize for our work on conflict diamonds.

ISBN 0-9753582-8-6

This report is the copyright of Global Witness, and may not be reproduced in any form without the written permission of the organisation, except by those who wish to use it to further the protection of human rights and the environment.

Printed on 100% unbleached recycled paper.

# Paying for Protection: an overview

Global Witness has long been concerned by the lack of transparency in payments by oil and mining companies to many governments around the world, because lack of transparency can often hide corruption and other governance problems.

There is a particular need for transparency in conflict regions, where state security forces may expect an extractive company to pay for protection against rebels or disgruntled local communities. The rule of law is typically weak or non-existent in conflict zones and in many cases, these same security forces may be corrupt or implicated in human rights abuses. As a result, suspicions may arise that a company is complicit in corruption or human rights abuses, or being extorted by parties to the conflict. Without full transparency there is no way for the public, including the company's own shareholders, to judge whether or not a company is behaving in a lawful and ethical way.

One prominent mining company which has faced controversy for its relationship with state security forces in a conflict zone is Freeport McMoRan Copper & Gold Inc. This US company controls a gigantic mine in Indonesia which contains the largest gold reserves and the second largest copper reserves in the world. The Grasberg mine in Indonesia's eastern region of Papua, formerly known as Irian Jaya, is run by a local subsidiary called PT Freeport Indonesia which is 90.64% owned by Freeport McMoRan and 9.36% owned by the Indonesian government. Freeport Indonesia has a joint venture with Rio Tinto, the global mining giant, which itself owned a minority shareholding in Freeport McMoRan until 2004. Indonesians, observers and company staff commonly refer to the US parent and the local subsidiary interchangeably as "Freeport".

Freeport's mining operations have been guarded since the 1970s by the Indonesian military, which has been fighting during this time to suppress a rebellion for Papuan independence. The Indonesian military has a history of atrocities against civilians and is known to have been involved in corruption and illegal business activities, as have the police. For this reason, there has long been controversy over the close relationship between the mine and the government security forces which guard it.

This controversy grew after 31st August 2002, when gunmen ambushed a party of teachers working for Freeport Indonesia and killed two Americans and an Indonesian, and wounded another eleven people. A Papuan man, Anthonius Wamang,

has been indicted by a US court for his part in the killings.[1] Wamang, who appears to be in hiding, has claimed both to be a Papuan rebel and a business partner of Indonesian soldiers.[2] Although the Indonesian authorities have blamed the killings on Papuan rebels, the case remains unsolved and various observers, including Indonesian police officers and US officials, have voiced suspicions that members of the security forces may have been involved (see box: *The ambush of August 2002*, page 16).

## Freeport, the investors and the Indonesian military

After the August 2002 killings, two New York City pension funds with shares in Freeport McMoRan called on the company to provide more information about its relationship with the Indonesian military. It had been known for some time that Freeport made payments towards the cost of military and police protection for the mine, but almost no information had been disclosed about these payments. The New York City pension funds cited a news report which suggested the August 2002 ambush was part of an attempt by soldiers to extort more money from Freeport and said: "The characterisation of these payments as extortion raises the additional concern of whether such payments violate the Foreign Corrupt Practices Act." [3]



Scouting for business opportunities, not just enemies.
Credit: Panos Pictures/Tim A. Hetherington

The pension funds voiced their concern that: "transnational corporations operating in countries with repressive governments, ethnic conflict, weak rule of law, endemic corruption or poor labour or environmental standards face serious risks to their reputation and share value if they are seen to be responsible for, or complicit in, human rights violations."[4]

In a series of letters to US regulators, Freeport McMoRan denied any suggestion of extortion or corrupt payments and dismissed aspects of the New York City pension funds' position as "irrelevant and false",[5] while the latter criticised the company's "almost hysterical denial" of any wrongdoing.[6] Freeport McMoRan did not report to shareholders on its dealings with the Indonesian military, as the pension funds had asked. The company did take a step towards transparency which it had not taken before, however, when it disclosed in early 2003 that its Indonesian subsidiary had paid US\$4.7 million in 2001 and US\$5.6 million in 2002 for "support costs for government-provided security." [7]

Freeport McMoRan said these payments went towards the cost of infrastructure, food, travel, administrative costs and community assistance programmes run by the Indonesian military and police.[8] Similar disclosures have been repeated annually since March 2003 in Freeport McMoRan's public filings to the US Securities and Exchange Commission (SEC), which regulates the provision of information by companies to investors.

By disclosing these payments in its filings to the SEC, Freeport McMoRan has accepted that they are material to investors – that is, investors need information about the payments to form a true picture of the company's management, financial position and business prospects. The New York City pension funds were not satisfied, however, and continued to raise concerns in 2004 and 2005 about the relationship with the military and the financial and reputational risks it might pose for the company.

## Troubling new information

Global Witness can reveal that the pension funds were right to keep asking. The public disclosures by Freeport McMoRan to date have omitted troubling details of the relationship between its subsidiary and the Indonesian security forces. Most disturbingly, Global Witness has learned that between May 2001 and March 2003, a series of payments totalling US\$247,705 appear to have been made by Freeport Indonesia to an Indonesian general named Mahidin Simbolon.

Except for two small payments in 2003, all this money appears to have gone to Simbolon himself, not to the Indonesian government. It is troubling that money appears to have been paid directly to an individual public official and not to an institution of the government for which he worked, and a further source of concern is Simbolon's controversial military career (see below). Freeport Indonesia also appears to have paid another US\$25,000 in total to third-party suppliers for costs incurred by Simbolon (for details of these payments, see pages 21–22).

Indonesia is a developing country where official salaries are low by Western standards. In mid-2000, the basic pay for a major-general was said to be US\$200 a month, though an officer serving in Papua would also receive hardship allowances.[9] In short, it appears that Freeport was paying Simbolon a monthly sum, allegedly for food alone, which was likely to be several times his official salary, as well as the larger one-off payments.

Global Witness contacted Simbolon, who is now Indonesia's Army Inspector-General, and asked him to comment on payments that Freeport Indonesia appears to have made to him and other officers. He replied: "As far as I know there's been nothing like that from Freeport [Indonesia]. There's none." He said that soldiers guarding the Freeport mine received money for food, but the money went "directly to the soldiers" and he had not received any such payment.[10]

Any payment to the Indonesian security forces by a private company should be the subject of extensive due diligence by the company concerned because the military and the police have a bad reputation for corruption and human rights abuses. For historical reasons, the security forces have raised a large part of their operating costs not from the state but from their own business interests: some of these business interests are legal but others include extortion, prostitution and gambling, smuggling and illegal logging of Indonesia's rainforests.

## Mahidin Simbolon and East Timor

With Simbolon the question of due diligence is particularly acute because of his military record. He is a veteran of the Indonesian special forces, which had been used by the Soeharto dictatorship (1966–1998) to crush dissent, and he held command positions in Indonesian-occupied East Timor in the 1990s at a time when torture of prisoners was routine, according to human rights groups.[11] His men also trained local militiamen in East Timor, including a militia leader

later convicted for crimes against humanity. In 1999 he was described as one of Indonesia's "most experienced officers in covert operations."[12]

In 1999, Simbolon was chief of staff in the Indonesian military command whose troops devastated East Timor that year, in alliance with the militias, in a failed attempt to stop the country becoming independent through a United Nations referendum. The violence took place in full view of the international community and the world's media and led to at least 1,200 civilian deaths. East Timorese leaders accused Simbolon at the time of being a prime mover in the violence. Press reports in the public domain have alleged an association between Simbolon and Timorese militia leaders whose men committed murders and other violent crimes in 1999. Simbolon told Global Witness that these reports were baseless and that he was acquainted with these militia leaders, as he was with Timorese independence leaders, but he did not have a relationship with them (see box: *Mahidin Simbolon in East Timor and Papua*, page 23).[13]

Simbolon has not been charged by any law enforcement authority with any crime in relation to the events of 1999 in East Timor. However, Indonesia's efforts to prosecute military officers for these events have been widely condemned as inadequate, and Indonesia has not co-operated with parallel investigations in East Timor itself. Simbolon has also not been charged in connection with the murder of Papua's most prominent politician, Theys Eluay, in November 2001. Indonesian soldiers, including a special forces colonel, were convicted for this murder.

Simbolon has said that he did not know about his men's plans to kill Eluay.

Although Freeport McMoRan cannot be considered responsible for Simbolon's activities and associations in East Timor, it can be said that he arrived in Papua with an enormous question mark over his record. This makes it even more troubling that Freeport Indonesia appears to have made large payments to him.

## Unanswered questions

Global Witness has learned of numerous other payments that Freeport Indonesia appears to have made to individual military and police officers, rather than to government institutions. These payments were typically between US$200 and US$3,000, though some were as large as US$60,000. Dozens of officers in Papua, from the rank of general downwards, appear to have received payments from Freeport Indonesia. After April 2003, Freeport Indonesia appears to have stopped making payments to individual soldiers and policemen, making payments only to institutions of the Indonesian government. Global Witness has asked Freeport McMoRan if there was any form of audit, inspection or review after August 2002 which caused Freeport Indonesia to revise its system for making payments. The company declined to reply.

Concerned by suggestions in the press that the company might have been the target of extortion by Indonesian soldiers, the New York City pension funds have repeatedly asked Freeport McMoRan to review its relationship with



The largest gold deposit in the world and plenty of copper too. Credit: Panos Pictures/Rob Huibers

the military. It is evident, from the fact that the pension funds have raised this issue with the company during each of the last three years, that they are not satisfied with its answers to date.

Global Witness has asked Freeport McMoRan to explain the legal basis of its payments to the military and police and to explain how they have been authorised, disbursed and accounted for, now and in the past. Global Witness has also asked Freeport McMoRan to explain what audit and oversight measures have been in place to make sure that payments are not misappropriated or diverted for purposes other than the legitimate security needs of the company, such as the financing of military operations against the Papuan independence movement. The question of oversight is vital because without control over where the money ends up, the various labels used by Freeport McMoRan to describe its payments in its public declarations would appear to have little real meaning.

Freeport McMoRan has been given ample opportunity to respond to questions from Global Witness, but has provided only general answers which assert that the company has oversight and compliance measures in place, without describing these measures in any detail or demonstrating how they work in practice (see box: *What Freeport McMoRan said … and didn't say*, page 19). In the light of the findings of this report, and given the company's continuing reluctance to fully explain its financial relationship with the Indonesian security forces, Global Witness believes that this relationship should now be investigated by the US authorities with reference to the US Foreign Corrupt Practices Act and other relevant laws, and by the Indonesian authorities with reference to Indonesian laws that regulate payments by private companies to public officials.

## Time for transparency in conflict zones

The problems posed by extractive industry investment in conflict zones are not limited to Indonesia. An assessment in March 2005 listed 70 countries where there is conflict or risk of conflict: at least 30 of these countries have significant oil, gas or mining industries.[14] In all these countries, companies need to be fully transparent about their payments to security forces and to make payments only where the law clearly permits. This also means that companies should not pay any armed group which is not legally constituted, for example rebel groups.

There is a wider issue about how companies can avoid complicity, intended or unintended, in the human rights abuses and other crimes which may occur in conflict zones where they operate. This issue should be central to the work of the future Special Representative of the UN Secretary General on Business and Human Rights, a post whose creation was under discussion at the UN at the time this report went to press.

Without transparency, there is no way for the people of conflict-afflicted regions to be sure that companies profiting from their natural resources are not doing so at the expense of human rights and good governance. It is also the only way for shareholders to be sure that a company is managing its risks in a way which does not worsen the conflict or create dangers to its own security and freedom to operate.

Transparency is unlikely to be achieved through purely voluntary commitments from companies themselves, because of the risk that some companies will choose not to volunteer, or will make a rhetorical commitment to openness without providing full information, as Freeport McMoRan appears to have done.

The extractive industries, their investors and the governments of countries that regulate their activities should therefore require full and audited disclosure of payments by extractive companies to security forces in countries where there is armed conflict, or a risk of it. Extractive companies should not make any payment at all to an armed group in a conflict zone unless there is an unambiguous legal requirement to do so.

Extractive companies routinely claim that they are not complicit in the crimes which they see committed around them in conflict zones. As a demonstration of the truth of that claim, and as a vital safeguard to protect themselves from being dragged into complicity, companies should fully disclose all their payments to state security forces and allow them to be independently audited.

Global Witness recommends that:

1. The financial relationship between Freeport McMoRan, Freeport Indonesia and the Indonesian military and police should be investigated by law enforcement authorities in the United States and Indonesia.

2. All payments by extractive companies to state security forces in the world's conflict zones should be publicly declared in full and independently audited.

3. No extractive company should make any payment to any armed group in a conflict zone unless that payment is explicitly required by law.

# Soeharto's Indonesia



Indonesia's special forces, with their trademark red berets, served as enforcers for the Soeharto regime.
Credit: TEMPO/Arie Basuki

Many factors that shape the conditions of extractive investment in Indonesia's conflict zones can be traced back to the era of President Soeharto, who ruled from 1966 to 1998. The Soeharto era saw a high degree of corruption within the state and the use of massive violence as a political tool. Soeharto's troops led the killing of several hundred thousand leftists in the 1960s and committed atrocities in conflict regions, notably East Timor, where as many as 250,000 people are thought to have died during an Indonesian occupation that began in 1975 and ended in 1999, a year after the dictator's fall.[15] Thousands more people have died in the regions of Papua and Aceh, where rebellions continue to this day.

Soeharto tops Transparency International's list of rulers who have stolen from their own people, which estimates that he looted between US$15–35 billion of public money.[16] He was never prosecuted in Indonesia for any crime committed during his presidency and has lived out his retirement at his home in Jakarta.

Systemic corruption within state institutions, including the military and the police, is an enduring legacy of the Soeharto era in Indonesia. Even in the *Reformasi* (reform) era that followed Soeharto's fall from power, Indonesia has regularly ranked near the bottom of Transparency International's Corruption Perceptions Index, meaning that the country is still seen as one of the most corrupt in the world.

The World Bank, accused of turning a blind eye to Soeharto's corruption, has since made the fight against corruption a central theme of its work in Indonesia. The Bank noted in 2004 that: "the achievements of the past few years continue to be clouded by widespread concerns about governance and corruption across Indonesian society. The high hopes that the *Reformasi* movement would break the hold of the vested interests and the corruption, collusion, and nepotism that characterized the later years of the Soeharto era have not been realized. Few have been held to account for the theft of public resources."[17]

The Soeharto regime treated resource-rich parts of Indonesia as sources of wealth to be exploited. Local dissent was crushed by the military, whose tactics included "manipulation of competing elites, blackmail, threats, extortion, kidnapping, counterfeiting, employment of hoodlums, incitement of violence and murder."[18]

The result of this approach was rebellion in Papua at the eastern end of the Indonesian archipelago and Aceh at its western end. It was also applied, and failed, in East Timor, which is now the independent state of Timor Leste.

The military has played a less prominent role in Indonesian domestic politics since the end of the Soeharto era and has refrained from interfering in the democratic process, but its record on human rights is still problematic. Killings of civilians and other serious abuses continue to be reported from Papua and Aceh and few officers have been brought to account for crimes committed by troops. The Indonesian police, particularly the paramilitary Mobile Brigade (Brimob), also have a poor reputation on human rights.

The military's weak accountability also applies to its finances. The military historically raised most of its costs from business activities, rather than from the national budget, and has its own commercial empire. Some money has come from legitimate companies owned by the military but soldiers have also been involved in criminal activities such as illegal logging, smuggling, drug trading and extortion.

The same problem is found in the police, which was part of the military until 1999, and both institutions have a serious problem with internal corruption. In order to make the military's finances more accountable to the public, the Indonesian government now plans to take over some of its businesses and put them under civilian control. There have also been moves to transfer the primary responsibility for protecting vital national assets, including oil and mining sites, from the military to the police.

Papua and Aceh are rich in minerals and timber and the efforts of the security forces to uphold Indonesian sovereignty in both regions have become intertwined with the business interests of the military and police. In February 2005, an investigation by two campaigning organisations revealed that soldiers and other state officials have been colluding in a massive racket that exports illegally-logged timber from Papua to China. The report by the Environmental Investigation Agency and Telapak found that "companies involved in timber theft in Papua are aided every step of the way by officials from the military, police and forestry department, as long as the requisite bribe is paid … The military are involved in every aspect of illegal logging in Papua."[19]

Post-Soeharto governments have recognised that local resentments about the exploitation of natural resources are a part of the rebellions in Papua and Aceh, and have tried to resolve these conflicts by offering the two regions more autonomy and a larger share of the revenues from natural resources. These efforts have struggled to date and clashes between soldiers and local guerrillas continued in Aceh even after its devastation in the December 2004 tsunami disaster.

There is also sporadic violence in Papua, whose strategic importance in the eyes of the Indonesian military appears to be growing. The military announced in March 2005 that it plans to reinforce its garrison in Papua by another 15,000 troops over the next four years.[20]

The single most valuable asset in Papua from a revenue perspective is the Freeport mine, which generated US$2.347 billion in taxes and royalties for Indonesia between 1992 and 2003.[21] A new natural gas project, called Tangguh LNG and run by the oil company BP, will also become a major source of income some time after 2010.

Thus, a company in Freeport's situation operates in Papua against a backdrop of political instability, corruption and violence that is often linked to control over natural resource revenues. For this reason, the company's own activities and associations have been a cause for concern for some of its own shareholders, as well as local Papuans and human rights groups. As this report will show, there are indeed reasons for concern.

# Freeport in Papua

Freeport McMoRan Copper & Gold Inc, originally known as Freeport Sulphur, is a company based in the American city of New Orleans. As of December 2004, it directly owned 81.28% of Freeport Indonesia, the subsidiary which runs the mine in Papua, and indirectly owned another 9.36% of Freeport Indonesia via a local company called Indocopper Investama. The remaining shares are owned by the Indonesian government. Local people, foreign observers and company officials commonly refer to the US parent company and its local subsidiary interchangeably as "Freeport".

Rio Tinto, the global mining conglomerate, bought a shareholding in Freeport McMoRan in 1995. In March 2004, when these shares amounted to an 11.9% stake, Rio Tinto sold the shares back to Freeport McMoRan. However, Rio Tinto still has a joint venture with Freeport Indonesia which entitles it to a share of profits from the Grasberg mine.

Freeport first explored the western half of New Guinea, then a Dutch colony, in 1960. Indonesia took over the region two years later, annexed it in 1969 and later renamed it Irian Jaya, though the region has since been renamed Papua. The arrival of the company led to a three-way culture clash between the ethnic Melanesians of Papua, the Western executives of Freeport and the ethnic Malay culture of the Indonesian heartland.

Exports of copper from the Freeport mine began in late 1972.[22] The area around the mine had little contact with the outside world before the arrival of Freeport and from the early days there were tensions between the company and local people over such issues as land rights and what local people saw as the company's failure to share its wealth of material goods with them, in line with local custom. Freeport executive George Mealey has written that: "when mining began in 1973, a series of protests [by local people] made it clear that the company had a problem on its hands." Freeport agreed in 1974 to build schools, clinics and other buildings, and to find homes and jobs for local people.[23] Another view came from a visitor to the mine in the mid-1970s who commented: "Freeport's lack of policy in dealing with the local people can only be summed up as: if we ignore them, perhaps they'll go away."[24]

The mine has been guarded since the early 1970s by Indonesian troops, whose often brutal behaviour exacerbated local resentment against the company. In 1977, there was a revolt against Indonesian rule across Papua's central highlands. During this revolt, rebels cut the key



Freeport connected a remote region to the wider world, but not on local people's terms.

pipeline carrying copper slurry from the Freeport mine. The military retaliated with air raids on local communities and a human rights group cited a company employee as saying that troops at the mine had fired mortars at a nearby village and "any native who is seen is shot dead on the spot."[25] Freeport's Mealey does not mention civilian deaths but he noted in his book that: "In the swift retaliation by the Indonesian military, most of the 17 new buildings Freeport had constructed for the [local people] were destroyed, and some of the squatter camps were burned."[26]

In 1989, Freeport began to dig the vast Grasberg copper and gold deposit, which turned it from a modest producer of metals into the operator of one of the world's most lucrative mines. The expansion created economic growth round the mine and made Freeport Indonesia the biggest corporate taxpayer in the country. It also attracted tens of thousands of economic migrants who settled around the town of Timika, creating a diverse and unruly community where rioting between rival ethnic groups has claimed dozens of lives since the 1990s.

The Soeharto regime made little effort to provide public services in the region, despite its fast-expanding population, and Freeport ended up paying for roads, housing, health facilities and other public goods including schools, business training for local people and programmes to eradicate malaria. These things would almost certainly not have existed if Freeport had not provided them. The company also spent large sums on facilities for its own staff and visitors, including a Sheraton hotel in Timika and an exclusive, eco-friendly company town called Kuala Kencana. The expansion of the mine led to environmental pollution, caused by Freeport's practice of dumping mine waste in rivers, which gave rise to growing criticism from local communities and non-governmental organisations both in Indonesia and abroad.

The huge wealth of Grasberg drew the attention of the ruling elite in Jakarta. From the early 1990s, according to a 1998 article in the Wall Street Journal, company officials found themselves under pressure to cut Soeharto's family and friends into business deals. Freeport McMoRan helped Soeharto allies to buy shares in the mine and some of its support services by guaranteeing bank loans to them. Between 1991 and 1997, Freeport McMoRan guaranteed US$673 million in such loans and provided at least US$61.6 million in further financing which later had to be written off by the company.[27] During this period, Freeport McMoRan's chief executive James Moffett played golf with Soeharto and became friends with members of his inner circle.[28]

Freeport McMoRan has argued that it had little choice but to deal with people close to the dictator, who dominated the Indonesian economy at the time.[29] After Soeharto's fall, these dealings led to allegations of complicity in what Indonesians call KKN, which is short for *korupsi, kolusi, nepotisme* (corruption, collusion and nepotism). In November 1998, Moffett was questioned for nine hours by Indonesian prosecutors in response to some of these allegations. Moffett reportedly told the press: "There's no KKN in Freeport Indonesia."[30] No charges were brought.

Freeport McMoRan declined to provide specific answers to questions from Global Witness about these events or to a request for comment on the Wall Street Journal article of 1998 (see box: *What Freeport McMoRan said … and didn't say*, page 19).

While the Grasberg mine expanded, the conflict in Papua continued. In October 1994, the killing of a Papuan employee of Freeport by unknown gunmen led to a military crackdown in the area. Over six months, as many as 37 Papuans were killed by troops or disappeared.[31] Freeport Indonesia's private security guards were accused by human rights activists of complicity in killings, torture and other abuses during this period. Freeport says: "where allegations of human rights abuses have arisen in our area of operations, we have supported every legitimate investigation – none of which has found any wrongdoing on the part of the company or our personnel" (see box: *What Freeport McMoRan said … and didn't say*, page 19).

Freeport worked to improve its relations with local Papuan communities and was negotiating with community leaders about the creation of a local development fund when riots broke out in Timika in March 1996. While there seems to have been a strong sense of grievance amongst local Papuans, it has also been suggested that the riots were fomented by the military so as to signal to Freeport that it could not operate safely without military protection.[32] After the riots, Freeport agreed to make regular payments to the military and police. A spokesman for Freeport Indonesia told the press in 2003 that the company had in fact been making payments to the military since the 1970s and the new agreement in 1996 merely made this arrangement more comprehensive.[33]

For a long time, there was little public information on these payments. A 2000 report by an Australia-based academic called Lesley McCulloch, citing unnamed Freeport employees as its sources, stated that the military initially demanded US$100 million from the company in 1996 but settled for US$35 million for a new base and

yearly payments of US$11 million thereafter. McCulloch wrote that: "The [Grasberg mine] is viewed by the military as a lucrative business venture from which they have 'demanded' – quite successfully – a 'share' of the profits." She added: "As a result the barracks, equipment and vehicles in that area are much better than elsewhere, as are the private bank balances of certain individuals who allegedly siphon off up to one third of the total for themselves and their subordinates." [34]

Freeport McMoRan has confirmed that it spent US$35 million over several years for "the construction of separate housing and offices to accommodate government security personnel." [35] As for the annual payments, Freeport McMoRan has disclosed a figure of US$4.7–5.9 million per year for the years 2001–2003 in its filings to the Securities and Exchange Commission in the United States (see below). [36] Global Witness asked Freeport McMoRan to comment on McCulloch's assertions. The company declined to respond (see box: *What Freeport McMoRan said ... and didn't say*, page 19).

Despite a heavy military and police presence, there have been unexplained violent attacks against Freeport Indonesia staff. In October 2001, two employees were wounded in a shooting incident. In May 2002, armed men broke into company offices in the town of Kuala Kencana and tried to shoot a security guard.[37]

In early 2002, there were discussions amongst Freeport officials about increasing the transparency of the company's relationship with the Indonesian security forces. The Reverend David Lowry, formerly the Vice-President for Social and Community Relations at Freeport McMoRan, told Global Witness in June 2005 that: "[the discussion] was a good number of months prior to 31st August. I believe it was in the springtime that it was first being talked of." Lowry says he was not personally involved in administering the relationship with the security forces.[38]

The date of 31st August 2002 is significant because it was on this day that gunmen ambushed a party of teachers working for Freeport Indonesia near the mine. Three people were killed – Americans Rick Spier and Edwin Burgon and Indonesian Bambang Riwanto – and 11 others were wounded. These killings drew international attention to Freeport's dealings with the Indonesian security forces and the investigation into the ambush has become an important factor in the diplomatic relationship between the United States and Indonesia (see box: *The ambush of August 2002*, page 16).



Grasberg has been a magnet for wealth-seekers.
Credit: Panos Pictures/Rob Huibers

# "False and irrelevant" versus "almost hysterical denial": Freeport and the investors

The ambush of August 2002 fuelled concerns amongst some investors about the relationship between Freeport and the Indonesian military. Two US pension funds with shares in Freeport McMoRan – the New York City Employees Retirement System and the New York City Teachers Retirement System – drew up a proposal to be put to the vote at the company's next annual general meeting, which was to take place in May 2003.

The proposal voiced the pension funds' concern that: "transnational corporations operating in countries with repressive governments, ethnic conflict, weak rule of law, endemic corruption or poor labour or environmental standards face serious risks to their reputation and share value if they are seen to be responsible for, or complicit in, human rights violations."[39] The proposal also said: "there have been numerous reports of human rights abuses against the indigenous population [of Papua] by the Indonesian military in connection with security operations conducted on behalf of Freeport McMoRan" and "company personnel have been among the victims of violent attack." It also noted that company personnel had been accused in the past of human rights violations.[40]

The proposal called upon Freeport McMoRan to take two steps. The first was for tight internal controls to ensure that any human rights abuses would be properly reported. The second was for the Board of Directors to report to shareholders on the implementation of Freeport's human rights policies overseas. This report "should include information concerning the human rights impact of the company's on-going security relationship with the Indonesian military."[41]

On 3rd January 2003, Freeport McMoRan's lawyers wrote to the Securities and Exchange Commission (SEC), whose task it is to ensure that companies publish certain information so that investors can make informed investment decisions about them. The letter said that Freeport did not plan to put the proposal of the New York City pension funds to its other shareholders. It argued that Freeport had already answered the concerns about human rights that were raised in the proposal by adopting a strict human rights policy and spreading it amongst company staff. It also noted that Freeport had appointed Judge Gabrielle Kirk McDonald, a former head of the International Criminal Tribunal for the former Yugoslavia, as a special counsel on human rights, and signed up to a US-UK initiative for oil and mining companies called the Voluntary Principles on Security and Human Rights (see Conclusion, page 30).[42]

In answer to the pension funds' call for more information on the relationship with the Indonesian military, Freeport's lawyers answered: "The company issues an annual Economic, Social and Environmental Report and will issue a similar report in 2003."[43]

This report, also referred to as the Sustainable Development Report, is a short and glossy annual publication illustrated with photographs of smiling Papuans, which discusses Freeport's "continuous effort to stay on the path of sustainable development."[44] The 2001 Economic, Social and Environmental Report did not mention payments for military and police protection but it did say that Freeport had built "decent housing and support facilities" for the security forces. Judge McDonald was quoted in this report as saying that "security personnel who live in poor conditions without recreation and without a sense of community with people in the local area would be more apt to violate their human rights and eventually to commit human rights abuses against them." She added that there had been virtually no human rights abuses in Freeport's contract area since these actions were taken.[45]

Freeport also sent the New York City pension funds, represented by the City of New York Office of the Comptroller, the draft of a document which lies at the heart of any discussion about Freeport and the Indonesian security forces. This was a declaration about Freeport's security costs in Indonesia which contained details that had previously not been published by the company. As far as Global Witness is aware, the draft was first sent to the New York City pension funds on 27th January 2003.[46] It then appeared in the prospectus for a debt offering by the company in February 2003.[47]

In March 2003, the declaration was included in Freeport McMoRan's 10-K filing for the previous year. This is a public document sent by companies each year to the SEC, to give investors an overview of their business and financial condition. The 10-K filing for 2002 stated that Freeport Indonesia had paid US$4.7 million in "support costs for government-provided security" in 2001 and US$5.6 million in 2002. These payments covered: "various

infrastructure and other costs, such as food and dining hall costs, housing, fuel, travel, vehicle repairs, allowances to cover incidental and administrative costs, and community assistance programs conducted by the military/police." Freeport Indonesia paid another US$900,000 over these two years for associated infrastructure.[48]

No such declaration had appeared in Freeport McMoRan's 10-K filings for either 2000 or 2001, so the filing for 2002 appeared to represent a significant increase in transparency. A company spokesman told an industry publication, American Metal Market, that the information "was actually a section of the Sustainable Development Report that we put out every week [sic], and wasn't due to be printed for at least

another week or ten days. We got a request from shareholders asking us to discuss our human rights policy, and we responded to the SEC asking to omit the shareholder request from our proxy. They ruled in our favor, but in the exchange of letters the shareholders also requested more information about our relationship with the Indonesian military."[49]

The New York City pension funds were not satisfied, however. On 27th February 2003, having seen the draft declaration by Freeport McMoRan, the Office of the Comptroller wrote to the SEC again. The letter agreed that Freeport had shown it was implementing its human rights policy but argued that the company had not done enough to meet the request for more information about the relationship with the Indonesian military. As grounds for its concern, the letter cited a report by the United Nations Committee against Torture and two reports by human rights organisations, all alleging that Indonesian troops had been responsible for human rights abuses.[50]



> In addition, as both the *New York Times* article and the RFK Memorial Center for Human Rights report state, payments have been made by the Company to the Indonesian military. The *New York Times* article further states that the Company had received threats of retaliation from the military if more money was not forthcoming; "[e]xtortion, pure and simple," the article states, quoting a Western intelligence analyst. The characterization of these payments as extortion raises the additional concern of whether such payments violate the Foreign Corrupt Practices Act of 1977.

Shareholders raised concerns about "extortion" and the Foreign Corrupt Practices Act.

The shareholders' letter noted several articles in the US press which reported suspicions of a link between the ambush of August 2002 and the Indonesian military (see page 16). In particular, the letter cited a New York Times article from 30th January 2003 entitled "US links Indonesian troops to death of two Americans". This article reported that US officials believed the military to be involved in the ambush. It suggested the motive for the attack was related to payments made for security by Freeport Indonesia. The day after this article was published, the US Embassy in Jakarta issued a public denial of it.

The shareholders' letter noted: "The New York Times article further states that the company had received threats of retaliation from the military if more money was not forthcoming; "[e]xtortion, pure and simple," the article states, quoting a Western intelligence analyst. The characterisation of these payments as extortion raises the additional concern of whether such payments violate the Foreign Corrupt Practices Act of 1977."[51]

Replying on 3rd March 2003, Freeport's lawyers sent the SEC a strongly-worded critique of the New York City pension funds, describing legal precedents mentioned in their letter of 27th February as "misapplied", their claims as "false and irrelevant" and their call for more information on Freeport's dealings with the Indonesian military as "without merit". This letter added: "Not satisfied with repeating the



Freeport's declarations about its security payments in
Indonesia leave many questions unanswered.

unfounded and generally discredited assertions of others, the
Proponent [i.e. the New York City pension funds] adds to the
public speculation its "concern" that unsubstantiated reports
of "extortion" by the military could suggest that the
company may be engaged in violations of the US Foreign
Corrupt Practices Act (FCPA)."[52]

Freeport's lawyers went on to describe the company's
ethics and business conduct policy and stated that
employees received regular training on these issues. They
added that company policy was annually certified and
reported on to the board, and that the company
"periodically reviews, in consultation with outside legal
advisers and special FCPA counsel, its policies and
procedures for government-provided security support to
ensure that the company continues to meet the applicable
legal requirements. The company is confident that its
activities are not in violation of the FCPA."[53]

The Office of the Comptroller wrote back to the SEC the
next day, 4th March 2003, that: "the company's dismissal of
reports by reputable news and human rights organisations
and its almost hysterical denial of wrongdoing miss the
point. Without attributing any blame to the company, this
issue has generated enough media attention and raised
enough questions to be a legitimate and serious concern to
those who own the company."[54]

The Office of the Comptroller was also scathing about the
declaration of Freeport's security costs in Indonesia,
which the company had sent in confidence to the New
York City pension funds before publishing it in the 10-K
filing of March 2003. "Now that the company has
essentially put the document in the public domain, it is
obvious to anyone who reads it that it … is not responsive
to the proposal's request for a review and a report by the
Board of Directors. It does not deal at all with the
allegations of human rights abuses by the Indonesian
military and what impact, if any, it has on the company."[55]

The letter concluded: "The Funds believe that the
magnitude of the problems faced by the company as a
result of its ties to the Indonesian military (as evidenced
by this most recent tragic attack on the company's
employees) makes the report take on such a significance
that the proposal can't be deemed substantially
implemented since the issue has not been addressed by
the company to date."[56]

The SEC, however, agreed with Freeport McMoRan. Its
Division of Corporation Finance wrote to the company on
5th March 2003 that: "There appears to be some basis for
your view that Freeport McMoRan may exclude the
proposal."[80] The proposal was not put to the vote at the
2003 annual general meeting two months later.

Freeport McMoRan has gone on to make similar declarations in all its 10-K filings since 2002. For the year 2003 it declared that: "Freeport Indonesia's share of support costs for the government-provided security, involving over 2,300 Indonesian government security personnel currently located in the general area of our operations, was US$5.9 million." For the year 2004, the equivalent figure was US$6.9 million.

The company has also declared costs for Freeport Indonesia's in-house security department, which has several hundred unarmed personnel. According to the 10-K filings, the cost of running this department has almost doubled from US$6.8 million in 2001 to US$12.3 million in 2004. Global Witness asked Freeport McMoRan whether or not any payments to the government security forces came out of this budget, and whether or not any serving military or police officers were employed by the Freeport Indonesia security department. Freeport McMoRan declined to reply to this question.

The New York City pension funds tabled a new proposal at Freeport McMoRan's annual general meeting in May 2004 which called on it to suspend payments to the Indonesian military and police until the Indonesian government co-operated fully with the investigation into the August 2002 murders. This time, the proposal was put to shareholders. Freeport McMoRan chief executive Richard Adkerson told the meeting that: "the management and Board believe that the stockholder proposal mischaracterizes the company's relationships with Indonesian security institutions and suggests actions that would undermine the company's relationship with the Indonesian government and the security of the company's operations." The proposal did not pass.[57]

The New York City pension funds tabled another proposal for the next annual general meeting in May 2005. This returned to the theme of the 2003 resolution, calling on Freeport McMoRan to review its policy on payments to the Indonesian security forces and report to shareholders on this review by September 2005. Once again, this proposal was not passed by shareholders.[58]

In summary, the deaths of three company employees in August 2002 led some shareholders in Freeport McMoRan to become concerned enough about the company's relationship with the Indonesian military to raise the issue in three consecutive years. These shareholders cited press reports which alleged that the killings might be linked to "extortion" of Freeport by soldiers and raised their concerns, in the light of these reports, that the

company's payments to the military might be considered to violate the Foreign Corrupt Practices Act.

In response, Freeport McMoRan has denied the allegations of extortion and corruption, listed the various policies and processes it has put in place to prevent violations of the FCPA and published more detailed information about its payments for government-provided security in Indonesia. These public declarations by Freeport McMoRan have been presented by the company's lawyers, in their letters to the SEC, as part of the evidence that the company has met the concerns raised by the shareholders.

The problem, as this report can reveal, is what Freeport McMoRan has not disclosed.



Freeport McMoRan Chairman James R. Moffett in 1998.
Credit: TEMPO/Robin Ong

# The ambush of August 2002

On 31st August 2002, a party of teachers from the Freeport company town of Tembagapura were driving home from a picnic in the rainforest when they were ambushed by gunmen. Three people were killed in the shooting: Americans Rick Spier and Edwin Burgon and Bambang Riwanto, an Indonesian. Eleven other people were wounded before the retreat of the gunmen, who were described by survivors as Papuans dressed in assorted military clothing.

The question of who planned and carried out the ambush has affected US-Indonesian diplomatic relations and fed a long-running controversy about the relationship between Freeport and the Indonesian security forces. Observers quickly noted that the gunmen had been able to carry out the ambush even though its site was close to two army posts. The military blamed the rebel Free Papua Movement (OPM).[1] A Papuan human rights group named the Institute for Human Rights Study and Advocacy (Elsham) said local OPM commander Kelly Kwalik had threatened earlier in August to attack Freeport, but called off his threat at the urging of Papuan civil society groups. Elsham blamed the military.[2]

Then a preliminary report of the Indonesian police investigation into the ambush was leaked in draft form to the media. This document, since entered into the records of the US Congress, has been an enduring source of controversy because it stated: "There is a strong possibility that the Tembagapura case was perpetrated by the members of the Indonesian National Army. However, it still needs to be investigated further."[3]

The police report noted that the supply-starved OPM rarely used so much ammunition in its attacks and noted the jealousy of soldiers at the higher pay of Freeport staff. It also referred to the corpse of a Papuan man found near the scene. Soldiers claimed to have shot this man because he was one of the ambushers, but an autopsy found that he had been killed a day earlier than the soldiers claimed and that he had a serious medical condition (swollen testicles caused by elephantiasis) which meant he could not have taken part in the ambush. The police suggested his corpse had been planted at the scene.

The core of the police report was the testimony of a Papuan informer called Decky Murib, who worked with the Kopassus special forces. Murib alleged he had been in the same area that day with a Kopassus officer identified in the

report as "First Lieutenant Markus", later named in the local press as Captain Margus Arifin, and a team of special forces soldiers. The police did not allege that these soldiers carried out the ambush but speculated that they planned to kill Murib and frame him as one of the ambushers.

The police chief in Papua, I. Made Pastika, left to head the successful investigation into the Bali terrorist bombings of October 2002. His deputy, who had publicly accused soldiers of staging the ambush, was moved to a desk job in Jakarta. Elsham, the human rights group, was sued by the military for defamation and its office in Jakarta was ransacked by unidentified thugs. Decky Murib went on the run and later retracted his testimony, saying he had been put up to it by Elsham.[4] A joint military-police investigation found no evidence to support Murib's claims. A senior official was reported as saying Captain Arifin had been in another part of Indonesia at the time.[5] The police themselves later backed away from their initial conclusion, declaring that OPM rebels, not the Indonesian military, were to blame for the ambush.

A series of international press articles reported, however, that US officials suspected the Indonesian military to be involved in the ambush. In November 2002, a "source close to the US Embassy" in Jakarta told Australia's Sydney Morning Herald that: "[US officials] know the killing of the two Americans was initiated by Kopassus but they sit on the information because it hurts their larger interests."[6] In the same month the Washington Post alleged that senior Indonesian officers had prior knowledge of the attack, though the newspaper later retracted this allegation.[7]

In January 2003, the New York Times reported a "senior Administration official" as saying: "There is no question that there was military involvement. There is no question it was premeditated." This story also quoted a "Western intelligence analyst" as saying he believed that the motive for the ambush was "extortion, pure and simple".[8] The US Embassy in Jakarta denied this story and said the US government had "not come to any conclusions" on the case.[9] The denial did not stop the New York Times from repeating its assertions a week later.[10]

In March 2003, Matthew P. Daley, the Deputy Assistant Secretary at the State Department's Bureau of East Asian and Pacific Affairs, told the US Senate that: "while the preponderance of evidence appears to indicate that elements of the Indonesian Army were responsible for the crime, we cannot make any definitive judgments until the

investigative process is complete." In June 2005, Global Witness contacted Daley, who is no longer with the US government, and asked what his current view was. He said: "The main change from two years ago is that we did have an FBI investigation ... We've had meaningful co-operation with the FBI and it remains an open case."[11]

The Federal Bureau of Investigation had begun its investigation in January 2003 but a perceived failure to co-operate by the Indonesian side prompted the US Congress to maintain curbs on US military aid to Indonesia. Congressman Joel Hefley brought an amendment to this effect in June 2003 which noted that: "Not surprisingly, the Indonesian military has exonerated itself. American investigative teams, including the FBI, have not been able to complete their investigations mainly due to the Indonesian military's refusal to co-operate and its tampering of evidence."[12]

In March 2004, the Associated Press reported that US officials believed the ambush to have been ordered by local Indonesian military commanders. The report quoted a "senior US official familiar with the investigation" as saying: "It's no longer a question of who did it. It's only a question of how high up this went within the chain of command."[13] The report added: "Privately, US officials say little doubt remains about who was responsible for the attack." The US Embassy in Jakarta apparently denied this story.[14]

The next big development was in June 2004 when a US Grand Jury indicted a Papuan named Anthonius Wamang "and others, known and unknown to the Grand Jury" for the murders of Rick Spier and Edwin Burgon and the attempted murders of eight other Americans.[15] Wamang has not been arrested and his location remains unknown but he has given an interview to an Australian news channel in which he described himself as a member of the OPM rebel group. He admitted taking part in the ambush because he thought the passengers were Indonesian soldiers, who often use Freeport vehicles, and said that in taking part in the attack, he had defied the orders of OPM leader Kelly Kwalik. In the same interview, Wamang admitted that he had done business with Indonesian soldiers and used the money to buy ammunition.[16]

In February 2005, US Secretary of State Condoleeza Rice determined that Indonesia had co-operated fully enough with the FBI for curbs on US military training to be lifted. In May 2005 Rice's deputy, Robert Zoellick, told reporters during a visit to Indonesia that: "the original suspicion was TNI [the Indonesian military] but the investigation ... doesn't point in the direction of TNI. Instead it points – Wamang was on Australian TV for goodness sakes ... I mean and I don't think he's connected to TNI for anything anybody can tell."[17]

In itself, the fact that Wamang is Papuan does not prove or disprove the possibility that members of the Indonesian security forces were involved in the ambush. As events in East Timor have shown, the latter have used local paramilitaries in the past to carry out "deniable" covert operations. It is not always clear, however, what degree of control the military and police leaderships have over their subordinates in the field. It is also possible that Wamang is telling the truth, had no connection to the Indonesian security forces at the time of the ambush and took part in it for reasons unrelated to them. The truth is unlikely to be established unless Wamang receives a fair and open trial.

Nearly three years after the fatal ambush of August 2002, it is still not clear who planned the killings, who carried them out and why. Until these questions are resolved, another vital question can be answered: have the Indonesian military and police actually provided security for Freeport, or insecurity?



Police on guard after the ambush of August 2002. Credit: AP/Charles Manuel Komaling

# The "Freeport Army"

Global Witness asked Freeport McMoRan whether the payments for security were actually required by Indonesian law or the terms of its contract. The company replied: "At the [Indonesian] government's request, we provide financial support to ensure that the Indonesian government's security personnel (military and police) have the necessary and appropriate resources to provide security for our operations."

Freeport McMoRan also said: "Pursuant to the [Indonesian] government's declaration that our company's mining operations are a Vital National Object, the Indonesian military and police provide security for our mining operations in a remote and logistically challenging area. Security is essential to the continuing safety of our workforce and their families and for the protection of our facilities. There is no alternative to our reliance on the Indonesian military and police in this regard."

Rio Tinto has put things differently in a statement on its website which states that: "The [Indonesian] government looks to Freeport to provide logistical and infrastructure support and supplemental funding for its security services. Rio Tinto believes such payments are legally required and legitimate."[59] Global Witness asked Rio Tinto to identify the law that this "legal requirement" is based on. The company declined to reply to this question.

The Indonesian military offered yet another view of these payments after they were publicly declared by Freeport McMoRan in March 2003. The armed forces commander, General Endriartono Sutarto, was asked by local reporters whether the payments from Freeport Indonesia would continue. Sutarto reportedly replied: "I don't know, just ask Freeport. We don't compel Freeport to do that [make payments]. It's up to Freeport whether to carry on or not ... We can't give more money to those [soldiers] who are serving there, so if someone with good intentions wants to help, why not?"[60] This report suggests that the military regarded these payments as a voluntary gesture of goodwill from Freeport. Global Witness wrote to General Sutarto in June 2005 and asked him to confirm that these had been his views at the time. The general has not yet replied to this letter.

In short, Freeport McMoRan says the payments are "requested" by the Indonesian government. Rio Tinto says they are "legally required". The Indonesian military commander has reportedly said they are "help" from

"someone with good intentions." This lack of clarity is mystifying.

The reaction in Indonesia to the disclosures by Freeport McMoRan in March 2003 showed that, far from being seen as the fulfilment of a legal or contractual obligation, the payments were controversial. Indonesian reformists saw them as evidence that their nation's armed forces, known as the TNI (an abbreviation of the Indonesian words for "Indonesian National Army") were at risk of falling under the influence of a private company. The Jakarta Post, a liberal newspaper, remarked that: "for US$5.6 million a year, soldiers deployed around Freeport may as well call themselves the Freeport Army ... Because this practice is condoned, you are just one step away from turning this affair into a racket. This makes TNI not all that different from the *preman* [thugs] who run most of the protection rackets in the country. Worse still, it raises the question about where TNI loyalty lies: with the people and the state, or with the financiers?"[61]

A similar point was made by the late Munir Said Thalib, one of Indonesia's most famous human rights activists, who was quoted as saying that senior officers appeared unable to control what their subordinates were doing. "The TNI has degraded into a bunch of paramilitar[ies] paid to protect Freeport's interest."[62] Munir was murdered in September 2004. An official fact-finding team reportedly concluded in June 2005 that Indonesia's state intelligence agency "is believed to have been involved in a conspiracy to murder" him.[63] There is no evidence of a link with Papua.

The response of the Indonesian military leadership to the news from Freeport was extensively covered in the local media in March 2003. The media coverage portrays a common theme in the military's response: the payments were limited to small amounts for limited purposes and went straight to soldiers serving in Papua, not to military leaders. It is clear that senior officers were sensitive about the suggestion that the Indonesian armed forces might be in the pay of a foreign company.

The initial reaction of the TNI commander, General Endriartono Sutarto, as quoted by Indonesia's official Antara news agency on 14th March 2003, was to say: "If the report is true, we will seek clarification on it because as far as I know, our troops receive only pocket money and food allowances."[64] On 20th March 2003, as noted earlier,

## What Freeport McMoRan said...

In June 2005, Global Witness asked Freeport McMoRan 73 detailed questions about its relationship with the Indonesian security forces. The company replied as follows:



Freeport-McMoRan Copper & Gold Inc.
1615 Poydras Street
New Orleans, LA 70112

P. O. Box 51777
New Orleans, LA 70151

William L. Collier
Vice President - Communications

Telephone: 504-582-1750
FAX: 504-582-4995

June 15, 2005

Global Witness
P. O. Box 6042
London N19 5WP

Re: Your letters to Mr. James R. Moffett and Richard C. Adkerson dated 6th June 2005

Dear ▮▮▮▮▮

Your letters to our Chairman and our Chief Executive Officer have been referred to me for response.

With respect to your questions, we have publicly disclosed our support for the Indonesian Government security institutions as well as our policies on Human Rights and Business Conduct and Ethics. These policies are available on our website at www.fcx.com. Our report, "Working Towards Sustainable Development," also presents information on our relationships with the Government and our policies on human rights and business ethics.

In accordance with our obligations under the Contract of Work and consistent with Indonesian law, U.S. law, and our adoption of the joint U.S. State Department – British Foreign Office Voluntary Principles on Security and Human Rights, we have taken appropriate steps and are committed to providing a safe and secure working environment for our over 18,000 employees and contract workers. Pursuant to the Government's declaration that our company's mining operations are a Vital National Object, the Indonesian military and police provide security for our mining operations in a remote and logistically challenging area. Security is essential to the continuing safety of our workforce and their families and for the protection of our facilities. There is no alternative to our reliance on the Indonesian military and police in this regard. The need for this security, the support provided for such security, and the procedures governing such support, as well as decisions regarding our relationships with the Indonesian Government, and its security institutions, are ordinary business activities, which our management and board of directors thoroughly review and appropriately address on a continuous basis to ensure maintenance of proper controls and compliance with applicable laws.

The Indonesian Government – not our company – is responsible for employing its security personnel and directing their operations. At the Government's request, we provide financial support to ensure that the Indonesian Government's security personnel (the military and police) have the necessary and appropriate resources to provide security for our operations. We note that the Voluntary Principles on Security and Human Rights expressly recognize that companies "may be required or expected to contribute to, or otherwise reimburse, the costs of protecting company facilities and personnel borne by public security."

We condemn human rights violations in any form. We have a longstanding commitment to the protection of human rights and have been vigorous in enacting and enforcing our human rights policy. Our policy, which was initially adopted in 1999, commits us to conducting our operations in a manner consistent with the Universal Declaration of Human Rights. The implementation of our human rights policy is monitored by Judge Gabrielle Kirk McDonald, former President of the International Criminal Tribunal for the former Yugoslavia, who serves as Special Counsel on Human Rights to our company and as a member of our board of directors. When allegations of human rights abuses have arisen in our area of operations, we have supported every legitimate investigation – none of which has found any wrongdoing on the part of the company or our personnel.

We have fully supported and cooperated with the Indonesian Government and the FBI in their investigations of the August 2002 attacks. In June 2004, the U.S. Justice Department indicted Anthonius Wamang, identified in the indictment as an operational commander in the Free Papua Movement (OPM), for leading the group that perpetrated the August 2002 attacks. We will continue to cooperate and support these investigations and hope that the identified perpetrator and others involved in the incident will be apprehended and prosecuted for their crimes. We believe that any questions you may have related to the incident are more appropriately addressed to the government authorities investigating the incident.

Finally, we note our disagreement with the mischaracterizations that certain parties have sought to bestow on our company referred to in your letters, especially the unfounded allegations made by Ms. Denise Leith in her writings. Additionally, the absence of specific comment in this letter on our part with respect to any assertion set forth in your letters should not be construed as reflecting our agreement with any such assertion.

As indicated above, information related to our programs, policies and procedures on human rights, support for the government security institutions and business ethics can be found on our public disclosures on our website, www.fcx.com. For your convenience, I have enclosed a copy of our 2004 Working Towards Sustainable Development Report, "Making the Commitment," with the appropriate sections marked. This report also includes information on the comprehensive array of educational, medical care, public health, training, employment, land rights, social and economic development programs we support for the benefit of the Papuans in our operations area.

Sincerely,

*William L. Collier III*

WLC/sj
Enclosure

Enclosure:
"Making the Commitment," 2004 Working Towards Sustainable Development Report

## ... and didn't say.

Global Witness is disappointed and concerned that Freeport McMoRan declined to answer in a substantive way almost all of the questions put to it. Amongst other issues, the company did not explain:

- Who its payments for military and police protection are actually paid to.

- Why payments appear to have been made to individuals, not just to government institutions.

- How the company knows that its payments have not been misappropriated by the recipients.

- How the company knows that its payments have not been used to pay for military operations against the Papuan independence movement.

- How the company has made sure that its payments do not benefit people suspected of involvement or complicity in human rights abuses.

Sutarto told reporters the military had never ordered Freeport to make the payments and it was up to the company whether or not it wanted to continue them. According to several media reports, Sutarto said the payments were for accommodation, repair of equipment and "*uang saku*" (pocket money) for soldiers whose pay was not enough to meet their daily needs in Papua. According to Antara, Sutarto added: "As such, the allegations that the TNI has received security fees from Freeport Indonesia … have obviously missed the mark."[65]

Sutarto was asked by journalists to confirm the total amount of money paid to the military by Freeport. One media outlet quoted him as replying: "Ask Freeport, because we've never seen the money. That money goes directly to the soldiers and we've never stipulated an amount of money."[66] Global Witness wrote to Sutarto and asked him to confirm that these had been his views in March 2003. The general has not yet replied.

Also in March 2003 the army chief of staff, General Ryamizard Ryacudu, had been quoted by another local newspaper as saying: "As far as I know, my soldiers only receive 125,000 rupiah [then about US$13] a month. Maybe their food is free too. That's it. I don't know about this question of money. I've never been given a single cent."[67] Ryacudu was also quoted as saying: "There are various rumours being thrown around by groups which are clearly enemies of the state, such as [rumours about] the shooting of foreigners at Timika. The latest is that TNI is said to have received a very large sum of money from Freeport in Timika. This is slander and vulgar rumour which is being spread to discredit the TNI, so as to form an opinion at home and especially abroad that TNI is fatally at fault."[68]

The comment about "the shooting of foreigners" almost certainly refers to press reports suggesting military involvement in the killings of the three teachers in August 2002, since there had been no other shootings of foreigners in Timika for several years previously. Global Witness wrote to Ryacudu and asked him to comment on these quotations. The general has not yet replied to this letter.

Indonesian journalists also raised questions about the payments with Major-General Mahidin Simbolon, the Indonesian military commander in Papua. Two newspapers quoted Simbolon as saying that his men received 125,000 rupiah [roughly US$13] a month each, the same figure as that cited by Ryacudu.

One of these newspapers reported that journalists asked Simbolon to confirm the figure of 50 billion rupiah, which was roughly equivalent to the US$5.6 million which Freeport McMoRan had disclosed in the United States. The newspaper quoted Simbolon as replying: "If I got that money, I would divide it up amongst you journalists. I would also build a hotel as accommodation for the soldiers. You've seen yourselves the condition of my men's housing. If there were that much money, how could I have the heart not to use it to build housing for my soldiers?"[69] Simbolon also told Global Witness in June 2005 that Freeport Indonesia made payments for food to soldiers guarding the mine, but that he himself had not received any money from the company.[70]

It does not appear that Sutarto or Ryacudu received payments from Freeport and there is no reason to believe that their comments to the press in March 2003 were not an accurate account of what they believed at that time. Mahidin Simbolon is another story altogether.



Fuelling the "Freeport Army". The company says it paid for soldiers' food and lodging, but where did the money actually go?
Credit: Koran Tempo/Budi Yanto

# General Simbolon's dinner money



Major-General Mahidin Simbolon.
Credit: TEMPO/Bagus Indahono

Major-General Mahidin Simbolon was a veteran of the Kopassus special forces, who served as enforcers for the Soeharto regime. Members of Kopassus have long been associated with murder, torture and other abuses of civilians in Indonesia's conflict zones. Global Witness does not suggest that Simbolon personally committed such abuses (see box: *Mahidin Simbolon in East Timor and Papua*, page 23).

Simbolon served in Indonesian-occupied East Timor several times. In the mid-1990s, men under his command were training local militiamen there to combat supporters of independence. In 1999, he was serving as chief of staff of the Indonesian military command which ran the troops in East Timor. During 1999, troops and militiamen carried out a campaign of mass killings and terror in an attempt to stop East Timor seceding from Indonesia. The campaign failed, but not before it had cost at least 1,200 Timorese lives and left much of the country in ruins.

Timorese leaders accused Simbolon of being a prime mover in this campaign of violence but, unlike some other Indonesian officers named by these leaders, Simbolon has not been indicted in any country in relation to the events of 1999. He told Global Witness in June 2005 that he did know militia leaders, but also knew independence figures like Xanana Gusmao, whom he captured in the early 1990s and who is now president of East Timor, now called Timor Leste.

In January 2001, Simbolon arrived in Papua to head the Indonesian military command there. There is no reason to hold Freeport responsible for anything Simbolon might have done prior to his association with the company, but the information in the public domain in 2001 was sufficient to make clear that he was a controversial officer with a gigantic question mark over his associations and activities in East Timor, and that a company entering into any kind of relationship with him should exercise extreme caution.

Global Witness has learned, however, of a series of payments between May 2001 and March 2003, totalling US$247,705, that appear to have been made by Freeport Indonesia to Simbolon. The payments are as follows:

- A payment worth US$47,568 in May 2001, described by Freeport Indonesia as being for an army hospital in Jayapura;

- A payment worth US$64,655 in May 2002, described as being for a military project;

- A payment worth US$10,000 in July 2002, described as being for an anniversary party for the Trikora military command;

- A payment worth US$67,682 in December 2002, described as being for a humanitarian project;

• Monthly payments worth a total of US$57,800 between June 2001 and March 2003. The July 2001 payment was described as being for security services and those for January to March 2003 were described as being for administrative costs. All the other monthly payments were described as being for food costs.

With the exception of two monthly payments in 2003, it appears that the recipient of these payments was not the Indonesian government but Mahidin Simbolon himself. Freeport Indonesia appears to have paid another US$25,000 to third parties for costs incurred by the general and Mrs Simbolon, including US$7,000 for hotel costs and more than US$16,000 in other costs, much of which appears to have been for travel.

Global Witness wrote to Freeport McMoRan noting that payments appear to have been made to Simbolon by Freeport Indonesia, and asked the US company to explain. The company declined to answer this question. Global Witness also contacted Simbolon, who is now Indonesia's Army Inspector-General, and asked him to comment on payments that appear to have been made to him. He replied: "As far as I know there's been nothing like that from Freeport [Indonesia]. There's none." Simbolon said soldiers guarding the Freeport mine received money for food, but the money went "directly to the soldiers" and he had not received any such payment.

Global Witness also wrote to the Indonesian armed forces commander, General Sutarto, and asked him to comment on payments to Simbolon and other officers named in this report. At the time this report went to press, General Sutarto had not replied.

Indonesia is a developing country where average living standards and salaries are much lower than the industrialised world. The basic pay for a major-general was roughly US$200 a month in mid-2000, though for an officer serving in Papua this figure would be boosted by hardship allowances.[71] Thus, Simbolon appears to have received a monthly payment from Freeport Indonesia, allegedly for food alone, which was likely to be much greater than his basic pay from his own government, and he appears to have received even larger sums for other purposes.

Freeport Indonesia has made many payments to Indonesian government institutions over the years, such as the Trikora military command. Why then, in a country notorious for corruption, does it appear that the company paid nearly a quarter of a million dollars to a senior public official rather than to the government institution he worked for, particularly an official with such a controversial record?



Simbolon and other officers often stayed at the Timika Sheraton. Freeport appears to have picked up the bills.
Credit: Philip Game

# Mahidin Simbolon in East Timor and Papua

Mahidin Simbolon graduated from Indonesia's military academy in 1974.[1] He spent much of his career with Kopassus, the Indonesian special forces, including several stints in East Timor where, in 1992, he took part in the capture of Timorese guerrilla leader Jose Alexandre "Xanana" Gusmao.[2] The latter survived a long jail sentence to become President of an independent East Timor, now known as Timor Leste.

Indonesian rule in East Timor was characterised by the use of terror tactics against supporters of independence, including mass killings, torture, rape and the deployment of local paramilitaries against other Timorese. Officers from Kopassus and military intelligence played a prominent role in the occupation. Between 1995 and 1997, Simbolon headed the local military command in East Timor, Korem 164. Amnesty International noted that: "torture and ill-treatment of political detainees in East Timor is routine," in a report published in January 1996 which cited allegations of prisoners being tortured by military intelligence personnel of the Korem 164.[3] The Amnesty report did not mention Simbolon in this context.

The Korem 164 also oversaw the training of a local paramilitary group called Gada Paksi. Ostensibly a job-creation scheme for young Timorese men, Gada Paksi was actually a source of street muscle for the military to deploy against supporters of independence and a forerunner of the militias that terrorised East Timor during 1999. The Indonesian military has frequently recruited such militia groups from the local population in conflict zones, though it typically depicts them as volunteers who have come forward to defend their communities, rather than as paid auxiliaries. Unlike some other Timorese militia groups, Gada Paksi was not a combat unit and not routinely trusted with guns.

Global Witness has obtained a copy of a routine Indonesian military report on Gada Paksi's activities in the week of 19–24th February, 1996. The report describes the employment status of the group's 399 members and recommends more effort by the military in finding them work opportunities. The report is addressed to a Kopassus major by a Kopassus captain. Its letterhead makes clear that the officers are serving with the Korem 164, which was then under the command of Simbolon. There is also a list of Gada Paksi members. The first name on the list is "Eurico Quterres". This appears to be Eurico Guterres, a street thug who is known to have led Gada Paksi and later became internationally notorious as a militia leader (see below).

In 1998, after Simbolon had left East Timor, President Soeharto fell from power. His successor, B.J. Habibie, unexpectedly offered the East Timorese a referendum on whether they wanted to remain part of Indonesia or become independent. The Indonesian military and their local allies set out to ensure the Timorese voted the right way. They used the militias to terrorise the population into voting for continued union with Indonesia, even as United Nations staff in the territory were preparing for the ballot.

The military organised and led the militia, provided them with weapons, finance, transport and training and deployed troops to join or support militia raids. The police were also involved in militia activity, or allowed it to proceed unhindered. Despite months of killings and terror, the referendum took place on 30th August 1999 and the result was a huge majority for independence from Indonesia. The military and militias took revenge by laying waste to the towns and forcing hundreds of thousands of people into temporary exile in neighbouring West Timor. In total, at least 1,200 civilians are thought to have been killed in these events by soldiers and militiamen.[4]



Street thug Eurico Guterres became a Timorese militia commander. His men left a trail of bodies behind them in 1999. Credit: TEMPO/Robin Ong

During 1999, Simbolon was a Brigadier-General based in Bali. He served as chief of staff of the Udayana Military

Regional Command, which had its headquarters in Bali but also commanded the troops in East Timor. The head of this command was Simbolon's immediate superior, Major-General Adam Damiri. Global Witness has copies of orders signed by Simbolon in Damiri's name. These orders establish that Simbolon was in the Indonesian military chain of command from Bali to East Timor but they do not prove any direct connection to the militias or personally implicate him in human rights abuses. These documents were provided to Global Witness by Yayasan HAK, a human rights organisation in East Timor.

By this time, a swaggering manner and bloodthirsty speeches had made Eurico Guterres into the public face of the Timorese militias. Another militia leader to attract notoriety was Cancio de Carvalho, who told foreign journalists in early 1999 that his men had killed several civilians, including a pregnant woman.[5] The name of Cancio's militia was *Mati Hidup Demi Integrasi*, or Live or Die for Integration, abbreviated to Mahidi. According to the Sydney Morning Herald newspaper, Australian intelligence intercepted a phone call on 14th February 1999 between Eurico Guterres and a soldier from Kopassus. Guterres mentioned that a member of Mahidi had been hurt. The soldier replied: "We know that Simbolon is concerned that one of his crew is injured."[6]

Asked by Global Witness to comment on his links with Timorese militia leaders, specifically de Carvalho and Guterres, Simbolon said: "There's no relationship but I know them, yes. I know the Timorese. I know Xanana too: it was me who caught him and he's still alive, isn't he?" Asked about the report in the Sydney Morning Herald which suggested that the militia's name was a homage to him, Simbolon responded by asking what the basis of this report was and said: "That's just talk without foundation, without proof … They were called Mahidi, Mati Hidup Demi Integrasi. It has nothing to do with my name, Mahidin."[7]

On 6th August 1999, as violence mounted in East Timor in the run-up to the UN referendum, independence leader Gusmao told Portuguese television: "The international community must know better that there are Indonesian military people who do not want the [referendum] process. All the plans they have made since the beginning of the violence were to prevent the process and they will continue to prevent it. Zacky Anwar [Makarim] … Adam Damiri and Simbolon, who are in Bali … they must be removed from their posts." Gusmao also named another six lower-ranking officers, all of whom were serving in East Timor at the time.[8]



Order signed by Simbolon in 1999 for the movement of soldiers to East Timor prior to the August referendum on independence. It shows his position in the military chain of command. Credit: Courtesy of Yayasan HAK

Another Timorese leader who made similar comments at this time was Jose Ramos-Horta, who had jointly won the Nobel Peace Prize three years earlier and is now the foreign minister of Timor Leste. He was quoted by the press on 5th August 1999 as naming Makarim, Damiri, Simbolon and another officer and saying: "These four are the ones most directly responsible for the killings in East Timor by the army and militias."[9]

Zacky Anwar Makarim was a senior intelligence officer who, like Simbolon, had served in East Timor and knew Gusmao personally. The Far Eastern Economic Review reported in September 1999 that: "Diplomats shake their heads when they note that [Makarim] and Brigadier-General Mahidin Simbolon, two of the men most intimately involved in East Timor in recent months, are also the army's most experienced officers in covert operations." The magazine added: "Predictably, it wasn't long before Gusmao and Western diplomatic sources were blaming Zacky, Simbolon – another special forces-trained intelligence officer and the current chief of staff of the regional command covering East Timor – and at least five local commanders … for a campaign of terror that has triggered an international outcry and come close to undermining the August 30th referendum."[10]

After the referendum, Indonesian troops and the militias began attacking people and property in East Timor. After intense diplomatic pressure and front-page coverage in the world press, the Indonesian government allowed a multinational force to move into East Timor, bringing an end to the violence. By this time, the Indonesian army had deported hundreds of thousands of civilians to neighbouring West Timor, where they languished for some time in refugee camps controlled by the militias. Jane's Intelligence Review reported in November 2000 that Simbolon "has been identified by Western intelligence sources as the main link between the Indonesian Army and the East Timorese militias."[11]

Not a single Indonesian military officer has been convicted by an Indonesian court for crimes in East Timor in 1999. Damiri was convicted for failing to prevent human rights abuses by his men, but the conviction was overturned on appeal. Neither Simbolon or Makarim were charged with any crime in Indonesia. The only prominent Timorese militia leader to be convicted in Indonesia was Eurico Guterres and his sentence was cut on appeal from ten years to five. Guterres went to Timika near the Freeport mine in 2003, while his case was still on appeal, and announced plans for a militia to fight the Papuan independence movement. These plans were reportedly blocked by the police.[12]

The US government said on 11th August 2004, after Indonesia's appeal court had finally overturned the last guilty verdicts, that: "We are dismayed by this decision, and we are profoundly disappointed with the performance and record of the Indonesian ad hoc tribunal ... We think that the overall process was seriously flawed and lacked credibility."[13]

A team of legal experts appointed by the UN Secretary-General Kofi Annan concluded that: "There was little commitment to an effective prosecution process, which was marred by numerous lacunae in the conduct of investigations, protection of witnesses and victims, presentation of relevant evidence, lack of professionalism and ethics and rigorous pursuit of truth and accountability of those responsible." The panel recommended that Indonesia should prosecute soldiers and militiamen within six months, under international supervision or, alternatively, the cases should be referred to the International Criminal Court in the Hague.

Damiri and Makarim were separately indicted for crimes against humanity by the UN Serious Crimes Unit in Dili, in a joint indictment with the East Timorese authorities: these crimes included murder, deportation or forcible transfer of population and persecution.[14] Indonesia has refused to hand any military officer over for prosecution in East Timor.[15] Simbolon has not been indicted in East Timor.



East Timor's Mahidi militia in 1999. Mahidin Simbolon says: "It has nothing to do with my name."
Credit: Panos Pictures/Jan Banning

An independent expert's report, commissioned by the Office of the UN High Commissioner for Human Rights, named 12 serving or former senior officers of the Indonesian army whom it said were "responsible for devising and co-ordinating the overall policy that called for the mobilisation of the militias and the use of violence against civilians." The report stated that these officers: "were very likely involved in such planning, and should at a minimum be the subject of further criminal investigations." The 12 names include Simbolon as well as Damiri and Makarim. The report argued that these officers not only had command responsibility for crimes committed by soldiers in East Timor but also had individual responsibility, defined as committing, ordering, inducing, aiding or otherwise contributing to the commission of a serious crime.[16]

This report was not in the public domain at the time when Simbolon moved to Papua. However, there was sufficient other evidence in the public domain in early 2001, at the time when Simbolon appears to have started receiving payments from Freeport Indonesia, to raise serious concerns about his activities and associations with events in East Timor two years earlier.

## Simbolon in Papua

Simbolon's posting to Papua began in January 2001. At this time, the most prominent politician in Papua was Theys Eluay, who headed a mass movement for independence through non-violent means called the Presidium of the Papuan Council. Eluay was kidnapped on 10th November 2001, on his way home from a ceremony at a Kopassus base, and suffocated to death by his attackers. His driver disappeared.

The murder of such a prominent politician sent shockwaves through Papua and drew international attention. Simbolon reportedly said that: "Theys died with no indications of having been beaten, shot or murdered but because of illness, namely heart complications." Asked if Kopassus was involved in his death, Simbolon reportedly added: "That would be the same as fouling one's own nest". Other observers suggested that Eluay had fallen victim to a feud amongst Papuans.[17]

Then an Indonesian police investigation revealed that the murderers were indeed members of Kopassus. Colonel Hartomo, the commander of the Kopassus taskforce in Papua, and three lower-ranking soldiers were convicted and given jail terms of up to three and a half years for their parts in the murder.[18] As the senior military officer in Papua, Simbolon was in command of Hartomo and the

other soldiers. However, he was not charged or prosecuted in connection with this case. Simbolon was quoted in March 2002 as saying: "These troops are certainly under my command, but if some Kopassus members were involved in Theys' murder, that is not my responsibility."[19]

Global Witness asked Simbolon in June 2005 how it was possible that soldiers under his command could have planned and carried out the assassination of Eluay without his knowing. Simbolon replied by likening the relationship between himself and his subordinates to that of a father to his children: "What if you have a child and it does something beyond its father's knowledge, how about that?"[20]

Simbolon remained in command in Papua as controversy spread in the wake of the August 2002 ambush. Six months later, in February 2003, the military decided to transfer him out of Papua and he left in March. This transfer was described as a routine reshuffle but the Associated Press quoted an unnamed senior military official as saying the general was being replaced because of "ongoing problems in Papua."[21] However, Simbolon later became Inspector-General of the Army, one of the highest-ranking posts in the army headquarters: as of June 2005, he was serving in this position.



Papuan leader Theys Eluay, murdered by soldiers in 2001. Credit: TEMPO/Rully Kesuma

# Paying for what exactly?

Global Witness has asked Freeport McMoRan to explain how payments to the security forces have been authorised and disbursed, how these payments are accounted for and what audit and oversight measures have been in place to make sure money is not misappropriated or diverted for purposes other than the company's legitimate security needs, such as the financing of military operations against the Papuan independence movement. The company did not provide specific replies to any of these questions, other than to say that its board and management "thoroughly review and appropriately address on a continuous basis" its support to the military and police "to ensure maintenance of proper controls and compliance with applicable laws" (see box: *What Freeport McMoRan said … and didn't say*, page 19).

Freeport McMoRan has also declined to answer the most obvious question about these payments: where does the money actually go? Global Witness has learned that some of it appears to have gone to military and police units or headquarters and some to third parties, such as hotels and catering companies, to pay costs incurred by the military and police. Many senior officers appear to have received significant sums, though not as much as appears to have gone to Simbolon. Freeport Indonesia also appears to have made payments in kind for supplies, including petrol, and has provided the military and police with all-terrain vehicles and air transport.

Payments appear to have gone to Indonesian military commands across Papua, not just to the troops round the mine. Some payments appear to have gone to the Military Regional Command, which is based nearly 500 kilometres away in the town of Jayapura. This command is in charge of all troops in Papua and therefore, military operations against the Papuan independence movement. Its official designation is Kodam XVII/Trikora. The next level down the military hierarchy in Papua which appears to have received payments is a Military Resort Command (Korem 171), based in the town of Sorong about 800 kilometres northwest of the mine. This command covers a swathe of western Papua, including Freeport's concession area. The immediate area round the mine is covered by a subordinate command, the Military District Command (Kodim 1710), which also appears to have received payments. The police have a similar command structure, though they appear to have received less money than the army.

As well as these three levels of the military command structure, Freeport Indonesia also appears to have made

payments to the units which make up the garrison of its concession area. This garrison has typically consisted of one or more infantry battalions, a special forces team from Kopassus and assorted other units, sometimes including armoured and engineer troops, plus personnel from the navy and air force. There is also a force of Brimob paramilitary police, who are armed with automatic weapons and often deployed in the front lines of Indonesia's conflict zones, and the regular police.

Besides the direct payments, Freeport Indonesia also appears to have paid third parties for costs incurred by the security forces, such as air fares, vehicle maintenance and hotel bills and the costs of running a barracks built by the company for the military. These payments would appear to be consistent with Freeport McMoRan's declarations in its 10-K filings to the US Securities and Exchange Commission that Freeport Indonesia pays for food and dining hall costs, housing and travel for the military and police. Freeport Indonesia also appears to have paid third parties for travel and lodging costs incurred by some officers' wives and families and picked up the tab for a wide range of miscellaneous expenses like the cost of military ceremonies and parties, assorted equipment and supplies.

Until mid-2003, many separate payments appear to have been made to the military and police. Some of these payments were worth up to US$60,000 each, though most of them were between US$200 and US$3,000. Some payments appear to have been made to government institutions such as the Trikora Command or a particular army unit. Others appear to have been made to individual officers in the military or police. In any given year until mid-2003, numerous officers from the rank of general down to sergeant appear to have received such payments. After mid-2003, Freeport Indonesia appears to have stopped making payments to individual officers (see below).

From 2000 onwards, a growing number of payments appear to have been made to individual officers, not to government institutions. In February 2000, for example, a certain army major appears to have received two payments, one of US$13,054 and the other US$1,714, the first payment described by Freeport Indonesia as being for food costs and the second as a security service fee. In the same month, security service fees also appear to have been paid to the Trikora Command (US$2,285), the district military commander (US$1,344) and the resort military command at Sorong (US$1,143).

Payments were increasingly described by Freeport as food costs rather than as security service fees. In February 2002, for example, a payment of US$12,213 appears to have been made to Colonel Togap Gultom, the district commander in Timika, while an aide to Simbolon appears to have received US$1,712 for the same month. It appears that in this and other cases, monthly payments took place that were continued for a year or more and were supplemented by occasional one-off payments.

Officers of lower rank appear to have received smaller payments, though there seem to have been some exceptions. In the year to March 2002 for example, Freeport Indonesia appears to have made payments, totalling US$46,000 and described mostly as food costs, to Captain Margus Arifin. This would be a relatively large amount, larger than the total sums that appear to have been received by some more senior officers.

Another officer who appears to have made extensive use of Freeport's support was Colonel Mangasa Saragih, who served as Assistant for Intelligence at the Trikora command and later as head of the military region at Sorong. From his arrival in Sorong until the end of 2002, Saragih appears to have received payments from Freeport Indonesia of US$40,000 for food costs and US$4,400 for security fees. Payments also appear to have been made on his behalf to third parties, including travel costs of more than US$4,000 and hotel bills of nearly US$18,000 for the colonel and people travelling with him, including Mrs Saragih. Global Witness contacted Saragih, who is now head of military security at the Freeport mine, with the intention of seeking comment from him. Saragih told Global Witness to contact him via military headquarters in Jakarta.[72]

As noted earlier, Global Witness had in fact written to Indonesia's armed forces commander, General Endriartono Sutarto, with questions that included a request for comment on payments that appear to have been made to Colonel Saragih and all the other officers named in this report. There has been no reply to this letter.

## From individuals to institutions?

In early 2003, Freeport Indonesia appears to have started to change its arrangements for paying the security forces. Payments appear to have been increasingly described as cost of living or support payments, rather than as food costs or security fees. An example is Colonel Gultom, the military district commander. It appears that Gultom had received money from the company in 2002 for food costs but in

January 2003 he appears to have received two payments totalling just under US$17,000, one for cost of living and one for administrative support. In February 2003, he appears to have received a monthly support payment of US$14,300.

In March and April 2003, as Freeport McMoRan was making its disclosures to the Securities and Exchange Commission in the United States, the arrangements appear to have changed again. It appears that payments to officers were made indirectly via their local military headquarters, rather than directly to them. Payments appear to have been directed to Simbolon via the provincial military command, for example, and payments to Gultom appear to have been directed to him via the district military command. The same thing also appears to have happened with payments to Colonel Saragih.

It appears that payments made after April 2003 did not go to individual officers. At this point, Freeport Indonesia appears to have been paying about US$16,000 a month for an infantry battalion; another US$16,000 a month to the military district command; US$13–15,000 a month for a Brimob police battalion, nearly US$19,000 a month to the local police and another US$22,000 a month to a security task force guarding the company.

This pattern raises questions. Why do so many payments appear to have been made to individuals in the military and police, rather than to government institutions, and why does the system for making these payments appear to have changed in mid-2003? Global Witness asked Freeport McMoRan whether or not, after August 2002, there was any audit, inspection or other form of review which caused Freeport Indonesia to change its manner of making payments for security. The company did not reply to this question.

## Building better communities

Freeport McMoRan has declared to the US Securities and Exchange Commission that Freeport Indonesia's security budget includes payments for community development programmes, without providing a breakdown of these payments or further explaining them. It is public knowledge that the TNI runs community development programmes in order to foster its image as a people's military, working for the good of Indonesian society. What is not clear is what these payments have to do with Freeport McMoRan's stated commitment to "provide a safe and secure working environment for our 18,000 employees and contract workers" (see box: *What Freeport McMoRan said ... and didn't say*, page 19). Global Witness asked the company to clarify this issue but the company declined to do so.

Global Witness has learned that between April 1999 and December 2002, Freeport Indonesia appears to have paid US$342,000 to the military for community programmes. This includes the US$68,000 that appears to have been paid directly to Simbolon in November 2002 and noted earlier in this report, for what was described as a humanitarian project. The rest of the money appears to have been paid to staff officers at the Trikora command. Similar payments appear to have been made to the police. Global Witness asked Freeport McMoRan to provide evidence that the military and police had spent this money on actual community projects around the mine. The company declined to do so.



Riot police on guard in Papua. Credit: TEMPO/Rully Kesuma

## Paying for police deployments?

Freeport Indonesia appears to have paid on occasion for police reinforcements to fly into Timika to control the periodic bouts of rioting between rival ethnic groups in the town, which have claimed dozens of lives in the last decade. In September 1999, Freeport appears to have paid US$45,725 to an air transport company for a charter flight to transport Brimob paramilitary police. There was rioting in Timika on the last day of September and the first day of October 1999 between ethnic Papuans and migrants from other parts of Indonesia, in which 14 people were reportedly killed.[73] Global Witness does not suggest that Freeport Indonesia was in any way responsible for these riots, only that the company appears to have helped to pay the cost to the Indonesian authorities of coping with them.

Freeport was reportedly reluctant to be associated with military airlifts, however. During a Papuan rebel raid on the highland town of Ilaga in October 2001, Simbolon reportedly complained that Freeport would not let its own helicopters be used to ferry reinforcements, though Freeport pilots were willing to escort the army's own helicopter. To explain this reluctance, Simbolon referred to an incident five years earlier.[74] In this incident, the Indonesian military had controversially used a helicopter with Red Cross markings to launch a bloody surprise attack on Papuan rebels holding local and foreign hostages. It should be noted that Freeport Indonesia has also provided air transport for humanitarian purposes, such as the airlift of supplies to regions hit by natural disasters.

There was more trouble at Timika in 2003 when the Indonesian government decided to revive a long-defunct policy that would split the province of Papua into three separate provinces. This redrawing of administrative boundaries, intended to create a new province of Central Irian Jaya which included the Freeport area, was seen by the independence movement as an attempt to set Papuans against each other. Local leaders who had worked with the Indonesians spoke out for the new province while Tom Beanal, the Papuan independence leader, was against it.[75]

In August 2003, riots broke out in Timika between supporters and opponents of the new province in which seven people died. The police reportedly announced on 28th August 2003 that they were sending two companies of Brimob riot police to contain the riots and search for five people, including employees of the Interior Ministry and the State Intelligence Agency, who had come from outside Papua and were suspected of stirring up the riots.[76] Global Witness has learned that Freeport appears to have paid the cost of bringing these policemen to Timika.

In short, Freeport appears to have helped to pay for the police to cope with a riot which seems to have had no direct impact on the company itself and was suspected by the police themselves to have been fomented by people working for other Indonesian government agencies. Although there is no suggestion that Freeport was involved in the riots, this incident suggests the difficulty of drawing a clear dividing line between the company's legitimate security needs and the wider priorities of the security forces in Papua.

# Conclusion

Freeport McMoRan disclosed very little information about its subsidiary's financial dealings with the Indonesian security forces prior to the fatal ambush of August 2002, though company officials are said to have discussed the possibility of doing so. Since the ambush and following the concern from some shareholders which it aroused, the company has disclosed more information. However, the company has not revealed details which raise troubling questions about the relationship with the security forces.

Freeport McMoRan had a close relationship with President Soeharto during his time in power and its financial dealings with Soeharto's officials had come under public scrutiny in the late 1990s, after the dictator's fall. Freeport McMoRan was not charged with any offence but there is no doubt the company knew that any payments made by its subsidiary to public officials in Indonesia might attract suspicions of corruption or extortion. There is also no doubt that Freeport McMoRan was aware of the appalling human rights record of the Indonesian military, which has included numerous killings by soldiers near the mine, the most extensively documented of which were in 1994–95.

Given this background, it is reasonable to expect that Freeport McMoRan and its subsidiary would have taken extensive steps to avoid any measures that might lead to the company being accused of complicity in corruption or human rights abuses. Why, then, does it appear that large sums were paid not to institutions of the Indonesian government but to individual military and police officers? Given the clear risk that payments might be misappropriated or diverted for other purposes, such as the financing of counter-insurgency operations, what steps did Freeport take to ensure that money was actually used for the purposes declared to the public? And why does it appear that Freeport Indonesia stopped making payments to individual officers in mid-2003?

Beyond these questions which apply to the Indonesian military and police in general, there is a specific question that applies to Mahidin Simbolon because of the nature of his military record and the scrutiny that had already been given to it by the international press and human rights groups at the time when he came to Papua. This was an officer who was the military commander of East Timor at a time when torture by soldiers was prevalent, who is known to have been chief of staff of the regional military command whose troops committed crimes against

## Transparency of corporate payments in Indonesia

A first step that Indonesia could take to address the resentments created by the oil and mining industries in its conflict regions is to implement the principles of the Extractive Industries Transparency Initiative. The EITI is a global initiative, launched by the British government in June 2003 and now involving numerous countries (including Nigeria, Azerbaijan, Timor Leste and others) and leading multinational companies which operate in Indonesia, including BP and ExxonMobil. It promotes the public disclosure of revenue flows from extractive companies to governments, with audit and oversight mechanisms, so citizens can be confident that these revenues are not being misappropriated.

Indonesia could draw on the EITI to create its own reform programme for disclosing revenue flows from industry to the central government and flows from the government back to the regions that produce the resources. This might help to allay the resentment in Aceh and Papua that local



Outsiders are taking Papua's resources, leaving little for local people. Transparency would help.

people have benefited little from resource extraction, a resentment which has fuelled the conflicts in both places.

However, Indonesia's joining EITI would not resolve the specific concerns raised by this report. By EITI standards Freeport McMoRan is already relatively transparent, in that it does disclose the total value of tax and other payments to the Indonesian government, and has disclosed the total value of payments to the security forces. The problem, as this report has shown, is finding out what the disclosures actually mean.

Indonesia is planning to make the finances of the military and police more transparent and accountable to the public. This reform would be highly welcome, as armies and police forces in a democracy should not have access to off-budget sources of funds which are not subject to civilian control. Reform may take time, however. In the meantime, Indonesia could pass a law, regulation or decree requiring that all payments by companies to the military and police should be fully disclosed and independently audited.

Recent events are showing that extractive companies in Indonesia's conflict zones can be more transparent in their dealings with the security forces, and can move away from the old model of having large military or police garrisons at project sites. BP, the oil company, has agreed with the Indonesian authorities on a set of security arrangements for its Tangguh LNG gas project in western Papua, which should be more transparent and restrict the role of the military and police in providing day-to-day security.

BP has agreed with the government that no soldiers will be based at the Tangguh LNG site and only a small number of police. BP has said it will make some payments for the security forces' transport and living costs: these will be in line with government expenditure tables and paid to Badan Pelaksana Migas, the agency which regulates the oil and gas industry, not directly to the security forces. BP has pledged to publish all such payments.[1] BP should also agree that all these payments be independently audited and the results of the audit disclosed to the public in full, to show that money is not being misused. BP is setting a new standard and must expect to be tested against it.

The security of the Tangguh LNG site will initially be the responsibility of the Indonesian police and rest largely on arrangements between the project and local communities, with soldiers only being sent in if a security problem arises which cannot be contained by project staff and the police. BP says the police presence in the wider Bintuni Bay area, where the project is located, will expand from 34 policemen to about 90 as building goes on, and the eight or nine soldiers already based in the nearby town of Babo will not be reinforced.[2] If these plans are carried out, the security presence around Tangguh LNG would be very much smaller than that round the Freeport mine.

As of mid-2005, construction work on Tangguh LNG had not yet started, so BP's security arrangements remain untested. Some observers worry that the military might overrule these arrangements or even engineer unrest at the project site, in order to justify basing a garrison there and asking the company for security payments.

The military presence in the wider area around Tangguh LNG is likely to increase: the army announced in March 2005 that it plans to base another 15,000 soldiers in Papua over the next four years, and 5,000 of these troops will be based in Sorong, which is about 300 kilometres from the project. An army spokesman said in March 2005 that the deployment "is not a cheap project and it will have to be carried out in accordance with our budget."[3]

Even if BP can avoid the military becoming entangled in the project, the Indonesian police also have a reputation for corruption and human rights abuses which means the absence of soldiers does not mean an absence of risk. Human rights campaigners have noted that the Indonesian police chief in Papua with whom BP signed a security agreement in April 2004, Timbul Silaen, was the police chief in East Timor in 1999 and has been indicted there for crimes against humanity.[4]

What BP's experience does seem to suggest, at least in theory, is that in an Indonesia which is becoming more open and democratic, there is no reason to stick with old security practices which have caused great suspicion and done little good for companies' own reputations. Indonesia's military and police should receive their funding from their own government through the national budget, not from private enterprise, because this is the only way to ensure that their finances are accountable to the Indonesian public. Until that change has taken place, private companies that make payments to the Indonesian security forces should be required by law or regulation to publish in full what they pay.

humanity in East Timor, whose immediate superior at that time has been indicted for crimes against humanity, and who is alleged by several sources to have associated with Timorese militia leaders, although he himself denies that this association was more than an acquaintance.

It is true that Simbolon had not been charged with any offence. It is also true, however, that Indonesia's attempts to prosecute military personnel for crimes against humanity in East Timor cannot be regarded as credible because they have not led to the conviction of any military officer and have been condemned as flawed by, amongst others, the United States and a panel of legal experts appointed by the United Nations. Given this background, why does it appear that large payments were made by Freeport Indonesia not just to individual public officials, but to an official with such a troubling track record?

The financial relationship between Freeport and the Indonesian military became a particular concern to some shareholders because of the fatal ambush of 31st August 2002 which claimed the lives of two Americans and one Indonesian. Suspicions of involvement in the ambush by Indonesian security personnel remain unproven but cannot be automatically dismissed, given the military's history of using paramilitaries for deniable covert operations against civilians and the widespread involvement of military and police personnel in corruption and illegal business activity. These suspicions need to be thoroughly and objectively investigated by the US and Indonesian authorities.

This issue is material to investors in Freeport McMoRan because, without knowing the truth, it is impossible for investors to form a complete picture of the relationship between the company and the Indonesian government, to understand the true position of its subsidiary in Papua or to assess how well or badly the company has mitigated its security risks. Furthermore, Indonesian citizens in Papua and elsewhere have a right to know about any dealings their public officials may have had with a private foreign company, and to be sure that all such dealings were within the law.

Global Witness has offered Freeport McMoRan the opportunity to comment on the issues raised by this report. The company has replied in general terms, in a way that leaves unanswered almost all the specific questions raised by Global Witness. Rio Tinto has also declined to explain in more detail its role in the security relationship.

The time has now come for the law enforcement authorities in the United States and Indonesia to investigate the relationship between Freeport McMoRan, its subsidiary and the Indonesian military and police. In the case of payments that appear to have been made to Mahidin Simbolon and other officers, rather than to institutions of the Indonesian state, the investigation should examine these payments in the light of the US Foreign Corrupt Practices Act and Indonesian laws that regulate payments to public officials.

## Transparency in conflict zones: a global concern

The problems posed by extractive investment in conflict zones are not limited to Indonesia. An assessment in March 2005 listed 70 countries where there is conflict or risk of conflict: at least 30 of these countries have significant oil, gas or mining industries.[77] A number of multinational companies have faced criticisms over their relationships with security forces or other armed groups.

The most recent was AngloGold Ashanti. This South African company, controlled by the global mining conglomerate Anglo American, admitted that it had "messed up" in the Democratic Republic of Congo after Human Rights Watch published a report in June 2005 revealing that the company had made payments to, and provided transport and logistical support for, a rebel group which has committed massacres and other serious violations of human rights. AngloGold Ashanti at first denied any financial support to the rebels, but later admitted that it had paid about US$9,000, most of it "under protest and duress".[78] The company's chief executive, Bobby Godsell, said in June 2005 that: "If it comes to the judgement that our people can only stay there by payment of bribes, then we will withdraw. Going forward, we will not give financial support."[79]

People living in regions where armed conflict is taking place have a right to be assured that companies operating in their territory are not inadvertently exacerbating the conflict through their actions. Investors are increasingly concerned that companies manage their risks properly, both to avoid reputational damage and to avoid worsening the local situation in a way which may afflict the company's own operations. Neighbouring countries and the international community also have an interest in seeing that conflicts are quickly resolved because it is they who may have to cope with the consequences: if natural resource extraction is a factor in the conflict then it too needs to be addressed if the conflict is to be solved. Full transparency from companies about their dealings with parties to the

conflict is one way to start meeting the concerns of all these groups.

Failure to be transparent, and to install proper safeguards, may encourage a culture of graft and rent-seeking around companies that might well prefer not to pay bribes. A company can become complicit in a crime, in regions where the rule of law is absent, by virtue of what it knew or should have known, not just what it did or did not do. The question of complicity by business in human rights abuses will be central to the work of the new UN Secretary-General's Special Representative on Business and Human Rights (a post in discussion as of mid-2005): full transparency by companies will not in itself solve the problem of complicity, but it is an essential component of any solution.

The question of payments by extractive companies in conflict zones around the world is covered by an initiative called the Voluntary Principles on Security and Human Rights, launched in 2001 and sponsored by the US and British governments. Freeport McMoRan and Rio Tinto have repeatedly cited their endorsement of the Voluntary Principles in various public documents, including their responses to Global Witness on issues raised in this report. Other extractive companies which have endorsed the initiative and operate in Indonesia include BP and ExxonMobil.

The Voluntary Principles set guidelines for extractive companies on managing the human rights impacts of their operations but these guidelines are actually quite weak and unspecific on the questions raised by this report. They state that companies should "consult regularly" with host governments and local communities about their security arrangements, explain their policies on ethical conduct and human rights and "express their desire" that state security forces do their job in a way consistent with these policies. Companies should also "encourage" governments to publish details of their security arrangements, "subject to any overriding safety and security concerns," and are expected to "recognize a commitment to act in a manner consistent with the laws of the countries within which they are present". Companies should "use their influence" to promote the principle that "individuals credibly implicated in human rights abuses should not provide security services for companies."

Thus, it seems that a company can endorse the Voluntary Principles, and draw the reputational benefits, without providing any information to the public about any payments that it makes to armed parties to a conflict.

## What Rio Tinto said …

Global Witness asked Rio Tinto 75 detailed questions about the relationship between Freeport and the Indonesian security forces and Rio Tinto's role in this relationship. Rio Tinto was a minority shareholder in Freeport McMoRan until 2004, with a seat on its board, and is also a joint-venture partner of Freeport Indonesia. Here is the reply:



## … and didn't say.

However, Rio Tinto did not explain:

- Whether or not the company has been responsible for a share of Freeport Indonesia's payments for military and police protection.

- The role of Rio Tinto executives, if any, in deciding and overseeing these payments.

- Why the company has stated that the payments are "legally required" when comments by Indonesia's military commander appear to suggest otherwise.

There is no provision for independent oversight of such payments and there appears to be no formal mechanism for ensuring that companies which endorse the Voluntary Principles actually apply them.



Poor people in regions like Papua have a right to know that companies are spreading wealth, not conflict.

Even if the Voluntary Principles were amended to ensure that companies did disclose a meaningful level of detail about their payments, there is still an inherent problem with non-binding processes: governments or companies which do not wish to be bound by them can simply decline to take part, or can take part on a rhetorical level without being compelled to implement them. And since voluntary agreements do not have legal force, companies can also claim to support the principle of transparency while pointing to the laws of countries where they operate – in relation to commercial confidentiality or national security, for example – as a reason not to actually publish more information.

It is clear that corporate payments in conflict zones are material to investors, meaning that investors cannot form a true picture of a company without knowing what the company is paying to whom, for what purpose and under what oversight. It is equally clear that people living in those conflict zones should be able to find out about these payments. To get around the problems of the voluntary approach, and to ensure that all extractive companies in conflict zones are under equal obligation to disclose their payments related to security, there may be no alternative but to require such reporting by law in countries where those companies are based and where they operate, or through binding rules with a global reach, like international accounting standards.

In conflict regions where the law is weak and people may be murdered, raped or tortured on a regular basis, there is no excuse for companies to conceal any aspect of their payments to any party to the conflict.

# References

1   United States District Court for the District of Columbia. 16th June 2004. Grand Jury indictment of Anthonius Wamang.

2   ABC Foreign Correspondent. 1st September 2004. West Papua – ambushed. (Transcript).

3   Shareholder proposal by New York City Employees Retirement System and New York City Teachers Retirement System for annual general meeting of May 2003.

4   *Ibid.*

5   Jones, Walker, Waechter, Poitevent, Carrere and Denegre LLP. 3rd March 2003. Letter to the US Securities and Exchange Commission.

6   The City of New York. Office of the Comptroller. 4th March 2003. Letter to the US Securities and Exchange Commission.

7   Freeport McMoRan Copper & Gold Inc. 10-K filing to the Securities and Exchange Commission for the fiscal year ended 31st December 2002.

8   *Ibid.*

9   International Crisis Group. Indonesia: Keeping the military under control. Jakarta/Brussels, 5th September 2000. Page 16.

10   Global Witness telephone interview with Simbolon. 26th June 2005.

11   Amnesty International. The September and October 1995 riots: arbitrary detention and torture. London, January 1996.

12   Far Eastern Economic Review. 2nd September 1999. East Timor is about to vote: so is Indonesia's military letting go?

13   Global Witness telephone interview with Simbolon. 26th June 2005.

14   International Crisis Group. 1st March 2005. Crisiswatch No 19.

15   CIA World Factbook. East Timor.

16   Transparency International. 25th March 2004. Plundering politicians and bribing multinationals undermine economic development, says TI.

17   World Bank. Indonesia Country Assistance Strategy 2004-2007.

18   International Crisis Group. 20th December 2004. Indonesia: rethinking internal security strategy. Page 2.

19   Environmental Investigation Agency/Telapak. The last frontier: illegal logging in Papua and China's massive timber theft. London/Jakarta, February 2005. Page 7.

20   Jakarta Post. 19th March 2005. Army to station an extra division in Papua.

21   Freeport McMoRan Copper & Gold Inc. 2003 annual report. Page 12.

22   George A. Mealey. Grasberg. Mining the richest and most remote deposit of copper and gold in the world in the mountains of Irian Jaya, Indonesia. Freeport McMoRan Copper & Gold Inc, 1996. Page 299.

23   *Ibid.* Page 304

24   Robin Osborne. Indonesia's secret war: the guerrilla struggle in Irian Jaya. Sydney, 1985. Page 120.

25   Tapol. West Papua: the obliteration of a people. Tapol. 1983. Pages 38-40.

26   George A. Mealey. Grasberg. Mining the richest and most remote deposit of copper and gold in the world in the mountains of Irian Jaya, Indonesia. Freeport McMoRan Copper & Gold Inc, 1996. Page 306.

27   Freeport McMoRan Copper & Gold. 2003 annual report. Page 48. Note 2.

28   Wall Street Journal, 29th September 1998. Hand in glove: how Suharto's circle, mining firm, did so well together.

29   Denise Leith. The politics of power: Freeport in Suharto's Indonesia. University of Hawaii Press, 2003. Page 68.

30   Agence France Presse. 5th November 1998. US miner chairman denies allegations of corruption in Freeport Indonesia.

31   International Crisis Group. Resources and conflict in Papua. Jakarta/Brussels, 13th September 2002. Page 19.

32   *Ibid.* Page 19. Also Denise Leith. The politics of power: Freeport in Suharto's Indonesia. University of Hawaii Press, 2003. Page 243.

33   Jakarta Post. 16th March 2003. Freeport confirms allowances for military, police in Papua.

34   Lesley McCulloch. Trifungsi: the role of the Indonesian military in business. Paper delivered to the International Conference on Soldiers in Business. Jakarta, 17-19 October 2000.

35   Freeport McMoRan Copper & Gold Inc. Provision of Security. From web version of 2002 Working Towards Sustainable Development report at www.fcx.com.

36   Freeport McMoRan Copper & Gold Inc. 10-K filing to the Securities and Exchange Commission for the year ending 31st December 2002.

37   This event was reported via the Internet and confirmed at the time by a source close to Freeport.

38   Global Witness telephone interviews with Reverend Lowry. June 2005.

39   Shareholder proposal by New York City Employees Retirement System and New York City Teachers Retirement System.

40   *Ibid.*

41   *Ibid.*

42   Jones, Walker, Waechter, Poitevent, Carrere and Denegre LLP. 3rd January 2003. Letter to US Securities and Exchange Commission.

43   *Ibid.*

44   Freeport McMoRan Copper & Gold Inc. Working towards sustainable development. 2001 Economic, Social and Environmental Report. Page 1.

45   *Ibid.* Page 8.

46   Jones, Walker, Waechter, Poitevent, Carrere and Denegre LLP. 3rd March 2003. Letter to the US Securities and Exchange Commission. Page 2.

47   Freeport McMoRan Copper & Gold Inc. 3rd February 2003. Offering Memorandum for 7% convertible senior notes due 2011. Security Matters.

48   Freeport McMoRan Copper & Gold Inc. 10-K filing to the Securities and Exchange Commission for the fiscal year ended 31st December 2002.

49   American Metal Market. 18th March 2003. Freeport admits paying military for protection.

50   The City of New York. Office of the Comptroller. 27th February 2003. Letter to the US Securities and Exchange Commission.

51   *Ibid.*

52   Jones, Walker, Waechter, Poitevent, Carrere and Denegre LLP. Letter to the US Securities and Exchange Commission. 3rd March 2003.

53   *Ibid.*

54   The City of New York. Office of the Comptroller. 4th March 2003. Letter to the US Securities and Exchange Commission.

55   *Ibid.*

56   *Ibid.*

57   Freeport McMoRan Copper & Gold Inc. Report on the Annual Meeting of Stockholders of Freeport-McMoRan Copper & Gold Inc, held on 6th May 2004. At www.fcx.com.

58   Freeport McMoRan Copper & Gold Inc. Report on the annual meeting of stockholders of Freeport-McMoRan Copper & Gold Inc, held on 6th May 2004. At www.fcx.com.

59   Rio Tinto. 1st December 2004. Grasberg. Statement at www.riotinto.com/media

60   Detikcom. 20th March 2003. Panglima: TNI tak perintahkan Freeport beri dana keamanan.

61   Jakarta Post. 20 March 2003. TNI's Credibility.

62   Koran Tempo. Freeport Hires TNI.

63   Jakarta Post. 23rd June 2005. BIN involved in killing Munir: team.

64   Antara News Agency. 14th March 2003 TNI to ask clarification from Freeport Indonesia.

65   Antara News Agency. 20th March 2003. Investors not obliged to pay "security fees" to Indonesian military, commander says.

66   Detikcom. 20th March 2003. Panglima: TNI tak perintahkan Freeport beri dana keamanan.

67   Sinar Harapan. 18th March 2003. KSAD: Pasukan TNI tidak ditarik dari PT Freeport.

68   *Ibid.*

69   Sinar Harapan. 3rd March 2003. Pangdam Trikora: Freeport agar terbuka soal dana kepada TNI.

70   Global Witness telephone interview with Simbolon. 26th June 2005.

71   International Crisis Group. Indonesia: Keeping the military under control. Jakarta/Brussels, 5th September 2000. Page 16.

72   Global Witness telephone interview with Saragih. June 2005.

73   Agence France Presse. 1st October 1999. Irian Jaya clashes leave 14 dead.

74   Jakarta Post. 1st October 2001. Military moves to retake Ilaga from separatists.

75   International Crisis Group. Dividing Papua: How Not to Do It. Jakarta/Brussels, 9th April 2004. Page 12.

76   Kompas. 28th August 2003. Pemekaran wilayah di provinsi Papua ditunda.

77   International Crisis Group. 1st March 2005. Crisiswatch No 19.

78   Human Rights Watch. The Curse of Gold. New York, 2005. Page 85.

79   Mail and Guardian. 2nd June 2005. Anglo "messed up" in the DRC.

80   Securities and Exchange Commission. 5th March 2003. Response of the Office of Chief Counsel Division of Corporation Finance.

## References for box: The ambush of August 2002

1   Jakarta Post. 5th September 2002. TNI spokesman names leader of Freeport attack.

2   Institute for Human Rights Study and Advocacy (Elsham). What's wrong with Freeport's security policy? Elsham, 21st October 2002.

3   Congressman Joel Hefley of Colorado. Extensions of Remarks. 16th March 2004. Prevent Indonesia from receiving IMET funding in fiscal year 2004.

4   Jakarta Post. 2nd April 2004. Key witness in Freeport changes story.

5   Suara Pembaruan. 10th January 2003. Tim Gabungan TNI dan Polri: anggota TNI tidak terlibat penembakan di Timika.

6   Sydney Morning Herald. 2nd November 2002. Kopassus accused of Freeport ambush.

7   Washington Post. 27th February 2003. Involvement of Indonesian military. Post Corrects Nov. 3 Report on Freeport Mine Ambush.

8   New York Times. 30th January 2003. US links Indonesian troops to deaths of two Americans.

9   US Embassy Jakarta. Press release. 31st January 2003.

10   New York Times. 5th February 2003. Soldier strangled Papua separatist.

11   Global Witness telephone interview with Simbolon. 26th June 2005.

12   Congressman Joel Hefley of Colorado. 15th July 2003. Statement of the Honorable Joel Hefley. Amendment to HR 1950.

13   Associated Press. 4th March 2004. Indonesian officials suspected in attack.

14   Global Witness telephone interview with Slobodan Lekic of AP. June 2005.

15   United States District Court for the District of Columbia. Grand Jury indictment of Anthonius Wamang. 16th June 2004.

16   ABC Foreign Correspondent. 1st September 2004. West Papua – ambushed. Transcript.

17   US State Department. Press roundtable in Indonesia. 7th May 2005.

## References for box: Mahidin Simbolon in East Timor and Papua

1   Tempo Magazine. 28th November 1997. Will Maj-Gen Prabowo become chief of the army strategic command reserve? Translated by FBIS news service.

2   Tapol. 16th June 1999. The dismissal and indictment of TNI officers for human rights violations in East Timor.

3   Amnesty International. January 1996. The September and October 1995 riots: arbitrary detention and torture.

4   Unpublished report by independent expert commissioned by Office of the United Nations High Commissioner for Human Rights. East Timor 1999: Crimes Against Humanity. Page 40.

5   Australian Broadcasting Corporation. 15th March 1999. Four Corners. A Licence to Kill. Transcript.

6   Sydney Morning Herald. 14 March 2002. Silence over a crime against humanity.

7   Global Witness telephone interview with Simbolon. 26th June 2005.

8   Radiotelevisao Portuguesa. 6th August 1999. Interview with Xanana Gusmao.

9   Agence France Presse. 5th August 1999. E. Timorese seeks international arrest warrants for Indonesia generals. NB. This report wrongly identifies Simbolon as a colonel. He was in fact a brigadier-general.

10   Far Eastern Economic Review. 2nd September 1999. East Timor is about to vote: so is Indonesia's military letting go?

11   Jane's Intelligence Review. 1st November 2000. East Timor: can it stand alone?

12   Media Indonesia. 4th December 2003. Aparat hentikan kegiatan Guterres di Timika.

13   US State Department. 9th August 2004. Daily Press Briefing. Transcript.

14   District Court of Dili before the Special Panel for Serious Crimes. 24th February 2003. Indictment against Wiranto, Zacky Anwar Makarim, Kiki Syahnakri, Adam Rachmat Damiri, Suhartono Suratman, Mohammad Noer Muis, Yayat Sudrajat and Abilio Jose Osorio Soares.

15   Human Rights Watch. 7th August 2004. Indonesia: courts sanction impunity for East Timor abuses.

16   Unpublished report by independent expert commissioned by Office of the United Nations High Commissioner for Human Rights. East Timor 1999: Crimes against humanity. Page 252.

17   Detikcom. 12th November 2001. Indonesia: Police, military differ over cause of Papuan figure's death. Translated by FBIS news service.

18   ABC Radio Australia news. 21st April 2003. Soldiers jailed for murder of Papuan activist.

19   Tempo Interactive. 30th March 2002. Trikora Military Chief Denies Any Responsibility in Theys Murder.

20   Global Witness telephone interview with Simbolon. 26th June 2005.

21   Laksamana.net. 4th February 2003. Papua military chief loses job after murders.

## References for box: Transparency of corporate payments in Indonesia

1   Letter from BP to Global Witness. 25th February 2005.

2   *Ibid.*

3   Jakarta Post. 19th March 2005. Army to station extra division in Papua.

4   Tapol. 20th June 2005. BP denounced for security pact with East Timor crimes suspect.



**global witness**

Global Witness Publishing Inc.
8th floor, 1120 19th Street NW
Washington DC 20036
e-mail: oil@globalwitness.org
http://www.globalwitness.org
ISBN 0-9753582-8-6

©Global Witness Publishing Inc. 2005.

# Exhibit 15



# Papua, Indonesia: Issues for Congress

**name redacted**
Specialist in Asian Affairs

January 19, 2006

**Congressional Research Service**

7-....
www.crs.gov
RL33260

**CRS Report for Congress**
*Prepared for Members and Committees of Congress*

# Summary

The ongoing investigation into the killing of two American citizens, current human rights conditions, and reports of an Indonesian military build-up in Papua have led to increased Congressional attention to Indonesia's eastern-most territory. Papua, for the purposes of this report, refers to the resource rich western half of the island of New Guinea and not the nation or people of Papua New Guinea which is situated on the eastern half of the Island. While the people of Papua have been subject to human rights abuses while under Indonesian rule, the ongoing expansion of democracy and civil society in Indonesia and the leadership of President Yudhoyono hold out the possibility that the human rights situation in Papua may improve. Some view the current improvement in the bilateral relationship between the United States and Indonesia as providing an enhanced opportunity for the United States to continue to support the expansion of democracy, the rule of law, civil society, and human rights while developing closer military-to-military relations with a valuable partner in the war against terror and a key geopolitical actor in the Southeast Asian region. Such policies, by fostering a more democratic and open society, may also contribute to an improved human rights situation in Papua. Others, including some Members of Congress, contend that Indonesia's failure thus far to bring to trial those responsible for the Timika incident and other human rights abuses, suggests that the Indonesian military (TNI) remains, at least in part, outside government control and that the United States should continue to suspend some kinds of military assistance. The recent arrest of Anthonius Wamang, who is thought to have carried out the attack which killed two Americans near Timika in 2002, may resolve what has been a key obstacle to improved military-to-military ties between Indonesia and the United States. It also has the potential to raise further questions concerning the incident. This report will be updated as circumstances warrant.

# Contents

U.S. Interest in Papua ...................................................................................................................... 1

    Timika ......................................................................................................................................... 3
    Congressional Involvement ........................................................................................................ 4

Background to the Present Conflict .................................................................................................. 4

The Human Rights Situation in Papua .............................................................................................. 6

Key Actors in Papua .......................................................................................................................... 7

    Freeport ....................................................................................................................................... 7
    The Government of Indonesia ..................................................................................................... 9
    The Indonesian Military ........................................................................................................... 11
    Papuan Resistance and Political Organization .......................................................................... 11

Options and Implications for Congress ............................................................................................ 13

# Figures

Figure 1. Map of Papua ..................................................................................................................... 2

# Appendixes

Appendix. Related Legislation ........................................................................................................ 15

# Contacts

Author Contact Information ............................................................................................................ 19

Papua, Indonesia refers to the western half of the island of New Guinea and encompasses the Indonesian provinces of West Irian Jaya, or Irian Jaya Barat, and Papua. Some also refer to this region of Indonesia as West Papua. Papua has a population of approximately two million and an estimated area of 422,000 square kilometers, which represents about 21% of the land mass, and 1% of the population of Indonesia. About 1.2 million of the estimated two million inhabitants of Papua are indigenous Melanesian people from about 250 different tribes which are distinct from the Malay people of Indonesia. Most of the rest of the people have transmigrated to Papua from elsewhere in Indonesia. The province is rich in mineral resources and timber.[1]

# U.S. Interest in Papua

Congress' attention to Papua has largely focused on the 2002 attack against Americans near Timika and the human rights situation of the indigenous Melanesian people of Papua. Congress has also expressed interest in the reported military buildup in Papua. These interests have evolved against a backdrop of greatly improved relations between the United States and Indonesia in 2005. An expanded separatist movement in Papua also could lead to greater violence.

Papuan issues tend to be subsumed into overall U.S. relations with and policy toward Indonesia. In 2005 there was considerable change in U.S. relations with Indonesia. The February 2005 decision by the Bush Administration to allow Indonesia to participate in International Military Education and Training (IMET) was followed by a May 2005 decision to restart non-lethal foreign military sales (FMS) to Indonesia and a November 2005 decision to waive foreign military financing (FMF) restrictions due to U.S. national security concerns.[2] In this way, past concerns over human rights in Indonesia, including those in Papua, which had limited the extent of the military-to-military relationship have apparently not been given as much weight by policy makers as they have previously due to Indonesia's democratic development and American security concerns.[3] To many, this foreign policy issue has involved a congressional-executive dispute where democratic development in Indonesia and American security concerns have shifted the locus of policy determinants in favor of the executive branch which currently is seeking to develop closer ties with Indonesia. There is concern among some that the message that the United States is still concerned with the human rights situation in Indonesia needs to continue to be conveyed to Indonesia so that Jakarta does not view this shift in America's position as a signal that America is now less concerned with human rights issues. As the peace process in Aceh has progressed, increased attention has been focused on the human rights situation in Papua.

---

[1] "A People Under the Jackboot," *The West Australian*, September 18, 2004.

[2] State Department, Office of the Spokesman, Washington, DC, "Taken Question at Daily Press Briefing," January 4, 2006. Eric John, "U.S. and RI: A Strategic Partnership," *The Jakarta Post*, January 3, 2006.

[3] For further information see CRS Report RL32394, *Indonesia: Domestic Politics, Strategic Dynamics, and American Interests*, by (name redacted), CRS Report RL31672, *Terrorism in Southeast Asia*, by (name redacted) et al., CRS Report RS21874, *Indonesian Elections*, by (name redacted) and CRS Report RS22136, *East Timor: Potential Issues for Congress*, by (name redacted) and (name redacted).

**Figure 1. Map of Papua**



**Source:** Map Resources. Adapted by CRS, 1/31/06.

In testimony before Congress in March 2005, Ambassador Marie Hutala stated that "the democratic transition underway in Indonesia ... represents an important opportunity for the U.S." She added "our first priority is to encourage continued Indonesian progress on democracy, human rights, and justice." [4] The Department of State's Country Report on Human Rights Practices for Indonesia makes the following observations, among others, on Indonesia and Papua.

- The [Indonesian] government's human rights record remained poor; although there were improvements in a few areas, serious problems remained.... Security force members murdered, tortured, raped, beat, and arbitrarily detained civilians and members of separatist movements, especially in Aceh and to a lesser extent in Papua.

- The government restricted the foreign press from traveling to conflict areas in Aceh, Papua, Sulawesi, and Maluku.

- The country made substantial progress in strengthening its democracy.

- The government issued a decree authorizing the establishment of a 40-member Papuan Peoples Council. [5]

Many observers hope that the human rights situation will improve with the further development of democracy, the rule of law, and civil society in Indonesia. [6]

---

[4] "Indonesia's Democratic transition Offers Critical Opportunities," *State Department Press Release,* March 11, 2005.

[5] Department of State, *Country Report on Human Rights Practices for Indonesia,* February 28, 2005.

In his statement before the Senate Foreign Relations Subcommittee on East Asia and Pacific Affairs, Deputy Assistant Secretary of State Eric G. John stated that "... Papua has suffered from separatist conflict and serious human rights abuses. The Indonesian government has not fully implemented the 2001 Special Autonomy Law that was designed to address political and economic grievances." John also pointed out that President Yudhoyono had "vowed to peacefully resolve the longstanding conflict in Papua" and pledged to "fully implement Special Autonomy."[7]

# Timika

In August 2002, two Americans and an Indonesian working for the PT Freeport mine, a subsidiary of the New Orleans based Freeport McMoRan Cooper and Gold Inc., were killed in an ambush near Timika, Papua. The incident occurred on a road with military checkpoints leading to the Freeport mine and reportedly took place over at least a 30-minute period.[8] To date, circumstances surrounding the Timika attack remain unclear. The two Americans killed were teachers at the International School at Tembagapura near Timika in Papua. They, and their family and friends, came under attack while on a picnic outing. Indonesian police indicated at one point early in the investigation that elements from the Indonesian military may have been involved in the attack. Some of those who believe that elements of the military may have played a role believe that it could have been done in an effort to discredit the Free Papua Movement (OPM) which seeks independence for Papua. Some pro-Papuan independence supporters believe Anthonius Wamang, who is believed to be an OPM operational commander and has been indicted for the attack in the United States, may have been an informer to the Indonesian Military (TNI).[9] The OPM denied involvement with the attack and stated that Wamang "has worked closely with the Indonesian military for the past four years in the sandalwood business and also as part of a pro-Indonesian militia."[10]

Wamang was arrested in Papua on January 12, 2006. Details of the 2002 incident should come to light as Wamang's interrogation proceeds, though some are concerned his testimony will be "coerced or twisted in such a way as to exonerate the military."[11] Wamang has reportedly stated that he carried out the attack but that three men in Indonesian military uniforms joined in the attack. It has been reported that "Indonesian soldiers and disgruntled Papuans have acted together against Freeport, at one point orchestrating riots to extract greater benefits from its huge operations.... Wamang's statements now suggest that this same loose coalition may also have been responsible for the killing of the teachers."[12] It also remains unclear whether Indonesia will extradite Wamang to the United States. It has also been reported that Wamang and his group

(...continued)

[6] Slobodan Lekic, "US Envoy Urges Indonesia on Ambush Probe," *The Associated Press,* May 7, 2005.

[7] Eric John, "U.S.-Indonesia Relations," Congressional testimony, September 15, 2005.

[8] Nethy Dharma Somba, "12 Arrested in Papua for Killing of Teachers in '02," *The Jakarta Post,* January 13, 2006.

[9] Slobodan Lekic, "Widow of American killed in Papua Ambush Urges US to Keep Ban on Indonesian Army," *Associated Press,* January 28, 2005.

[10] "West Papua Rebels Accused US of Cover-up Over Ambush Killings," *Agence France Presse,* July 2, 2005.

[11] Ellen Nakashima and Alan Sipress, "Indonesian Arrested in 2002 Slaying of American teachers," *The Washington Post,* January 12, 2006.

[12] Raymond Bonner, "Indonesian Man Links Military to Shooting of US Teachers," *The New York Times,* January 14, 2006.

turned themselves in believing that they were to be taken by the FBI to the United States and not into Indonesian custody.[13]

## Congressional Involvement

In 2005, confusion in Indonesia arose over the U.S. position on Papua because of proposed Congressional legislation.[14] Indonesian reports on proposed Congressional legislation led many in Indonesia to believe that the proposed legislation had already become law and that the United States government as a whole was advocating the independence of Papua. The Indonesian House of Representatives reportedly warned the Indonesian government to take all possible measures to discourage legislation in the United States Congress on Papua.[15] These fears in the minds of Indonesians are made more understandable given Indonesia's colonial past and the history of East Timor. The former Indonesian province of East Timor held a vote on autonomy or independence in 1999 which resulted in the independence of East Timor. The Indonesian House of Representatives (DPR) Inter-Parliamentary Cooperation Board sought clarification on U.S. policy on Papua. The United States Embassy responded to the controversy by reaffirming U.S. support for the territorial integrity of Indonesia. It has also been reported that approximately 40 U.S. Members of Congress sent a letter to the United Nations calling for support for a vote in Papua on independence for Papua.[16] Thirty Five Members of Congress reportedly sent a letter to Indonesian President Yudhoyono calling on him to lift travel restrictions to allow international journalists and human rights advocates to travel to Papua.[17] Vice President Jusuf Kalla has criticized those Members of Congress for meddling in the country's internal affairs stating "what if we were to ask the Indonesian Parliament 'how about Guantanamo'?"[18]

# Background to the Present Conflict

Papuans are a Melanesian people like the people of Papua New Guinea (PNG) which is situated on the eastern half of the island of New Guinea. Papua's tribal groups are thought to speak some 15% of the world's languages.[19] The indigenous Melanesian people[20] of Papua have a culture dating back, by some estimates, 40,000 years. This background differs significantly from the Malay character of the rest of the Indonesian archipelago. The Spanish were the first Europeans to discover the islands in 1546. The Dutch laid claim to Papua in 1828, and by 1910 they had an agreement with Britain and Germany (who controlled the southeast and northeastern parts of New Guinea, respectively) which recognized Dutch control over the western half of New Guinea. Like Indonesia, Papua was a Dutch colonial possession. Unlike Indonesia, it did not become a part of

---

[13] Nethy Dharma Somba, "12 Arrested in Papua for Killing of Teachers in '02," *The Jakarta Post*, January 13, 2006.

[14] "Indonesian Parliament to Clarify Status of Irian to US Congress," *BBC News,* August 2, 2005. For text of relevant legislation see **Appendix** below.

[15] Tony Hotland, "House urges Govt to Lobby U.S. Over Papua Issue," *The Jakarta Post*, September 3, 2005.

[16] Michael Casey, "Indonesia's President Vows to Solve Papua Conflict. Rejects International Help," *Associated Press*, August 16, 2005.

[17] "US Lawmakers Chide Indonesia on West Papua," *Reuters*, September 16, 2005.

[18] "Indonesian Vice President Criticizes U.S. Lawmakers for Meddling in Domestic Affairs," *Associated Press,* August 10, 2005.

[19] "West Papua's Cultural Identity," BBC News, http://www.bbc.co.uk/worldservice.

[20] Other Melanesian states include Papua New Guinea, Vanuatu, The Solomon Islands, New Caledonia and Fiji.

newly independent Indonesia at the time of Indonesia's independence in 1949. The Dutch argued that its ethnic and cultural difference justified Dutch control until a later date. Under former President Sukarno, Indonesia began mounting military pressure on Dutch West Papua in 1961.

As outlined in a report by the Council on Foreign Relations, in 1962 the United States pressured the Dutch to turn over control of West Papua to the United Nations (U.N.). Under the American-brokered New York Agreement of 1962 Indonesia was to "make arrangements with the assistance and participation of the United Nations" to give Papuans an opportunity to determine whether they wished to become part of Indonesia or not. Indonesia assumed control over Papua in 1963. In the "Act of Free Choice," carried out in 1969, selected delegates decided to join Indonesia.[21]

The Act of Free Choice is generally not considered to have been representative of the will of all Papuans. A broad-based referendum on Indonesian control over West Papua was not held. Instead, a group of 1,025 local officials voted in favor of merging with Indonesia.[22] The U.N. is generally considered to have failed in its mission to give the people of Papua an opportunity for self-determination.[23] To some, "while Western colonial policy was coming to an end—a new chapter of Asiatic colonial policy was opening."[24] The pro-independence Free Papua Movement (OPM) emerged as these events were unfolding. It has been estimated by human rights advocate groups that 100,000 Papuans have died as the result of Indonesian control in Papua, though others have more recently challenged the scale of this figure.[25]

Declassified documents released in July 2004 indicate that the United States supported Indonesia's take over of Papua in the lead up to the 1969 Act of Free Choice even as it was understood that such a move was likely unpopular with Papuans. The documents reportedly indicate that the United States estimated that between 85% and 90% of Papuans were opposed to Indonesian rule and that as a result the Indonesians were incapable of winning an open referendum at the time of Papua's transition from Dutch colonial rule. Such steps were evidently considered necessary to maintain the support of Suharto's Indonesia during the Cold War. A similar view was taken towards East Timor.[26]

Central to the conflict in Papua is its vast natural wealth, most of which stems from resource extraction industry, particularly mining and logging. Fisheries resources are another potentially valuable resource. Economic activity in built-up areas is dominated by Malay migrants from elsewhere in Indonesia. Traditionally, only a small percentage of the wealth generated by the natural resources of Papua has remained in the province. Papua is one of Indonesia's poorest provinces despite its extensive natural resource wealth. Under the Special Autonomy Law for Papua of 2001, 70% of oil and gas royalties and 80% of mining, forestry and fisheries royalties are supposed to go to the province.

---

[21] Council on Foreign Relations, *Indonesia Commission: Peace and Progress in Papua*, New York, 2003, p.25.

[22] For further information see Larry Niksch, "Papua-Irian Jaya," CRS Memorandum, 4/16/02.

[23] John Saltford, *The United Nations and the Indonesian Take Over of West Papua*, (London: Routledge, 2003).

[24] Herb Thompson's review of Saltford's work in the *Journal of Contemporary Asia*, Vol. 34, No. 1, 2004.

[25] Don McFeteridge, "Indonesia and Papua - A View From the Birds Head," September 9, 2005, United States - Indonesia Society, Washington.

[26] National Security Archives, "Indonesia's 1969 Takeover of West Papua Not by "Free Choice": Secret Files Show U.S. Support for Indonesia, Human Rights Abuses by Indonesian Military," Edited by Brad Simpson, Posted July 9, 2004 http://www.gwu.edu/~nsarchiv. See also Jim Lobe, "US Sacrificed Papua to Court Suharto," http://www.atimes.com "US 'Concern' Over West Papua," *The Australian*, and Alan Sipress, "Declassified US Papers Spark Indonesian Rebuke," *Washington Post*, July 18, 2004.

# The Human Rights Situation in Papua

While noting that Indonesia generally "made substantial progress in strengthening its democracy," the United States Department of State Country Report on Human Rights Practices of 2004, which was released in February 2005, describes the human rights situation in Indonesia as "poor; although there were improvements in a few areas." It states that "security force members murdered, tortured, raped, beat, and arbitrarily detained civilians and members of separatist movements, especially in Aceh and to a lesser extent in Papua."[27]

With the conflict in Aceh appearing to be coming to an end through an ongoing peace process, there seems to be increased attention on the human rights situation in Papua. Indonesian President Susilo Bambang Yudhoyono has called for a political settlement within the framework of special autonomy within the unitary Republic of Indonesia. The OPM has continued to press for independence, while the Indonesian government has yet to fully implement previous autonomy measures and is going forward with a move to divide the province.[28] There have been reports that funds allocated for the implementation of the Special Autonomy law have been used to finance military operations in Papua.[29]

In August 2005, The Centre for Peace and Conflict Studies at the University of Sydney in New South Wales, Australia, published a report, *Genocide in West Papua*, which assesses the treatment of Papuans by the TNI. The report details

> a series of concerns which, if not acted upon, may pose serious threats to the survival of the indigenous people of the Indonesian province of Papua. It covers the threats posed by the Indonesian military to the province's stability, the recent increase in large scale military campaigns which are decimating highland tribal communities, the HIV/AIDS explosion and persistent Papuan underdevelopment in the face of rapid and threatening demographic transition in which the Papuans face becoming a minority in their own land.[30]

The report also states that "a culture of impunity exists in Indonesia which sees its highest manifestation currently in Papua ... military operations have led to thousands of deaths in Papua ... the Republic's armed forces act as a law unto themselves."[31] The report cites eyewitness accounts of Indonesian "military involvement in acts of arson, theft, rape, and torture."[32] Indonesian military spokesman General Bibit Santoso reportedly dismissed the report's findings and stated that there were no militias in Papua and added that the government had banned Muslim militants from operating in Papua.[33] The Australian Democrat Party Foreign Affairs Spokesman

---

[27] United States Department of State, *Country Report on Human Rights Practices 2004*, "Indonesia," Released by the Bureau of Democracy, Human Rights, and Labor, February 28, 2005.

[28] "Indonesia Risk: Security Risk," *The Economist,* September 22, 2005.

[29] Carmel Budiardjo, "Can Susilo be Taken at His Word on Papua?" *The Jakarta Post*, August 22, 2005.

[30] Centre for Peace and Conflict, University of Sydney, New South Wales, Australia.

[31] John Wing and Peter King, *Genocide in West Papua? The Role of the Indonesian State Apparatus and a Current Needs Assessment of the Papuan People,* (Sydney: University of Sydney, August 2005).

[32] Samantha Hawley, "Indonesian Military Accused of Calculated Violence in Papua," *Australian Broadcast Corporation*, August 18, 2005.

[33] "RI Condemns Report by Aussie Researchers on Genocide in Papua," *The Jakarta Post*, August 19, 2005.

Senator Natasha Stott Despoja spoke at the launch of the *Genocide in West Papua* report and stated that "the situation in West Papua requires much more than words."[34]

Other groups have similarly found evidence of repression. A report by the U.S. East-West Center on the conflict in Papua has found that the Indonesian government's approach to Papua has ranged from "the overtly repressive to the occasionally accommodative" and observed that "the cycles of repression and alienation simply consolidate Papuan identity and support for independence."[35] Human Rights Watch (HRW) has described the TNI's actions in Papua as responding to the OPM with "disproportionate force" adding that "unarmed civilians continue to be among those injured or killed in military reprisals. Arbitrary detention, torture, disappearances, and arson are widespread in this vast and isolated region of Indonesia." HRW has also pointed to the influx of non-Melanesian Indonesians, who remain largely in the towns and are mostly Malay Muslims as opposed to the more rural and Christian native Melanesian Papuans and who present a "volatile mix susceptible to manipulation by unscrupulous political leaders."[36] While the 2004 report *Indonesian Human Rights Abuses in West Papua*, by the Allard K. Lowenstein International Human Rights Clinic at Yale University Law School did "not offer a definitive conclusion about whether genocide has occurred [in Papua] it finds in the available evidence a strong indication that the Indonesia government has committed genocide against the West Papuans." It goes on to state that even if the violence committed against Papuans were not committed with the intent to destroy the Papuans as a group "many of these acts clearly constitute crime against humanity."[37] An international dimension to the conflict arose in January 2006 when a group of 43 Papuans fled to Australia in an outrigger canoe and asked for political asylum.[38] Papuan activists called for increased support from the Pacific Islands Forum in January 2006.[39]

# Key Actors in Papua

## Freeport

The American Freeport-McMoRan Cooper and Gold Company operates the world's largest gold and second largest copper mine in Papua, at Grasburg near Timika, through its 91% ownership in its subsidiary PT Freeport Indonesia. The government of Indonesia owns the remaining 9% of the subsidiary.[40] While Freeport has been a major contributor of wealth to Indonesia—providing an estimated $33 billion in direct and indirect benefits over the period 1992 to 2004[41]—its impact is reportedly less positive at the local level. Direct benefits to Indonesia reportedly total $2.6 billion

---

[34] "Genocide in West Papua?" *Australian Democrats Press Release*, http://www.democrats.org.au.

[35] Richard Chauvel and Ikrar Nusa Bhakti, *The Papuan Conflict: Jakarta's Perceptions and Policies,* (Washington: East-West Center, Policy Studies 5, 2004).

[36] Human Rights Watch Asia, "Overview of Human Rights Issues in Indonesia."

[37] Allard K. Lowenstein International Human Rights Clinic paper prepared for the Indonesian Human Rights Network, "Indonesia Human Rights Abuses in West Papua: Application of the Law of Genocide to the History of Indonesian Control," Yale University Law School, April 2004.

[38] A. Sukarsono, "Jakarta Warns Australia not to Give Papuans Asylum," *Reuters*, January 20, 2006.

[39] "Papua: Calls for Pacific Forum Support of Freedom Plight," *ABC (Australia) Radio*, January 24, 2006.

[40] "Freeport-McMoRan Copper & Gold Inc." *Hoover's Company in Depth Records*," September 28, 2005.

[41] Jane Perlez and Raymond Bonner, "The Cost of Gold, The Hidden Payroll, Below a Mountain of Wealth, A River of Waste," *The New York Times,* December 27, 2006.

from 1992 to 2004. Freeport reported that it paid Indonesia in excess of $1 billion in taxes, royalties and dividends in 2005. Freeport has also stated that it has spent approximately $200 million on a Freeport Partnership Fund for Community Development since 1996.[42] It is at the local level that the environmental impact and social dislocating impact of the mine's operations are felt. The mine will generate an estimated 6 billion tons of waste before completion of operations. Much of the waste has made its way into ground water, rivers, and low lying wet lands rendering them, according to one study, unsuitable for aquatic life. Freeport has been accused in the past by tribal groups and Western activists of environmental degradation, abetting the military's presence in Papua, and not sharing enough wealth with local people.[43] In 1995, the Overseas Private Investment Corporation withdrew Freeport's political risk insurance apparently over environmental concerns.[44]

In its defense, Freeport reportedly has undertaken initiatives to seek to address the negative impact of the mine. Freeport has an avowed commitment to "promoting sustainable development" and reportedly spent $72.7 million in 2004 on environmental management and social development to "minimize and mitigate negative environmental impacts and to maximize positive economic and social development." Freeport has stated that it does not use cyanide or mercury in its processes in Papua. Freeport also has developed local infrastructure including "roads, port and airport facilities, utility and communications systems, schools, hospitals and community facilities." Twenty-five percent of its employees are Papuans and the mine has an apprentice program to increase the percentage of Papuans working at its facilities. *Business Week* has reported that "the mining giant's gutsy human rights audit may set a standard for multinationals."[45] Speaker of the House of Representatives Agung Laksono reportedly supported Freeport's continuing operation in response to calls in early 2006 to revoke its license to operate due to environmental damage created by the mine.[46]

*The New York Times* has reported that the New Orleans-based Freeport McMoRan mining company has had a financial relationship with the TNI for some time. After disturbances at the mine in 1996 Freeport reportedly began spending on military infrastructure and set up an Emergency Planning Department to handle the mine's relationship with the military which "began making direct monthly payments to Indonesian military commanders." Freeport reportedly gave military and police officers and units close to $20 million between 1998 and 2004. These payments are thought to be in addition to tens of millions spent by Freeport on military infrastructure.[47] Such payments have been reported in the past.[48] Payments were also reportedly made to the police. Two theories for attacks against Freeport are that they were either part of a "turf war" between the military and the police for access to Freeport payments or that the military was reacting to potential reductions in Freeport payments.[49] Indonesian Attorney General Abdul Rahman Saleh has stated he would look into allegations that Freeport made payments to

---

[42] Freeport letter to the *New York Times* dated January 11, 2006.

[43] Michael Shari, "A Pit of Trouble," *Business Week,* August 7, 2000.

[44] "Sen. Breaux Wants more Info on Freeport-McMoRan Res Issues," *Dow Jones News Service,* December 7, 1995 and Daniel Pruzen, "Environmentalist Vow to Keep Pressure on Freeport," American Metal Market, December 12, 1995.

[45] "Freeport's Hard Look at Itself," *Business Week*, October 24, 2005.

[46] "DPR Wants Freeport to Continue Operations," *Koran Tempo,* January 7, 2006.

[47] "Recklessness in Indonesia," *The New York Times*, January 9, 2005.

[48] "US Firm Pays Indonesia Army," *BBC News*, March 14, 2003.

[49] Jane Perlez and Raymond Bonner, "The Cost of Gold, The Hidden Payroll, Below a Mountain of Wealth, A River of Waste," *The New York Times,* December 27, 2006.

the military, which the Indonesian government has reportedly stated are illegal. Freeport has said that it has broken no laws by providing support to troops based near the mine.[50] The State Ministry for the Environment was reportedly planning to send a team to inspect the environmental management of PT Freeport's operation in January 2006.[51]

# The Government of Indonesia

President Susilo Bambang Yudhoyono has ruled out independence for Papua but has at times appeared open to some degree of autonomy for the province. He is also opposed to the internationalization of the conflict and views it as an internal affair for Indonesia.[52] Communications and Information Minister Sofyan Djalil stated before a working group of the DPD, or Regional Representatives Council, that the government of Indonesia viewed Papua as a different situation from Aceh and as such would not involve the international community in the settlement of the dispute there.[53] President Yudhoyono has stated that "the government wishes to solve the issue in Papua in a peaceful, just, and dignified manner by emphasizing dialogue and persuasive approach." He added that "we decline foreign interference in settling this issue."[54] TNI Commander General Endriartono Sutarto is reported as suspecting that there is an international conspiracy to separate Papua from Indonesia.[55]

Insight into President Susilo Bambang Yudhoyono's perspective on the human rights situation in Papua may be gleaned from his call for further investigation and inquiry into the death of human rights activist Munir Thalib, who was poisoned on a Garuda Flight from Indonesia to Amsterdam. The president ordered a new investigation after the trial of Pollycarpus Budihari Priyanto not only found Priyanto guilty of poisoning Munir but also concluded that the motive was to prevent Munir from criticizing the military and government's role in human rights abuses. In sentencing Priyanto, the court made a connection between him and former Deputy Chief of State Intelligence Muchdi Purwopranjono.[56] By ordering a further investigation Yudhoyono appears to be making a stand on human rights in Indonesia.

A measure of openness in government led to moves towards autonomy for Papua in the *reformasi* period following the end of President Suharto's authoritarian rule. This led President Habibie in 1999 to enact laws to allow Papua to keep an increased share of locally generated wealth. The Indonesian Peoples Legislative Council (DPR) also passed legislation granting Special Autonomy for Papua which called for the establishment of a Papua People's Council and reaffirmed customary law.[57] This period of openness to local autonomy lost momentum and its provisions were never fully implemented. Subsequently in January 2003, then-President Megawati moved to

---

[50] "Indonesia to Probe Claim US Mining Co Paid for Security," *Dowjones Newswire*, January 11, 2006.

[51] "Freeport Soon to be Inspected," *Koran Tempo*, January 25, 2006.

[52] Michael Casey, "Indonesia's President Vows to Solve Papua Conflict, Rejects International Help," *Associated Press*, August 16, 2005.

[53] "Papua Settlement Won't Involve Foreign Parties," *Bisnis Indonesia*, September 30, 2005.

[54] Michael Casey, "Indonesia's President Vows to Solve Papua Conflict, Rejects International Help," *Associated Press*, August 16, 2005.

[55] "TNI Commander Suspects Conspiracy to Separate Papua from RI," *LKBN Antara*, September 8, 2005.

[56] "SBY Re-examines In-flight Murder," *The Australian*, December 23, 2005.

[57] Council on Foreign Relations, *Indonesia Commission: Peace and Progress in Papua*, New York, 2003, p. 43.

divide the province into three provinces, an action viewed by many Papuans as designed to undermine and divide their cause.

In early 2005, the government of President Susilo Bambang Yudhoyono apparently supported plans to divide the province further. In February 2005, Papuan Governor Jap Salossa announced plans to divide Papua into five provinces after courts ruled that previous plans to divide Papua into three provinces contradicted the 2001 Special Autonomy Law. In its ruling, the Constitutional Court did allow the division of Papua into two provinces, Papua and West Irian Jaya Provinces.[58] Approval of the then yet to be established Papuan People's Council, which was to be made up of representative traditional leaders, religious leaders, and women, was viewed as important. The Indonesian government reportedly accepted the governor's plan to divide the province into five separate provinces by 2009 despite the constitutional court's earlier ruling.[59] This move is in apparent contradiction to the president's reported commitment to implement the special autonomy law and peacefully resolve the conflict. Under the Special Autonomy Law, the Papuan People's Council was to be established and consulted on major governmental decisions related to the province. Despite this, plans to divide the province progressed while the assembly was yet to be formed. A degree of development of the local economy, transport, and communications infrastructure has been achieved since Papua has come under Indonesian rule.

The Papuan People's Council (MRP) was finally established by the Indonesian government in October of 2005. The election process to the 42 member Council has been opposed by Papuan groups. Secretary of the Papuan Presidium Council Willy Mandowen reportedly stated that Papuans do not consider the new body to be representative of the Papuan People. Tom Beanal, Chair of the Papuan Customary Council, which represents numerous tribes, also opposed the legitimacy of the new body.[60] Beanal stated that officials of the Nationhood Unity Office chose pro-Indonesian leaders to represent constituencies without open elections. "There was no election, and suddenly an MPR [Peoples Council of Papua] member representing the area has been chosen."[61]

Election to the Papuan People's Council was not open to the public in Papua and was reportedly open only to "select groups chosen by the government" which also excluded the Catholic Church.[62] Officials of the Council Secretariat were also appointed by the governor of Papua rather than by the new council members.[63]Other reporting in the *Jakarta Post* was more positive on the formation of the new body.[64]

Rodd McGibbon's inquiry into Jakarta's relations with Papua, written for the East-West center, describes Papua's control under the strong "New Order" regime of former President Suharto, traces unilateral autonomy measures towards Papua during the reform period which followed, and also points to Indonesia's "back sliding" on promises made under the special autonomy law enacted during the reform period. His analysis posits a correlation between the level of power at

---

[58] Christine Tjandraningsih, "Indonesia Plans to Divide Papua into 5 Provinces," *Kyodo News,* February 8, 2005.

[59] "Governor Wants to Split Papua into Five Provinces," *PACNEWS,* February 10, 2005.

[60] "Papuans 'Forming Own Assembly' to Counter Indonesian Body," *BBC News,* November 7, 2005.

[61] Nethy Dharma Somba, "MRP Members Election Opposed," *The Jakata Post,* October 28, 2005.

[62] "New Papuan Peoples Council Sworn in," *PACNEWS,* November2, 2005.

[63] Nethy Dharma Somba, "MRP Members Election Opposed," *The Jakarta Post,* October 28, 2005.

[64] Nethy Dharma Somba, "New Council Expected to Bring Justice to Papua," *The Jakarta Post,* November 2, 2005. Carmel Budiardjo, "Can Susilo be Taken at His Word on Papua," *The Jakarta Post,* August 22, 2005.

the center relative to the fissiparous tendencies pulling at the Indonesian state. He also attributes the unilateral nature of the special autonomy law which emanated from Jakarta as a reason why the center was able to move away from its provisions. For this reason, he states, "autonomy arrangements that are not linked to a broad bargaining process with separatist leaders and elements of civil society are unlikely to constitute a sustainable policy framework."[65] The apparent success of the Aceh peace process may yield lessons for resolution of the Papua conflict.

# The Indonesian Military

It has been reported that Indonesia has plans to deploy up to 15,000 additional troops to Papua over the period 2005-09. Others believe these estimates may be greatly exaggerated while some Indonesian government officials have described these reported troop build-ups as troop rotations that will not increase overall troop levels. The forces are thought to be part of a new division with its headquarters reportedly based at Sorong. Currently there are reportedly four battalions of troops in Papua with existing plans to deploy an additional three battalions. Brigadier General Hotma Ngaraja reportedly stated that the ideal number of troops for Papua would be nine battalions or one division.[66] The troops for the buildup are reportedly to be recruited from Kodams, Territorial Commands, in non-Melanesian parts of Indonesia. A local member of the Indonesia Regional Representatives Council (DPD), Ferdinanda Ibo Yatipay, has stated that the arrival of troops in Papua is making Papuans concerned.[67] There have been assertions by some human rights advocates that East Timor-style militias are being established in Papua.[68] Some believe that the military has been involved in illegal logging in Papua.[69]

There is increasing discussion in Indonesia of a more traditional or territorial defense-focused role for the military as opposed to a role focused on the domestic affairs of the nation. This is one justification for increased deployments to Papua. Army Chief General Djoko Santoso stated before the DPR's Commission I, which handles security issues, that increasing threats to Indonesia from domestic and overseas elements were leading to the need to establish military battalions in border areas. The dispute between Indonesia and Malaysia over Ambalat and the maritime boundary which will determine who will be able to exploit undersea oil and gas resources there, is being cited by some Indonesian military officials as a reason why Indonesia needs to establish its presence on Pulau Mapia in Supiori District, Papua.[70]

# Papuan Resistance and Political Organization

Conflict between Indonesian soldiers and pro-Papuan independence groups in the mid-1990s led to various violent incidents, many related to the raising of the Papuan flag. A short-lived dialogue between then Indonesian President Habibie and the Forum for Reconciliation of Irian Jaya

---

[65] Rodd McGibbon, "Secessionist Challenges in Aceh and Papua: Is Special Autonomy the Solution? East-West Center Policy Study 10, 2004.

[66] "Indonesia Army to Boost Presence in Irian Jaya, *BBC News,* August 25, 2005.

[67] Nethy Dharma Somba, "Papuan Troop deployment Worries Locals DPD Member," *The Jakarta Post,* August 2005.

[68] John Wing and Peter King, *Genocide in West Papua? The Role of the Indonesian State Apparatus and a current Needs Assessment of the Papuan People,* (Sydney: University of Sydney, August 2005), p.13.

[69] M. Kearney, "Military Turns its Sights on Papua," *The Courier Mail,* August 27, 2005.

[70] "Indonesian Military to Open Post on Irian Jaya's Pulau Mapia," *BBC News,* May 30, 2005. "Indons to Build Up Papua Force," *Hobart Mercury,* March 19, 2005.

Society followed in 1998. Following this, a Papuan Peoples Congress came together in May and June of 2000. This Congress led to the creation of the Papuan Presidium Council.[71] The Papuan Presidium Council (PDP) was elected by an estimated 25,000 Papuans representing 253 tribes in Jayapura on June 5, 2000. The PDP has sought to advance the cause of independence in a non-violent fashion. Despite this, its former Chairman, Theys Eluay, was killed on November 11, 2001. In April 2003, seven Indonesian Kopassus soldiers were convicted of killing Chairman Eluay. They received prison sentences of up to 42 months.[72] There is also a Papuan Traditional Council which is a pan-tribal council. In addition, more extreme groups such as the Organisasi Papua Merdeka (OPM) exist. It has been estimated that the OPM has 620 guerillas who are poorly armed with an assortment of an estimated 150 weapons ranging from modern M-16 rifles to old Mausers.[73] The Liberation Army of Free Papua is the OPM's military wing. "There are reports that some OPM groups have covert symbiotic relationships with TNI [Indonesian military] units."[74]

Papuan groups continue to oppose Indonesian control over Papua. The Free West Papua Movement, or Organisasi Papua Merdeka (OPM), emerged in opposition to Indonesian control over Papua. Many Papuans have a sense of identity that is different from the main Malay, and predominately Muslim, identity of the rest of the Indonesian archipelago, and many favor autonomy or independence from Indonesia.[75] In May 2005, the Papuan's People's Civil Rights Coalition reportedly protested the United Nation's 1969 decision to transfer control over Papua to Indonesia.[76] Coordinator of the Jayapura-based Institute for Human Rights Study and Advocacy (ELSHAM) John Rumbiak has reportedly stated that "The Government in Jakarta has allowed the military to prevail in Papua, to take the security approach which has denied ordinary people their rights and enriched military officers who are making big money for themselves through dealings with mining, logging and oil and gas interests."[77]

In addition to its goal of independence[78] the OPM has issued statements articulating more immediate goals which include the following:

- Withdrawal of Indonesian military forces from Papua,

- Review the "Act of Free Choice,"

- Release all political prisoners without condition,

- Limit the number of transmigrants entering into Papua,

- Dismantle any militia or jihad networks in Papua.[79]

---

[71] Rodd McGibbon, *Secessionist Challenges in Aceh and Papua: Is Special Autonomy the Solution?* East-West Center, Policy Study 10, 2004.

[72] Council on Foreign Relations, *Indonesia Commission: Peace and Progress in Papua*, New York, 2003, p. 9.

[73] Bureau of Democracy, Human Rights, and Labor, Department of State, "Indonesia: Country Report on Human Rights Practices, 2004, February 28, 2005.

[74] Council on Foreign Relations, *Indonesia Commission: Peace and Progress in Papua*, New York, 2003, p. 66.

[75] "When Jacob Rumbiak was 11," *Port Philip Leader*, April 4, 2005.

[76] "Papuan Protestors Reject Integration," *Jakarta Post*, May 3, 2005.

[77] "A People Under the Jackboot," *The West Australian*, September 18, 2004.

[78] "Indonesia Risk," *The Economist Intelligence Unit*, September 22, 2005.

[79] "OPM in Push for Indon Pullout," *PNG Courier*, December 6, 2004.

Other groups are also active in seeking to promote the rights of Papuans. In May 2005, the Papua People's Civil Rights Coalition protested the U.N.'s decision to turn administrative control over to Indonesia and declared their rejection of the Act of Free Choice.[80] Flag raising continues to be an act of defiance that leads to clashes with Indonesian authorities as it did in Jayapura in May of 2005.[81] Police reportedly prohibit the flying of the Papuan Morning Star flag even though the Special Autonomy Law allows Papuans to fly a flag symbolizing Papuan cultural identity.[82] The Papua-based Institute for Human Rights Study and Advocacy has also been critical of the U.S. military-to-military ties with Indonesia.[83] In August 2005, 10,000 Papuans reportedly demonstrated at the Papua Provincial Assembly in Jayapura to demand a review of the Special Autonomy Law by the central government.[84] A pro-independence rally for Papua was held in Port Moresby, Papua New Guinea, to coincide with the Pacific Islands Forum meeting on October 27, 2005.[85] Papua activists called on the Pacific Islands Forum to take up Papua's case and admit Papuans as observers to the Forum, but they were barred from the meeting.[86]

# Options and Implications for Congress

In a statement on the FY2006 Foreign Operations Conference report, Senator Leahy stated that the conference agreement requires a report on the status of the FBI investigation into the August 2002 attack as well as on the humanitarian and human rights situation in Papua. Senator Leahy also stated "... one West Papuan individual has been indicted in the U.S. ... and responsibility for this heinous crime does not stop there."[87]

H.R. 3057 as enacted into P.L. 109-102 on November 14, 2005, did not include the language on Papua which was included in an earlier draft of the legislation. Language in sec. 1115 of the Foreign Relations Authorization, H.R. 2601, which passed the House and was placed on the calendar in the Senate (see below) also created concern in Indonesia. The text of the proposed legislation noted with grave concern human rights violations by the TNI "particularly in areas of communal and separatist conflict" and made a number of findings related to Papua and would, if passed, require reports on special autonomy for Papua and on the Act of Free Choice. Such proposed legislative language created much concern in Indonesia and was interpreted by many there as enacted law and U.S. policy. The conference report, H.Rept. 109-265, while noting that the Papua language proposed by the Senate (Sec. 6109) was not included in the conference agreement, does direct the Secretary of State to submit a report on Papua as required by the Senate provision. The following text is drawn from H.R. 3057 the Foreign Operations, Export Financing and Related Programs Appropriations Act, 2006 as enrolled as agreed to or passed by both the House and Senate, the earlier public print, which included section 6109, relevant

---

[80] "Papuan Protesters Reject Integration," *The Jakarta Post,* May 3, 2005.

[81] Indonesian Police, Demonstrators Clash in Papua Province," *Oster Dow Jones,* May 10, 2005.

[82] Bureau of Democracy, Human Rights, and Labor, Department of State, "Indonesia: Country Report on Human Rights Practices, 2004, February 28, 2005.

[83] "Free West Papua," *Australian Associated Press*, March 8, 2005.

[84] Nethy Dharma Somba, "Ten Thousand Papuans Criticize Special Autonomy Implementation," *The Jakarta Post,* August 13, 2005.

[85] "Hundreds Rally in Papua New Guinea in Support of West Papua," *BBC News,* October 27, 2005.

[86] "West Papuans Seek Support from Pacific Islands Forum," *Australian Associated Press,* October 28, 2005.

[87] Statement of Senator Patrick Leahy on Fiscal Year 2006 Foreign Operations Conference Report, *States News Service,* November 10, 2005.

---

language from the conference report, and Section 1115 of H.R. 2601 as placed on the calendar in the Senate. It should be noted that efforts to revisit the Act of Free Choice are viewed by many in Indonesia as a challenge to their sovereignty over Papua and are thus viewed as a provocative intrusion by the United States into what they view as an internal domestic issue.

Some analysts and practitioners would argue that America's policy toward Papua should be balanced against larger policy concerns related to Indonesia such as the need to support Indonesia's emerging democracy and the need to continue to cultivate Indonesia as a partner in the war against terror in Southeast Asia and for other geopolitical considerations. Others would argue that the United States must do all it can to curb human rights abuses by the Indonesian military, while others would argue that these two approaches can be blended.

# Appendix. Related Legislation

***H.R. 3057, the Foreign Operations, Export Financing and Related Programs Appropriations Act, 2006 as Enrolled as agreed to or passed by both the House and Senate.***

**INDONESIA**

1. SEC. 599F. (a) Funds appropriated by this Act under the heading `Foreign Military Financing Program' may be made available for assistance for Indonesia, and licenses may be issued for the export of lethal defense articles for the Indonesian Armed Forces, only if the Secretary of State certifies to the appropriate congressional committees that—

   (1) the Indonesian Government is prosecuting and punishing, in a manner proportional to the crime, members of the Armed Forces who have been credibly alleged to have committed gross violations of human rights;

   (2) at the direction of the President of Indonesia, the Armed Forces are cooperating with civilian judicial authorities and with international efforts to resolve cases of gross violations of human rights in East Timor and elsewhere; and

   (3) at the direction of the President of Indonesia, the Government of Indonesia is implementing reforms to improve civilian control of the military.

   (b) The Secretary of State may waive subsection (a) if the Secretary determines and reports to the Committees on Appropriations that to do so is in the national security interests of the United States.

**REPORT ON INDONESIAN COOPERATION**

SEC. 599G. Not later than 90 days after enactment of this Act, the Secretary of State shall submit a report to the Committees on Appropriations that describes—

   (1) the status of the investigation of the murders of two United States citizens and one Indonesian citizen that occurred on August 31, 2002 in Timika, Indonesia, the status of any individuals indicted within the United States or Indonesia for crimes relating to those murders, and the status of judicial proceedings relating to those murders;

   (2) the efforts by the Government of Indonesia to arrest individuals indicted for crimes relating to those murders and any other actions taken by the Government of Indonesia, including the Indonesian judiciary, police and Armed Forces, to bring the individuals responsible for those murders to justice; and

   (3) the cooperation provided by the Government of Indonesia, including the Indonesian judiciary, police and Armed Forces, to requests related to those murders made by the Secretary of State or the Director of the Federal Bureau of Investigation.

***H.R. 3057 Public Print from July 2005.*** [This section was not included in the Act though it is referenced in the conference report, see below.]

*WEST PAPUA REPORT*

1. *SEC. 6109. Not later than 90 days after enactment of this Act, the Secretary of State shall submit a report to the Committee on Appropriations, describing—*

    *(1) the approximate number of Indonesian troops in West Papua including trends in the number and deployment of security forces, the approximate number of armed separatists, and progress toward a political settlement of the conflict there including initiatives from Papuan civil society such as the 'land of peace' proposal;*

    *(2) current humanitarian and human rights conditions in West Papua, including access for international and domestic humanitarian and human rights groups and the media;*

    *(3) the extent to which international funding for reconstruction in Aceh is being contracted or subcontracted to firms controlled by or affiliated with the Indonesian military, and the involvement of Acehnese local and provincial government and civil society in planning and decision-making in reconstruction efforts;*

    *(4) human rights conditions in Aceh, the approximate number of Indonesian troops in Aceh including trends in the number and deployment of security forces, and efforts by the United States Government to promote a political settlement of the conflict; and*

    *(5) activities of militia, including jihadist-oriented militia, and the extent to which members of Indonesia's security forces support these militia.*

### *Conference Report, H.Rept. 109-265 language*

The conference agreement does not include a provision proposed by the Senate (section 6109) regarding a 'West Papua Report' requiring the Secretary of State to submit a report regarding Indonesian troops, and current humanitarian and human rights conditions, in the Papua region of Indonesia. The House did not address this matter. The conferees direct the Secretary of State to submit, within 90 days of enactment of the Act, the report required by the Senate provision.

### *H.R. 2601 (Foreign Relations Authorization, FY2006-FY2007 as passed by the House and placed on calendar in the Senate):*

### SEC. 1115. DEVELOPMENTS IN AND POLICY TOWARD INDONESIA.

1. (a) Statement of Congress Relating to Recent Developments, Human Rights, and Reform-Congress—

    (1) recognizes the remarkable progress in democratization and decentralization made by Indonesia in recent years and commends the people of Indonesia on the pace and scale of those continuing reforms;

    (2) reaffirms—

        (A) its deep condolences to the people of Indonesia for the profound losses inflicted by the December 26, 2004, earthquake and tsunami; and

(B) its commitment to generous United States support for relief and long term reconstruction efforts in affected areas;

(3) expresses its hope that in the aftermath of the tsunami tragedy the Government of Indonesia and other parties will succeed in reaching and implementing a peaceful, negotiated settlement of the long-standing conflict in Aceh;

(4) commends the Government of Indonesia for allowing broad international access to Aceh after the December 2004 tsunami, and urges that international nongovernmental organizations and media be allowed unfettered access throughout Indonesia, including in Papua and Aceh;

(5) notes with grave concern that—

(A) reform of the Indonesian security forces has not kept pace with democratic political reform, and that the Indonesian military is subject to inadequate civilian control and oversight, lacks budgetary transparency, and continues to emphasize an internal security role within Indonesia;

(B) members of the Indonesian security forces continue to commit many serious human rights violations, including killings, torture, rape, and arbitrary detention, particularly in areas of communal and separatist conflict; and

(C) the Government of Indonesia largely fails to hold soldiers and police accountable for extrajudicial killings and other serious human rights abuses, both past and present, including atrocities committed in East Timor prior to its independence from Indonesia;

(6) condemns the intimidation and harassment of human rights and civil society organizations by members of the Indonesian security forces and military-backed militia groups, and urges a complete investigation of the fatal poisoning of prominent human rights activist Munir in September 2004; and

(7) urges the Government of Indonesia and the Indonesian military to continue to provide full, active, and unfettered cooperation to the Federal Bureau of Investigation of the Department of Justice in its investigation of the August 31, 2002, attack near Timika, Papua, which killed three people (including two Americans, Rick Spier and Ted Burgon) and injured 12 others, and to pursue the indictment, apprehension, and prosecution of all parties responsible for that attack.

(b) Findings Relating to Papua- Congress finds the following:

(1) Papua, a resource-rich province whose indigenous inhabitants are predominantly Melanesian, was formerly a colony of the Netherlands.

(2) While Indonesia has claimed Papua as part of its territory since its independence in the late 1940s, Papua remained under Dutch administrative control until 1962.

(3) On August 15, 1962, Indonesia and the Netherlands signed an agreement at the United Nations in New York (commonly referred to as the `New York Agreement') which transferred administration of Papua first to a United Nations Temporary

Executive Authority (UNTEA), and then to Indonesia in 1963, pending an `act of free choice ... to permit the inhabitants to decide whether they wish to remain with Indonesia'.

(4) In the New York Agreement, Indonesia formally recognized 'the eligibility of all adults [in Papua] ... to participate in [an] act of self-determination to be carried out in accordance with international practice', and pledged 'to give the people of the territory the opportunity to exercise freedom of choice ... before the end of 1969'.

(5) In July and August 1969, Indonesia conducted an `Act of Free Choice', in which 1,025 selected Papuan elders voted unanimously to join Indonesia, in circumstances that were subject to both overt and covert forms of manipulation.

(6) In the intervening years, indigenous Papuans have suffered extensive human rights abuses, natural resource exploitation, environmental degradation, and commercial dominance by immigrant communities, and some individuals and groups estimate that more than 100,000 Papuans have been killed during Indonesian rule, primarily during the Sukarno and Suharto administrations.

(7) While the United States supports the territorial integrity of Indonesia, Indonesia's historical reliance on force for the maintenance of control has been counterproductive, and long-standing abuses by security forces have galvanized independence sentiments among many Papuans.

(8) While the Indonesian parliament passed a Special Autonomy Law for Papua in October 2001 that was intended to allocate greater revenue and decision making authority to the Papuan provincial government, the promise of special autonomy has not been effectively realized and has been undermined in its implementation, such as by conflicting legal directives further subdividing the province in apparent contravention of the law and without the consent of appropriate provincial authorities.

(9) Rather than demilitarizing its approach, Indonesia has reportedly sent thousands of additional troops to Papua, and military operations in the central highlands since the fall of 2004 have displaced thousands of civilians into very vulnerable circumstances, contributing further to mistrust of the central government by many indigenous Papuans.

(10) According to the 2004 Annual Country Report on Human Rights Practices of the Department of State, in Indonesia `security force members murdered, tortured, raped, beat, and arbitrarily detained civilians and members of separatist movements' and 'police frequently and arbitrarily detained persons without warrants, charges, or court proceedings' in Papua.

(c) Reporting Requirements-

(1) REPORT ON SPECIAL AUTONOMY- Not later than 180 days after the date of the enactment of this Act and one year thereafter, the Secretary of State shall submit to the appropriate congressional committees a report detailing implementation of special autonomy for Papua and Aceh. Such reports shall include—

(A) an assessment of the extent to which each province has enjoyed an increase in revenue allocations and decision making authority;

(B) a description of access by international press and non-governmental organizations to each province;

(C) an assessment of the role played by local civil society in governance and decision making;

(D) a description of force levels and conduct of Indonesian security forces in each province; and

(E) a description of United States efforts to promote respect for human rights in each province.

(2) REPORT ON THE 1969 ACT OF FREE CHOICE- Not later than 180 days after the date of the enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a report analyzing the 1969 Act of Free Choice.

# Author Contact Information

(name redacted)
Specialist in Asian Affairs
[redacted]@crs.loc.gov, 7-....

# EveryCRSReport.com

The Congressional Research Service (CRS) is a federal legislative branch agency, housed inside the Library of Congress, charged with providing the United States Congress non-partisan advice on issues that may come before Congress.

EveryCRSReport.com republishes CRS reports that are available to all Congressional staff. The reports are not classified, and Members of Congress routinely make individual reports available to the public.

Prior to our republication, we redacted names, phone numbers and email addresses of analysts who produced the reports. We also added this page to the report. We have not intentionally made any other changes to any report published on EveryCRSReport.com.

CRS reports, as a work of the United States government, are not subject to copyright protection in the United States. Any CRS report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS report may include copyrighted images or material from a third party, you may need to obtain permission of the copyright holder if you wish to copy or otherwise use copyrighted material.

Information in a CRS report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to members of Congress in connection with CRS' institutional role.

EveryCRSReport.com is not a government website and is not affiliated with CRS. We do not claim copyright on any CRS report we have republished.

# Exhibit 16

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

*August 27, '07*
*by MEC*

TO:   Mr. Eben Kirksey

FR:   Dr. Brad Simpson
      National Security Archive

An independent non-governmental research institute and library located at the George Washington University,
the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.
Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone:  202/994-7000
Fax:  202/994-7005
foiamail@gwu.edu
http://www.nsarchive.org

## *FAX COVER SHEET*

Date:        January 31, 2006

To:          Mr. David M. Hardy

Organization: Federal Bureau of Investigation

From:        **The National Security Archive**

Number of pages (including cover sheet)  3

If there is a problem with this transmission, please call us at 202-994-7000 as soon as possible.

**Message: FOIA Request Attached. – Archive No. 20060105FBI002**

An independent non-governmental research institute and library located at
the Archive collects and publishes declassified documents obtained
Publication royalties and tax-deductible contributions through The National Secur

20060105FBI002          FBI
RECNO:32603        SEQCOR:118778
FOISG: Simpson, Brad
Killing of American Pri...

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Tuesday, January 31, 2006

David M. Hardy
Chief
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 205350001

Re: Request under the FOIA, in reply refer to Archive#        **20060105FBI002**

Dear Mr. Hardy :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between August 30, 2002, and January 31, 2006, relating in whole or in part to the August 31, 2002, killing of two American citizens, Rickey Lynn Spier and Leon Edwin Burgon, who worked at a school for the employees of PT Freeport Indonesia, in an ambush in Timika, Irian Jaya, Indonesia. Please include, but not limit your search to the following:*

*- The August 31, 2002, murder of the two Americans in Irian Jaya*

*- The December 2002 visit of Karen Brooks, the National Security Council's senior Asian specialist to Indonesia and any official meetings or appearances made by her during the visit, including but not limited to her meeting with Indonesian President Megawati*

*- The participation of FBI agents in the investigation of the case since January 2003*

*- The July 2004 indictment by a U.S. district court of Anthonius Wamang on charges of murdering the two American teachers*

*- The January 11, 2006, arrest of Anthonius Wamang by Indonesian police*

*- Wamang's January 2006 claim that Indonesian military men were involved in the ambush that resulted in the killing of American teachers*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed

01/31/06  17:58 FAX 202 994 7005          NAT'L SECURITY ARCHIVE                          ☑001

```
                    ************************
                    ***   TX REPORT   ***
                    ************************


          TRANSMISSION OK

          TX/RX NO              0699
          CONNECTION TEL                      93243752
          SUBADDRESS
          CONNECTION ID
          ST. TIME             01/31 17:57
          USAGE T              00'59
          PGS. SENT               3
          RESULT               OK
```



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
folamail@gwu.edu
http://www.nsarchive.org

## FAX COVER SHEET

Date:          January 31, 2006

To:            Mr. David M. Hardy

Organization: Federal Bureau of Investigation

From:          The National Security Archive

Number of pages (including cover sheet) 3

If there is a problem with this transmission, please call us at 202-994-7000 as soon as possible.

Message: FOIA Request Attached. – Archive No. 20060105FBI002



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*February 8, 2006*

MR BRAD SIMPSON
THE NATIONAL SECURITY ARCHIVE
THE GEORGE WASHINGTON UNIVERSITY
SUITE 701
GELMAN LIBRARY
2130 H STREET, NORTHWEST
WASHINGTON, DC 20037

Request No.: 1037877-000
Subject: SPIER, RICKEY LYNN/BURGON,
LEON EDWIN/KILLING OF/8/31/2002

Dear Mr. Simpson:

☒     This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information

FBI

06010SFBI002

decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

SBY involved in negotions Re: FBI investigation

Tarigan's Statements in Tempo

Simbolon blames Freeport

→ 24 Apr encounter between US Amb & SBY

6 Feb 2003

27 Dec 2002 letter from SBY

US Amb promises Sutarto to
            discuss Timika w/ Mueller

FBI welcomed & greeted by senior TNI

"The TNI, wants the FBI to continue
investigating as a means of helping
to clear the TNI's Name; not because
of US pressure."

Meeting US Amb & SBY   June 16
"The Ambassador stressed, however, that
winning justice in the August 2002 killings
in Timika, Papua, was at the top of
everyone's list as the most important issue
in the bilateral relationship."

"Clearly concerned, General Sutarto asked why the Washington Post wanted to interview him, as well as TNI's Strategic Intelligence Agency (BAIS) and State Intelligence Agency (BIN) Chiefs regarding the Timika case."

"we are the largest donor for the election"

Re: Elsham press release on Wamang indictment ~~Ashcroft indictme~~

"rambling three-page document"

Says Pastika's remarks were retracted

"The TNI won its first round of its lawsuit against Elsham."

"GOI should not use the case as a public justification for a crackdown on legitimate Papuan advocacy groups"

"FBI's conclusion that the attack was a Free Papua Organization (OPM) rogue operation."

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

**E-MAILED**

Tuesday, January 31, 2006

Margaret P. Grafeld
Director
Office of Information Programs and Services
A/RPS/IPS/RL
Department of State
Washington, DC 205226001

Re: Request under the FOIA, in reply refer to Archive#        **20060103DOS031**

Dear Ms. Grafeld :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between August 30, 2002, and January 31, 2006, relating in whole or in part to the August 31, 2002, killing of two American citizens, Rickey Lynn Spier and Leon Edwin Burgon, who worked at a school for the employees of PT Freeport Indonesia, ~~during~~ in an ambush in Timika, Irian Jaya, Indonesia. Please include, but not limit your search to the following:*

*- The August 31, 2002, murder of the two Americans in Irian Jaya*

*- The December 2002 visit of Karen Brooks, the National Security Council's senior Asian specialist to Indonesia and any official meetings or appearances made by her during the visit, including but not limited to her meeting with Indonesian President Megawati*

*- The participation of FBI agents in the investigation of the case since January 2003*

*- The July 2004 indictment by a U.S. district court of Anthonius Wamang on charges of murdering the two American teachers*

*- The January 11, 2006, arrest of Anthonius Wamang by Indonesian police*

*- Wamang's January 2006 claim that Indonesian military men were involved in the ambush that resulted in the killing of American teachers*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and briefing papers.*

*At a minimum please search the records of the U.S. embassy and consulates in Indonesia and Papua New Guinea, the Bureau of East Asian and Pacific Affairs, the Bureau of Intelligence and Research, the office of the Secretary of State, and the Executive Secretariat.*

An Independent non-governmental research institute and library located at the [
and publishes declassified documents obtained through the Freedom of Inform[
contributions through the National Security Archive Fund, Inc.[

| 20060103DOS031 | DOS |
| --- | --- |
| RECNO:32601 | SEQCOR:118776 |
| FOISG: Curry, Mary | |

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Mary Curry

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Thank you. Your request has been submitted.

This is a request filed under the Freedom of Information Act.          Return to FOIA Request Generator

Request Date: **1/31/2006**
Request Reference Number: B2397                                          Return to FOIA Home Page

The time period of my request is from 8/30/2002 to the present.

Description of request:
**National Security Archive File No. 20060103DOS031; All documents issued
between August 30, 2002, and January 31, 2006, relating in whole or in part to
the August 31, 2002, killing of two American citizens, Rickey Lynn Spier and Leon
Edwin Burgon, who worked at a school for the employees of PT Freeport
Indonesia, during an ambush in Timika, Irian Jaya, Indonesia. Please include, but
not limit your search to the following: - The August 31, 2002, murder of the two
Americans in Irian Jaya - The December 2002 visit of Karen Brooks, the National
Security Council's senior Asian specialist to Indonesia and any official meetings or
appearances made by her during the visit, including but not limited to her meeting
with Indonesian President Megawati - The participation of FBI agents in the
investigation of the case since January 2003 - The July 2004 indictment by a U.S.
district court of Anthonius Wamang on charges of murdering the two American
teachers - The January 11, 2006, arrest of Anthonius Wamang by Indonesian
police - Wamang's January 2006 claim that Indonesian military men were involved
in the ambush that resulted in the killing of American teachers Documents
pertaining to this request include but are not limited to cables, reports,
memoranda, and briefing papers. At a minimum please search the records of the
U.S. embassy and consulates in Indonesia and Papua New Guinea, the Bureau of
East Asian and Pacific Affairs, the Bureau of Intelligence and Research, the office
of the Secretary of State, and the Executive Secretariat.**

☐   For faster processing please restrict the parameters of this FOIA request to the State
Archiving System (SAS)--over 25 million electronic records consisting of telegrams from
mid-1973 to present.

I am willing to pay fees for this request up to a maximum of $100

In order to help to determine my status to assess fees, you should know that I am

◉   a representative of the news media affiliated with  The National Security Archive          and
this request is made as part of a news gathering effort and not for commercial use.(Additional
documentation or comments will be required. See

○   affiliated with an educational or noncommercial scientific institution, and this request is made for
a scholarly or scientific purpose and not for commercial use.(Additional documentation will be
required. See

○   an individual seeking information for personal use and not for commercial use.

○   affiliated with a private corporation and am seeking information for use in the company's
business.



**United States Department of Stat**

*Washington, D.C. 20520*

February 17, 2006
Case Number: 200600513

NSArchive Control Number: 20060103DOS031

Ms. Mary Curry
The National Security Archive
The Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Dear Ms. Curry:

This is in response to your Freedom of Information Act (FOIA) request,
dated January 31, 2006, for copies of documents concerning the killing of
two American citizens, who worked at a school for the employees of PT
Freeport Indonesia, during an ambush in Timika, Irian Jaya, Indonesia. The
time frame of your request from August 30, 2002 to the present.

We will begin the processing of your request based upon the information
provided in your letter.  As soon as responsive material has been retrieved
and reviewed, we will notify you.

We wish to advise you that the cut-off date for retrieving records is either
the date you have given the Department by specifying a particular time
frame or the date the search is initiated.  Only existing records are subject to
the Freedom of Information Act.

Please review the fee information provided below.

**Fee Information:** The Freedom of Information Act requires agencies to access

*Office of Information Programs and Services*
U.S. Department of State  SA-2
Washington, DC 20522-8100
        Web site: foia.state.gov

*Inquiries:*
Phone: 1-202-261-8314
FAX: 1-202-261-8579
email: FOIAStatus@state.gov

20060103DOS031                DOS
RECNO:32601              SEQCOR:119558
2/27/2006                    FOISG: Curry, Mary
Killing of American schoolteachers in Papua - 2002

-2-

fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

Based upon the information that you have provided, this request will be processed in accordance with the fees schedule designated for the "representative of the news media" category of requesters (pays duplication costs after first 100 pages).

Copy costs are assessed at the rate of $0.15 per page.

You have stated your willingness to pay the fees incurred in the processing of this request up to $100.00.

We will notify you of the costs incurred in processing your request as soon as the search and review actions have been completed.

While we will make every effort to meet the time limits cited in the FOIA (5 USC § 552), unusual circumstances may arise for extending the time limit.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Marilyn Lassiter
Requester Communications Branch

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*



**United States Department of State**

*Washington, D.C. 20520*

Case No.:   200600513
Archive File No.:   20060103DOS031

Mary Curry
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.                                    JUN  4 2007
Washington, D.C.  20037

Dear Ms. Curry:

In response to your request dated January 31, 2006, under the
Freedom of Information Act (Title 5 USC Section 552), we have
initiated ·searches of the following Department of State
record systems:  the Central Foreign Policy Records (the
principal record system of the Department of State), and the
retired files of the Bureau of East Asian and Pacific
Affairs.

The search of the Central Foreign Policy Records has been .
completed, and has resulted in the retrieval of 62 documents
responsive to your request.  We reviewed these documents and
determined that two may be released in full, 20 may be
released with excisions, and 31 must be withheld in full.
All released material is enclosed.

A decision on the remaining nine documents requires
interagency coordination: they have been referred to another
government office for further review to assist us in making a
final determination.

An enclosure provides information on Freedom of Information
Act exemptions and other grounds for withholding material.
Where we have made excisions, the applicable exemptions are
marked on each document.  Of the documents withheld in full,
30 were withheld under exemption (b)(1); eleven under
exemption  (b)(5); one under exemption (b)(6); and nine under
exemption (b)(7).

In some cases, two or more exemptions may apply to the same
document.  In the case of a document released in part, all

- 2 -

non-exempt material that is reasonably segregable from the exempt material has been released.

With respect to material withheld by the Department of State, you have the right to appeal our determination within 60 days. A copy of the appeals procedures is enclosed.

The search of the retired files of the East Asian and Pacific Affairs has been completed and has resulted in the retrieval of no documents responsive to your request.

We have now completed the processing of your request.

The Freedom of Information Act provides for the recovery of the direct cost of duplicating records requested for non-commercial use by a representative of the news media. No charge is made for the first one hundred pages of duplication. Total fees due in this case are $10.75, representing an additional 43 pages duplicated @ $0.25 per page. Please make your check or money order payable to the Office of Treasurer of the United States, and mail it to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C., 20522-8100. Please be sure to write the case number on your check or money order.

If you have any questions, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, DC 20522-8100, or telephone us at (202) 261-8484. Please be sure to refer to the case number shown above in all correspondence about this case.

- 3 -

We hope that the Department has been of service to you in
this matter.

Sincerely,

*for* Margaret P. Grafeld, Director
Office of Information Programs
and Services

Enclosures:
     As stated



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 24, 2006

MR BRAD SIMPSON
THE NATIONAL SECURITY ARCHIVE
THE GEORGE WASHINGTON UNIVERSITY
SUITE 701
GELMAN LIBRARY
2130 H STREET, NORTHWEST
WASHINGTON, DC 20037

Request No.: 1037877-000
Subject: SPIER, RICKEY LYNN/BURGON,
LEON EDWIN/KILLING OF/8/31/2002

Dear Mr. Simpson:

This is in response to your Freedom of Information Act (FOIA) request noted above.

To promptly respond to our requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIA request were located by a search of the automated indices.

Attached is a copy of the FBI FILE FACT SHEET for your convenience.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure:

20060105FBI002          FBI
RHCNO:32603          SEQCOR:119622
3/2/2006          FOISG: Simpson, Brad

UNCLASSIFIED

**E1**

UNCLASSIFIED          PTO9907          RELEASED IN FULL

PAGE 01          JAKART   03927   311801Z
ACTION OCS-03

| INFO | LOG-00 | NP-00 | ACQ-00 | CA-01 | CCO-00 | CIAE-00 | DODE-00 |
|------|--------|-------|--------|-------|--------|---------|---------|
|      | DS-00  | MEDE-00 | EAP-00 | FBIE-00 | UTED-00 | VC-00 | TEDE-00 |
|      | INR-00 | LAB-01 | VCE-00 | DCP-01 | NSAE-00 | PER-00 | PM-00 |
|      | SCT-00 | IRM-00 | SSO-00 | SS-00 | TEST-00 | ASDS-01 | PMB-00 |
|      | DSCC-00 | DRL-02 | NFAT-00 | SAS-00 | /009W | | |

                    ------------------E0C135   311802Z /38

O 311756Z AUG 02 ZFF4
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC NIACT IMMEDIATE 9973
AMEMBASSY CANBERRA

UNCLAS JAKARTA 003927

FOR S/ES-O, CA/OCS/ACS/EAP AND EAP

E.O. 12958: N/A
TAGS: CASC, PTER, PREL, ID
SUBJECT: TWO AMCITS KILLED IN ATTACK NEAR FREEPORT MINE IN
PAPUA

1.   SUMMARY.  TWO AMERICAN CITIZENS WERE KILLED, AND SEVEN
     OTHERS WERE INJURED IN AN ATTACK INVOLVING AUTOMATIC WEAPONS
     BY UNIDENTIFIED ASSAILANTS CLOSE TO THE FREEPORT MINE NEAR
     TIMIKA, PAPUA PROVINCE IN EASTERN INDONESIA.  ALL SEVEN
     INJURED AMERICANS, INCLUDING FOUR SERIOUSLY INJURED PERSONS
     AND A CHILD, ARE CURRENTLY BEING FLOWN TO AUSTRALIA FOR
     MEDICAL TREATMENT.  INDONESIAN OFFICIALS HAVE PLEDGED TO DO
     EVERYTHING POSSIBLE TO APPREHEND THE ATTACKERS.  THE
                    UNCLASSIFIED

PAGE 02          JAKART   03927   311801Z
     PERPETRATORS OF THE ATTACK AND THEIR MOTIVES ARE UNKNOWN.
     END SUMMARY.

2.   THE PRESIDENT OF FREEPORT-MCMORAN MINE JIM BOB MOFFATT
     CALLED AMBASSADOR ON AUGUST 31 AT 5:00 PM JAKARTA TIME TO
     REPORT THAT THE ATTACK.  AT APPROXIMATELY 2:40 PM PAPUA
     TIME, A CONVOY OF VEHICLES CARRYING SEVERAL AMERICANS WAS
     RETURNING TO THE TOWN OF TIMBAGA PURA, IN PAPUA PROVINCE,
     INDONESIA.  THE AMERICANS WERE EMPLOYEES OF A SCHOOL
     CONNECTED WITH FREEPORT MINE, AND WERE RETURNING FROM AN
     OUTING.  ACCORDING TO FREEPORT OFFICIALS, A BAND OF
     LONGHAIRED MEN OF APPARENT PAPUAN ETHNICITY BEGAN FIRING
     AUTOMATIC WEAPONS AT THE VEHICLES.  TWO AMERICANS WERE

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

KILLED IN THE ATTACK, AND SEVEN OTHERS WERE INJURED, FOUR
SERIOUSLY. THE TWO AMERICANS KILLED WERE BOTH TEACHERS.  AN
AMERICAN CHILD WAS AMONG THE INJURED.  ONE INDONESIAN WAS
KILLED IN THE ATTACK.  INDONESIAN MILITARY FORCES WERE
ALMOST IMMEDIATELY ON THE SCENE AFTER THE ATTACK BEGAN, AND
PURSUED THE ATTACKERS INTO THE FOREST.

3.   THE EMBASSY HAS BEEN IN CONTACT WITH THE OFFICE OF
BAMBANG YUDHOYONO, INDONESIAN COORDINATING MINISTER FOR
POLITICAL AND SECURITY AFFAIRS AND THE FOREIGN MINISTRY.
THE EMBASSY URGED THE INDONESIAN GOVERNMENT TO TAKE ALL
IMMEDIATE AND NECESSARY STEPS TO APPREHEND THE ASSAILANTS.
YUDHOYONO'S OFFICE AND THE FOREIGN MINISTRY CONCURRED.  THE
EMBASSY ALSO ASKED THAT INDONESIA NOT TAKE GENERALIZED
REPRESSIVE MEASURES IN THE PROVINCE IN RESPONSE TO THE
ATTACK.

4.   FREEPORT MINE OFFICIALS HAVE NOT YET RELEASED THE NAMES
                          UNCLASSIFIED

PAGE 03        JAKART  03927  311801Z
OF THE VICTIMS, BUT WILL SOON ISSUE A PRESS RELEASE.  NEXT
OF KIN FOR THE TWO AMERICANS KILLED REPORTEDLY LIVE IN
TIMBAGA PURA, AND HAVE ALREADY BEEN NOTIFIED BY FREEPORT.
FREEPORT IS CURRENTLY FLYING ALL SEVEN AMERICANS INJURED IN
THE ATTACK TO AUSTRALIA FOR MEDICAL TREATMENT.

5.   CONSUL GENERAL YOUNGEUN ANDERSON, WHO WAS
COINCIDENTALLY IN THE REGION, OFFERED TO GO TO TIMBAGA PURA
TO ASSIST, BUT FREEPORT DECLINED THE OFFER.  SHE WILL
HOWEVER, FLY TO THE AREA TO BE BRIEFED BY FREEPORT OFFICIALS
SUNDAY MORNING LOCAL TIME.

6.   PAPUA HAS FOR SOME TIME BEEN THE SITE OF A LOW-LEVEL
INSURGENCY BY THE FREE PAPUA MOVEMENT (OPM).  FREEPORT SO
FAR IS RELUCTANT TO STATE PUBLICLY THAT THEY BELIEVE THE OPM
WAS RESPONSIBLE FOR THE ATTACK.  FREEPORT OFFICIALS ARE
CONVINCED, HOWEVER, THAT THE CONVOY WAS SPECIFICALLY AND
DELIBERATELY TARGETED.  THERE ARE REPORTS FROM AUSTRALIAN
SOURCES CLOSE TO PROVINCIAL POLICE, THAT THE AUTOMATIC
WEAPONS USED IN THE ATTACK WERE MANUFACTURED BY STEYR, A
WEAPON NOT TYPICALLY USED BY THE OPM IN THE PAST, THOUGH IS
A COMMON MAKE IN INDONESIAN SECURITY FORCE INVENTORIES IN
THE PROVINCE.  THE OPM HAS NOT TYPICALLY TARGETED FOREIGNERS
FOR KILLING, BUT HAS OCCASIONALLY PERPETRATED KIDNAPPINGS OF
FOREIGNERS.  IN 1996, A GROUP OF WESTERN TOURISTS, INCLUDING
ONE AMERICAN, WAS KIDNAPPED BY THE OPM.

7.   THERE ARE AT LEAST THREE POSSIBLE EXPLANATIONS FOR THE
ATTACK: 1) THE OPM HAS MADE A DECISION TO START TARGETING

UNCLASSIFIED

FOREIGNERS FOR MURDER; 2) GIVEN THE WEAPONS USED, THE
ATTACK WAS CARRIED OUT BY SOME ROGUE SECURITY FORCE; 3) THE
UNCLASSIFIED

PAGE 04        JAKART 03927 311801Z
INCIDENT WAS A TERRORIST ATTACK. GIVEN THE WITNESSED
ETHNICITY OF THE ATTACKERS, THE LACK OF SPECIFIC TERRORIST
THREAT INFORMATION IN THE REGION, AND THE LACK OF EVIDENCE
OF A TERRORIST ORGANIZATION OPERATING IN THE REGION, THIS
THIRD POSSIBILITY SEEMS UNLIKELY.

8.    THE FBI OFFICE IN SINGAPORE HAS EXPRESSED INTEREST IN
COMING TO INDONESIA TO ASSIST IN THE INVESTIGATION. WE ARE
COORDINATING THAT REQUEST WITH THE INDONESIAN GOVERNMENT AND
FREEPORT OFFICIALS. THE EMBASSY WILL CONTINUE TO LIAISE
WITH THE INDONESIAN GOVERNMENT AND POLICE, AND FREEPORT
OFFICIALS, AND WILL REPORT OTHER DETAILS AS WE RECEIVE THEM.

BOYCE

UNCLASSIFIED

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED                                    **E6**

RELEASED IN PART
B1, 1.4(B), 1.4(D), B7(A), B7(C)

CONFIDENTIAL          PT02102

PAGE 01          JAKART   03988   01 OF 03   031341Z
ACTION SCT-00

INFO  LOG-00   MFA-00   NP-00    AID-00   A-00     ACQ-00   CA-01
      CCO-00   CEA-01   CG-00    CIAE-00  COME-00  CTME-00  INL-00
      DINT-00  DODE-00  DOEE-00  DOTE-00  WHA-00   PERC-00  SRPP-00
      DS-00    EAP-00   EB-00    EXIM-01  E-00     FAAE-00  FBIE-00
      VC-00    FRB-00   H-01     TEDE-00  INR-00   INSE-00  ITC-01
      LAB-01   L-00     CAC-00   VCE-00   M-00     AC-01    NRCE-00
      NSAE-00  NSCE-00  OCS-03   OES-01   OMB-01   OPIC-01  PA-00
      PM-00    PRS-00   ACE-00   P-00     SP-00    IRM-00   SSO-00
      SS-00    STR-00   TRSE-00  T-00     USIE-00  USSS-00  ASDS-01
      PMB-00   DSCC-00  DRL-02   G-00     NFAT-00  SAS-00   /016W
      ------------------E1AE7D   031341Z /38
P 031334Z SEP 02
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC PRIORITY 0033
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY OTTAWA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY

C O N F I D E N T I A L SECTION 01 OF 03 JAKARTA 003988

E.O. 12958: DECL: 09/03/2012
TAGS: PREL, PTER, EMIN, EINV, ASEC, CASC, ID
SUBJECT: PERPETRATORS OF ATTACK ON U.S. MINING COMPANY
CONVOY STILL UNCLEAR

                    CONFIDENTIAL

PAGE 02          JAKART   03988   01 OF 03   031341Z
REF: A. JAKARTA 3927
     B. JAKARTA DAO IIR 6 845 0265 02

1. (U) CLASSIFIED BY POLITICAL OFFICER ELAINE SAMSON, REASON
1.5 B, D.

2. (C) SUMMARY:  THE PERPETRATORS OF THE AUGUST 31 ATTACK ON
A PT FREEPORT INDONESIA CONVOY IN PAPUA REMAIN UNCLEAR (REF
A).                                                          B1, B7(A), B7(C)

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

B1, B7(A)

MANY PAPUANS SUSPECT THE MILITARY OR A MILITARY-SUPPORTED MILITIA, CITING MILITARY INVOLVEMENT IN THE KILLING OF PAPUAN LEADER THEYS ELUAY IN NOVEMBER 2001. POLITICAL/SECURITY COORDINATING MINISTER BAMBANG YUDHOYONO TOLD THE AMBASSADOR SEPTEMBER 3 THAT THE GOI WAS FULLY COMMITTED TO A RAPID, THOROUGH INVESTIGATION, AND TOOK ON BOARD OUR CONCERNS

B1

MANY PAPUAN GROUPS ARE CALLING FOR AN INDEPENDENT INVESTIGATION, LED BY THE U.S.  CALLS FOR AN INDEPENDENT PROBE ARE UNREALISTIC, BUT WE BELIEVE THAT PAPUA'S POLICE CHIEF, WHO ENJOYS A GOOD REPUTATION WITH PAPUAN ACTIVISTS (AND US), CAN CONDUCT A FAIR INVESTIGATION.  OUR RSO AND SINGAPORE LEGATT WILL TRAVEL TO THE SITE OF THE ATTACKS SEPTEMBER 4 TO CONSULT WITH LOCAL POLICE, MILITARY AND FREEPORT OFFICIALS ON THE ATTACKS.  END SUMMARY.

CONFIDENTIAL

PAGE 03        JAKART  03988  01 OF 03  031341Z

MORE DETAILS OF CONVOY ATTACK
------------------------------

3. (C) ACCORDING TO FREEPORT OFFICIALS, FIVE VEHICLES WERE DRIVING FROM THE LOW-LAND DISTRICT SEAT TOWN OF TIMIKA TO THE HIGH-ALTITUDE TOWN OF TEMBAGAPURA.  CONFLICTING INFORMATION FROM PAPUAN CONTACTS CITED SIX VEHICLES (2 CHEMICAL TANKER TRUCKS, FOLLOWED BY 2 LAND CRUISERS, AND 2 CONTAINER/DUMP TRUCKS).  ACCORDING TO FREEPORT, 10-15 INDIGENOUS PAPUANS DRESSED IN MILITARY FATIGUES ATTACKED THE CONVOY WITH AUTOMATIC WEAPONS IN A HEAVY FOG BETWEEN MILE 62 AND 63 JUST OUTSIDE TEMBAGAPURA.  A MILITARY POST WAS LOCATED AT MILE 64 AND A ARMY STRATEGIC RESERVE FORCES POST WAS LOCATED AROUND MILE 61-62.  MILITARY SOURCES REPORT RECOVERING MORE THAN 40 SPENT BULLET CASINGS AT THE SITE OF THE ATTACK.  AN EXPATRIATE EMPLOYEE AND HIS SPOUSE CAME UPON THE SCENE DURING THE ATTACK, AND IMMEDIATELY TURNED AROUND TO ALERT THE SECURITY POST AT MILE 64, AND REPORTED THE INCIDENT BY RADIO TO FREEPORT.

MILITARY HUNTS PERPETRATORS, GOI PROMISES RESULTS
--------------------------------------------------

4. (U) INDONESIAN MILITARY FORCES THAT PROVIDE SECURITY FOR THE MINE ARRIVED ON THE SCENE QUICKLY AND EXCHANGED GUNFIRE WITH THE ATTACKERS, BUT WITH NO REPORTED INJURIES ON EITHER SIDE.  INDONESIAN FORCES PURSUED THE ATTACKERS INTO THE FOREST AND FOUND AT THE SCENE SPENT BULLET CARTRIDGES FROM M-16 RIFLES.  (M-16 RIFLES ARE STANDARD INDONESIAN MILITARY

UNCLASSIFIED

ISSUE, BUT ALSO HAVE BEEN REPORTED STOLEN OR SOLD TO REBELS.)

CONFIDENTIAL

PAGE 04      JAKART  03988  01 OF 03  031341Z

PAPUA DISTRICT MILITARY COMMANDER BG MAHIDIN SIMBOLON DEPLOYED TWO INFANTRY COMPANIES OF ABOUT 250 SOLDIERS TO SEARCH FOR THE PERPETRATORS.  BAD WEATHER AND THE ROUGH TERRAIN HAVE HINDERED THE SEARCH.  ON SEPTEMBER 1, HOWEVER, INDONESIAN MILITARY SHOT AND KILLED ONE ALLEGED PERPETRATOR, AND REPORTEDLY FOUND A CARTRIDGE OF M-16 SHELLS ON HIM.  ARMY CHIEF GENERAL RYAMIZARD RYACUDU ANNOUNCED PUBLICLY THAT SECURITY FORCES HAD ARRESTED 15 PEOPLE FROM KELLY KWALIK'S GUERILLA BAND.

SECURITY MINISTER PROMISES CLOSE COOPERATION
------------------------------------------------

5. (C) THE AMBASSADOR CALLED POLITICAL-SECURITY COORDINATING MINISTER BAMBANG YUDHOYONO ON SEPTEMBER 3 TO DISCUSS THE INCIDENT.  UPON LEARNING OF THE ATTACK, YUDHOYONO SAID HE HAD IMMEDIATELY CONTACTED TNI COMMANDER GENERAL ENDRIARTONO SUTARTO AND POLICE CHIEF DA'I BACHTIAR TO ORDER A QUICK RESPONSE TO RESTORE SECURITY IN THE FREEPORT WORK AREA AND TIMIKA AND TO INVESTIGATE THE ATTACK.  YUHOYONO SAID HE SPOKE SEPTEMBER 2 WITH PT FREEPORT INDONESIA (PTFI) PRESIDENT ADRIANTO MACHRIBIE AND FREEPORT MCMORAN PRESIDENT JIM BOB MOFFAT TO EXPRESS THE GOI'S CONDOLENCES AND REGRET OVER THE ATTACK, ASSURING THEM BOTH THAT THE GOI WAS FULLY COMMITTED TO MAINTAINING SECURITY FOR FREEPORT.  YUDHOYONO INQUIRED WHETHER FREEPORT OFFICIALS HAD NOTICED ANY PROBLEMS PRIOR TO THE ATTACK.  MACHRIBIE SAID RELATIONS WITH THE LOCAL COMMUNITY WERE GOOD, AND NOTHING UNUSUAL HAD COME UP.  HE

CONFIDENTIAL

CONFIDENTIAL       PTQ2105

PAGE 01      JAKART  03988  02 OF 03  031341Z
ACTION SCT-00

| INFO | LOG-00 | MFA-00 | NP-00 | AID-00 | A-00 | ACQ-00 | CA-01 |
|------|--------|--------|-------|--------|------|--------|-------|
|      | CCO-00 | CEA-01 | CG-00 | CIAE-00 | COME-00 | CTME-00 | INL-00 |
|      | DINT-00 | DODE-00 | DOEE-00 | DOTE-00 | WHA-00 | PERC-00 | SRPP-00 |
|      | DS-00 | EAP-00 | EB-00 | EXIM-01 | E-00 | FAAE-00 | FBIE-00 |
|      | VC-00 | FRB-00 | H-01 | TEDE-00 | INR-00 | INSE-00 | ITC-01 |
|      | LAB-01 | L-00 | CAC-00 | VCE-00 | M-00 | AC-01 | DCP-01 |
|      | NRCE-00 | NSAE-00 | NSCE-00 | OCS-03 | OES-01 | OMB-01 | OPIC-01 |
|      | PA-00 | PM-00 | PRS-00 | ACE-00 | P-00 | SP-00 | IRM-00 |
|      | SSO-00 | SS-00 | STR-00 | TRSE-00 | T-00 | USIE-00 | USSS-00 |
|      | ECA-00 | PMB-00 | DSCC-00 | DRL-02 | G-00 | NFAT-00 | SAS-00 |

UNCLASSIFIED

UNCLASSIFIED

/016W

------------------E1AE97   031342Z /38

P 031334Z SEP 02
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC PRIORITY 0034
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY OTTAWA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY

C O N F I D E N T I A L SECTION 02 OF 03 JAKARTA 003988

E.O. 12958: DECL: 09/03/2012
TAGS: PREL, PTER, EMIN, EINV, ASEC, CASC, ID
SUBJECT: PERPETRATORS OF ATTACK ON U.S. MINING COMPANY
CONVOY STILL UNCLEAR

CONFIDENTIAL

PAGE 02       JAKART  03988  02 OF 03  031341Z

MENTIONED THAT LOCAL NGOS HAD RECENTLY BEEN AGITATING
INDONESIAN PTFI EMPLOYEES TO PROTEST AGAINST THE COMPANY, BUT
THE EMPLOYEES REJECTED THE ATTEMPTS BECAUSE THEY WERE
SATISFIED WITH THEIR EMPLOYMENT.

6. (C) THE AMBASSADOR CONVEYED TO YUDHOYONO OUR STRONG DESIRE
TO COOPERATE CLOSELY WITH THE GOI TO FIND OUT WHAT REALLY
HAPPENED, AND WHO WAS RESPONSIBLE.                                     B1

ROGUE OPM FACTIONS, TNI, OR MILITIAS?
--------------------------------------                                 B7(A), B7(C)

UNCLASSIFIED

UNCLASSIFIED

B7(A), B7(C)

B1, B7(A), B7(C)

UNCLASSIFIED

B1

11. (C) MANY PAPUAN GROUPS BELIEVE THE MILITARY WAS BEHIND
THE ATTACK. PAPUA HAS BEEN TENSE FOR MONTHS WITH WORRY THAT
THE MILITARY WOULD USE ANY INCIDENT AS AN EXCUSE TO INCREASE
THE NUMBER OF TROOPS STATIONED IN PAPUA AND TO JUSTIFY HARSH
REPRESSIVE OPERATIONS AGAINST THE PAPUANS.
TNI COMMANDER SUTARTO AND ARMY CHIEF RYAMIZARD BOTH
VEHEMENTLY DENIED ANY MILITARY INVOLVEMENT IN THE ATTACK,

B1, B7(A)

CONFIDENTIAL

PAGE 05        JAKART  03988  02 OF 03  031341Z

CONFIDENTIAL

CONFIDENTIAL        PTQ2103

PAGE 01        JAKART  03988  03 OF 03  031341Z
ACTION SCT-00

INFO  LOG-00   MFA-00   NP-00    AID-00   A-00    ACQ-00   CA-01
      CCO-00   CEA-01   CG-00    CIAE-00  COME-00 CTME-00  INL-00
      DINT-00  DODE-00  DOEE-00  DOTE-00  WHA-00  PERC-00  SRPP-00
      DS-00    EAP-00   EB-00    EXIM-01  E-00    FAAE-00  FBIE-00
      VC-00    FRB-00   H-01     TEDE-00  INR-00  INSE-00  ITC-01
      LAB-01   L-00     CAC-00   VCE-00   M-00    AC-01    NRCE-00
      NSAE-00  NSCE-00  OCS-03   OES-01   OMB-01  OPIC-01  PA-00
      PM-00    PRS-00   ACE-00   P-00     SP-00   IRM-00   SSO-00
      SS-00    STR-00   TRSE-00  T-00     USIE-00 USSS-00  ASDS-01
      PMB-00   DSCC-00  DRL-02   G-00     NFAT-00 SAS-00   /016W
                 ------------------E1AEA2  031341Z /38
P 031334Z SEP 02
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC PRIORITY 0035
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY OTTAWA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY

C O N F I D E N T I A L SECTION 03 OF 03 JAKARTA 003988

UNCLASSIFIED

SCAN—ORIGINAL WITH DUKE

UNCLASSIFIED

E.O. 12958: DECL: 09/03/2012
TAGS: PREL, PTER, EMIN, EINV, ASEC, CASC, ID
SUBJECT: PERPETRATORS OF ATTACK ON U.S. MINING COMPANY
CONVOY STILL UNCLEAR

CONFIDENTIAL

PAGE 02        JAKART  03988  03 OF 03  031341Z                    B1, B7(A)

CALLS FOR INVESTIGATION
- - - - - - - - - - - - - - - - - - - - - - - -

12. (C) HUMAN RIGHTS GROUPS AND THE PAPUAN PRESIDIUM COUNCIL
IMMEDIATELY CALLED FOR AN INDEPENDENT INVESTIGATION WITH
INTERNATIONAL PARTICIPATION, ECHOING THEIR CALLS FOR SUCH AN
INVESTIGATION IN THE THEYS ELUAY CASE.                                 B1

               CALLED THE AMBASSADOR TO URGE THAT THE U.S. INSIST
ON AN INDEPENDENT, PROFESSIONAL INVESTIGATION OF THE ATTACK.
               FAXED US A STATEMENT FROM A HUMAN RIGHTS COALITION, THE
NATIONAL FORUM OF CONCERN FOR HUMAN RIGHTS IN PAPUA, WHICH
DESCRIBED THE ATTACK AS HAVING BEEN CARRIED OUT BY "SNIPERS".
               ALSO TOLD US (WITHOUT CORROBORATION) THAT SOME OF THE
WITNESSES REPORTED SEEING NON-PAPUAN ATTACKERS.
               ALSO CALLED FOR AN INDEPENDENT INVESTIGATION LED
BY THE U.S.  THE GOI WILL NEVER AGREE TO AN OUTSIDE
INVESTIGATION, BUT WE BELIEVE PAPUAN POLICE CHIEF I MADE
MANGKU PASTIKA, WHO HAS A SOLID REPUTATION BOTH WITHIN THE
INDONESIAN NATIONAL POLICE, AND WITH PAPUAN ACTIVISTS, AND WITH
US, CAN DO A FAIR JOB.  HE ALSO HAS A GOOD WORKING
RELATIONSHIP WITH THE MILITARY IN PAPUA.

EMBASSY FOLLOW-UP
- - - - - - - - - - - - - - - -

13. (C) THE AMBASSADOR HAS BEEN IN FREQUENT CONTACT WITH

UNCLASSIFIED

UNCLASSIFIED

FREEPORT MCMORAN PRESIDENT JIM BOB MOFFAT, WHO HAS EXPRESSED
HIS APPRECIATION FOR THE EMBASSY'S ASSISTANCE.   JAKARTA RSO
AND SINGAPORE LEGATT WILL TRAVEL TO TIMIKA SEPTEMBER 4 TO
EXAMINE THE ATTACK SCENE AND TALK TO FREEPORT, MILITARY AND
POLICE OFFICIALS.
BOYCE

CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED

<< END OF DOCUMENT >>
@@@OASYS@@@<CONCATENATED>

UNCLASSIFIED     PTQ1044

PAGE 01        SYDNEY   00826   01 OF 02   030828Z
ACTION SSO-00

INFO   LOG-00   MFA-00   NP-00    AGRE-00  AID-00   AMAD-00  A-00
       ACQ-00   CA-01    CCO-00   CG-00    CIAE-00  COME-00  CTME-00
       DINT-00  DODE-00  DOEE-00  DOTE-00  PERC-00  SRPP-00  DS-00
       EAP-00   EB-00    FAAE-00  FBIE-00  UTED-00  VC-00    OBO-00
       H-01     TEDE-00  INR-00   INSE-00  LAB-01   L-00     CAC-00
       VCE-00   MFLO-03  MMP-00   M-00     AC-01    DCP-01   NRCE-00
       NSAE-00  NSCE-00  OCS-03   OES-01   OMB-01   OPIC-01  OPR-01
       PA-00    PC-01    PER-00   PM-00    PRS-00   ACE-00   P-00
       SCT-00   SP-00    IRM-00   SS-00    TEST-00  TRSE-00  USIE-00
       USSS-00  ASDS-01  FMP-00   IIP-00   PMB-00   DSCC-00  DRL-02
       G-00     SAS-00   /019W
                -----------------E185C7  030828Z /40
O 030600Z SEP 02
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3930
INFO AMEMBASSY CANBERRA
AMEMBASSY JAKARTA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH

UNCLAS SECTION 01 OF 02 SYDNEY 000826

STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

SENSITIVE

                   UNCLASSIFIED

PAGE 02        SYDNEY   00826   01 OF 02   030828Z
E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP TOWNSVILLE, QUEENSLAND, AUSTRALIA -
AMERICAN VICTIMS OF INDONESIA ATTACK EXPECTED TO MAKE
FULL RECOVERY.

REF:  JAKARTA 3927

1.  SENSITIVE BUT UNCLASSIFIED - ENTIRE TEXT.

UNCLASSIFIED

UNCLASSIFIED                                                E2

PAGE 01         SYDNEY  00827  01 OF 02  090612Z
ACTION SSO-00

INFO  LOG-00   COR-01   MFA-00   NP-00    AGRE-00   AID-00    AMAD-00
      A-00     ACQ-00   CA-01    CCO-00   CG-00     CIAE-00   COME-00
      CTME-00  DINT-00  DODE-00  DOEE-00  DOTE-00   PERC-00   SRPP-00
      DS-00    EAP-00   EB-00    FAAE-00  FBIE-00   UTED-00   VC-00
      OBO-00   H-01     TEDE-00  INR-00   INSE-00   LAB-01    L-00
      CAC-00   VCE-00   MFLO-03  MMP-00   M-00      AC-01     DCP-01
      NRCE-00  NSAE-00  NSCE-00  OCS-03   OES-01    OMB-01    OPIC-01
      OPR-01   PA-00    PC-01    PER-00   PM-00     PRS-00    ACE-00
      P-00     SCT-00   SP-00    IRM-00   SS-00     TEST-00   TRSE-00
      USIE-00  USSS-00  ASDS-01  FMP-00   IIP-00    PMB-00    DSCC-00
      DRL-02   G-00     SAS-00        /020W
                      ------------------E4454D  090613Z /20
O 030657Z SEP 02 (CCY ADXE17766E MSI7299)
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3932
AMEMBASSY JAKARTA
INFO AMEMBASSY CANBERRA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH

UNCLAS SECTION 01 OF 02 SYDNEY 000827

STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

SENSITIVE

                      UNCLASSIFIED

PAGE 02         SYDNEY  00827  01 OF 02  090612Z
C O R R E C T E D C O P Y (PARA MARKINGS)

E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP NO. 2:  TOWNSVILLE, QUEENSLAND,
AUSTRALIA - AMERICAN VICTIMS OF INDONESIAN AMBUSH
CONTINUE TO IMPROVE.

REF:  (A) SYDNEY 0826 (B) JAKARTA 3927

1. (SBU)  SENSITIVE BUT UNCLASSIFIED - ENTIRE TEXT.

2. (SBU) THIS IS THE SECOND SITUATION REPORT FROM CONOFF WHO
ARRIVED IN TOWNSVILLE ON SEPTEMBER 2, 2002.  HE HAS

UNCLASSIFIED

ASSISTED THE VICTIMS IN COMMUNICATING WITH FAMILY
MEMBERS.  HE ANTICIPATES REMAINING IN TOWNSVILLE UNTIL
WEDNESDAY, SEPTEMBER 4, 2002.

3. (SBU)  MEDIA INTEREST IS BEGINNING TO WANE.  ON THE MORNING
OF SEPTEMBER 3, THERE WERE NO MEMBERS OF THE PRESS
OUTSIDE THE HOSPITAL.  FREEPORT CORPORATION
REPRESENTATIVE GEOFF HOCKING TOLD CONOFF THAT HE HAD
RECEIVED ONLY TWO CALLS FROM THE PRESS ON TUESDAY,
SEPTEMBER 3, AND THE STORY DID NOT MAKE THE FRONT PAGES
OF THE TOWNSVILLE BULLETIN.

4. (SBU)  CONOFF SPOKE WITH SANDRA HOPKINS,                    B6

UNCLASSIFIED

PAGE 03        SYDNEY  00827  01 OF 02  090612Z
CONOFF DID NOT INTERVIEW THREE OF THE VICTIMS, MR.
EMMA, MR. BALK AND MS. GOODFRIEND,

5. (SBU)  LYNN POSTON

6. (SBU)  PATRICIA SPIERS

                    CONOFF RECEIVED VERBAL
AUTHORIZATION FROM EACH OF THE ADULT VICTIMS TO PROVIDE
INFORMATION TO FAMILY MEMBERS ONLY.  THEY WERE UNABLE
TO EXECUTE FORMAL PRIVACY ACT WAIVERS AT THIS TIME.

7. (SBU)  ACCORDING TO MR. HOCKING OF FREEPORT, THE COMPANY
HAS FINALIZED THE LEASING OF A RESIDENCE THE VICTIMS
CAN MOVE INTO UPON THEIR RELEASE FROM HOSPITAL.  CONOFF
HAS NOT SEEN THE HOUSE, BUT MR. HOCKING DESCRIBED IT AS
A LARGE HOME WITH SIX BEDROOMS, A BACKYARD, AND A
SWIMMING POOL.  MR. HOCKING STATED THAT THE HOUSE IS
SURROUNDED BY A SECURITY WALL WITH AN ELECTRONIC GATE

UNCLASSIFIED

UNCLASSIFIED

FOR ENTRY.  THE COMPANY PLANS ON HIRING SECURITY
                    UNCLASSIFIED

PAGE 04        SYDNEY  00827  01 OF 02  090612Z
PERSONNEL TO GUARD THE ESTATE, AS WELL AS A MAID AND A
COOK.

8. (SBU)  THE PASSPORTS HAVE BEEN RETURNED TO THE INDIVIDUAL
VICTIMS BY AUSTRALIAN IMMIGRATION.  ALL OF THE VICTIMS
HAVE VALID U.S. PASSPORTS AND ONE-YEAR MULTIPLE-ENTRY
AUSTRALIAN VISAS, WITH THE CURRENT ADMISSION VALID FOR          B6
THREE MONTHS. ☐

9. (SBU)  POST RECEIVED A TELEPHONE CALL FROM ☐
☐ AMERICAN CITIZEN TED BURGON, WHO WAS
KILLED IN THE AMBUSH. ☐
☐ THIS MESSAGE WAS PASSED TO CONOFF
IN TOWNSVLLE, WHO IN TURN PASSED IT ON TO MR. HOCKING.
MR. TED BURGON ☐ WERE EMPLOYEES OF
FREEPORT.  MR. HOCKING STATED THAT HE WOULD BE SURE TO
HAVE SOMEONE CALL ☐

10. (SBU)  AS SOON AS POST WAS ALERTED TO THE INCIDENT ON
SUNDAY, SEPTEMBER 1, 2002, CONGEN ARRANGED FOR A
REPRESENTAIVE FROM THE ROYAL NAVY BASE IN TOWNSVILLE TO
CHECK ON THE CONDITION OF THE AMERICANS UNTIL CONOFF
ARRIVED ON THE FIRST AVAILABLE FLIGHT ON MONDAY,
SEPTEMBER 2, 2002.  ALSO, POST ALERTED THE MAYOR OF
TOWNSVILLE THAT AMERICANS WERE BEING TREATED THERE.   HE
                    UNCLASSIFIED

PAGE 05        SYDNEY  00827  01 OF 02   090612Z

                    UNCLASSIFIED

               UNCLASSIFIED      PTQ6791

PAGE 01        SYDNEY  00827  02 OF 02  090502Z
ACTION SSO-00

INFO  LOG-00   COR-01   MFA-00   NP-00    AGRE-00  AID-00   AMAD-00
      A-00     ACQ-00   CA-01    CCO-00   CG-00    CIAE-00  COMB-00
      CTME-00  DINT-00  DODE-00  DOEE-00  DOTE-00  PERC-00  SRPP-00
      DS-00    EAP-00   EB-00    FAAE-00  FBIE-00  UTED-00  VC-00

UNCLASSIFIED

UNCLASSIFIED

| OBO-00 | H-01 | TEDE-00 | INR-00 | INSE-00 | LAB-01 | L-00 |
| CAC-00 | VCE-00 | MFLO-03 | MMP-00 | M-00 | AC-01 | DCP-01 |
| NRCE-00 | NSAE-00 | NSCE-00 | OCS-03 | OES-01 | OMB-01 | OPIC-01 |
| OPR-01 | PA-00 | PC-01 | PER-00 | PM-00 | PRS-00 | ACE-00 |
| P-00 | SCT-00 | SP-00 | IRM-00 | SS-00 | TEST-00 | TRSE-00 |
| USIE-00 | USSS-00 | ASDS-01 | FMP-00 | IIP-00 | PMB-00 | DSCC-00 |
| DRL-02 | G-00 | SAS-00 | /020W | | | |

------------------E44341   090543Z /38

O 030657Z SEP 02 (CCY ADXE1776D MSI7300)
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3933
AMEMBASSY JAKARTA
INFO AMEMBASSY CANBERRA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH

UNCLAS SECTION 02 OF 02 SYDNEY 000827

STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

SENSITIVE

UNCLASSIFIED

PAGE 02        SYDNEY  00827  02 OF 02  090502Z
C O R R E C T E D C O P Y (PARA MARKINGS)

E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP NO. 2:  TOWNSVILLE, QUEENSLAND,
AUSTRALIA - AMERICAN VICTIMS OF INDONESIAN AMBUSH
CONTINUE TO IMPROVE.

REPORTEDLY WENT TO THE HOSPITAL TO VISIT THE VICTIMS.

11. (SBU)  POST HAS CONTINUED TO BRIEF STATE OPERATIONS CENTER
AND STATE PUBLIC AFFAIRS DUTY OFFICERS ON ALL NEW
DEVELOPMENTS.  FURTHER REPORTS WILL BE SUBMITTED AS
EVENTS WARRANT.  CONOFFS WILL ALERT THE OPERATIONS
CENTER AND PUBLIC AFFAIRS DUTY OFFICERS IF THE
SITUATION CHANGES AFTER REGULAR BUSINESS HOURS, LOCAL
TIME.
MALLOY

UNCLASSIFIED

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED                                           E5

UNCLASSIFIED        PTQ1083     RELEASED IN PART
                                                      B6

PAGE 01          SYDNEY   00826   01 OF 02   030839Z
ACTION SSO-00

INFO   LOG-00   MFA-00    NP-00     AGRE-00   AID-00    AMAD-00   A-00
       ACQ-00   CA-01     CCO-00    CG-00     CIAE-00   COME-00   CTME-00
       DINT-00  DODE-00   DOEE-00   DOTE-00   PERC-00   SRPP-00   DS-00
       EAP-00   EB-00     FAAE-00   FBIE-00   UTED-00   VC-00     OBO-00
       H-01     TEDE-00   INR-00    INSE-00   LAB-01    L-00      CAC-00
       VCE-00   MFLO-03   MMP-00    M-00      AC-01     DCP-01    NRCE-00
       NSAE-00  NSCE-00   OCS-03    OES-01    OMB-01    OPIC-01   OPR-01
       PA-00    PC-01     PER-00    PM-00     PRS-00    ACE-00    P-00
       SCT-00   SP-00     IRM-00    SS-00     SVC-00    TEST-00   TRSE-00
       USIE-00  USSS-00   ASDS-01   FMP-00    IIP-00    PMB-00    DSCC-00
       DRL-02   G-00      SAS-00    /019W
                          ------------------E18778   030840Z /40
O 030600Z SEP 02
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3930
INFO AMEMBASSY CANBERRA
AMEMBASSY JAKARTA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH

UNCLAS SECTION 01 OF 02 SYDNEY 000826

STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

SENSITIVE

UNCLASSIFIED

PAGE 02          SYDNEY   00826   01 OF 02   030839Z
E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP TOWNSVILLE, QUEENSLAND, AUSTRALIA -
AMERICAN VICTIMS OF INDONESIA ATTACK EXPECTED TO MAKE
FULL RECOVERY.

REF:  JAKARTA 3927

1.  SENSITIVE BUT UNCLASSIFIED - ENTIRE TEXT.

2.  SUMMARY.  THE SEVEN AMERICAN SURVIVORS OF THE ATTACK
IN THE INDONESIAN PROVINCE OF WEST PAPUA ARE RECOVERING
AT A HOSPITAL IN TOWNSVILE, QUEENSLAND, AUSTRALIA.
REPRESENTATIVES OF THEIR MINING COMPANY EMPLOYER ARE ON

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513          UNCLASSIFIED

UNCLASSIFIED

THE SCENE AND PROVIDING CONSIDERABLE SUPPORT.  THE
INJURIES OF THE VICTIMS VARY, BUT DOCTORS EXPECT ALL THE
VICTIMS TO MAKE A FULL RECOVERY.  END SUMMARY.

3.  AS REPORTED REFTEL, ON AUGUST 31, AN AMBUSH IN THE
INDONESIAN PROVINCE OF PAPUA RESULTED IN THE DEATHS OF
THREE PEOPLE, INCLUDING TWO AMERICANS.  SEVEN SURVIVORS
WITH THE MOST SERIOUS INJURIES WERE FLOWN TO TOWNSVILLE
IN NORTHERN AUSTRALIA IN THE EARLY MORNING HOURS OF
SEPTEMBER 1.  ALL THE AMERICAN ADULT VICTIMS WERE
TEACHERS EMPLOYED BY FREEPORT MCMORAN COPPER AND GOLD
INC.  THEIR JOB WAS TO TEACH THE CHILDDREN OF THE EXPATS
WORKING AT THE COMPANY'S MINING OPERATION NEAR THE TOWN
OF TIMIKA.

4. CONOFF ARRIVED IN TOWNSVILLE ON THE MORNING OF
SEPTEMBER 2.  AT TOWNSVILLE HOSPITAL (TEL: 61-7-4796-

UNCLASSIFIED

PAGE 03        SYDNEY  00826  01 OF 02  030839Z
1111), FAX 61-7-4796-2901) CONOFF SPOKE WITH GEOFFREY
HOCKING, A REPRESENTATIVE OF THE FREEPORT COMPANY.  MR.
HOCKING STATED THAT THE VICTIMS' PASSPORTS WERE STILL
WITH AUSTRALIAN IMMIRATION, BUT THAT ALL PASSPORTS WERE
VALID AND WOULD BE RETURNED SOON.  MR. HOCKING INDICATED
THAT THE STATESIDE RELATIVES OF ALL THE VICTIMS HAD BEEN
NOTIFIED.

5.  THE PATIENTS ARE SPREAD AROUND IN DIFFERENT WARDS OF
THE HOSPITAL.  EACH WARD IS GUARDED BY OFFICERS OF THE
TOWNSVILLE POLICE DEPARTMENT OR HOSPITAL SECURITY.
CONOFF NOTICED OTHER POLICE IN THE HOSPITAL HALLWAYS.
THE POLICE REPRESENTATIVE STATED THAT NO REPEAT NO
THREATS HAD BEEN MADE AGAINST THE VICTIMS.  HOWEVER,
THEY WERE TAKING NO CHANCES.  AS OF SEPTEMBER 3,
HOSPITAL SECURITY OFFICERS HAVE TAKEN OVER
RESPONSIBILITY FOR GUARDING THE PATIENTS FROM THE
POLICE.

6.  THE POLICE REPORTED THAT MEMBERS OF THE MEDIA HAD
BEEN CALLING THE HOSPITAL PRETENDING TO BE RELATIVES OF
THE VICTIMS, TRYING TO INTERVIEW THEM.  THEY HAD FOUND A
FEW TRYING TO GET TO THE WARDS.  MR. HOCKING AND THE
FREEPORT REPRESENTATIVES ALSO COMPLAINED ABOUT THIS.
CONOFF WITNESSED MR. HOCKING'S PRESS CONFERENCE ON THE
AFTERNOON OF SEPTEMBER 2 AND COUNTED 22 MEMBERS OF THE
MEDIA.  IN THEIR DESIRE TO KEEP A LID ON INFORMATION THE
HOSPITAL AND FREEPORT DID NOT ALLOW THE PATIENTS TO USE
THE TELPEHONE FOR THE FIRST DAY AND A HALF.  THIS WAS
THE GREATEST SOURCE OF COMPLAINT WHEN CONOFF FINALLY

UNCLASSIFIED

UNCLASSIFIED

SPOKE WITH THE VICTIMS, BUT THOSE RESTRICTIONS WERE
UNCLASSIFIED

PAGE 04      SYDNEY  00826  01 OF 02  030839Z
REMOVED BY THE EVENING OF SEPTEMBER 2.

7.  CONOFF WAS UNABLE TO FIND A DOCTOR TO DISCUSS EACH
PATIENT'S CONDITION.  HOWEVER, THE NURSES AND THE
PATIENTS THEMSELVES WERE ABLE TO PROVIDE THE FOLLOWING:

A.  KENNETH MICHAEL BALK

B. ANDRA HOPKINS

B6

UNCLASSIFIED

PAGE 05      SYDNEY  00826  01 OF 02  030839Z
NOTE: MISSING SBU PARAGRAPH MARKING.

UNCLASSIFIED

UNCLASSIFIED      PTQ3884

PAGE 01      SYDNEY  00826  01 OF 02  040019Z
ACTION SSO-00

| INFO | LOG-00 | COR-01 | MFA-00 | NP-00 | AGRE-00 | AID-00 | AMAD-00 |
|------|--------|--------|--------|-------|---------|--------|---------|
|      | A-00   | ACQ-00 | CA-01  | CCO-00 | CG-00  | CIAE-00 | COME-00 |
|      | CTME-00 | DINT-00 | DODE-00 | DOEE-00 | DOTE-00 | PERC-00 | SRPP-00 |
|      | DS-00  | EAP-00 | EB-00  | FAAE-00 | FBIE-00 | UTED-00 | VC-00 |

UNCLASSIFIED

UNCLASSIFIED

| OBO-00 | H-01 | TEDE-00 | INR-00 | INSE-00 | LAB-01 | L-00 |
|--------|------|---------|--------|---------|--------|------|
| CAC-00 | VCE-00 | MFLO-03 | MMP-00 | M-00 | AC-01 | DCP-01 |
| NRCE-00 | NSAE-00 | NSCE-00 | OCS-03 | OES-01 | OMB-01 | OPIC-01 |
| OPR-01 | PA-00 | PC-01 | PER-00 | PM-00 | PRS-00 | ACE-00 |
| P-00 | SCT-00 | SP-00 | IRM-00 | SS-00 | TEST-00 | TRSE-00 |
| USIE-00 | USSS-00 | ASDS-01 | FMP-00 | R-00 | IIP-00 | PMB-00 |
| DSCC-00 | DRL-02 | G-00 | SAS-00 | /020W | | |

------------------E20347  040051Z /38

O 030600Z SEP 02 ZDS
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3930
INFO AMEMBASSY CANBERRA
AMEMBASSY JAKARTA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH


UNCLAS SECTION 01 OF 02 SYDNEY 000826


SENSITIVE

C O R R E C T E D COPY PORTION PARAS MARKING

                    UNCLASSIFIED


PAGE 02      SYDNEY  00826  01 OF 02  040019Z
STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP TOWNSVILLE, QUEENSLAND, AUSTRALIA -
AMERICAN VICTIMS OF INDONESIA ATTACK EXPECTED TO MAKE
FULL RECOVERY.

REF:  JAKARTA 3927

1. (U) SENSITIVE BUT UNCLASSIFIED - ENTIRE TEXT.

2. (SBU) SUMMARY.  THE SEVEN AMERICAN SURVIVORS OF THE ATTACK
IN THE INDONESIAN PROVINCE OF WEST PAPUA ARE RECOVERING
AT A HOSPITAL IN TOWNSVILE, QUEENSLAND, AUSTRALIA.
REPRESENTATIVES OF THEIR MINING COMPANY EMPLOYER ARE ON
THE SCENE AND PROVIDING CONSIDERABLE SUPPORT.  THE
INJURIES OF THE VICTIMS VARY, BUT DOCTORS EXPECT ALL THE

SERVICE/ERROR MESSAGE
VICTIMS TO MAKE A FULL RECOVERY.  END SUMMARY.

3. (SBU) AS REPORTED REFTEL, ON AUGUST 31, AN AMBUSH IN THE
INDONESIAN PROVINCE OF PAPUA RESULTED IN THE DEATHS OF

UNCLASSIFIED

UNCLASSIFIED

THREE PEOPLE, INCLUDING TWO AMERICANS.  SEVEN SURVIVORS
WITH THE MOST SERIOUS INJURIES WERE FLOWN TO TOWNSVILLE
IN NORTHERN AUSTRALIA IN THE EARLY MORNING HOURS OF
SEPTEMBER 1.  ALL THE AMERICAN ADULT VICTIMS WERE
UNCLASSIFIED

PAGE 03          SYDNEY  00826  01 OF 02  040019Z
TEACHERS EMPLOYED BY FREEPORT MCMORAN COPPER AND GOLD
INC.  THEIR JOB WAS TO TEACH THE CHILDDREN OF THE EXPATS
WORKING AT THE COMPANY'S MINING OPERATION NEAR THE TOWN
OF TIMIKA.

4. (SBU) CONOFF ARRIVED IN TOWNSVILLE ON THE MORNING OF
SEPTEMBER 2.  AT TOWNSVILLE HOSPITAL (TEL: 61-7-4796-
1111), FAX 61-7-4796-2901) CONOFF SPOKE WITH GEOFFREY
HOCKING, A REPRESENTATIVE OF THE FREEPORT COMPANY.  MR.
HOCKING STATED THAT THE VICTIMS' PASSPORTS WERE STILL
WITH AUSTRALIAN IMMIRATION, BUT THAT ALL PASSPORTS WERE
VALID AND WOULD BE RETURNED SOON.  MR. HOCKING INDICATED
THAT THE STATESIDE RELATIVES OF ALL THE VICTIMS HAD BEEN
NOTIFIED.

5. (SBU) THE PATIENTS ARE SPREAD AROUND IN DIFFERENT WARDS OF
THE HOSPITAL.  EACH WARD IS GUARDED BY OFFICERS OF THE
TOWNSVILLE POLICE DEPARTMENT OR HOSPITAL SECURITY.
CONOFF NOTICED OTHER POLICE IN THE HOSPITAL HALLWAYS.
THE POLICE REPRESENTATIVE STATED THAT NO REPEAT NO
THREATS HAD BEEN MADE AGAINST THE VICTIMS.  HOWEVER,
THEY WERE TAKING NO CHANCES.  AS OF SEPTEMBER 3,
HOSPITAL SECURITY OFFICERS HAVE TAKEN OVER
RESPONSIBILITY FOR GUARDING THE PATIENTS FROM THE
POLICE.

6. (SBU) THE POLICE REPORTED THAT MEMBERS OF THE MEDIA HAD
BEEN CALLING THE HOSPITAL PRETENDING TO BE RELATIVES OF
THE VICTIMS, TRYING TO INTERVIEW THEM.  THEY HAD FOUND A
FEW TRYING TO GET TO THE WARDS.  MR. HOCKING AND THE
FREEPORT REPRESENTATIVES ALSO COMPLAINED ABOUT THIS.
UNCLASSIFIED

PAGE 04          SYDNEY  00826  01 OF 02  040019Z
CONOFF WITNESSED MR. HOCKING'S PRESS CONFERENCE ON THE
AFTERNOON OF SEPTEMBER 2 AND COUNTED 22 MEMBERS OF THE
MEDIA.  IN THEIR DESIRE TO KEEP A LID ON INFORMATION THE
HOSPITAL AND FREEPORT DID NOT ALLOW THE PATIENTS TO USE
THE TELPEHONE FOR THE FIRST DAY AND A HALF.  THIS WAS
THE GREATEST SOURCE OF COMPLAINT WHEN CONOFF FINALLY
SPOKE WITH THE VICTIMS, BUT THOSE RESTRICTIONS WERE
REMOVED BY THE EVENING OF SEPTEMBER 2.

UNCLASSIFIED

UNCLASSIFIED

7.  (SBU) CONOFF WAS UNABLE TO FIND A DOCTOR TO DISCUSS EACH
PATIENT'S CONDITION.  HOWEVER, THE NURSES AND THE
PATIENTS THEMSELVES WERE ABLE TO PROVIDE THE FOLLOWING:

A.  KENNETH MICHAEL BALK

B6

B.  SANDRA HOPKINS

UNCLASSIFIED

UNCLASSIFIED      PTQ3885

PAGE 01          SYDNEY   00826   02 OF 02   040020Z
ACTION SSO-00

INFO   LOG-00    COR-01   MFA-00   NP-00    AGRE-00   AID-00    AMAD-00
       A-00      ACQ-00   CA-01    CCO-00   CG-00     CIAE-00   COME-00
       CTME-00   DINT-00  DODE-00  DOEE-00  DOTE-00   PERC-00   SRPP-00
       DS-00     EAP-00   EB-00    FAAE-00  FBIE-00   UTED-00   VC-00
       OBO-00    H-01     TEDE-00  INR-00   INSE-00   LAB-01    L-00
       CAC-00    VCE-00   MFLO-03  MMP-00   M-00      AC-01     DCP-01
       NRCE-00   NSAE-00  NSCE-00  OCS-03   OES-01    OMB-01    OPIC-01
       OPR-01    PA-00    PC-01    PER-00   PM-00     PRS-00    ACE-00
       P-00      SCT-00   SP-00    IRM-00   SS-00     TEST-00   TRSE-00
       USIE-00   USSS-00  ASDS-01  FMP-00   R-00      IIP-00    PMB-00
       DSCC-00   DRL-02   G-00     SAS-00      /020W
                 ------------------E20380   040055Z /38

UNCLASSIFIED

UNCLASSIFIED

```
O 030600Z SEP 02 ZDS
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3931
INFO AMEMBASSY CANBERRA
AMEMBASSY JAKARTA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH


UNCLAS SECTION 02 OF 02 SYDNEY 000826

SENSITIVE

C O R R E C T E D COPY FOR PORTION PARAS MARKING

              UNCLASSIFIED

PAGE 02        SYDNEY  00826  02 OF 02   040020Z
STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP TOWNSVILLE, QUEENSLAND, AUSTRALIA -
AMERICAN VICTIMS OF INDONESIA ATTACK EXPECTED TO MAKE
FULL RECOVERY.
```

B6

C. TAIA LOUISE HOPKINS

D. PATRICIA LYNN SPIERS

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

B6

E. LYNN POSTON

F. FRANCINE LEE GOODFRIEND

G. STEVEN FRANCIS EMMA

UNCLASSIFIED

PAGE 04        SYDNEY   00826   02 OF 02   040020Z

8. (SBU) CONCLUSION - CONOFF'S IMPRESSION OF THE LEVEL OF CARE
FOR ALL VICTIMS IS VERY FAVORABLE.  THE MEDICAL CARE
SEEMS FIRST-RATE; EVEN THE HOSPITAL IS NEWLY
CONSTRUCTED.  FREEPORT REPRESENTATIVES, AS WELL AS
REPRESENTATIVES FROM SOS INTERNATIONAL FROM SYDNEY, ARE
ON THE GROUND FOR COUNSEL AND SUPPORT.  CONOFF INFORMED
EACH VICTIM OF THE CONSULATE GENERAL'S WILLINGNESS TO
FILL IN THE BLANKS OF THEIR SUPPORT NETWORK.  CONOFF
REMAINS UNKNOWN BY THE PRESS, ALTHOUGH MR. HOCKING
RELATED THE FACT THAT THE PRESS IS TRYING TO IDENTIFY
CONOFF.  CONOFF WLL CONTINUE TO MONITOR THE VICTIMS
CONDITIONS AND STRIVE TO MAINTAIN ANONYMITY.
MALLOY

UNCLASSIFIED

UNCLASSIFIED

2.  SUMMARY.  THE SEVEN AMERICAN SURVIVORS OF THE ATTACK
IN THE INDONESIAN PROVINCE OF WEST PAPUA ARE RECOVERING
AT A HOSPITAL IN TOWNSVILE, QUEENSLAND, AUSTRALIA.
REPRESENTATIVES OF THEIR MINING COMPANY EMPLOYER ARE ON
THE SCENE AND PROVIDING CONSIDERABLE SUPPORT.  THE
INJURIES OF THE VICTIMS VARY, BUT DOCTORS EXPECT ALL THE
VICTIMS TO MAKE A FULL RECOVERY.  END SUMMARY.

3.  AS REPORTED REFTEL, ON AUGUST 31, AN AMBUSH IN THE
INDONESIAN PROVINCE OF PAPUA RESULTED IN THE DEATHS OF
THREE PEOPLE, INCLUDING TWO AMERICANS.  SEVEN SURVIVORS
WITH THE MOST SERIOUS INJURIES WERE FLOWN TO TOWNSVILLE
IN NORTHERN AUSTRALIA IN THE EARLY MORNING HOURS OF
SEPTEMBER 1.  ALL THE AMERICAN ADULT VICTIMS WERE
TEACHERS EMPLOYED BY FREEPORT MCMORAN COPPER AND GOLD
INC.  THEIR JOB WAS TO TEACH THE CHILDDREN OF THE EXPATS
WORKING AT THE COMPANY'S MINING OPERATION NEAR THE TOWN
OF TIMIKA.

4.  CONOFF ARRIVED IN TOWNSVILLE ON THE MORNING OF
SEPTEMBER 2.  AT TOWNSVILLE HOSPITAL (TEL: 61-7-4796-
UNCLASSIFIED

PAGE 03        SYDNEY  00826  01 OF 02  030828Z
1111), FAX 61-7-4796-2901) CONOFF SPOKE WITH GEOFFREY
HOCKING, A REPRESENTATIVE OF THE FREEPORT COMPANY.  MR.
HOCKING STATED THAT THE VICTIMS' PASSPORTS WERE STILL
WITH AUSTRALIAN IMMIRATION, BUT THAT ALL PASSPORTS WERE
VALID AND WOULD BE RETURNED SOON.  MR. HOCKING INDICATED
THAT THE STATESIDE RELATIVES OF ALL THE VICTIMS HAD BEEN
NOTIFIED.

5.  THE PATIENTS ARE SPREAD AROUND IN DIFFERENT WARDS OF
THE HOSPITAL.  EACH WARD IS GUARDED BY OFFICERS OF THE
TOWNSVILLE POLICE DEPARTMENT OR HOSPITAL SECURITY.
CONOFF NOTICED OTHER POLICE IN THE HOSPITAL HALLWAYS.
THE POLICE REPRESENTATIVE STATED THAT NO REPEAT NO
THREATS HAD BEEN MADE AGAINST THE VICTIMS.  HOWEVER,
THEY WERE TAKING NO CHANCES.  AS OF SEPTEMBER 3,
HOSPITAL SECURITY OFFICERS HAVE TAKEN OVER
RESPONSIBILITY FOR GUARDING THE PATIENTS FROM THE
POLICE.

6.  THE POLICE REPORTED THAT MEMBERS OF THE MEDIA HAD
BEEN CALLING THE HOSPITAL PRETENDING TO BE RELATIVES OF
THE VICTIMS, TRYING TO INTERVIEW THEM.  THEY HAD FOUND A
FEW TRYING TO GET TO THE WARDS.  MR. HOCKING AND THE
FREEPORT REPRESENTATIVES ALSO COMPLAINED ABOUT THIS.
CONOFF WITNESSED MR. HOCKING'S PRESS CONFERENCE ON THE

UNCLASSIFIED

UNCLASSIFIED

AFTERNOON OF SEPTEMBER 2 AND COUNTED 22 MEMBERS OF THE
MEDIA.   IN THEIR DESIRE TO KEEP A LID ON INFORMATION THE
HOSPITAL AND FREEPORT DID NOT ALLOW THE PATIENTS TO USE
THE TELPEHONE FOR THE FIRST DAY AND A HALF.   THIS WAS
THE GREATEST SOURCE OF COMPLAINT WHEN CONOFF FINALLY
SPOKE WITH THE VICTIMS, BUT THOSE RESTRICTIONS WERE
                    UNCLASSIFIED

PAGE 04      SYDNEY  00826  01 OF 02   030828Z
REMOVED BY THE EVENING OF SEPTEMBER 2.

7.   CONOFF WAS UNABLE TO FIND A DOCTOR TO DISCUSS EACH
PATIENT'S CONDITION.   HOWEVER, THE NURSES AND THE
PATIENTS THEMSELVES WERE ABLE TO PROVIDE THE FOLLOWING:

A.   KENNETH MICHAEL BALK                                    B6

                                                            B6

B. ANDRA HOPKINS                                            B6

                                                            B6

                    UNCLASSIFIED

PAGE 05          SYDNEY  00826  01 OF 02   030828Z

                    UNCLASSIFIED

                    UNCLASSIFIED      PTQ0732

PAGE 01          SYDNEY  00826  02 OF 02   030526Z
ACTION SSO-00

UNCLASSIFIED

UNCLASSIFIED

```
INFO , LOG-00   MFA-00    NP-00     AGRE-00   AID-00   AMAD-00   A-00
       ACQ-00   CA-01     CCO-00    CG-00     CIAE-00  COME-00   CTME-00
       DINT-00  DODE-00   DOEE-00   DOTE-00   PERC-00  SRPP-00   DS-00
       MEDE-00  EAP-00    EB-00     FAAE-00   FBIE-00  UTED-00   VC-00
       OBO-00   H-01      TEDE-00   INR-00    INSE-00  LAB-01    L-00
       CAC-00   VCE-00    MFLO-03   MMP-00    M-00     AC-01     DCP-01
       NRCE-00  NSAE-00   NSCE-00   OCS-03    OES-01   OMB-01    OPIC-01
       OPR-01   PA-00     PC-01     PER-00    PM-00    PRS-00    ACE-00
       P-00     SCT-00    SP-00     IRM-00    SS-00    TEST-00   TRSE-00
       USIE-00  USSS-00   ASDS-01   FMP-00    IIP-00   PMB-00    DSCC-00
       DRL-02   G-00      SAS-00    /019W
                ------------------E1726F   030526Z /38
```

O 030600Z SEP 02
FM AMCONSUL SYDNEY
TO SECSTATE WASHDC IMMEDIATE 3931
INFO AMEMBASSY CANBERRA
AMEMBASSY JAKARTA
AMEMBASSY PORT MORESBY
AMCONSUL MELBOURNE
AMCONSUL PERTH

UNCLAS SECTION 02 OF 02 SYDNEY 000826

STATE FOR CA/OCS/ACS/EAP AND EAP/ANP

SENSITIVE

UNCLASSIFIED

PAGE 02        SYDNEY  00826  02 OF 02  030526Z
E.O. 12958: N/A
TAGS: CASC, PTER, ASEC, KSAC, EMIN, PGOV, PINR, PINS
SUBJECT: SITREP TOWNSVILLE, QUEENSLAND, AUSTRALIA -
AMERICAN VICTIMS OF INDONESIA ATTACK EXPECTED TO MAKE
FULL RECOVERY.

C. TAIA LOUISE HOPKINS

UNCLASSIFIED

B6

D. PATRICIA LYNN SPIERS

B6

B6

UNCLASSIFIED

PAGE 03        SYDNEY  00826  02 OF 02  030526Z

B6

E. LYNN POSTON

B6

B6

F. FRANCINE LEE GOODFRIEND

B6

B6

G. STEVEN FRANCIS EMMA

B6

B6

8. CONCLUSION - CONOFF'S IMPRESSION OF THE LEVEL OF CARE
                    UNCLASSIFIED

PAGE 04        SYDNEY  00826  02 OF 02  030526Z
FOR ALL VICTIMS IS VERY FAVORABLE.  THE MEDICAL CARE
SEEMS FIRST-RATE; EVEN THE HOSPITAL IS NEWLY

UNCLASSIFIED

UNCLASSIFIED

CONSTRUCTED.  FREEPORT REPRESENTATIVES, AS WELL AS
REPRESENTATIVES FROM SOS INTERNATIONAL FROM SYDNEY, ARE
ON THE GROUND FOR COUNSEL AND SUPPORT.  CONOFF INFORMED
EACH VICTIM OF THE CONSULATE GENERAL'S WILLINGNESS TO
FILL IN THE BLANKS OF THEIR SUPPORT NETWORK.  CONOFF
REMAINS UNKNOWN BY THE PRESS, ALTHOUGH MR. HOCKING
RELATED THE FACT THAT THE PRESS IS TRYING TO IDENTIFY
CONOFF.  CONOFF WLL CONTINUE TO MONITOR THE VICTIMS
CONDITIONS AND STRIVE TO MAINTAIN ANONYMITY.
MALLOY

UNCLASSIFIED

<< END OF DOCUMENT >>

UNCLASSIFIED        RELEASED IN PART        E21
                    B1, 1.4(B), 1.4(D), B7(A), B7(E)

CONFIDENTIAL        PTQ0058

PAGE 01        JAKART  08326  01 OF 02  271002Z
ACTION SCT-00

INFO  LOG-00   MFA-00   NP-00    AID-00   A-00    ACQ-00   CCO-00
      CG-00    CIAE-00  COME-00  CTME-00  DOEE-00 DOTE-00  SRPP-00
      DS-00    EAP-00   EB-00    FAAE-00  VC-00   H-01     TEDE-00
      INR-00   INSE-00  LAB-01   L-00     CAC-00  VCE-00   M-00
      AC-01    NRCE-00  NSAE-00  OCS-03   OMB-01  DHS-00   OPIC-01
      PA-00    PM-00    PRS-00   ACE-00   P-00    SP-00    IRM-00
      SSO-00   SS-00    TRSE-00  T-00     USIE-00 USSS-00  ASDS-00
      PMB-00   DSCC-00  PRM-00   DRL-02   G-00    NFAT-00  SAS-00
      SWCI-00  /010W
                ------------------1D32D3  271003Z /38
O 270857Z DEC 02
FM AMEMBASSY JAKARTA
TO AMEMBASSY SINGAPORE IMMEDIATE
FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4699
INFO ASEAN COLLECTIVE IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE
AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE

C O N F I D E N T I A L SECTION 01 OF 02 JAKARTA 008326

DEPT FOR EAP/IET

CONFIDENTIAL

PAGE 02        JAKART  08326  01 OF 02  271002Z
SINGAPORE FOR LEGATT

E.O. 12958: DECL: 12/27/2012
TAGS: PREL, PTER, MARR, ASEC, KJUS, ID
SUBJECT: [                    ] FREEPORT ATTACK

REF: JAKARTA 8190 (TNI SUPPORTS JOINT INVESTIGATION)
     AND PREVIOUS

 CLASSIFIED BY POLITICAL OFFICER ELAINE SAMSON, REASON 1.5 B,
D.

SUMMARY
-------

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

SPEED IS OF THE ESSENCE. -- FBI OR NOT

ON DECEMBER
23, SECURITY COORDINATING MINISTER BAMBANG YUDHOYONO PUBLICLY
ANNOUNCED GOI APPROVAL OF FBI INVOLVEMENT IN THE FREEPORT
INVESTIGATION, SAYING THE U.S. HAD A RIGHT TO SEEK
INFORMATION ABOUT THE ATTACK BECAUSE TWO U.S. CITIZENS WERE
KILLED.  YUDHOYONO SPECIFIED, HOWEVER, THAT THE GOI WOULD
ALLOW FBI PARTICIPATION ONLY AS PART OF A TEAM LEAD BY
INDONESIAN POLICE, "BUT WE MUST FIRST DRAW UP A FRAMEWORK OF
COLLABORATION TO AVOID ANY EXCESSES, SUCH AS THE TAKING OVER
OF OUR POLICE'S FUNCTIONS THERE."

B7(A)

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL

·B7(A)

PAGE 04        JAKART   08326   01 OF 02   271002Z

B1, B7(A), B7(E)

4.   (C) AFTER A DECEMBER 24 MEETING HELD BY YUDHOYONO TO
COORDINATE THE JOINT INVESTIGATION, POLICE CHIEF DA'I BACTIAR
TOLD THE PRESS THAT THE POSSIBILITY OF FBI PARTICIPATION
GREATLY DEPENDED ON THE RESULTS OF THE ONGOING PROBE.   "IF
THE INVESTIGATION IS ALREADY COMPLETED, THEN MAYBE WE'LL JUST
INFORM THE FBI."

B1, B7(A

CONFIDENTIAL

CONFIDENTIAL        PTQ0059

PAGE 01        JAKART   08326   02 OF 02   271003Z
ACTION SCT-00

INFO   LOG-00·   MFA-00    NP-00     AID-00    A-00     ACQ-00    CCO-00
       CG-00    CIAE-00   COME-00   CTME-00   DOEE-00   DOTE-00   SRPP-00
       DS-00    EAP-00    EB-00     FAAE-00   VC-00     H-01      TEDE-00
       INR-00   INSE-00   LAB-01    L-00      CAC-00    VCE-00    M-00
       AC-01    NRCE-00   NSAE-00   OCS-03    OMB-01    DHS-00    OPIC-01
       PA-00    PM-00     PRS-00    ACE-00    P-00      SP-00     IRM-00
       SSO-00   SS-00     TRSE-00   T-00      USIE-00   USSS-00   ASDS-00
       PMB-00   DSCC-00   PRM-00    DRL-02    G-00      NFAT-00   SAS-00
       SWCI-00  /010W
                --------------------1D32DA   271003Z /38
O 270857Z DEC 02
FM AMEMBASSY JAKARTA

UNCLASSIFIED

UNCLASSIFIED

```
TO AMEMBASSY SINGAPORE IMMEDIATE
FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4700
INFO ASEAN COLLECTIVE IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE
AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
```

C O N F I D E N T I A L SECTION 02 OF 02 JAKARTA 008326

DEPT FOR EAP/IET

CONFIDENTIAL

PAGE 02        JAKART   08326   02 OF 02   271003Z
SINGAPORE FOR LEGATT

E.O. 12958: DECL: 12/27/2012
TAGS: PREL, PTER, MARR, ASEC, KJUS, ID
SUBJECT: [          ] FREEPORT ATTACK

B1, B7(A

POLICE STILL POINTING TO TNI
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

6.   (U) THE DECEMBER 26 ISSUE OF INVESTIGATIVE NEWSPAPER
KORAN TEMPO QUOTED PAPUA DEPUTY POLICE CHIEF RAZIMAN TARIGAN
AS SAYING THAT ARMY STRATEGIC RESERVE (KOSTRAD) TROOPS TASKED
                    CONFIDENTIAL

UNCLASSIFIED

UNCLASSIFIED

PAGE 03        JAKART  08326  02 OF 02  271003Z
WITH PROVIDING SECURITY TO PT FREEPORT INDONESIA CARRIED OUT
THE ATTACK.  "WE KNOW IT.  ONLY THE MILITARY AND FREEPORT
EMPLOYEES PASS THROUGH THAT AREA."  TARIGAN LATER SAID HE WAS
MISQUOTED, BUT HE STILL ASSERTED THAT THE WEAPONS USED IN THE
AMBUSH WERE STANDARD ISSUE FOR THE INDONESIAN MILITARY.
(NOTE:  PREVIOUS POLICE STATEMENTS POINTED TO ARMY SPECIAL
FORCES (KOPASSUS) INVOLVEMENT.  A THEORY THAT KOSTRAD
SOLDIERS DISSATISFIED WITH THEIR REMUNERATION CARRIED OUT THE
ATTACK IS ONE OF SEVERAL OTHER SCENARIOS.  END NOTE.)

7.  (U) ARMY CHIEF GENERAL RYAMIZARD RYACUDU COMMENTED
PUBLICLY AND TESTILY DECEMBER 26 THAT OTHER NATIONS SHOULD
LET THE INDONESIAN GOVERNMENT HANDLE INTERNAL DOMESTIC
MATTERS, INCLUDING THE INVESTIGATION OF THE TIMIKA CASE.  "WE
NEVER INVESTIGATE ABROAD, SO WHATEVER IS INTERNAL IS TO BE
HANDLED BY US."  RYACUDU ALSO INDICATED THE ARMY'S PREFERENCE
TO KEEP THE FBI AT ARM'S LENGTH, SAYING, "IF THE US
INVESTIGATIVE TEAM JUST WANTS TO OBSERVE FROM CLOSE BY, FINE,
PROVIDED THAT IT IS THE POLICE AND TNI WHO DO THE WORK."

8.  (U) IN OTHER PUBLIC COMMENTS, PAPUA REGIONAL MILITARY
COMMANDER GENERAL MAHIDIN SIMBOLON REITERATED HIS COMPETING
THEORY THAT HE HAD STRONG SUSPICIONS THAT THE PERPETRATORS
WERE CONNECTED WITH ELEMENTS INSIDE FREEPORT AS A RESULT OF
AN INTERNAL COMPANY DISPUTE.  MILITARY POLICE COMMANDER BG
SULAIMAN ALSO REPEATED DECEMBER 24 THAT THERE IS NO PROOF YET
OF TNI INVOLVEMENT.  SULAIMAN STRESSED THE DIFFICULTY OF THE
INVESTIGATION BECAUSE THE ATTACK SITE IS SO REMOTE, THE
ATTACK TOOK PLACE SO QUICKLY, AND MUCH OF THE EVIDENCE WAS
ALREADY LOST.  BECAUSE OF THESE DIFFICULTIES, THE MILITARY
POLICE HAVE NOT BEEN ABLE TO REACH ANY CONCLUSIONS FROM ITS
                    CONFIDENTIAL

PAGE 04        JAKART  08326  02 OF 02  271003Z
FIELD INVESTIGATION.

COMMENT
-------

]

UNCLASSIFIED

UNCLASSIFIED

TRUHN

CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED                                                **E22**

CONFIDENTIAL        PTQ1338       RELEASED IN PART
                                                B1, 1.4(B), 1.4(D), B2
PAGE 01        JAKART  00011  01 OF 03  021106Z
ACTION EAP-00

INFO  LOG-00    MFA-00    NP-00    ACQ-00    CIAE-00   PERC-00   DS-00
      VC-00     TEDE-00   INR-00   IO-00     L-00      VCE-00    NSAE-00
      PM-00     SCT-00    IRM-00   SSO-00    SS-00     ASDS-00   PMB-00
      DSCC-00   PRM-00    DRL-02   NFAT-00   SAS-00    SWCI-00   /002W
                    ------------------1F2752  021106Z /38
O 021000Z JAN 03
FM AMEMBASSY JAKARTA
TO AMEMBASSY SINGAPORE IMMEDIATE
FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4753
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
NSC WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

C O N F I D E N T I A L SECTION 01 OF 03 JAKARTA 000011

DEPT FOR EAP/IET
SINGAPORE FOR LEGATT

E.O. 12958: DECL: 01/02/2013
TAGS: PTER, PREL, ASEC, KJUS, MARR, ID
SUBJECT: GOI SUPPORTS FBI PARTICPATION IN FREEPORT
                    CONFIDENTIAL

PAGE 02        JAKART  00011  01 OF 03  021106Z
INVESTIGATION; WELCOMES JANUARY 15 VISIT

REF: A. 02 JAKARTA 8326 (GOI RUSHES CONCLUSIONS ON
        FREEPORT ATTACK)
     B. 02 JAKARTA 8190 (TNI SUPPORTS JOINT INVESTIGATION)

POLITICAL COUNSELOR BRIAN NICHOLS CLASSIFIED THIS MESSAGE FOR
REASON 1.5 B.

1.  (C) SUMMARY.  DEPUTY SECURITY MINISTER FOR FOREIGN
AFFAIRS AMIN RIANOM TOLD THE CHARGE THAT THE GOI WELCOMED FBI
PARTICIPATION IN THE JOINT POLICE/MILITARY PROBE OF THE
AUGUST 2002 FREEPORT MURDERS AND LOOKED FORWARD TO THE FBI
TEAM'S ARRIVAL ON JANUARY 15.  THE CHARGE EMPHASIZED THE

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513        UNCLASSIFIED

UNCLASSIFIED

IMPORTANCE OF A TRANSPARENT, CREDIBLE INVESTIGATION. RIANOM
CLEARLY UNDERSTOOD AND SAID SECURITY MINISTER YUDHOYONO HOPED
TO MEET WITH THE TEAM UPON THEIR ARRIVAL AND NOTED THE TWO
COUNTRIES MUST COORDINATE CLOSELY ON THE ISSUE.

END SUMMARY.

GOI SUPPORTS FBI PARTICIPATION IN PROBE
-------------------------------------------

CONFIDENTIAL

PAGE 03        JAKART  00011  01 OF 03  021106Z
2.  (C) CHARGE MULL CALLED ON AMBASSADOR AMIN RIANOM,
POLITICAL AND SECURITY COORDINATING MINISTER SUSILO BAMBANG
YUDHOYONO'S DEPUTY FOR FOREIGN AFFAIRS JANUARY 2 TO
UNDERSCORE THE VITAL IMPORTANCE OF FBI PARTICIPATION IN THE
INDONESIAN GOVERNMENT'S JOINT POLICE/ARMED FORCES (TNI) PROBE
INTO THE AUGUST 2002 MURDERS OF AMERICAN CITIZENS RICKEY LYNN
SPIER AND TED BURGON.  CHARGE EXPLAINED THAT THE FBI WISHED
TO PARTICIPATE AND COULD HAVE AGENTS HERE TO JOIN THE
INVESTIGATIN AS SOON AS JANUARY 15.  CHARGE SAID WE
UNDERSTOOD THE SENSITIVITIES REGARDING FOREIGN PARTICIPATION
IN THE INVESTIGATION

3.  (C) AMBASSADOR RIANOM REPLIED THAT THE GOI FULLY
SUPPORTED FBI PARTICIPATION IN THE RENEWED INVESTIGATION AND
WOULD ACCOMMODATE THE FBI'S SCHEDULE BUT NEEDED TO COORDINATE
CLOSELY ON THE ISSUE TO MANAGE PUBLIC PERCEPTIONS.  HE
CONTINUED THAT YUDHOYONO WANTED TO MEET WITH THE TEAM UPON
ITS ARRIVAL IN JAKARTA.  CHARGE REITERATED THE IMPORTANCE OF
THE CASE FOR THE UNITED STATES AND THE IMPERATIVE TO BRING
THE KILLERS TO JUSTICE.  RIANOM SAID HE UNDERSTOOD AND NOTED
VISITING INDONESIAN AMBASSADOR TO THE U.S. SOEMADI
BROTODININGRAT HAD JUST BRIEFED HIM ON THE WASHINGTON
PERSPECTIVE.  RIANOM GAVE THE CHARGE A COPY OF YUDHOYONO'S
DECEMBER 27 LETTER, WHICH WE HAD NOT YET RECEIVED,
CONDITIONALLY ACCEPTING FBI PARTICIPATION (FULL TEXT PARA 9).
 IN RESPONSE TO CHARGE'S QUERY, RIANOM SAID HE WOULD PROVIDE
CONTACT INFORMATION FOR THE FBI TEAM PRIOR TO ITS JANUARY 15
ARRIVAL.

UNCLASSIFIED

UNCLASSIFIED

RESIDENTIAL SECURITY

CONFIDENTIAL

PAGE 04      JAKART  00011  01 OF 03  021106Z
------------------

B1,1

CONFIDENTIAL

CONFIDENTIAL      PTQ1339

PAGE 01      JAKART  00011  02 OF 03  021106Z
ACTION EAP-00

INFO  LOG-00   MFA-00   NP-00    ACQ-00   CIAE-00  PERC-00  DS-00
      VC-00    TEDE-00  INR-00   IO-00    L-00     VCE-00   NSAE-00
      PM-00    SCT-00   IRM-00   SSO-00   SS-00    ASDS-00  PMB-00
      DSCC-00  PRM-00   DRL-02   NFAT-00  SAS-00   SWCI-00  /002W
                ------------------1F275C  021106Z /38
O 021000Z JAN 03
FM AMEMBASSY JAKARTA
TO AMEMBASSY SINGAPORE IMMEDIATE
FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4754
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
NSC WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

UNCLASSIFIED

UNCLASSIFIED

C O N F I D E N T I A L SECTION 02 OF 03 JAKARTA 000011

DEPT FOR EAP/IET
SINGAPORE FOR LEGATT

E.O. 12958: DECL: 01/02/2013
TAGS: PTER, PREL, ASEC, KJUS, MARR, ID
SUBJECT: GOI SUPPORTS FBI PARTICPATION IN FREEPORT
                      CONFIDENTIAL

PAGE 02        JAKART  00011  02 OF 03   021106Z
INVESTIGATION; WELCOMES JANUARY 15 VISIT

UNCLASSIFIED



CONFIDENTIAL

PAGE 04         JAKART  00011  02 OF 03  021106Z

9.  (U) BEGIN TEXT OF LETTER (VERBATIM)
------------------------------------------

JAKARTA, 27 DECEMBER 2002
MR. PATRICK TRUHN
CHARGE D'AFFAIRES A.I.
EMBASSY OF THE UNITED STATES OF AMERICA
JAKARTA

DEAR MR. TRUHN,

REFERRING TO SOME REPORTS BOTH IN INTERNATIONAL AND
INDONESIAN MEDIA STATING THAT TIMIKA INCIDENT INVESTIGATION
IS DISCONTINUED, I HAVE THE HONOR TO INFORM YOU THAT IT IS
NOT REALLY TRUE.  IN FACT, THE GOVERNMENT OF INDONESIA HAS
INSTRUCTED THE INDONESIAN POLICE TO INTENSIFY AND TO SPEED-UP
THE INVESTIGATION.

IN THIS CONTEXT, THE GOVERNMENT OF INDONESIA HAS ALREADY BEEN

UNCLASSIFIED

UNCLASSIFIED

UNDERTAKING THE FOLLOWING STEPS:

CONFIDENTIAL

CONFIDENTIAL      PTQ1343

PAGE 01      JAKART   00011   03 OF 03   021107Z
ACTION EAP-00

INFO   LOG-00   MFA-00   NP-00    ACQ-00   CIAE-00   PERC-00   DS-00
       VC-00    TEDE-00  INR-00   IO-00    L-00      VCE-00    NSAE-00
       PM-00    SCT-00   IRM-00   SSO-00   SS-00     ASDS-00   PMB-00
       DSCC-00  PRM-00   DRL-02   NFAT-00  SAS-00    SWCI-00   /002W
                -------------------1F276B   021107Z /38
O 021000Z JAN 03
FM AMEMBASSY JAKARTA
TO AMEMBASSY SINGAPORE IMMEDIATE
FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4755
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
NSC WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

C O N F I D E N T I A L SECTION 03 OF 03 JAKARTA 000011

DEPT FOR EAP/IET
SINGAPORE FOR LEGATT

E.O. 12958: DECL: 01/02/2013
TAGS: PTER, PREL, ASEC, KJUS, MARR, ID
SUBJECT: GOI SUPPORTS FBI PARTICPATION IN FREEPORT
                 CONFIDENTIAL

PAGE 02      JAKART   00011   03 OF 03   021107Z
INVESTIGATION; WELCOMES JANUARY 15 VISIT

1.  SOON AFTER THE INCIDENT IN TIMIKA, PAPUA, ON 31ST AUGUST
2002, THE INDONESIAN POLICE HAS CONDUCTED THOROUGH
INVESTIGATION BOTH TO ALL WITNESSES AS WELL AS TO THOSE
PERSONS PRESUMED TO BE INVOLVED IN THE INCIDENT.

2.  AS COORDINATING MINISTER FOR POLITICAL AND SECURITY
AFFAIRS, I HAVE DISPATCHED A FACT FINDING TEAM LED BY ONE OF
MY DEPUTIES TO TIMIKA AND ITS SURROUNDING, TO FIND ADDITIONAL
INFORMATION AND OTHER RELATED FACTS ESPECIALLY ON A BROADER

UNCLASSIFIED

UNCLASSIFIED

POLITICAL AND SECURITY ASPECTS OF THE INCIDENT.  THE
INFORMATION AND OTHER RELATED FACTS COLLECTED HAD BEEN
PROCESSED AND ANALYZED AND HAD ALREADY BEEN DISCUSSED IN A
LIMITED COORDINATING MEETING AMONG THE MINISTERS UNDER MY
COORDINATION INCLUDING COMMANDER OF THE INDONESIAN ARMED
FORCES AND CHIEF OF THE NATIONAL POLICE AND DECIDED TO FORM A
JOINT INVESTIGATION TEAM CONSISTING OF POLRI AND TNI.

3.  THE COMMANDER OF THE INDONESIAN ARMED FORCES, ON HIS OWN
INITIATIVE HAD ALSO DISPATCHED ANOTHER FACT FINDING TEAM LED
BY THE COMMANDER OF THE INDONESIAN MILITARY POLICE TO TIMIKA
AND JAYAPURA.

4.  AT PRESENT, THE JOINT INVESTIGATION TEAM FORMED BY THE
GOVERNMENT HAS ALREADY BEEN CONDUCTING INTENSIVE
INVESTIGATION.  IT IS EXPECTED THAT IN THE NEAR FUTURE, THE
TEAM WILL SUCCEED TO REVEAL THE TIMIKA INCIDENT, SO THAT THE
INDONESIAN POLICE COULD PROCEED WITH THE NECESSARY LITIGATION
IN ORDER TO BRING THE PERPETRATORS TO COURT IN ACCORDANCE
CONFIDENTIAL

PAGE 03        JAKART  00011  03 OF 03  021107Z
WITH THE INDONESIAN LAW.

BASED ON THE ABOVE MENTIONED FACTS, I HOPE YOU COULD ASSIST
US IN CONVINCING THE RELEVANT OFFICIALS AND OTHER IMPORTANT
FIGURES IN THE UNITED STATES, IN ASSURING THEM THAT THE
TIMIKA INCIDENT INVESTIGATION HAS BEEN INTENSIFIED BY THE
GOVERNMENT OF INDONESIA BY DISPATCHING A JOINT INVESTIGATION
TEAM CONSISTING OF POLRI - TNI, WHO ARE AT PRESENT CONDUCTING
THOROUGH AND INTENSIVE INVESTIGATION IN TIMIKA, PAPUA.  THE
GOVERNMENT OF INDONESIA HAS ALREADY INSTRUCTED THEM TO
SPEED-UP THE INVESTIGATION.

AS REGARD TO THE OFFER BY THE US FEDERAL BUREAU OF
INVESTIGATION (FBI) TO TAKE PART IN INVESTIGATION BY THE
JOINT INVESTIGATION TEAM, THE GOVERNMENT OF INDONESIA AGREES
AND APPRECIATES THE OFFER.  NEVERTHELESS, IN ORDER TO AVOID
UNNECESSARY PUBLIC MISCONCEPTION AND MISUNDERSTANDING, WE
NEED TO CLOSELY COORDINATE AND DISCUSS THE TERMS OF REFERENCE
AND OTHER TECHNICALITIES.

THE RESULT OF THE JOINT INVESTIGATION TEAM WILL BE ANNOUNCED
BY THE GOVERNMENT OF INDONESIA IN DUE COURSE AFTER THE TEAM
HAS COMPLETED ITS INVESTIGATION.

PLEASE ACCEPT, SIR, THE ASSURANCE OF MY HIGHEST CONSIDERATION.

COORDINATING MINISTER
FOR POLITICAL AND SECURITY AFFAIRS

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL

PAGE 04          JAKART  00011  03 OF 03  021107Z
SUSILO BAMBANG YUDHOYONO, MA

CC:  AMBASSADOR SOEMADI D.M. BROTODININGRAT
     EMBASSY OF INDONESIA
     WASHINGTON DC, USA

MULL

                    CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED                                              **E24**

CONFIDENTIAL        PTQ8343    RELEASED IN PART
                                              B1, 1.4(B), 1.4(D)

PAGE 01          JAKART   00743   01 OF 04   170042Z
ACTION EAP-00

INFO    LOG-00    NP-00    AID-00    AMAD-00   A-00     ACQ-00    CCO-00
        CG-00     CIAE-00  COME-00   CTME-00   DOEE-00  DOTE-00   PERC-00
        SRPP-00   DS-00    EB-00     FAAE-00   VC-00    H-01      TEDE-00
        INR-00    INSE-00  IO-00     L-00      CAC-00   VCE-00    M-00
        AC-01     NEA-00   NRCE-00   NSAE-00   OCS-03   OMB-01    DHS-00
        OPIC-01   PA-00    PM-00     PRS-00    ACE-00   P-00      SCT-00
        SP-00     SSO-00   TRSE-00   USIE-00   USSS-00  ASDS-00   EPAE-00
        PMB-00    DSCC-00  PRM-00    DRL-02    G-00     NFAT-00   SAS-00
        SWCI-00   /009W
                         ------------------26F879  170043Z /38
O 162330Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5523
FBI WASHDC IMMEDIATE
AMEMBASSY SINGAPORE IMMEDIATE
INFO ASEAN COLLECTIVE IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
CJCS WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC//ISA-AP//
JOINT STAFF WASHDC//J51//
USCINCPAC HONOLULU HI//J00/J02/FPA/J3/J4/J5//
ARF COLLECTIVE
AMEMBASSY CANBERRA
AMCONSUL SURABAYA
DIA WASHDC//DHO-3//


            CONFIDENTIAL

PAGE 02          JAKART   00743   01 OF 04   170042Z
C O N F I D E N T I A L SECTION 01 OF 04 JAKARTA 000743

C O N F I D E N T I A L
DEPT FOR EAP/IET
SINGAPORE FOR LEGAT
SINGAPORE ALSO PASS TO A/S KELLY

E.O. 12958: DECL: 01/16/2013
TAGS: ID, MARR, PGOV, PREL, PTER, US
SUBJECT: GENERAL SUTARTO DISCUSSES THE FREEPORT CASE, THE
ACEH PEACE ACCORD AND IRAQ

1.   (U)   CLASSIFIED BY DATT/ARMA COLONEL JOSEPH H. DAVES

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA        UNCLASSIFIED
DATE/CASE ID: 25 MAY 2007  200600513

UNCLASSIFIED

FOR REASON 1.5 (D).

2.   (C)   SUMMARY. TNI COMMANDER GENERAL ENDRIARTONO SUTARTO
REITERATED TO THE AMBASSADOR ON JANUARY 16 HIS STRONG
SUPPORT FOR FBI PARTICIPATION IN THE FREEPORT
INVESTIGATION, ALTHOUGH HE SAID A JOINT POLICE-TNI TEAM HAD
FOUND NO EVIDENCE OF TNI INVOLVEMENT.  THE AMBASSADOR RE-
EMPHASIZED THE NEED FOR AN OPEN AND TRANSPARENT
INVESTIGATION WITH FULL COOPERATION FROM THE INDONESIAN
POLICE AND TNI, NOTING THAT EVIDENCE OF CREDIBLE PROGRESS
IN THE FREEPORT CASE WOULD AFFECT IMET PROSPECTS FOR
INDONESIA.

END SUMMARY.

TNI FIRMLY BEHIND THE ACEH PEACE ACCORD
----------------------------------------

3.   (C)   INDONESIAN ARMED FORCES (TNI) COMMANDER GENERAL
ENDRIARTONO SUTARTO HAD ASKED TO MEET THE AMBASSADOR TO
BRING HIM UP TO DATE ON THE STATUS OF THE JOINT POLICE-TNI
INVESTIGATION OF THE 31 AUGUST FREEPORT ATTACK.   GENERAL

UNCLASSIFIED

UNCLASSIFIED



CONCERN OVER POSSIBLE PUBLIC UNREST
-----------------------------------

6.   (C)   GENERAL SUTARTO ASKED FOR THE AMBASSADOR'S
ASSESSMENT OF THE DOMESTIC SITUATION AFTER THE JANUARY 1

                    CONFIDENTIAL

               CONFIDENTIAL      PTQ8344

PAGE 01       JAKART   00743   02 OF 04   170043Z
ACTION EAP-00

INFO   LOG-00    NP-00     AID-00    AMAD-00   A-00     ACQ-00    CCO-00
       CG-00     CIAE-00   COME-00   CTME-00   DOEE-00  DOTE-00   PERC-00
       SRPP-00   DS-00     EB-00     FAAE-00   VC-00    H-01      TEDE-00
       INR-00    INSE-00   IO-00     L-00      CAC-00   VCE-00    M-00
       AC-01     NEA-00    NRCE-00   NSAE-00   OCS-03   OMB-01    DHS-00
       OPIC-01   PA-00     PM-00     PRS-00    ACE-00   P-00      SCT-00
       SP-00     SSO-00    TRSE-00   USIE-00   USSS-00  ASDS-00   EPAE-00
       PMB-00    DSCC-00   PRM-00    DRL-02    G-00     NFAT-00   SAS-00
       SWCI-00   /009W
                 ------------------26F882   170043Z  /38
O 162330Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5524

UNCLASSIFIED

UNCLASSIFIED

FBI WASHDC IMMEDIATE
AMEMBASSY SINGAPORE IMMEDIATE
INFO ASEAN COLLECTIVE IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
CJCS WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC//ISA-AP//
JOINT STAFF WASHDC//J51//
USCINCPAC HONOLULU HI//J00/J02/FPA/J3/J4/J5//
ARF COLLECTIVE
AMEMBASSY CANBERRA
AMCONSUL SURABAYA
DIA WASHDC//DHO-3//

CONFIDENTIAL

PAGE 02        JAKART  00743  02 OF 04  170043Z
C O N F I D E N T I A L SECTION 02 OF 04 JAKARTA 000743

C O N F I D E N T I A L
DEPT FOR EAP/IET
SINGAPORE FOR LEGAT
SINGAPORE ALSO PASS TO A/S KELLY

E.O. 12958: DECL: 01/16/2013
TAGS: ID, MARR, PGOV, PREL, PTER, US
SUBJECT: GENERAL SUTARTO DISCUSSES THE FREEPORT CASE, THE
ACEH PEACE ACCORD AND IRAQ

FUEL, ELECTRICITY AND TELEPHONE PRICE HIKES.  THE
AMBASSADOR MAINTAINED THE PRICE HIKES WERE ECONOMICALLY
PRUDENT AND NECESSARY STEPS,

CONFIDENTIAL

UNCLASSIFIED

PAGE 03       JAKART  00743  02 OF 04  170043Z

PROMISE TO SUPPORT FBI TO THE GREATEST EXTENT POSSIBLE
----------------------------------------------------------

9.   (C)  GENERAL SUTARTO SAID THE POLICE AND TNI HAD
COMPLETED A JOINT REVIEW OF THE FREEPORT CASE AND HAD FOUND
NO EVIDENCE OF TNI INVOLVEMENT.  THE POLICE WOULD CONTINUE
TO INVESTIGATE THE CASE AND IF THERE WERE NEW INFORMATION
ABOUT POSSIBLE MILITARY INVOLVEMENT, TNI WOULD RE-JOIN THE
INVESTIGATION.

                        CONFIDENTIAL

PAGE 04       JAKART  00743  02 OF 04  170043Z

        GENERAL SUTARTO SAID HE WOULD BE HAPPY TO MEET WITH
FBI INVESTIGATORS, BUT SAID TNI IS NOT PRESENTLY INVOLVED
IN THE INVESTIGATION AND FBI SHOULD WORK DIRECTLY WITH THE
POLICE ON THE CASE.  "I WILL SUPPORT THE FBI TO THE
GREATEST EXTENT POSSIBLE," HE PROMISED.

10.  (C)  NOTING THE HIGH LEVEL OF MEDIA INTEREST IN THE
FREEPORT CASE, THE AMBASSADOR RE-EMPHASIZED THE NEED FOR AN

B

# UNCLASSIFIED

OPEN AND TRANSPARENT INVESTIGATION WITH FULL COOPERATION
FROM THE POLICE AND TNI.  OUR INTEREST IS NOT IN PLACING
BLAME, BUT IN FINDING THE TRUTH.  WHOEVER WAS RESPONSIBLE
MUST BE PUNISHED.  THE PRESS WILL CONTINUE TO FOLLOW THE
CASE CLOSELY.  THE PROGRESS AND OUTCOME OF THE
INVESTIGATION WILL BE IMPORTANT TO BILATERAL RELATIONS.
THE AMBASSADOR INFORMED THE TNI COMMANDER HE WOULD DISCUSS
THE FREEPORT CASE WHEN HE MEETS FBI DIRECTOR MUELLER WHILE
IN WASHINGTON DC NEXT WEEK.

CONFIDENTIAL

CONFIDENTIAL     PTQ8345

PAGE 01        JAKART   00743   03 OF 04   170043Z
ACTION EAP-00

INFO  LOG-00   NP-00    AID-00   AMAD-00   A-00     ACQ-00   CCO-00
      CG-00    CIAE-00  COME-00  CTME-00   DOEE-00  DOTE-00  PERC-00
      SRPP-00  DS-00    EB-00    FAAE-00   VC-00    H-01     TEDE-00
      INR-00   INSE-00  IO-00    L-00      CAC-00   VCE-00   M-00
      AC-01    NEA-00   NRCE-00  NSAE-00   OCS-03   OMB-01   DHS-00
      OPIC-01  PA-00    PM-00    PRS-00    ACE-00   P-00     SCT-00
      SP-00    SSO-00   TRSE-00  USIE-00   USSS-00  ASDS-00  EPAE-00
      PMB-00   DSCC-00  PRM-00   DRL-02    G-00     NFAT-00  SAS-00
      SWCI-00  /009W
                ------------------26F889  170043Z /38
O 162330Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5525
FBI WASHDC IMMEDIATE
AMEMBASSY SINGAPORE IMMEDIATE
INFO ASEAN COLLECTIVE IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
CJCS WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC//ISA-AP//
JOINT STAFF WASHDC//J51//
USCINCPAC HONOLULU HI//J00/J02/FPA/J3/J4/J5//
ARF COLLECTIVE
AMEMBASSY CANBERRA
AMCONSUL SURABAYA
DIA WASHDC//DHO-3//

CONFIDENTIAL

PAGE 02        JAKART   00743   03 OF 04   170043Z
C O N F I D E N T I A L SECTION 03 OF 04 JAKARTA 000743

# UNCLASSIFIED

C O N F I D E N T I A L                              UNCLASSIFIED
DEPT FOR EAP/IET
SINGAPORE FOR LEGAT
SINGAPORE ALSO PASS TO A/S KELLY

E.O. 12958: DECL: 01/16/2013
TAGS: ID, MARR, PGOV, PREL, PTER, US
SUBJECT: GENERAL SUTARTO DISCUSSES THE FREEPORT CASE, THE
ACEH PEACE ACCORD AND IRAQ

11.  (C)  GENERAL SUTARTO ASSERTED, "I WANT THE
INVESTIGATION TO BE CONDUCTED FAIRLY, WITHOUT OUTSIDE
PRESSURE.  IT'S OK TO TAKE ANOTHER LOOK.  IF TNI MEMBERS
WERE INVOLVED, WE WILL DISCIPLINE THEM."  HE NOTED HIS
CHRISTMAS EVE TELEPHONE CALL TO PACOM COMMANDER ADMIRAL
FARGO URGING THE U.S. TO SEND FBI INVESTIGATORS TO
INDONESIA AS SOON AS POSSIBLE.  "TNI WANTS FBI TO JOIN THE
INVESTIGATION, NOT BECAUSE OF U.S. PRESSURE, BUT TO FIND
THE TRUTH AND CLEAR OUR NAME," HE PRONOUNCED.

FREEPORT CASE LIKELY TO AFFECT IMET DEBATE
--------------------------------------------

12.  (C)  THE AMBASSADOR THANKED THE GENERAL FOR HIS
ASSURANCES, ADDING THAT HE EXPECTED FBI INVESTIGATORS TO BE
GIVEN ACCESS TO ALL EVIDENCE AND ANY PEOPLE NEEDED.  THE
FREEPORT CASE WILL LIKELY AFFECT INDONESIA'S IMET
PROSPECTS, WHICH THE AMBASSADOR EXPECTED WOULD BE GOOD IF A
CREDIBLE INVESTIGATION WERE IN PROGRESS.
                          CONFIDENTIAL

PAGE 03      JAKART  00743  03 OF 04  170043Z

UNCLASSIFIED

CONFIDENTIAL

PAGE 04        JAKART  00743  03 OF 04  170043Z
------------------------------

14.  (C)  THE AMBASSADOR TURNED THE SUBJECT TO PROTECTION
OF AMERICANS IN INDONESIA.  NOTING THE EXCELLENT PROGRESS
IN THE BALI INVESTIGATION, HE EXPLAINED THAT WE WOULD LIKE
TO DO EVERYTHING POSSIBLE TO ALLOW RETURN OF EMBASSY
FAMILIES AND STAFF MEMBERS, WHO HAD BEEN GONE SINCE LAST
OCTOBER.

STOPPING MILITARY INVOLVEMENT IN ILLEGAL LOGGING
------------------------------------------------

CONFIDENTIAL

CONFIDENTIAL      PTQ8347

PAGE 01        JAKART  00743  04 OF 04  170043Z
ACTION EAP-00

INFO  LOG-00    NP-00    AID-00    AMAD-00   A-00       ACQ-00    CCO-00
      CG-00     CIAE-00  COME-00   CTME-00   DOEE-00    DOTE-00   PERC-00

UNCLASSIFIED

UNCLASSIFIED

| SRPP-00 | DS-00 | EB-00 | FAAE-00 | VC-00 | H-01 | |
|---------|-------|-------|---------|-------|------|---|
| INR-00 | INSE-00 | IO-00 | L-00 | CAC-00 | VCE-00 | TEDE-00 |
| AC-01 | NEA-00 | NRCE-00 | NSAE-00 | OCS-03 | OMB-01 | M-00 |
| OPIC-01 | PA-00 | PM-00 | PRS-00 | ACE-00 | P-00 | DHS-00 |
| SP-00 | SSO-00 | TRSE-00 | USIE-00 | USSS-00 | ASDS-00 | SCT-00 |
| PMB-00 | DSCC-00 | PRM-00 | DRL-02 | G-00 | NFAT-00 | EPAE-00 |
| SWCI-00 | /009W | | | | | SAS-00 |

------------------26F890  170044Z /38

O 162330Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5526
FBI WASHDC IMMEDIATE
AMEMBASSY SINGAPORE IMMEDIATE
INFO ASEAN COLLECTIVE IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
CJCS WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC//ISA-AP//
JOINT STAFF WASHDC//J51//
USCINCPAC HONOLULU HI//J00/J02/FPA/J3/J4/J5//
ARF COLLECTIVE
AMEMBASSY CANBERRA
AMCONSUL SURABAYA
DIA WASHDC//DHO-3//


                    CONFIDENTIAL

PAGE 02        JAKART  00743  04 OF 04  170043Z
C O N F I D E N T I A L SECTION 04 OF 04 JAKARTA 000743

C O N F I D E N T I A L
DEPT FOR EAP/IET
SINGAPORE FOR LEGAT
SINGAPORE ALSO PASS TO A/S KELLY

E.O. 12958: DECL: 01/16/2013
TAGS: ID, MARR, PGOV, PREL, PTER, US
SUBJECT: GENERAL SUTARTO DISCUSSES THE FREEPORT CASE, THE
ACEH PEACE ACCORD AND IRAQ

UNCLASSIFIED

HOW SERIOUS IS THE U.S. ABOUT IRAQ?
------------------------------------
                     CONFIDENTIAL

PAGE 03        JAKART  00743  04 OF 04  170043Z

16.   (C)  GENERAL SUTARTO RAISED THE ISSUE OF IRAQ,
EXPRESSING SERIOUS CONCERNS THAT AN AMERICAN-LED ATTACK ON
BAGHDAD, NO MATTER HOW WELL JUSTIFIED, WOULD CREATE MAJOR
UNREST AND POLITICAL PROBLEMS FOR INDONESIA.  THE
AMBASSADOR LAID OUT THE CASE THAT IRAQ'S WEAPONS OF MASS
DESTRUCTION ARE A SERIOUS PROBLEM, SADDAM HUSSEIN HAS
REPEATEDLY DEFIED UN RESOLUTIONS TO DISARM, AND SUCH ROGUE
STATE BEHAVIOR COULD NO LONGER BE TOLERATED.

UNCLASSIFIED

UNCLASSIFIED

MULL

CONFIDENTIAL

<< END OF DOCUMENT >>

RELEASED IN PART                    UNCLASSIFIED                    **E25**
B1, 1.4(B), 1.4(D), B7(C), B7(A)

CONFIDENTIAL          PTQ0211

PAGE 01          JAKART   01213   01 OF 03   241143Z
ACTION EAP-00

INFO   LOG-00   MFA-00   NP-00    ACQ-00   CIAE-00   DOEE-00   SRPP-00
       DS-00    VC-00    H-01     TEDE-00   INR-00    L-00      CAC-00
       VCE-00   AC-01    NSAE-00  OCS-03    OMB-01    OPIC-01   PA-00
       PM-00    PRS-00   ACE-00   P-00      SP-00     IRM-00    SSO-00
       SS-00    TRSE-00  T-00     USIE-00   ASDS-00   R-00      PMB-00
       DSCC-00  PRM-00   DRL-02   G-00      NFAT-00   SAS-00    SWCI-00
       /009W
                    --------------------2AE6C3   241143Z  /38
O 241027Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 6035
INFO ASEAN COLLECTIVE IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE
AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
FBI WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE

C O N F I D E N T I A L SECTION 01 OF 03 JAKARTA 001213

STATE FOR EAP/IET,
FBI HQ FOR [          ]
FBI FOR WASHINGTON FIELD OFFICE                              B7(C)

CONFIDENTIAL

PAGE 02          JAKART   01213   01 OF 03   241143Z
E.O. 12958: DECL: 01/24/2013
TAGS: PREL, MARR, KJUS, ASEC, CASC, ID
SUBJECT: FBI MEETS WITH TNI CHIEF AND POLICE GENERAL
PASTIKA ON FREEPORT CASE

REF: [                        ] REFUTES TNI ROLE)

 CLASSIFIED BY POLITICAL OFFICER ELAINE SAMSON, REASON 1.5 B,
D.

1.   (C) SUMMARY:   INDONESIAN ARMED FORCES (TNI) COMMANDER
SUTARTO AGREED TO PROVIDE VISITING FBI INVESTIGATORS ACCESS
TO TNI REPORTS AND PERSONNEL DURING A JANUARY 23 MEETING TO
REVIEW MODALITIES FOR FURTHER INVESTIGATION INTO THE AUGUST

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 29 MAY 2007  200600513          UNCLASSIFIED

UNCLASSIFIED

31, 2002 FREEPORT KILLINGS.

THE FBI TEAM PLEDGED IT HAD NO
PRE-CONCEIVED CONCLUSIONS IN THE CASE.   SENIOR TNI
INVESTIGATORS LATER BRIEFED THE TEAM AND PROVIDED A
SUBSTANTIAL CACHE OF INVESTIGATIVE DOCUMENTS.

B1, B7(

END SUMMARY.

SUTARTO WELCOMES FBI; ASSERTS TNI INNOCENCE
--------------------------------------------

B7(C)

2.   (C) THE CHARGE AND VISITING FBI SPECIAL AGENTS
     AND                    CALLED ON TNI COMMANDER MG
ENDRIARTONO SUTARTO JANUARY 23 TO REVIEW MODALITIES FOR FBI
PARTICIPATION IN THE INVESTIGATION INTO THE AUGUST 31, 2002,
FREEPORT/TIMIKA MURDERS.   SUTARTO, ALONG WITH TNI SPOKESMAN
MG SYAFRIE SYAMSOEDDIN, SUTARTO'S ASSISTANT FOR INTELLIGENCE
CHIEF MG LUTHFIE, AND TNI DEPUTY MILITARY POLICE CHIEF BG
HENDRADJI WELCOMED THE FBI TEAM BACK TO INDONESIA, CLAIMING
THAT IT WAS HIS IDEA TO INVITE THE FBI TO RETURN.   THE CHARGE
CHARACTERIZED SUTARTO'S WELCOME TO THE FBI AS AN IMPORTANT
DEMONSTRATION OF THE GOI'S COMMITMENT TO FIND OUT WHAT REALLY
HAPPENED IN TIMIKA AND TO RESPOND TO THE MANY
STILL-UNANSWERED QUESTIONS ABOUT THE ATTACK.   SUTARTO CLAIMED
THAT MANY INDONESIANS, INCLUDING MANY LEGISLATORS, DO NOT
WANT THE FBI "MEDDLING IN INDONESIA'S INTERNAL AFFAIRS."   THE
TNI, HOWEVER, WANTS THE FBI TO CONTINUE INVESTIGATING AS A
MEANS OF HELPING TO CLEAR THE TNI'S NAME; NOT BECAUSE OF U.S.
PRESSURE.

UNCLASSIFIED

UNCLASSIFIED

B1, B7(

CONFIDENTIAL

CONFIDENTIAL PTQ0212

PAGE 01 JAKART 01213 02 OF 03 241143Z
ACTION EAP-00

| INFO | LOG-00 | MFA-00 | NP-00 | ACQ-00 | CIAE-00 | DOEE-00 | SRPP-00 |
|---|---|---|---|---|---|---|---|
| | DS-00 | VC-00 | H-01 | TEDE-00 | INR-00 | L-00 | CAC-00 |
| | VCE-00 | AC-01 | NSAE-00 | OCS-03 | OMB-01 | OPIC-01 | PA-00 |
| | PM-00 | PRS-00 | ACE-00 | P-00 | SP-00 | IRM-00 | SSO-00 |
| | SS-00 | TRSE-00 | T-00 | USIE-00 | ASDS-00 | R-00 | PMB-00 |
| | DSCC-00 | PRM-00 | DRL-02 | G-00 | NFAT-00 | SAS-00 | SWCI-00 |
| | /009W | | | | | | |

------------------2AE6D8 241144Z /38

O 241027Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 6036
INFO ASEAN COLLECTIVE IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE

UNCLASSIFIED

UNCLASSIFIED

AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
FBI WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE

C O N F I D E N T I A L SECTION 02 OF 03 JAKARTA 001213

STATE FOR EAP/IET,
FBI HQ FOR UCTIM BEZICK,
FBI FOR WASHINGTON FIELD OFFICE

CONFIDENTIAL

PAGE 02        JAKART  01213  02 OF 03   241143Z
E.O. 12958: DECL: 01/24/2013
TAGS: PREL, MARR, KJUS, ASEC, CASC, ID
SUBJECT: FBI MEETS WITH TNI CHIEF AND POLICE GENERAL
PASTIKA ON FREEPORT CASE

THE TNI'S REPUTATION.

PROMISE FOR FULL ACCESS TO DOCUMENTS AND PERSONNEL
-----------------------------------------------------

B1, B7(A

6.   (C) ACKNOWLEDGING THE CONSIDERABLE WORK THE POLICE AND
MILITARY HAVE ALREADY DONE, SPECIAL AGENTS [          ] AND
[          ] STRESSED THAT THEY HAD NO PRE-CONCEIVED CONCLUSIONS
ABOUT THE CASE, AND THAT THEY ONLY SOUGHT THE TRUTH OF WHO
HAD COMMITTED THE CRIME.   THE EXPRESSED INTEREST IN OBTAINING
ACCESS TO INDONESIAN PERSONNEL WHO HAD BEEN WORKING ON OR
OTHERWISE INVOLVED IN THE CASE, AND TO INVESTIGATIVE
                    CONFIDENTIAL

B7(C

PAGE 03        JAKART  01213  02 OF 03   241143Z

UNCLASSIFIED

UNCLASSIFIED

DOCUMENTS.

B1, B7(A

CONFIDENTIAL

PAGE 04          JAKART  01213  02 OF 03  241143Z

PASTIKA: NEED TO SEE BACHTIAR
----------------------------

8. (C) THE FBI TEAM ALSO MET JANUARY 23 WITH POLICE GENERAL I
MADE MANGKU PASTIKA, THE FORMER PAPUA POLICE CHIEF WHO
HANDLED THE INITIAL INVESTIGATION INTO THE FREEPORT AMBUSH.
PASTIKA CONFIRMED THAT SINCE HE LEFT PAPUA IN OCTOBER 2002 TO
HEAD THE BALI BOMBINGS INVESTIGATION, HE HAS NOT BEEN
INVOLVED IN THE FREEPORT CASE.

UNCLASSIFIED

UNCLASSIFIED

B1, B7(

CONFIDENTIAL

CONFIDENTIAL        PTQ0214

PAGE 01        JAKART   01213   03 OF 03   241144Z
ACTION EAP-00

INFO   LOG-00    MFA-00    NP-00     ACQ-00    CIAE-00   DOEE-00   SRPP-00
       DS-00     VC-00     H-01      TEDE-00   INR-00    L-00      CAC-00
       VCE-00    AC-01     NSAE-00   OCS-03    OMB-01    OPIC-01   PA-00
       PM-00     PRS-00    ACE-00    P-00      SP-00     IRM-00    SSO-00
       SS-00     TRSE-00   T-00      USIE-00   ASDS-00   R-00      PMB-00
       DSCC-00   PRM-00    DRL-02    G-00      NFAT-00   SAS-00    SWCI-00
       /009W
                      ------------------2AE6E1   241144Z /38
O 241027Z JAN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 6037
INFO ASEAN COLLECTIVE IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE
AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
FBI WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE

C O N F I D E N T I A L SECTION 03 OF 03 JAKARTA 001213

STATE FOR EAP/IET,
FBI HQ FOR UCTIM BEZICK,
FBI FOR WASHINGTON FIELD OFFICE

CONFIDENTIAL

PAGE 02        JAKART   01213   03 OF 03   241144Z
E.O. 12958: DECL: 01/24/2013
TAGS: PREL, MARR, KJUS, ASEC, CASC, ID
SUBJECT: FBI MEETS WITH TNI CHIEF AND POLICE GENERAL
PASTIKA ON FREEPORT CASE

UNCLASSIFIED

UNCLASSIFIED

B1, B7(A

11.   (U) THE FBI TEAM WILL MEET WITH POLITICAL/SECURITY
COORDINATING MINISTER SUSILO BAMBANG YUDHOYONO AND NATIONAL
POLICE CHIEF BACHTIAR ON JANUARY 27 TO SEEK THEIR IMPRIMATUR
AND A COMMITMENT TO ORDER ALL POLICE AND TNI PERSONNEL TO
COOPERATE WITH THE FBI INVESTIGATION.   IN THE MEANTIME, THEY
ARE INTENSIVELY REVIEWING THE CACHE OF DOCUMENTS THE TNI HAS
PROVIDED, AND PREPARING FOR A POSSIBLE TRIP TO PAPUA PROVINCE
FOR INTERVIEWS AND EXAMINATION OF EVIDENCE.
                         CONFIDENTIAL

PAGE 03        JAKART  01213  03 OF 03  241144Z

MULL

                    CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

E27

CONFIDENTIAL          PTQ8309

RELEASED IN PART
B1, 1.4(B), 1.4(D)

PAGE 01          JAKART   04424   01 OF 02   241440Z
ACTION EAP-00

INFO   LOG-00   AID-00   CIAE-00   DODE-00   SRPP-00   EB-00    VC-00
       TEDE-00  INR-00   IO-00     L-00      VCE-00    AC-01    NSAE-00
       NSCE-00  OIC-02   OMB-01    PA-00     PM-00     PRS-00   ACE-00
       P-00     SCT-00   SP-00     SSO-00    SS-00     STR-00   TRSE-00
       T-00     USIE-00  PMB-00    PRM-00    DRL-01    G-00     SAS-00
       /005W
                    ------------------5A88CF   241440Z  /80

O 241321Z APR 03
FM AMEMBASSY JAKARTA
TO FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 3135
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

C O N F I D E N T I A L SECTION 01 OF 02 JAKARTA 004424

E.O. 12958: DECL: 04/24/2013
TAGS: PREL, PHUM, PTER, ID
SUBJECT: PAPUA: AMBASSADOR CONVEYS FBI REQUEST IN FREEPORT
INVESTIGATION,

1.  (U)  CLASSIFIED BY POL/ECON OFFICER DAVID DIGIOVANNA,
                    CONFIDENTIAL

PAGE 02          JAKART   04424   01 OF 02   241440Z
REASON 1.5(B) AND (D).

2.  (C)  SUMMARY.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

END SUMMARY

ADVANCING THE TIMIKA INVESTIGATION
---------------------------------

3.   (C) ON THE MARGINS OF A APRIL 24 MEETING DEVOTED LARGELY
TO DEVELOPMENTS ON ACEH, THE AMBASSADOR INFORMED COORDINATING
MINISTER FOR POLITICAL AND SECURITY AFFAIRS BAMBANG YUDHOYONO
THAT THE FBI WISHED TO RETURN TO INDONESIA IN THE NEAR FUTURE
FOR FURTHER INVESTIGATION INTO THE AUGUST 2002 FREEPORT
ATTACK.   EMPHASIZING THE VITAL IMPORTANCE OF A THOROUGH AND
TRANSPARENT INVESTIGATION, THE AMBASSADOR TOLD YUDHOYONO THAT
THE FBI HAS BEEN PLEASED WITH THE COOPERATION FROM THE
INDONESIAN POLICE SO FAR BUT HAD ASKED HIM TO RAISE TWO
PROCESS ISSUES THAT COULD HELP ADVANCE THE INVESTIGATION.

CONFIDENTIAL

PAGE 03        JAKART  04424  01 OF 02  241440Z

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL

PAGE 04          JAKART  04424  01 OF 02  241440Z

COMMENT
-------

7.  (C) YUDHOYONO REALIZES THE IMPORTANCE OF A TRANSPARENT
INVESTIGATION INTO THE TIMIKA KILLINGS.  WE BELIEVE HE WILL
DO WHAT HE CAN TO FACILITATE A TRANSPARENT AND CREDIBLE
INVESTIGATION.

CONFIDENTIAL

CONFIDENTIAL      PTQ8313

PAGE 01          JAKART  04424  02 OF 02  241441Z
ACTION EAP-00

INFO  LOG-00    AID-00    CIAE-00   DODE-00   SRPP-00   EB-00    VC-00
      TEDE-00   INR-00    IO-00     L-00      VCE-00    AC-01    NSAE-00
      NSCE-00   OIC-02    OMB-01    PA-00     PM-00     PRS-00   ACE-00
      P-00      SCT-00    SP-00     SSO-00    SS-00     STR-00   TRSE-00
      T-00      USIE-00   PMB-00    PRM-00    DRL-01    G-00     SAS-00
      /005W
                    ------------------5A88F6  241441Z /80
O 241321Z APR 03
FM AMEMBASSY JAKARTA
TO FBI WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 3136
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY

UNCLASSIFIED

UNCLASSIFIED

SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

C O N F I D E N T I A L SECTION 02 OF 02 JAKARTA 004424

E.O. 12958: DECL: 04/24/2013
TAGS: PREL, PHUM, PTER, ID
SUBJECT: PAPUA: AMBASSADOR CONVEYS FBI REQUEST IN FREEPORT
INVESTIGATION,

CONFIDENTIAL

PAGE 02          JAKART  04424   02 OF 02   241441Z
BOYCE

CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED                                    E29

CONFIDENTIAL    PTQ6125   RELEASED IN PART
                          B1, 1.4(B), 1.4(D)

PAGE 01        JAKART  05554  01 OF 02  211259Z
ACTION EAP-00

INFO  LOG-00   MFA-00   NP-00    INL-00   USNW-00  PERC-00  DS-00
      EUR-00   VC-00    TEDE-00  INR-00   IO-00    VCE-00   NEA-00
      DCP-01   NSAE-00  DHS-00   SCT-00   IRM-00   SSO-00   SS-00
      SA-00    ASDS-00  DSCC-00  PRM-00   G-00     NFAT-00  SAS-00
      SWCI-00  /001W
                    ------------------68C205  211259Z /38
O 211327Z MAY 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 4265
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY BERLIN PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY ISLAMABAD PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
AMEMBASSY WELLINGTON PRIORITY
USCINCPAC HONOLULU HI PRIORITY
SECDEF WASHDC PRIORITY
NSC WASHDC PRIORITY
JICPAC HONOLULU HI//OSA/CASC/OIC// PRIORITY
DIA WASHDC//NMJIC-J2// PRIORITY
CDRUSPACOM HONOLULU HI//J2/28/J283/HSE// PRIORITY
CIA WASHDC PRIORITY
FBI WASHDC PRIORITY

C O N F I D E N T I A L SECTION 01 OF 02 JAKARTA 005554

E.O. 12958: DECL: 05/21/2013
                CONFIDENTIAL
PAGE 02        JAKART  05554  01 OF 02  211259Z
TAGS: PTER, PREL, ASEC, ID
SUBJECT: AMBASSADOR DISCUSSES SECURITY, TIMIKA CASE WITH
NATIONAL POLICE CHIEF DA'I BACHTIAR

REF: STATE 130928

(U) CLASSIFIED BY AMBASSADOR RALPH L. BOYCE, REASON 1.5 (B)
AND (D).

SUMMARY
-------

1. (C) THE AMBASSADOR MET MAY 21 WITH NATIONAL POLICE CHIEF
DA'I BACHTIAR TO STRESS USG CONCERNS ABOUT SECURITY THREATS

UNCLASSIFIED

UNCLASSIFIED

TO U.S. INTERESTS AND THE AMERICAN COMMUNITY IN INDONESIA.
THANKING BACHTIAR FOR PROGRESS SINCE THE OCTOBER BOMBINGS IN
BALI, THE AMBASSADOR EXPLAINED HEIGHTENED USG CONCERNS IN THE
AFTERMATH OF THE RIYADH AND CASABLANCA TERRORIST ATTACKS.

SEPARATELY, BACHTIAR REAFFIRMED PRESIDENT MEGAWATI'S
COMMITMENT TO ALLOW THE FBI'S UNIMPEDED ACCESS TO WITNESSES
AND EVIDENCE IN THE AUGUST 2002 MURDER OF AMERICAN TEACHERS
IN PAPUA.  END SUMMARY.

CONFIDENTIAL

PAGE 03        JAKART  05554  01 OF 02   211259Z
HEIGHTENED SECURITY CONCERNS
------------------------------

2.  (C) THE AMBASSADOR CALLED ON NATIONAL POLICE (INP) CHIEF
DA'I BACHTIAR MAY 21 TO EXPLAIN HEIGHTENED USG CONCERN ABOUT
TERRORISM WORLDWIDE.  STRESSING THAT THE U.S. REMAINED
PLEASED WITH INDONESIA'S RESPONSE TO TERRORISM AND CONSIDERED
THE INVESTIGATION OF THE BALI BOMBINGS TO HAVE BEEN "WORLD
CLASS," THE AMBASSADOR EXPLAINED THAT RECENT ATTACKS IN
RIYADH AND CASABLANCA MADE IT CLEAR THAT THE WAR ON TERRORISM
CONTINUED.  FURTHER ATTACKS WERE POSSIBLE, INCLUDING IN
INDONESIA.  THE 2002 ATTACKS IN KENYA SHOWED THAT TERRORISTS
RETAINED AN INTEREST IN STRIKING AGAIN TARGETS THAT THEY HAD
ALREADY HIT.  WHILE THE USG WAS GRATEFUL FOR POLICE PATROLS
AND OTHER STEPS TO ENHANCE SECURITY FOR THE EMBASSY, AND
INTERNATIONAL SCHOOLS HAD QUICKLY MADE THEMSELVES INTO HARDER
TARGETS, THE AMBASSADOR NOTED WE WERE ALSO CONCERNED ABOUT
THE BROADER EXPATRIATE COMMUNITY IN INDONESIA.  BECAUSE OF
OUR CONCERNS, HE WOULD MEET LATER IN THE DAY WITH
COORDINATING MINISTER YUDHOYONO, AND HE HAD REQUESTED A
MEETING WITH PRESIDENT MEGAWATI.  HE ALSO WOULD MEET WITH THE
AMERICAN COMMUNITY TO DISCUSS SECURITY AWARENESS.

UNCLASSIFIED

UNCLASSIFIED

CONFIDENTIAL

CONFIDENTIAL      PTQ6126

PAGE 01        JAKART   05554   02 OF 02   211259Z
ACTION EAP-00

INFO   LOG-00    MFA-00    NP-00     INL-00    PERC-00   DS-00     EUR-00
       OIGO-00   VC-00     TEDE-00   INR-00    VCE-00    NEA-00    NSAE-00
       DHS-00    SCT-00    IRM-00    SSO-00    SS-00     SA-00     ASDS-00
       DSCC-00   PRM-00    G-00      NFAT-00   SAS-00    SWCI-00   /000W
                 ------------------68C20D   211300Z /38
O 211327Z MAY 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 4266
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY BERLIN PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY ISLAMABAD PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
AMEMBASSY WELLINGTON PRIORITY
USCINCPAC HONOLULU HI PRIORITY
SECDEF WASHDC PRIORITY
NSC WASHDC PRIORITY
JICPAC HONOLULU HI//OSA/CASC/OIC// PRIORITY

UNCLASSIFIED

UNCLASSIFIED

DIA WASHDC//NMJIC-J2// PRIORITY
CDRUSPACOM HONOLULU HI//J2/28/J283/HSE// PRIORITY
CIA WASHDC PRIORITY
FBI WASHDC PRIORITY

C O N F I D E N T I A L SECTION 02 OF 02 JAKARTA 005554

E.O. 12958: DECL: 05/21/2013
TAGS: PTER, PREL, ASEC, ID
                        CONFIDENTIAL

PAGE 02      JAKART  05554  02 OF 02  211259Z
SUBJECT: AMBASSADOR DISCUSSES SECURITY, TIMIKA CASE WITH
NATIONAL POLICE CHIEF DA'I BACHTIAR

USG-GOI COOPERATION
-------------------

THE TIMIKA INVESTIGATION
------------------------

                    CONFIDENTIAL

PAGE 03      JAKART  05554  02 OF 02  211259Z
7. (C) THE AMBASSADOR ALSO RAISED THE ONGOING INVESTIGATION
INTO THE AUGUST 2002 TIMIKA MURDERS.  HE EXPRESSED HIS
APPRECIATION FOR THE INP'S WILLINGNESS TO ALLOW FBI PERSONNEL
TO INTERVIEW CIVILIAN WITNESSES WITHOUT THIRD PARTIES BEING

UNCLASSIFIED

UNCLASSIFIED

PRESENT.  THE AMBASSADOR ALSO NOTED USG INTEREST IN EXAMINING
PHYSICAL EVIDENCE AT U.S. LABS.  BACHTIAR REITERATED HIS
WILLINGNESS TO COOPERATE ON THESE MATTERS; HE MENTIONED THAT
HE HAD MET FBI DIRECTOR MUELLER IN BALI (AFTER THE BOMBINGS),
AND ALSO THAT HE PLANNED TO TRAVEL TO THE U.S. SOMETIME IN
JULY.

COMMENT
-------

BOYCE

CONFIDENTIAL

<< END OF DOCUMENT >>

UNCLASSIFIED

UNCLASSIFIED                     RELEASED IN PART
                                 B1, 1.4(B), 1.4(D)        E32

ACTION EAP-00

INFO  LOG-00   NP-00    AID-00   A-00     CCO-00   CG-00    CIAE-00
      COME-00  CTME-00  DOEE-00  DOTE-00  SRPP-00  DS-00    EB-00
      EUR-00   FAAE-00  VC-00    TEDE-00  INR-00   INSE-00  IO-00
      L-00     CAC-00   VCE-00   M-00     AC-01    NRCE-00  NSAE-00
      OCS-03   OIC-02   OMB-01   OPIC-01  PA-00    PM-00    PRS-00
      ACE-00   P-00     SCT-00   SP-00    SSO-00   SS-00    STR-00
      TRSE-00  T-00     USIE-00  USSS-00  EPAE-00  PMB-00   DSCC-00
      PRM-00   DRL-01   G-00     SAS-00   SWCI-00  /009W
                    ------------------76604D  161633Z /45

O 161150Z JUN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5454
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY STOCKHOLM PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
FBI WASHDC PRIORITY
NSC WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY


C O N F I D E N T I A L   JAKARTA 006709


E.O. 12958: DECL: 06/16/2013
TAGS: PREL, PTER, PHUM. MOPS, CASC (NESSEN, WILLIAM A.), ID
SUBJECT: YUDHOYONO ON TIMIKA, ACEH, TERROR TRIALS

REF: A. JAKARTA 6459
     B. STOCKHOLM 1284

(U) Classified by Political Counselor Brian Nichols; Reason
1.5 (b) and (d).


1. (C) Summary:  The Ambassador stressed to Political and
Security Minister Bambang Yudhoyono June 16 the importance of
a complete and transparent investigation into the Timika
killings.  Yudhoyono told the Ambassador that he wanted a
transparent investigation, looked forward to the return of
the FBI team, and would meet with them upon their arrival.

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 25 MAY 2007  200600513                UNCLASSIFIED

UNCLASSIFIED

The Ambassador stressed the
importance of the terrorism-related trials of the Bali
bombers and Jemaah Islamiyah leader Abu Bakar Ba'asyir.
Yudhoyono said the GOI understood the importance of
convictions.   The joint meeting emphasized our unity of views
with the Japanese on key issues, on the eve of Megawati's
visit to Japan.   End Summary.

2.  (C) The Ambassador and Japanese Ambassador Yutaka Iimura
jointly called on Coordinating Minister for Political and
Security Affairs Susilo Bambang Yudhoyono June 16 to discuss
Aceh and other key issues.   Yudhoyono welcomed the two
ambassadors, noting that he had asked former Foreign Minister
Ali Alatas to attend to brief on the results of his trip to
Sweden.   Ambassador Iimura

Timika Killings
---------------

3.  (C) The Ambassador recounted that he had recently held
extensive consultations in Washington.   Across the board,
senior officials remained very interested in Indonesia, not
just recent events in Aceh, but also the 2004 election, and
were cognizant of the challenges Indonesian leaders face in
governing the country, he said.   The Ambassador stressed,
however, that winning justice in the August 2002 killings in
Timika, Papua, was at the top of everyone's list as the most
important issue in the bilateral relationship.

The Ambassador
continued that FBI Director Mueller had agreed to send an

UNCLASSIFIED

UNCLASSIFIED

investigative team to Indonesia soon.

4. (C) The Ambassador emphasized that even with those
impediments worked out, the FBI could not solve the case
without active Indonesian government help.  The
Administration and Congress needed to see closure and justice
in this case, the Ambassador said.  The Coordinating Minister
replied that he welcomed the FBI's return.

Yudhoyono stressed that he wanted a complete resolution of
the case based on transparency and accountability.  (Note:
Later in the day, the Ambassador wrote Yudhoyono to convey
the FBI's list of requested meetings and information related
to the Timika case.  End note.)

Aceh:  GOI Policy
-------------------

Gathering Evidence on Terror Links
-----------------------------------

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

Bali and Ba'asyir Trials
-------------------------

12. (C) Ambassador Boyce said that the USG remained vitally
interested in the ongoing Bali bombing trials as well as the
trial of Jemaah Islamiyah leader Abu Bakar Ba'asyir.  The
Ambassador said that while the USG tried to avoid drawing
conclusions based on any single day's court session, he hoped
that the cases were going well and prosecutors performing
ably.  Yudhoyono replied that he understood the importance of
the case for Indonesia's fight against terror.  Yudhoyono

Megawati to Japan

UNCLASSIFIED

UNCLASSIFIED

Comment

Boyce
NNNN

UNCLASSIFIED                    RELEASED IN PART
                               B1, 1.4(B), 1.4(D)        E33

ACTION EAP-00

INFO  LOG-00   AMAD-00   CIAE-00   INL-00   PERC-00   SRPP-00   DS-00
      VC-00    TEDE-00   INR-00    CAC-00   VCE-00    DCP-01    NSAE-00
      OCS-03   DHS-00    PM-00     SSO-00   SS-00     PMB-00    DSCC-00
      PRM-00   NFAT-00   SAS-00    SWCI-00  /004W
                         ------------------76FDE0  171147Z /38
O 171116Z JUN 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 5476
INFO AMEMBASSY PHNOM PENH IMMEDIATE
NSC WASHDC IMMEDIATE
FBI WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI


C O N F I D E N T I A L   JAKARTA 006732


STATE OPS PLEASE PASS TO THE SECRETARY,S PARTY, EAP A/S
KELLY, AND NSC DIRECTOR BROOKS
USCINCPAC FOR J45 AND J5

E.O. 12958: DECL: 06/17/2013
TAGS: PREL, MASS, KDEM, CASC (NESSEN, WILLIAM A.), ID
SUBJECT: AMBASSADOR CALLS ON INDONESIA ARMED FORCES (TNI)
COMMANDER

1. (U) Classified by COL Joe Judge for reason 1.5 (b) and (d)
2. (C) Summary: Indonesian Armed Forces (TNI) Commander
Endriartono Sutarto told the Ambassador June 16 that he
welcomed the FBI's return to investigate the Timika killings
as soon as possible and said TNI would cooperate fully with
their requests.  General Sutarto lamented the impending
Washington Post article alleging TNI's and his own
involvement in the killings.

                                End summary.

Timika slayings and the Washington Post
-------------------------------------------

3.  (C) The Ambassador called on TNI Commander, General

UNCLASSIFIED

Endriartono Sutarto, June 16 at TNI Headquarters. Major
General Luthfie, TNI Assistant for Intelligence, and Major
General Syafrie, TNI spokesperson, also attended. Recalling
his good conversation with PACOM Commander Admiral Fargo just
a few weeks ago at the Shangri-La Summit in Singapore,
General Sutarto then quickly turned the conversation to his
concerns surrounding a written interview request he had
received from the Washington Post regarding Timika.

4. (C) Clearly concerned, General Sutarto asked why the
Washington Post wanted to interview him, as well as TNI's
Strategic Intelligence Agency (BAIS) and State Intelligence
Agency (BIN) Chiefs regarding the Timika case. The Ambassador replied by suggesting that the
upcoming Post article should not deter us from our main
objective, which was justice in the Timika case. The best
way for General Sutarto to respond to the Post's charges
would be to bring the case to an early resolution, with the
guilty parties punished. The Ambassador added that he had
just returned from a successful visit to Washington where he
had seen many senior officials. Overwhelmingly, their
concern was to see justice in the Timika case and full,
transparent cooperation from the Indonesian government and
TNI. The Ambassador added that he had also spoken with the
widow of one of the slain Americans, stressing that her
fundamental request for an explanation of what happened was
quite reasonable.

5. (C) General Sutarto nodded in agreement,
admitted that he felt uncomfortable speaking
with the Post since his last poor encounter with them. (NOTE
- several months ago, the Post ran a story alleging that
Sutarto had been involved in the Timika case. Sutarto sued
the Post, which settled out of court by printing a retraction
and writing a letter of apology.)

UNCLASSIFIED

UNCLASSIFIED

Comments
---------

11.   (C) Sutarto's professed willingness to cooperate fully
in the Timika investigation is welcome,

Boyce

NOTE: NOT PASSED TO ABOVE ADDRESSEE(S)
NNNN

UNCLASSIFIED

E38

UNCLASSIFIED

RELEASED IN PART
B1, 1.4(B), 1.4(A)

ACTION EAP-00

INFO   LOG-00   MFA-00   NP-00   CIAE-00   INL-00   DODE-00   L-00   VCE-00
       DS-00    FBIE-00  VC-00   TEDE-00   INR-00   L-00      ASDS-00 DSCC-00
       NSAE-00  TFBI-00  IRM-00  SSO-00    SS-00    ASDS-00   /001W
       PRM-00   DRL-01   NFAT-00 SAS-00    SWCI-00  /001W
       ------------------813AB0   081224Z /38

O 081213Z JUL 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 6457
INFO ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY WELLINGTON PRIORITY
NSC WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY

C O N F I D E N T I A L JAKARTA 007667


FBI PLS PASS CTD/GAO - TIM BEZICK

E.O. 12958: DECL: 07/08/2007
TAGS: PREL, PGOV, ASEC, KJUS, ID
SUBJECT: AMBASSADOR URGES BETTER COOPERATION WITH FBI ON
TIMIKA CASE

REF: JAKARTA 7387 AND PREVIOUS

CLASSIFIED BY POLITICAL OFFICER HENRY M. RECTOR.   REASONS:
     1.5 (B) AND (D)

1. (C)   SUMMARY.  IN A JULY 8 MEETING WITH STATE SECRETARY
KESOWO, AMBASSADOR REVIEWED PENDING GOI COMMITMENTS TO
COOPERATE WITH THE VISITING FBI TEAM INVESTIGATING THE AUGUST
3, 2002 KILLINGS OF TWO AMERICAN CITIZENS IN TIMIKA.

END SUMMARY.


UNKEPT PROMISES
-------------------

2. (C)  IN A JULY 8 MEETING WITH STATE SECRETARY BAMBANG
KESOWO, SECRETARY OF THE INDONESIAN CABINET, TO DISCUSS PAPUA

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: CONFIDENTIAL  REASON: 1.4(D)
DECLASSIFY AFTER: 7 JUL 2028
DATE/CASE ID: 29 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

(SEPTEL),  AMBASSADOR URGED THAT INDONESIAN NATIONAL POLICE
(POLRI) AND THE TNI BE MORE RESPONSIVE TO THE REQUESTS OF THE
VISITING FBI TEAM INVESTIGATING THE TIMIKA KILLINGS.

B1, B7(A

TIME RUNNING OUT
-----------------------

3.  (C) AMBASSADOR NOTED THAT TIME AND RESOURCES LIMITED THE
FBI'S STAY IN INDONESIA, AND THE TEAM MAY DEPART AS EARLY AS
THIS WEEKEND.

.BOYCE

NNNN

UNCLASSIFIED

UNCLASSIFIED                                    E45

ACTION EAP-00

                                          RELEASED IN FULL

INFO  LOG-00   MFA-00   NP-00    ACQ-00   CIAE-00  INL-00   DOEE-00
      SRPP-00  DS-00    VC-00    H-01     TEDE-00  INR-00   L-00
      VCE-00   AC-01    NSAE-00  OMB-01   OPIC-01  PA-00    PM-00
      PRS-00   ACE-00   P-00     IRM-00   SSO-00   SS-00    TRSE-00
      T-00     USIE-00  ASDS-00  PMB-00   DSCC-00  PRM-00   DRL-00
      G-00     NFAT-00  SAS-00   SWCI-00  /004W
                      ------------------8C4212  311054Z /38
O 311039Z JUL 03
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 7716
INFO FBI WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE

C O N F I D E N T I A L JAKARTA 008777


E.O. 12958: DECL: 07/31/2013
TAGS: PREL, KJUS, MARR, ASEC, ID
SUBJECT: YUDYOHONO ASKS FOR FBI TEAM'S RETURN

1. (U) CLASSIFIED BY POLITICAL COUNSELOR BRIAN A. NICHOLS.
REASON: 1.5 (D)


2. (C) POLITICAL AND SECURITY COORDINATING MINISTER BAMBANG
YUDHOYONO INQUIRED ABOUT THE PROGRESS OF FBI FORENSIC
ANALYSIS OF EVIDENCE IN THE TIMIKA INVESTIGATION AND URGED
    THE FBI TEAM TO RETURN TO INDONESIA AS SOON AS POSSIBLE TO
RESUME THE INVESTIGATION.  ON THE MARGINS OF A JULY 31
BREAKFAST WITH DIPLOMATS AND BUSINESS LEADERS, YUDHOYONO ALSO
PRIVATELY REITERATED TO POLCOUNS THE GOI'S COMMITMENT TO A
FULL AND TRANSPARENT INVESTIGATION INTO THE AUGUST 2002
MURDERS.  IN RESPONSE TO A QUESTION FROM AN AMERICAN
CONSULTANT ON THE STATE OF U.S.-INDONESIA RELATIONS DURING
THE OPEN QUESTION AND ANSWER PERIOD, YUDHOYONO VOLUNTEERED
THAT THE GOI UNDERSTOOD THE CRITICAL IMPORTANCE OF THE TIMIKA
CASE FOR THE USG AND CONGRESSIONAL CONCERNS REGARDING THE
INVESTIGATION.  HE TOLD THE GROUP THAT THE INDONESIAN
GOVERNMENT WAS COMMITTED TO BRING THE KILLERS TO JUSTICE AND
REJECTED PRESS SPECULATION OF A COVER UP OR CONSPIRACY.
BOYCE


NNNN

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
DATE/CASE ID: 29 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED   **E47**

ACTION EAP-00

RELEASED IN PART
B1, 1.4(D), B7(A), B5

| INFO | LOG-00 | NP-00 | AID-00 | A-00 | ACQ-00 | CCO-00 | CEA-01 |
|------|--------|-------|--------|------|--------|--------|--------|
| | CG-00 | CIAE-00 | COME-00 | CTME-00 | INL-00 | DOEE-00 | DOTE-00 |
| | PERC-00 | SRPP-00 | DS-00 | EB-00 | EXIM-01 | E-00 | FAAE-00 |
| | FBIE-00 | VC-00 | FRB-00 | H-01 | TEDE-00 | INR-00 | INSE-00 |
| | ITC-01 | L-00 | CAC-00 | VCE-00 | M-00 | AC-00 | DCP-01 |
| | NRCE-00 | NSAE-00 | OCS-01 | OMB-01 | DHS-00 | OPIC-01 | PA-00 |
| | PM-00 | PRS-00 | ACE-00 | P-00 | SCT-00 | SP-00 | SSO-00 |
| | SS-00 | STR-00 | TRSE-00 | USIE-00 | USSS-00 | ASDS-00 | PMB-00 |
| | DSCC-00 | PRM-00 | DRL-00 | G-00 | NFAT-00 | SAS-00 | SWCI-00 |
| | /008W | | | | | | |

------------------B06D93   101058Z /38

O 101033Z OCT 03
FM AMEMBASSY JAKARTA
TO NSC WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 0714
INFO AMEMBASSY BANGKOK PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY MANILA PRIORITY
AMEMBASSY TOKYO PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY


S E C R E T SECTION 01 OF 05 JAKARTA 011636


NOFORN

E.O. 12958: DECL: 10/10/2013
     TAGS: PREL, PTER, ECON, MARR, EAID, ID
SUBJECT: THE PRESIDENT,S VISIT TO INDONESIA

1. (U) CLASSIFIED BY AMBASSADOR RALPH L. BOYCE FOR REASON
1.5 (B) AND (D).

2. (S) SUMMARY. PRESIDENT BUSH'S OCTOBER 22 VISIT TO
INDONESIA WILL SPUR EFFORTS TO COMBAT TERRORISM, ADVANCE OUR
EFFORTS TO WIN JUSTICE IN THE TIMIKA KILLINGS, AND PUBLICLY
BOLSTER INDONESIA'S TRADITION OF TOLERANCE AND ITS TRANSITION
TO DEMOCRACY.

INDONESIA IS LESS
THAN SIX MONTHS AWAY FROM LEGISLATIVE ELECTIONS FOLLOWED BY
ONE OR TWO ROUNDS OF PRESIDENTIAL BALLOTING--THE COUNTRY'S
FIRST DIRECT PRESIDENTIAL ELECTION.  WE ARE THE LARGEST DONOR
FOR THE ELECTIONS.  WE WILL ALSO TAKE SOME LUMPS IN THE ROUGH

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: SECRET REASON: 1.4(D)
DECLASSIFY AFTER: 9 OCT 2028
DATE/CASE ID: 29 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

AND TUMBLE CAMPAIGN, AS SOME OF MEGAWATI'S OPPONENTS LOOK FOR
EASY POLITICAL POINTS.  THE MEGAWATI ADMINISTRATION HAS MADE
REMARKABLE PROGRESS IN THE FIGHT AGAINST TERROR SINCE THE
OCTOBER 2002 BALI BOMBING, CAPTURING OVER 120 SUSPECTED
TERRORISTS, PASSING A NEW ANTI-TERROR LAW AND
                                        THE VISIT TO BALI
WILL SIGNAL THAT THIS WORLD-CLASS TOURISM DESTINATION IS BACK
AND THE TERRORISTS HAVE FAILED.

                              OUR BILATERAL RELATIONSHIP
IS STRONG AND COMPLEX, AND THE PRESIDENT'S VISIT WILL ADVANCE
OUR AGENDA ACROSS THE BOARD.  END SUMMARY.


GUIDING THE RELATIONSHIP
------------------------

2.  (C) THE PRESIDENT'S OCTOBER 22 VISIT TO BALI, INDONESIA
COMES AT A CRUCIAL MOMENT IN A COMPLEX AND MULTI-LAYERED
RELATIONSHIP.

                    IT WILL BE THE FIRST VISIT TO
INDONESIA BY AN AMERICAN PRESIDENT IN NEARLY A DECADE AND THE
FIRST TO BALI SINCE RONALD REAGAN.  MEGAWATI GREATLY VALUES
HER FRIENDSHIP WITH PRESIDENT BUSH AND SEES INDONESIA'S
FUTURE CLOSELY TIED TO THE UNITED STATES.  SHE ALSO SEEKS TO
MANAGE AT TIMES STRONG, DOMESTIC OPPOSITION TO OUR POLICIES
AND SUSPICION OF OUR MOTIVES.  WE WILL NEED HER TO SHOW
STRONG LEADERSHIP IN INDONESIA'S EFFORTS AGAINST AL-QAIDA AND
JEMAAH ISLAMIYAH (JI), TO ENSURE A TRANSPARENT INVESTIGATION
INTO THE AUGUST 2002 MURDERS OF TWO AMERICAN CITIZENS IN
TIMIKA, PAPUA, AND TO PROMOTE SOUND ECONOMIC GROWTH AND
STABILITY AS INDONESIA ENTERS WHAT PROMISES TO BE A
CONTENTIOUS ELECTION SEASON.


THE FIGHT AGAINST TERROR
------------------------

3.  (S)
                              INDONESIA HAS MADE
DRAMATIC PROGRESS IN THE WAR AGAINST TERRORISM.  BEFORE THE
SMOKE CLEARED IN BALI, INDONESIAN POLICE ARRESTED PREVIOUSLY

UNCLASSIFIED

UNCLASSIFIED

UNTOUCHABLE JI LEADER ABU BAKAR BA'ASYIR AND QUICKLY ISSUED A
TOUGH NEW ANTI-TERRORISM EXECUTIVE ORDER (LATER RATIFIED INTO
LAW).  IN A COUNTRY WHERE RADICALS HAD DROWNED OUT MODERATE
VOICES, THE PUBLIC DEBATE SHIFTED IN FAVOR OF FORCEFUL
ACTION.  MEGAWATI'S GOVERNMENT HUNTED DOWN, TRIED, CONVICTED,
AND SENTENCED TO DEATH THE PRINCIPAL JI TERRORISTS WHO
MURDERED OVER 200 PEOPLE IN BALI.  IN ADDITION TO THE KEY
BOMBERS, POLICE HAVE CAPTURED OVER 120 TERRORISTS SINCE THE
BALI BOMBING.  THE WEALTH OF INTELLIGENCE GAINED FROM THOSE
TAKE DOWNS, AS WELL AS THOSE FROM THE AUGUST 5 J.W. MARRIOTT
SUICIDE BOMBING, PROVED THAT THE JI THREAT WAS FAR WORSE THAN
ORIGINALLY THOUGHT AND REMAINS SERIOUS.  AS A RESULT, THE
INDONESIAN GOVERNMENT INTRODUCED CHANGES TO STRENGTHEN THE
COUNTRY'S ANTI-TERRORISM LAW NOW UNDER DEBATE IN PARLIAMENT.


4. (S)  INDONESIA HAS MADE REMARKABLE PROGRESS IN THE FIGHT
AGAINST TERROR, BUT THE POLITICAL CHALLENGES OF PURSUING
TERRORISTS HAVE GROWN MORE DIFFICULT.


JAKARTA 00011636  001.2 OF 005


RESIDENT BUSH'S OCTOBER 22 VISIT TO
INDONESIA WILL SPUR EFFORTS TO COMBAT TERRORISM, ADVANCE OUR
EFFORTS TO WIN JUSTICE IN THE TIMIKA KILLINGS, AND PUBLICLY
BOLSTER INDONESIA'S TRADITION OF TOLERANCE AND ITS TRANSITION
TO DEMOCRACY.


INDONESIA IS LESS
THAN SIX MONTHS AWAY FROM LEGISLATIVE ELECTIONS FOLLOWED BY
ONE OR TWO ROUNDS OF PRESIDENTIAL BALLOTING--THE COUNTRY'S
FIRST DIRECT PRESIDENTIAL ELECTION.  WE ARE THE LARGEST DONOR
FOR THE ELECTIONS.  WE WILL ALSO TAKE SOME LUMPS IN THE ROUGH
AND TUMBLE CAMPAIGN, AS SOME OF MEGAWATI'S OPPONENTS LOOK FOR
EASY POLITICAL POINTS.  THE MEGAWATI ADMINISTRATION HAS MADE
REMARKABLE PROGRESS IN THE FIGHT AGAINST TERROR SINCE THE
OCTOBER 2002 BALI BOMBING, CAPTURING OVER 120 SUSPECTED
TERRORISTS, PASSING A NEW ANTI-TERROR LAW AND WORKING WITH US
TO CREATE A NEW ANTI-TERROR POLICE UNIT.  THE VISIT TO BALI
WILL SIGNAL THAT THIS WORLD-CLASS TOURISM DESTINATION IS BACK
AND THE TERRORISTS HAVE FAILED.


OUR BILATERAL RELATIONSHIP
IS STRONG AND COMPLEX, AND THE PRESIDENT'S VISIT WILL ADVANCE
OUR AGENDA ACROSS THE BOARD. END SUMMARY.


UNCLASSIFIED

UNCLASSIFIED

GUIDING THE RELATIONSHIP
----------------------------

2. (C) THE PRESIDENT'S OCTOBER 22 VISIT TO BALI, INDONESIA
COMES AT A CRUCIAL MOMENT IN A COMPLEX AND MULTI-LAYERED
RELATIONSHIP.                                        IT WILL BE THE FIRST VISIT TO
INDONESIA BY AN AMERICAN PRESIDENT IN NEARLY A DECADE AND THE
FIRST TO BALI SINCE RONALD REAGAN.  MEGAWATI GREATLY VALUES
HER FRIENDSHIP WITH PRESIDENT BUSH AND SEES INDONESIA'S
FUTURE CLOSELY TIED TO THE UNITED STATES.  SHE ALSO SEEKS TO
MANAGE AT TIMES STRONG, DOMESTIC OPPOSITION TO OUR POLICIES
AND SUSPICION OF OUR MOTIVES.  WE WILL NEED HER TO SHOW
STRONG LEADERSHIP IN INDONESIA'S EFFORTS AGAINST AL-QAIDA AND
JEMAAH ISLAMIYAH (JI), TO ENSURE A TRANSPARENT INVESTIGATION
INTO THE AUGUST 2002 MURDERS OF TWO AMERICAN CITIZENS IN
TIMIKA, PAPUA, AND TO PROMOTE SOUND ECONOMIC GROWTH AND
STABILITY AS INDONESIA ENTERS WHAT PROMISES TO BE A
CONTENTIOUS ELECTION SEASON.


THE FIGHT AGAINST TERROR
----------------------------

3. (S)
                                            INDONESIA HAS MADE
DRAMATIC PROGRESS IN THE WAR AGAINST TERRORISM.  BEFORE THE
SMOKE CLEARED IN BALI, INDONESIAN POLICE ARRESTED PREVIOUSLY
UNTOUCHABLE JI LEADER ABU BAKAR BA'ASYIR AND QUICKLY ISSUED A
TOUGH NEW ANTI-TERRORISM EXECUTIVE ORDER (LATER RATIFIED INTO
LAW).  IN A COUNTRY WHERE RADICALS HAD DROWNED OUT MODERATE
VOICES, THE PUBLIC DEBATE SHIFTED IN FAVOR OF FORCEFUL
ACTION.  MEGAWATI'S GOVERNMENT HUNTED DOWN, TRIED, CONVICTED,
AND SENTENCED TO DEATH THE PRINCIPAL JI TERRORISTS WHO
MURDERED OVER 200 PEOPLE IN BALI.  IN ADDITION TO THE KEY
BOMBERS, POLICE HAVE CAPTURED OVER 120 TERRORISTS SINCE THE
BALI BOMBING.  THE WEALTH OF INTELLIGENCE GAINED FROM THOSE
TAKE DOWNS, AS WELL AS THOSE FROM THE AUGUST 5 J.W. MARRIOTT
SUICIDE BOMBING, PROVED THAT THE JI THREAT WAS FAR WORSE THAN
ORIGINALLY THOUGHT AND REMAINS SERIOUS.  AS A RESULT, THE
INDONESIAN GOVERNMENT INTRODUCED CHANGES TO STRENGTHEN THE
COUNTRY'S ANTI-TERRORISM LAW NOW UNDER DEBATE IN PARLIAMENT.

UNCLASSIFIED

UNCLASSIFIED

4. (S)   INDONESIA HAS MADE REMARKABLE PROGRESS IN THE FIGHT
AGAINST TERROR, BUT THE POLITICAL CHALLENGES OF PURSUING
TERRORISTS HAVE GROWN MORE DIFFICULT.

B1, B7(A

UNCLASSIFIED

UNCLASSIFIED

TIMIKA
------

7. (S) WINNING JUSTICE IN THE AUGUST 2002 MURDERS OF AMERICAN
SCHOOL TEACHERS TED BURGEON AND RICK SPIER NEAR THE FREEPORT
MINE IN TIMIKA, PAPUA, IS CRITICAL TO OUR OVERALL INTERESTS
AND A PREREQUISITE FOR NORMAL MILITARY RELATIONS WITH
INDONESIA.  PRESIDENT MEGAWATI AND HER CABINET UNDERSTAND ITS
VITAL IMPORTANCE TO US AND HAVE PROMISED TO COOPERATE FULLY
IN THE FBI'S INVESTIGATION OF THE CASE.

8. (S/NF) INDONESIAN OFFICIALS REITERATED THEIR READINESS TO
COOPERATE IN A FULL AND TRANSPARENT INVESTIGATION DURING
RECENT VISITS TO WASHINGTON AND NEW YORK.

B1, B7(A

MILITARY TO MILITARY RELATIONS
------------------------------

UNCLASSIFIED

UNCLASSIFIED

TIMIKA
------

7. (S) WINNING JUSTICE IN THE AUGUST 2002 MURDERS OF AMERICAN
SCHOOL TEACHERS TED BURGEON AND RICK SPIER NEAR THE FREEPORT
MINE IN TIMIKA, PAPUA, IS CRITICAL TO OUR OVERALL INTERESTS
AND A PREREQUISITE FOR NORMAL MILITARY RELATIONS WITH
INDONESIA.  PRESIDENT MEGAWATI AND HER CABINET UNDERSTAND ITS
VITAL IMPORTANCE TO US AND HAVE PROMISED TO COOPERATE FULLY
IN THE FBI'S INVESTIGATION OF THE CASE.

B1, B7(A

UNCLASSIFIED

UNCLASSIFIED

B1, B7(

8. (S/NF) INDONESIAN OFFICIALS REITERATED THEIR READINESS TO
COOPERATE IN A FULL AND TRANSPARENT INVESTIGATION DURING
RECENT VISITS TO WASHINGTON AND NEW YORK.

B1, B7(

MILITARY TO MILITARY RELATIONS
--------------------------------

UNCLASSIFIED

UNCLASSIFIED

DEMOCRATIC TRANSITION/2004 ELECTIONS
-------------------------------------

10. (SBU) FOLLOWING THE LANDMARK CONSTITUTIONAL CHANGES OF
2002 THAT LOCKED IN THE COUNTRY'S DEMOCRATIC REFORMS, THE
2004 ELECTIONS REPRESENT A CLEAR BENCHMARK IN INDONESIA'S
PROGRESS IN STRENGTHENING SECULAR DEMOCRACY, CRAFTING
POLITICAL STABILITY AND REJECTING EXTREMISM.  INDONESIANS
WILL DIRECTLY ELECT THEIR PRESIDENT AND VICE PRESIDENT FOR
THE FIRST TIME.  THE FIRST ROUND OF PRESIDENTIAL ELECTIONS IS
  JULY 5.  IF, AS IS HIGHLY LIKELY, NO ONE TICKET POLLS OVER 50
PERCENT OF THE VOTE, A RUN-OFF WILL TAKE PLACE SEPTEMBER 20.
INDONESIA WILL INAUGURATE ITS NEW PRESIDENT OCTOBER 20.  THE
ELECTIONS WILL COST SOME $714 MILLION FOR THE THREE ROUNDS OF
VOTING INVOLVING 145 MILLION VOTERS.  THE U.S., VIA USAID, IS
SO FAR THE LARGEST DONOR SUPPORTING THE ELECTIONS WITH $24
MILLION.

ECONOMY STABLE, BUT NOT GROWING ENOUGH
-------------------------------------

UNCLASSIFIED

UNCLASSIFIED

13. (SBU) INDONESIA WAS ONE OF THE NATIONS HARDEST HIT BY THE
1997 ASIAN FINANCIAL CRISIS, WHICH NOT ONLY DEVASTATED THE
ECONOMY BUT ALSO LED TO THE DOWNFALL OF PRESIDENT SUHARTO.
INDONESIA, UNDER PRESIDENT MEGAWATI, HAS MANAGED TO RESTORE
MACROECONOMIC STABILITY THROUGH TIGHT FISCAL AND MONETARY
POLICIES.  CONSUMER DEMAND HAS KEPT GROWTH IN THE 3-4% RANGE
IN EACH OF THE PAST FOUR YEARS.  HOWEVER, INDONESIA NEEDS
STRONGER GROWTH -- ABOVE 5% ANNUALLY -- TO PROVIDE JOBS FOR
THE 2.5 MILLION/YEAR ENTERING THE LABOR MARKET AND REEMPLOY
AN ESTIMATED 40 MILLION.  FOR THIS, INDONESIA MUST ATTRACT
INCREASED INVESTMENT.  INDONESIA STILL FACES AN OUTFLOW OF
INVESTMENT BECAUSE OF A NUMBER OF INTERRELATED IMPEDIMENTS:
LACK OF CONTRACT ENFORCEABILITY, DECLINING INFRASTRUCTURE,
CONFLICTING REGULATORY AND LEGAL REGIMES, UNCLEAR LINES OF
AUTHORITY AND RESPONSIBILITY AMONG VARIOUS LEVELS OF
GOVERNMENT UNDER DECENTRALIZATION, AND CORRUPTION.

14. (SBU) THE INDONESIAN GOVERNMENT HAS PERIODICALLY MADE THE
IMF ITS SCAPEGOAT FOR THE CONTINUING ECONOMIC MUDDLE, AND
LAST MONTH IT DECIDED AGAINST RENEWING ITS PROGRAM WITH THE
IMF.  HOWEVER, A WHITE PAPER IT ISSUED IN SEPTEMBER TRACKS

JAKARTA 00011636  003.2 OF 005



DEMOCRATIC TRANSITION/2004 ELECTIONS
---------------------------------------

10. (SBU) FOLLOWING THE LANDMARK CONSTITUTIONAL CHANGES OF
2002 THAT LOCKED IN THE COUNTRY'S DEMOCRATIC REFORMS, THE
2004 ELECTIONS REPRESENT A CLEAR BENCHMARK IN INDONESIA'S
PROGRESS IN STRENGTHENING SECULAR DEMOCRACY, CRAFTING
     POLITICAL STABILITY AND REJECTING EXTREMISM.  INDONESIANS

UNCLASSIFIED

UNCLASSIFIED

WILL DIRECTLY ELECT THEIR PRESIDENT AND VICE PRESIDENT FOR THE FIRST TIME.   THE FIRST ROUND OF PRESIDENTIAL ELECTIONS IS JULY 5.   IF, AS IS HIGHLY LIKELY, NO ONE TICKET POLLS OVER 50 PERCENT OF THE VOTE, A RUN-OFF WILL TAKE PLACE SEPTEMBER 20. INDONESIA WILL INAUGURATE ITS NEW PRESIDENT OCTOBER 20.   THE ELECTIONS WILL COST SOME $714 MILLION FOR THE THREE ROUNDS OF VOTING INVOLVING 145 MILLION VOTERS.   THE U.S., VIA USAID, IS SO FAR THE LARGEST DONOR SUPPORTING THE ELECTIONS WITH $24 MILLION.

ECONOMY STABLE, BUT NOT GROWING ENOUGH
-----------------------------------------

13. (SBU) INDONESIA WAS ONE OF THE NATIONS HARDEST HIT BY THE 1997 ASIAN FINANCIAL CRISIS, WHICH NOT ONLY DEVASTATED THE ECONOMY BUT ALSO LED TO THE DOWNFALL OF PRESIDENT SUHARTO. INDONESIA, UNDER PRESIDENT MEGAWATI, HAS MANAGED TO RESTORE MACROECONOMIC STABILITY THROUGH TIGHT FISCAL AND MONETARY POLICIES.   CONSUMER DEMAND HAS KEPT GROWTH IN THE 3-4% RANGE IN EACH OF THE PAST FOUR YEARS.   HOWEVER, INDONESIA NEEDS STRONGER GROWTH -- ABOVE 5% ANNUALLY -- TO PROVIDE JOBS FOR THE 2.5 MILLION/YEAR ENTERING THE LABOR MARKET AND REEMPLOY AN ESTIMATED 40 MILLION.   FOR THIS, INDONESIA MUST ATTRACT INCREASED INVESTMENT.   INDONESIA STILL FACES AN OUTFLOW OF INVESTMENT BECAUSE OF A NUMBER OF INTERRELATED IMPEDIMENTS:

UNCLASSIFIED

LACK OF CONTRACT ENFORCEABILITY, DECLINING INFRASTRUCTURE,
CONFLICTING REGULATORY AND LEGAL REGIMES, UNCLEAR LINES OF
AUTHORITY AND RESPONSIBILITY AMONG VARIOUS LEVELS OF
GOVERNMENT UNDER DECENTRALIZATION, AND CORRUPTION.

14. (SBU) THE INDONESIAN GOVERNMENT HAS PERIODICALLY MADE THE
IMF ITS SCAPEGOAT FOR THE CONTINUING ECONOMIC MUDDLE, AND
LAST MONTH IT DECIDED AGAINST RENEWING ITS PROGRAM WITH THE
IMF.  HOWEVER, A WHITE PAPER IT ISSUED IN SEPTEMBER TRACKS

JAKARTA 00011636  004.1 OF 005

REFORMS.  THE WHITE
PAPER ADDRESSES MOST OF THE IMPEDIMENTS NOTED ABOVE AND
PROVIDES TARGET DATES FOR ACTION.  THE GOVERNMENT WILL FIND
IT DIFFICULT TO IMPLEMENT THE WHITE PAPER, HOWEVER,
PARTICULARLY BECAUSE MANY OF THE ACTION ITEMS REQUIRE
LEGISLATIVE ACTION GOING INTO AN ELECTION YEAR AND AFFECT
POWERFUL ENTRENCHED INTERESTS.  IN THE END, THE MARKET (FOR
INSTANCE INVESTMENT FIGURES) WILL DETERMINE THE CREDIBILITY
OF THE PROGRAM.

RETURNING TO DIALOGUE IN ACEH
------------------------------

15. (SBU) IN DECEMBER 2002, THE INDONESIAN GOVERNMENT AND THE
SEPARATIST FREE ACEH MOVEMENT (GAM) SIGNED A CEASEFIRE
AGREEMENT.  WE CO-CHAIRED A MAJOR DONOR'S CONFERENCE WITH
JAPAN, THE EU, AND WORLD BANK THAT SUPPORTED THE CEASEFIRE.
THE AGREEMENT TEMPORARILY SUCCEEDED IN GREATLY REDUCING THE
LEVEL OF VIOLENCE.  HARDLINERS ON BOTH SIDES UNDERMINED THE
CEASEFIRE, AND IN MAY 2003 THE AGREEMENT COLLAPSED.  THE
GOVERNMENT DECLARED MARTIAL LAW AND BEGAN THE LARGEST
MILITARY OPERATION IN INDONESIA IN ALMOST 30 YEARS, INVOLVING
45,000 MILITARY AND POLICE.  THE MILITARY HAS SUCCEEDED IN
PUTTING GAM UNDER SEVERE PRESSURE AND LIMITING ITS ROOM FOR
MANEUVER.  IT HAS NOT CAPTURED TOP GAM COMMANDERS OR
INCAPACITATED ITS ABILITY TO RESIST.  THE BEST ESTIMATES ARE
THAT 1000 PEOPLE HAVE DIED IN THE MILITARY OPERATION WITH
   2200 WOUNDED.  THE GOVERNMENT IS NOW CONSIDERING WHETHER TO
EXTEND MARTIAL LAW, SET TO EXPIRE NOVEMBER 19, AND MOVE TO A
TRANSITIONAL ARRANGEMENT.                                    B5

LEADERSHIP IN THE WORLD AND SOUTHEAST ASIA

UNCLASSIFIED

UNCLASSIFIED

PERCEPTIONS OF THE UNITED STATES
---------------------------------

17. (U) RECENT POLLS IN INDONESIA INDICATE A SHARP DECLINE IN
FAVORABLE OPINIONS OF THE U.S., ALTHOUGH MOST INDONESIANS
HAVE HISTORICALLY HELD POSITIVE VIEWS OF THE U.S. AS A FREE
AND DEMOCRATIC NATION, A LEADER IN TECHNOLOGY, AND A CHAMPION
OF FREE TRADE.  ATTITUDES TOWARD THE U.S. ARE INCREASINGLY
DISCONNECTED FROM THEIR EVALUATION OF THE BILATERAL
RELATIONSHIP AND INCREASINGLY INFLUENCED BY BROADER
INTERNATIONAL ISSUES.  MOST PRIVATE POLLING FIRMS ATTRIBUTE
THE RECENT DECLINE IN INDONESIAN ATTITUDES TOWARD
DISSATISFACTION WITH U.S. POLICIES REGARDING THE
ISRAELI-PALESTINIAN CONFLICT, MILITARY ACTION IN IRAQ AND
AFGHANISTAN, COUNTER-TERRORISM, AND VISA ISSUANCE -- POLICIES
OFTEN SEEN AS AGGRESSIVE AND HOSTILE TO MUSLIMS.

SUPPORTING DEMOCRACY IN IRAQ
----------------------------

18. (C) THE IRAQ WAR WAS DEEPLY UNPOPULAR IN INDONESIA, AND
MANY HERE REMAIN SKEPTICAL OF U.S. MOTIVES.

THE U.S. HAS RECEIVED FEW

UNCLASSIFIED

UNCLASSIFIED

REFORMS.  THE WHITE
PAPER ADDRESSES MOST OF THE IMPEDIMENTS NOTED ABOVE AND
PROVIDES TARGET DATES FOR ACTION.  THE GOVERNMENT WILL FIND
IT DIFFICULT TO IMPLEMENT THE WHITE PAPER, HOWEVER,
PARTICULARLY BECAUSE MANY OF THE ACTION ITEMS REQUIRE
LEGISLATIVE ACTION GOING INTO AN ELECTION YEAR AND AFFECT
POWERFUL ENTRENCHED INTERESTS.  IN THE END, THE MARKET (FOR
INSTANCE INVESTMENT FIGURES) WILL DETERMINE THE CREDIBILITY
OF THE PROGRAM.


RETURNING TO DIALOGUE IN ACEH
-----------------------------

15. (SBU) IN DECEMBER 2002, THE INDONESIAN GOVERNMENT AND THE
SEPARATIST FREE ACEH MOVEMENT (GAM) SIGNED A CEASEFIRE
AGREEMENT.  WE CO-CHAIRED A MAJOR DONOR'S CONFERENCE WITH
JAPAN, THE EU, AND WORLD BANK THAT SUPPORTED THE CEASEFIRE.
THE AGREEMENT TEMPORARILY SUCCEEDED IN GREATLY REDUCING THE
LEVEL OF VIOLENCE.  HARDLINERS ON BOTH SIDES UNDERMINED THE
CEASEFIRE, AND IN MAY 2003 THE AGREEMENT COLLAPSED.  THE
GOVERNMENT DECLARED MARTIAL LAW AND BEGAN THE LARGEST
MILITARY OPERATION IN INDONESIA IN ALMOST 30 YEARS, INVOLVING
45,000 MILITARY AND POLICE.  THE MILITARY HAS SUCCEEDED IN
PUTTING GAM UNDER SEVERE PRESSURE AND LIMITING ITS ROOM FOR
MANEUVER.  IT HAS NOT CAPTURED TOP GAM COMMANDERS OR
   INCAPACITATED ITS ABILITY TO RESIST.  THE BEST ESTIMATES ARE
THAT 1000 PEOPLE HAVE DIED IN THE MILITARY OPERATION WITH
2200 WOUNDED.  THE GOVERNMENT IS NOW CONSIDERING WHETHER TO
EXTEND MARTIAL LAW, SET TO EXPIRE NOVEMBER 19, AND MOVE TO A
TRANSITIONAL ARRANGEMENT.

B5

LEADERSHIP IN THE WORLD AND SOUTHEAST ASIA
-------------------------------------------

UNCLASSIFIED

UNCLASSIFIED

PERCEPTIONS OF THE UNITED STATES
----------------------------------

17. (U) RECENT POLLS IN INDONESIA INDICATE A SHARP DECLINE IN
FAVORABLE OPINIONS OF THE U.S., ALTHOUGH MOST INDONESIANS
HAVE HISTORICALLY HELD POSITIVE VIEWS OF THE U.S. AS A FREE
AND DEMOCRATIC NATION, A LEADER IN TECHNOLOGY, AND A CHAMPION
OF FREE TRADE.  ATTITUDES TOWARD THE U.S. ARE INCREASINGLY
DISCONNECTED FROM THEIR EVALUATION OF THE BILATERAL
RELATIONSHIP AND INCREASINGLY INFLUENCED BY BROADER
INTERNATIONAL ISSUES.  MOST PRIVATE POLLING FIRMS ATTRIBUTE
THE RECENT DECLINE IN INDONESIAN ATTITUDES TOWARD
DISSATISFACTION WITH U.S. POLICIES REGARDING THE
ISRAELI-PALESTINIAN CONFLICT, MILITARY ACTION IN IRAQ AND
AFGHANISTAN, COUNTER-TERRORISM, AND VISA ISSUANCE -- POLICIES
OFTEN SEEN AS AGGRESSIVE AND HOSTILE TO MUSLIMS.

SUPPORTING DEMOCRACY IN IRAQ
----------------------------

18. (C) THE IRAQ WAR WAS DEEPLY UNPOPULAR IN INDONESIA, AND
MANY HERE REMAIN SKEPTICAL OF U.S. MOTIVES.

SIMILARLY, INDONESIAN
DISSATISFACTION WITH OUR EFFORTS TO RESOLVE THE MIDDLE EAST
CONFLICT HAS REACHED AN UNPRECEDENTED LEVEL.  THE PRESIDENT'S

UNCLASSIFIED

UNCLASSIFIED

VISIT PROVIDES A UNIQUE OPPORTUNITY TO EXPLAIN OUR POLICIES
AND, PERHAPS EVEN MORE IMPORTANT, HEAR THE CONCERNS OF
INDONESIAN GOVERNMENT AND RELIGIOUS LEADERS.  THEY UNDERSTAND
THAT WE MAY NOT ALWAYS AGREE BUT RESPECT AN OPEN DIALOGUE.

CONCLUSION
----------

19.  (C) PRESIDENT BUSH'S VISIT WILL STRENGTHEN OUR ALREADY
STRONG BILATERAL RELATIONSHIP.  PRESIDENT MEGAWATI INVITED
PRESIDENT BUSH TO VISIT DURING HER 2001 OFFICIAL VISIT TO
WASHINGTON IN THE DARK DAYS FOLLOWING SEPTEMBER 11.  THOUGH
HOPING FOR A LONGER STAY, SHE AND THE INDONESIAN PEOPLE ARE
DELIGHTED TO HAVE THE PRESIDENT COME TO DELIVER A MESSAGE OF
HOPE, FRIENDSHIP, AND SHARED VALUES.

BOYCE

JAKARTA 00011636  005.2 OF 005

SIMILARLY, INDONESIAN
DISSATISFACTION WITH OUR EFFORTS TO RESOLVE THE MIDDLE EAST
CONFLICT HAS REACHED AN UNPRECEDENTED LEVEL.  THE PRESIDENT'S
VISIT PROVIDES A UNIQUE OPPORTUNITY TO EXPLAIN OUR POLICIES
AND, PERHAPS EVEN MORE IMPORTANT, HEAR THE CONCERNS OF
INDONESIAN GOVERNMENT AND RELIGIOUS LEADERS.  THEY UNDERSTAND
THAT WE MAY NOT ALWAYS AGREE BUT RESPECT AN OPEN DIALOGUE.

CONCLUSION
----------

19.  (C) PRESIDENT BUSH'S VISIT WILL STRENGTHEN OUR ALREADY
STRONG BILATERAL RELATIONSHIP.  PRESIDENT MEGAWATI INVITED
PRESIDENT BUSH TO VISIT DURING HER 2001 OFFICIAL VISIT TO
WASHINGTON IN THE DARK DAYS FOLLOWING SEPTEMBER 11.  THOUGH
HOPING FOR A LONGER STAY, SHE AND THE INDONESIAN PEOPLE ARE
DELIGHTED TO HAVE THE PRESIDENT COME TO DELIVER A MESSAGE OF
HOPE, FRIENDSHIP, AND SHARED VALUES.

BOYCE

NNNN

UNCLASSIFIED

UNCLASSIFIED                                    E49

ACTION SCT-00

RELEASED IN PART
B1, 1.4(D), B7(A)

INFO   LOG-00   NP-00    AID-00   A-00     ACQ-00   CCO-00
       CG-00    CIAE-00  COME-00  CTME-00  INL-00   DOEE-00  DOTE-00
       PERC-00  SRPP-00  DS-00    EAP-00   EB-00    EXIM-01  E-00
       FAAE-00  FBIE-00  VC-00    FRB-00   H-00     TEDE-00  INR-00
       INSE-00  ITC-01   L-00     CAC-00   VCE-00   M-00     AC-00
       DCP-01   NRCE-00  NSAE-00  OCS-00   OMB-00   OPIC-01  PA-00
       PM-00    PRS-00   ACE-00   P-00     SP-00    IRM-00   SSO-00
       SS-00    STR-00   TRSE-00  USIE-00  USSS-00  ASDS-00  PMB-00
       DSCC-00  PRM-00   DRL-00   G-00     NFAT-00  SAS-00   SWCI-00
       /005W
                 ------------------E3974F   281131Z /38
O 281120Z JAN 04
FM AMEMBASSY JAKARTA
TO DEPT OF JUSTICE WASHDC IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4136
INFO NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE
ASEAN COLLECTIVE PRIORITY
AMEMBASSY CANBERRA PRIORITY

S E C R E T   JAKARTA 000786


NOFORN

DOJ FOR THE ATTORNEY GENERAL FROM AMBASSADOR BOYCE
STATE FOR S/CT AMBASSADOR BLACK AND EAP; NSC FOR KBBROOKS

E.O. 12958: DECL: 01/27/2014
TAGS: PREL, PTER, PGOV, ECON, MARR, EAID, ID
SUBJECT: THE ATTORNEY GENERAL'S VISIT TO INDONESIA

Classified by Ambassador Ralph L. Boyce for reason
1.4 (B) and (D).

Summary
-------

1.  (S) Your participation in the Bali Ministerial Meeting on
Counter Terrorism builds on the President's very successful
visit to Bali October 22.  That led to a better understanding
of American counter terrorism policies and [                    ]
[                    ]  The Megawati Administration has made
remarkable progress in the fight against terror since the
October 2002 Bali bombing, capturing over 110 suspected
terrorists, passing a new anti-terror law [              ]

B1, B7(A)

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: SECRET REASON: 1.4(D)
DECLASSIFY AFTER: 7 JAN 2029
DATE/CASE ID: 29 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

B1, B7(A

You come to Indonesia as it moves into a eight-month election marathon in which Indonesia's 145 million voters will elect a new president -- for the first time by direct popular vote -- and new national, regional, and local legislatures.

By attending this regional meeting, you are making clear high-level U.S. support for Indonesia's counter terrorism efforts and our commitment to regional CT cooperation.  End Summary.

Our Relationship with Indonesia
------------------------------

3. (C) Your visit to Indonesia will further advance our CT goals and our strong overall bilateral relationship, building on the President's October 2003 visit to Bali.

UNCLASSIFIED

UNCLASSIFIED

The Fight Against Terror
-----------------------

5. (S) Indonesia has made remarkable progress in the fight against terror, but continues to face difficult political challenges to pursuing terrorists.

U.S. Counter Terrorism Assistance
---------------------------------

UNCLASSIFIED

**Terrorist Finance**
-----------------

7.   (SBU) The U.S. and Australian governments have worked
closely and quietly to get an Anti-Money Laundering Law
passed and amended that meets international standards.
[          ]   Although Indonesia remains on the Financial
Action Task Force's (FATF) list of Non-Cooperating Countries
and Territories (NCCT), countermeasures are not imminent
assuming Indonesia continues to make progress. [          ]
[          ]   The UN has just designated
the Jakarta office of the Saudi organization al-Haramayn that
funds terrorism under the guise of humanitarian assistance.
You should urge immediate action to freeze al-Haramayn's
assets in Indonesia.

B7(

B7(

UNCLASSIFIED

UNCLASSIFIED

B1, B7(A

Assistance to Indonesian Prosecutors
-------------------------------------

10. (C) At least 33 terror suspects will stand trial in Jakarta over the coming months, including those involved in the August 5, 2003 bombing of the J.W. Marriott Hotel. While the prosecution of Bali bombing suspects has been a success story, Jakarta prosecutors are overwhelmed by the volume and complexity of these new cases, and are handicapped by poor training and equipment, limited CT experience and a poor understanding of the JI terror network.

A strong message of support and encouragement on this issue from our Attorney General to A/G Rachman would be very helpful.

Australia's Role in Indonesia's CT Effort

UNCLASSIFIED

UNCLASSIFIED

Timika
------

13. (S) Winning justice in the August 2002 murders of
American school teachers Ted Burgeon and Rick Spier near the
Freeport mine in Timika, Papua, is critical to our overall
interests and a prerequisite for normal military relations
with Indonesia.  Our goal is full Indonesian cooperation with
the FBI in conducting a transparent and credible
investigation.  President Megawati and her cabinet understand
the vital importance of this to us, and promised President
Bush full cooperation.

14. (S/NF) Since August 2002, FBI investigators have made
four trips to Indonesia, most recently in December.  The FBI
has analyzed evidence at its laboratory at Quantico, and in
late January requested additional information from the TNI
and POLRI.  The FBI team tentatively plans to return to
Indonesia in February to continue the investigation.  In
response to prodding from senior levels of the GOI,
cooperation by TNI and police improved during the FBI's most
recent visits,

we should thank Indonesian officials for the

UNCLASSIFIED

UNCLASSIFIED

cooperation thus far, ask them to expedite the remaining
items needed for the FBI's return, and reiterate the singular
importance of the case to our bilateral relations, and note
that ultimately it will be up to the GOI to close the case.

Democratic Transition/2004 Elections
-------------------------------------

15. (SBU) Following the landmark constitutional changes of
2002 that locked in the country's democratic reforms, the
2004 elections represent a clear benchmark in Indonesia's
progress in strengthening secular democracy, crafting
political stability and rejecting extremism.  Following the
April 5 legislative elections, Indonesians will directly
elect their President and Vice President for the first time.
The first round of Presidential elections is July 5.  If, as
is highly likely, no one ticket polls over 50 percent of the
vote, a run-off will take place September 20.  Indonesia will
inaugurate its new President October 20.  The elections will
cost some $714 million for the three rounds of voting
involving 145 million voters.  The U.S., via USAID, is so far
the largest donor supporting the elections with $24 million.

16. (C) Megawati remains the front-runner in the presidential
race, according to almost all polls.  However, public

Leadership in Southeast Asia and the World

UNCLASSIFIED

UNCLASSIFIED

----------------------------------------------------

Indonesian Concerns and Perceptions of the United States
-----------------------------------------------------------

19. (C) Recent polls in Indonesia indicate a sharp decline in
favorable opinions of the U.S., although most Indonesians
have historically held positive views of the U.S. as a free
and democratic nation, a leader in technology, and a champion
of free trade.  Attitudes toward the U.S. are increasingly
disconnected from their evaluation of the bilateral
relationship and increasingly influenced by broader
international issues.  Most polling firms attribute the
decline to dissatisfaction with U.S. policies regarding the
Israeli-Palestinian conflict, military action in Iraq and
Afghanistan, counter-terrorism, and visa issuance -- policies
often seen as aggressive and hostile to Muslims.

20. (C) Popular dissatisfaction with our more restrictive
post-9/11 visa and immigration policies, recent press stories
alleging we have visa "blacklisted" former TNI Commander and
Golkar presidential candidate Wiranto on human rights
grounds, as well as embarrassment about the escape to the
U.S. of convicted Malukan separatist Christian leader Alex

UNCLASSIFIED

Manuputty could also arise during your meeting with Megawati or more likely in press questions.  You should echo the President's comments, stressing America's openness to visitors while taking appropriate steps to ensure our safety and security.  While emphasizing we cannot comment on individual visa cases, you might note that visas are considered upon application and not before.  We stand ready to consider any request the Indonesian government has regarding Manuputty.  However, in the absence of a bilateral extradition treaty or dual criminality for Manuputty's actions (he was convicted of treason for raising a separatist flag) our ability to assist the GOI is circumscribed.

Indonesian Support for Democracy in Iraq
------------------------------------------

21. (C) The Iraq war was deeply unpopular in Indonesia, and many here remain skeptical of U.S. motives.  Prior to the conflict, Indonesian religious leaders formed an inter-faith committee that floated the helpful message that the war was not religious in nature.  That said, the U.S. has received few if any public expressions of support for our Iraq efforts.

Similarly, Indonesian dissatisfaction with our efforts to resolve the Middle East conflict has reached an unprecedented level.  The President's visit provided a unique opportunity to explain our policies and, perhaps even more important, hear the concerns of Indonesian government and religious leaders.  They seem to have understood that we may not always agree but respect an open dialogue.

Looking Forward to a Great Visit
----------------------------------

22. (SBU) We have a complex and multi-layered relationship with Indonesia.  Your presence, along with Counter Terrorism Coordinator Ambassador Black, will signal our continued respect for and engagement with a key ally in the fight against terror.  The cumulative effect for our bilateral and regional counter-terror efforts will lay the groundwork for continued progress throughout Indonesia's frenetic election season.  We are looking forward to a great visit.
Boyce

NNNN

UNCLASSIFIED

ACTION EAP-00

UNCLASSIFIED

**E51**

RELEASED IN PART
B1, 1.4(D)

| INFO | LOG-00 | ACQ-00 | CIAE-00 | DODE-00 | WHA-00 | DS-00 | VC-00 |
|------|--------|--------|---------|---------|--------|-------|-------|
|      | TEDE-00 | INR-00 | L-00 | VCE-00 | AC-00 | NSAE-00 | OMB-00 |
|      | PA-00 | PM-00 | PRS-00 | ACE-00 | P-00 | SP-00 | SS-00 |
|      | TRSE-00 | T-00 | ASDS-00 | IIP-00 | PMB-00 | DSCC-00 | DRL-00 |
|      | G-00 | SAS-00 | /000W |  |  |  |  |

------------------4D6B15  101137Z /07

O 101113Z AUG 04
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 1722
INFO AMEMBASSY BANGKOK IMMEDIATE
AMEMBASSY CANBERRA IMMEDIATE
AMEMBASSY PORT MORESBY IMMEDIATE
AMEMBASSY SINGAPORE IMMEDIATE
AMEMBASSY TOKYO IMMEDIATE
AMEMBASSY WELLINGTON IMMEDIATE
DIR FBI WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE
SECDEF WASHDC IMMEDIATE
USCINCPAC HONOLULU HI IMMEDIATE


C O N F I D E N T I A L   JAKARTA 007561


FBI PLS PASS CTD/GAO - DEARDORFF

E.O. 12958: DECL: 08/09/2009
TAGS: PREL, PGOV, KJUS, MARR, ASEC, ID
SUBJECT: POLITICAL FALLOUT FROM TIMIKA INVESTIGATION

REF: A. 03 JAKARTA 13797 (INDONESIAN POLICE COOPERATION
        WITH FBI)
     B. JAKARTA 7139 (INDONESIAN ATTRORNEY GENERAL
        DISCUSSES CONTROVERSIAL CONSTITUTIONAL
        COURT DECISION)
     C. JAKARTA 7140 (MEGAWATI ON TERRORISM CASES
        ELECTION AND TIMIKA)

Classified By: Political Officer Henry M. Rector.  Reason 1.4 (b,d)


1. (C) Summary. Three well-known Papuan human rights groups
publicly accused Attorney General Ashcroft August 4 of
"suppressing evidence" linking Antonious Wamang, who was
indicted in the August 31, 2002 murder of two U.S. citizens,
to the Indonesian military (TNI).

The three human
rights groups, as well as other leading Papuans, claim that

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(D)
DECLASSIFY AFTER: 9 AUG 2029
DATE/CASE ID: 29 MAY 2007  200609513

UNCLASSIFIED

UNCLASSIFIED

Wamang cannot get a fair trial in Indonesia, and are urging
that he be brought to the U.S. End Summary.

-------------------------------------------
Groups Say Ashcroft Suppressed Evidence
-------------------------------------------

2. (U) On August 4, a coalition of three Papuan human rights
groups (ELSHAM, LEMASA, and YAHAMAK) released a joint press
release challenging Attorney General Ashcroft's June 24
statement on the findings of the joint U.S.-Indonesian
investigation into the August 2002 murders of two U.S.
citizens near Timika, Papua.  The Papuan groups' press
release, a rambling three-page document, charges that
Attorney General Ashcroft "suppressed evidence" linking rogue
separatist rebel Antonious Wamang, indicted by a U.S. grand
jury in the killings, with the Indonesian Armed Forces (TNI).
The groups allege that Wamang had business ties to the TNI
and obtained ammunition from the TNI that he later used in
the Timika attack. This allegedly fits the TNI's pattern of
"using civilians to stage attacks."  The statement also cites
former Papuan Police Chief I Made Pastika's 2002 remarks
(since retracted, reftel) that he believed the TNI was
involved in the attacks.  In sum, the groups argue that the
TNI was probably behind the Timika killings, and urge the
U.S. to "think before it acts" in normalizing
military-to-military ties.  The groups also urge that Wamang
be brought to the United States.

3. (U) The statement appears over the names of four
well-known Papuan activists, Dr. Benny Giay, Tom Beanal
(president of the Papua Presidium), Mama Josepha Alomang, and
John Rumbiak.

The TNI won its first round of its lawsuit against Elsham,
which has appealed the judgment.  In early July, TNI
Commander-in-Chief Sutarto reiterated his determination to
see the case through successfully, calling Elsham "traitors"
for tarnishing Indonesia's reputation abroad.

UNCLASSIFIED

UNCLASSIFIED

--------------------
Try Wamang in U.S.
--------------------

7.  (C) The Papuan groups' statement also calls for Wamang, who was indicted by a U.S. Grand Jury in connection with the Timika murders to be "brought safely to the U.S."  Wamang himself was quoted in a July 30 August Australian ABC interview admitting his guilt, apologizing, and expressing his desire to be tried in the U.S.

-------
Comment

UNCLASSIFIED

UNCLASSIFIED

our message should be that the single
U.S. interest is to bring the individual(s) responsible for
the murders to justice. This is our line in private
discussions with the GOI, in addition to a caution that the
GOI should not use the case as a public justification for a
crackdown on legitimate Papuan advocacy groups. We will also
continue to press Indonesian officials, as we have in recent
meetings with Attorney General Rachman and President Megawati
(refs B,C) that the Indonesian government needs now to arrest
and fairly try Wamang in an Indonesian court.

BOYCE


NNNN

ACTION EAP-00

UNCLASSIFIED

E58

RELEASED IN PART
B1, 1.4(D)

| INFO | LOG-00 | MFA-00 | NP-00 | AID-00 | CIAE-00 | INR-00 | DODE-00 |
| | PERC-00 | DS-00 | OIGO-00 | H-00 | TEDE-00 | INR-00 | NSAE-00 |
| | FMPC-00 | IRM-00 | SSO-00 | SS-00 | ASDS-00 | DSCC-00 | PRM-00 |
| | DRL-00 | NFAT-00 | SAS-00 | /000W | | | |

------------------5FFF72   141046Z /38

O 141031Z SEP 04
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 2907
INFO DIR FBI WASHDC IMMEDIATE

C O N F I D E N T I A L JAKARTA 008645


SECSTATE FOR EAP DAS HUHTALA AND EAP/IET
FBI FOR CTD/GAO - DEARDORFF

E.O. 12958: DECL: 09/14/2009
TAGS: PREL, PGOV, ASEC, ID
SUBJECT: INDONESIAN FM WIRAJUDA REASSURES AMBASSADOR OF
FULL COOPERATION ON TIMIKA CASE

REF: A. STATE 194566 (LETTER FROM SECRETARY POWELL TO
        FORMIN WIRAJUDA)
     B. HUHTALA-BOYCE E-MAIL 9/14/04
     C. JAKARTA 8077 (AMBASSADOR REASSURES PAPUAN
        LEADERS ON TIMIKA)

Classified By: Political Officer Henry M. Rector.  Reason: 1.4 (b, d)

1. (C) Summary.  Indonesian Foreign Minister Wirajuda
reassured Ambassador September 14 that the FBI would continue
to enjoy the full cooperation of the Indonesian authorities
in the investigation of the Timika case, including
interrogations, prosecutions, training and other capacity
building activities.

End summary.

2. (U) Ambassador met with Foreign Minister Hassan Wirajuda
September 14 to extend Secretary Powell's condolences (reftel
A) to the victims of the September 9 bombing of the
Australian Embassy in Jakarta.  Wirajuda accepted these,
adding that he had already taken a call from the Secretary.

3. (C) Ambassador noted that with the fiscal year approaching
an end, Congress was now deliberating over possible

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(D)
DECLASSIFY AFTER: 13 SEP 2029
DATE/CASE ID: 30 MAY 2007  200600513

UNCLASSIFIED

UNCLASSIFIED

restrictions on IMET funding for Indonesia in connection with
the Timika case (Ref B).  Ambassador said that in order to
bring the case to conclusion, and improve chances for IMET
funding, the FBI must be permitted to continue assistance
with the investigation, interrogations, prosecution,
training, and other capacity building activities with the
Indonesian National Police (INP) (Ref B).  Wirajuda reassured
the Ambassador that the FBI would continue to have full INP
cooperation in all these areas.

4.  (C) The Ambassador reiterated the importance of an early
arrest of indictee Anthonious Wamang.  He noted that Wamang
had told the Australian press that he feared for his life and
indicated his willingness to surrender to U.S. authorities.



                              Wirajuda agreed to focus other members of the
Cabinet on the matter.
BOYCE


NNNN

UNCLASSIFIED

UNCLASSIFIED                                    E59

ACTION EAP-00

RELEASED IN PART
B1, 1.4(B), 1.4(D)

INFO   LOG-00    AID-00    A-00     ACQ-00    CCO-00    CG-00     ~
       COME-00   CTME-00   DOEE-00  DOTE-00   WHA-00    DS-00     EB-00
       EUR-00    EXIM-01   E-00     FAAE-00   VC-00     FRB-00    TEDE-00
       INR-00    INSE-00   L-00     CAC-00    VCE-00    M-00      AC-00
       NRC-00    NSAE-00   OCS-00   OMB-00    OPIC-01   PA-00     PM-00
       PRS-00    ACE-00    P-00     SCT-00    DOHS-00   SP-00     SS-00
       STR-00    TRSE-00   T-00     USSS-00   BBG-00    IIP-00    PMB-00
       DSCC-00   DRL-00    G-00     SAS-00    /002W
                           ------------------6FF9A1   101229Z /69

O 101127Z OCT 04
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 4092
INFO ASSOCIATION OF SOUTHEAST ASIAN NATIONS PRIORITY
AMEMBASSY PARIS PRIORITY
AMEMBASSY TOKYO PRIORITY
AMEMBASSY CANBERRA PRIORITY
AMEMBASSY WELLINGTON PRIORITY
AMEMBASSY PORT MORESBY PRIORITY
FBI WASHDC PRIORITY
NSC WASHDC PRIORITY
SECDEF WASHDC PRIORITY
USCINCPAC HONOLULU HI PRIORITY
XMT AMCONSUL HO CHI MINH CITY

C O N F I D E N T I A L   JAKARTA 009750

E.O. 12958: DECL: 10/10/2014
TAGS: PREL, PGOV, PTER, ECON, EINV, CASC, KJUS, KDEM, ID
SUBJECT: YUDHOYONO ASKS AMBASSADOR FOR CONTINUED
U.S.-INDONESIAN COOPERATION

Classified By: Ambassador Ralph L. Boyce, reason 1.4 (b) and (d).

B

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: CHARLES E LAHIGUERA
CLASSIFICATION: CONFIDENTIAL REASON: 1.4(B), 1.4(D)

UNCLASSIFIED

UNCLASSIFIED

PARTICIPANTS
------------

4. (SBU) Yudhoyono was accompanied by Ministry of Foreign
Affairs Director for North and Central American Affairs Dino
Djalal and retired Major General Irvan Eddyson.  Irvan, who
graduated from the Military Academy in 1970, has assisted
Yudhoyono since March of this year as coordinator of his
private staff.  He speaks English fluently.  The Ambassador
was accompanied by poloff (notetaker).  The meeting took
place at the Raffles complex, located between Jakarta and
Bogor.

YUDHOYONO WELCOMES AMERICAN ROLE IN INDONESIA
---------------------------------------------

UNCLASSIFIED

UNCLASSIFIED

USG VALUES RELATIONSHIP WITH INDONESIA
-------------------------------------------

8. (C) The Ambassador assured Yudhoyono he would receive
support, friendship, and understanding from the USG.  By any
measure, Indonesia had no better friend than the United
States.  The USG recognized Indonesia's importance and valued
our long, historical relationship.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

B1

FOREIGN INVESTMENT AND THE NEWMONT CASE
------------------------------------------

UNCLASSIFIED

16. (C) Staying on the topic of investment, the Ambassador observed there appeared to be pent-up interest -- both domestic and foreign -- in investing in Indonesia.

TERRORISM
----------

18. (C) Turning to terrorism, the Ambassador mentioned that the USG and GOI already had established very positive cooperation on CT, and Indonesia's record of identifying, arresting, prosecuting and convicting terrorists was among the world's best.

UNCLASSIFIED

UNCLASSIFIED

THE TIMIKA CASE
- - - - - - - - - - - - - -

21. (C) The Ambassador reviewed the status of the Timika
ambush case, noting the FBI's conclusion that the attack was
a Free Papua Organization (OPM) rogue operation, and Antonius
Wamang had not denied his involvement.  Many Americans,
especially in Congress, felt outraged that Wamang remained
free.

I

ACTION SS-00

UNCLASSIFIED

E61

RELEASED IN PART
B1, 1.4(B), 1.4(D)

INFO  LOG-00   SAS-00    /000W
------------------B41F85   081234Z /38
O 081225Z FEB 05
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC IMMEDIATE 9827
INFO SECDEF WASHDC IMMEDIATE
NSC WASHDC IMMEDIATE

C O N F I D E N T I A L   JAKARTA 001967


EXDIS                    DECAPTIONED

E.O. 12958: DECL: 02/08/2009
TAGS: PREL, PTER, PGOV, MARR, ID
SUBJECT: AMBASSADOR'S FEBRUARY 8 MEETING WITH PRESIDENT
YUDHOYONO

Classified By: B. Lynn Pascoe, Ambassador.  Reason: 1.4 (b) and (d)


1. (C) Summary.  Indonesian President Yudhoyono, in a
February 8 meeting with the Ambassador, profusely thanked the
U.S. for its help in tsunami disaster relief.  He reaffirmed
his commitment to reform the Indonesian Armed Forces and
offered his views on moving ahead with military-to-military
ties.  Yudhoyono stressed his seriousness in ending the
conflict in Aceh, and promised to give his attention to the
Newmont and Cepu issues.  The Ambassador underscored the
value of good bilateral cooperation on counter-terrorism, and
stressed the importance of the ongoing trial of JI emir Abu
Bakar Ba'asyir: the President agreed.

End Summary.


Appreciation for U.S. Tsunami Relief
--------------------------------------

2. (C) The Ambassador called on President Susilo Bambang
Yudhoyono February 8 for a 45-minute discussion of bilateral
issues.  The Ambassador was alone.  Yudhoyono spoke in
English and was accompanied by Cabinet Secretary Sudi
Silalahi and Presidential Advisor Dino Djalal.  Yudhoyono
opened by noting that Indonesian Armed Forces Commander

UNCLASSIFIED

General Sutarto had praised the February 3 ceremony marking the departure of the USS Abraham Lincoln from Indonesian waters.  Yudhoyono expressed again his pleasure with U.S. cooperation in tsunami relief, in particular with that by the U.S. military.  Yudhoyono also thanked the Ambassador for the reception that Coordinating Minister for Economics Aburizal Bakrie had received in Washington. Yudhoyono noted that Bakrie in particular had had a very good discussion with Treasury Secretary Snow.

3. (C) The Ambassador noted that within two days all U.S. forces, with the exception of the hospital ship USNS Mercy, would withdraw from tsunami relief activities.  The U.S. planned to help take up any slack in the relief effort by increasing USAID assets in the area.  The U.S. has disbursed some $50 million in grant money on disaster relief so far, and President Bush will soon ask Congress for a supplemental, with a portion earmarked for Indonesia.  The U.S. had cooperated closely with Minister for National Development Sri Mulyani Indrawati and Coordinating Minister Alwi Shihab on tsunami relief and planning for Aceh reconstruction, the Ambassador noted.

4. (C) Yudhoyono said he appreciated continued U.S. support. He would, he said, inform the U.S. as soon as the GOI had a master plan for recovery; he wanted it by the end of March. Yudhoyono asserted that all use of foreign aid donations would be transparent and accountable.  Coordinating Minister Alwi Shihab, he said, already had publicly accounted for funds accepted so far.

Bilateral Counter-Terrorism Efforts
-----------------------------------

5. (C) Yudhoyono reiterated that he was serious about combating terrorism, including money laundering, and said he had written President Bush to express his hope that Indonesia's friends abroad recognized these efforts.  He said he remained committed to improved governance and combating corruption.  Some improvements had been made but much remained to be done.

6. (C) The Ambassador said the U.S. was working closely with the Indonesian National Police and the National Intelligence Agency (BIN) on counter-terrorism (CT) issues.  He noted that the U.S. had sought increased counter-terrorist cooperation

UNCLASSIFIED

UNCLASSIFIED

with the Indonesian Armed Forces and the Armed Forces Strategic Intelligence Service (BAIS).  The Ambassador remarked that the outcome of the trial of Jemaah Islamiyah "spiritual" leader Abu Bakar Ba'asyir (ABB) would be an important and closely-watched signal of where Indonesia stood on counter-terrorism.

**Yudhoyono's Travel To U.S.**
----------------------------

9.  (C) The Ambassador noted the U.S. wishes to help Indonesia and Yudhoyono's administration to succeed.  It is important that we have continued dialogue to ensure that we are on the same wavelength, he noted.  The U.S. wants to improve the overall relationship, and the Ambassador said he hoped Yudhoyono would visit the U.S. at an early date.

**Visit by Former Presidents Bush and Clinton**
----------------------------------------------

UNCLASSIFIED

**Bilateral Military Cooperation**
-----------------------------------

12. (C) Noting press speculation about U.S. action on IMET,
Ambassador said he hoped it would be possible to continue to
improve bilateral military cooperation.  He stressed that
accounting for past events in East Timor and solving the
Timika case would be important elements in this process.  He
also expressed the hope that as the military relationship
improved, a renewed bilateral agreement could regularize the
status of the Naval Medical Research Unit (NAMRU).  The
Ambassador noted that NAMRU was valuable to both countries
and had been the first organization to bring medical
assistance to the tsunami-ravaged community of Meulaboh.

**East Timor**
-----------

UNCLASSIFIED

UNCLASSIFIED

Political Settlement in Aceh
------------------------------

Bilateral Investment Issues
------------------------------

18. (C) The Ambassador said the U.S. applauded the GOI's
efforts to move forward in attracting direct foreign
investment, adding it had been right to proceed with the
recent infrastructure summit.  However, there has been no
progress on the Cepu negotiations, and the court case against
Newmont continues to raise questions among foreign investors.

UNCLASSIFIED

UNCLASSIFIED

Yudhoyono Committed to Reform
-----------------------------

20. (C) As a last word, Yudhoyono reiterated that he was
committed to carrying out his reform program for Indonesia,
and that he wanted to improve bilateral ties with the U.S.,
particularly military-to-military relations.

PASCOE


NNNN


UNCLASSIFIED

ORIGIN EAP-00    UNCLASSIFIED         RELEASED IN PART    **E65**
                                      B1, 1.4(B), 1.4(D), B6

INFO   LOG-00    MFA-00    NP-00     AID-00    AIT-00    CIAE-00   PERC-00
       DS-00     EB-00     OIGO-00   VC-00     H-00      TEDE-00   INR-00
       LAB-01    L-00      VCE-00    DCP-00    NRC-00    NSAE-00   NSCE-00
       OES-00    OIG-00    NIMA-00   PM-00     P-00      SCT-00    FMPC-00
       IRM-00    SSO-00    SS-00     STR-00    ASDS-00   EPAE-00   SCRS-00
       PMB-00    DSCC-00   PRM-00    DRL-00    SAS-00    SWCI-00   /001R

052124
SOURCE:   KODAKB.023002
DRAFTED BY: EAP/IET: WCOMLEY -- 03/22/05 202 647 2769
APPROVED BY: D: RWILSON
EAP: EREVERE PM: RLIKINS EAP: MHUHTALA D: CCASTRO
P:AYU        S/ES:SSSULLIVAN    S/ES-O:EXKASKA
                 ------------------D08C98   230058Z /38
O R 230050Z MAR 05
FM SECSTATE WASHDC
TO AMEMBASSY JAKARTA IMMEDIATE
INFO ASSOCIATION OF SOUTHEAST ASIAN NATIONS COLLECTIVE
AMEMBASSY CANBERRA
JUSTICE DEPT WASHDC 0000
FBI WASHINGTON DC 0000
SECDEF WASHDC 0000
CDR USPACCOM HONOLULU HI


C O N F I D E N T I A L STATE 052124


E.O. 12958: DECL: 03/14/15
TAGS: ASEC, KISL, KJUS, PGOV, PREL, PTER, ID
SUBJECT: INDONESIAN DEFENSE MINISTER JUWONO SUDARSONO'S
MEETING WITH DEPUTY SECRETARY ZOELLICK

Classified by Ross Wilson, D Executive Assistant,
Reasons 1.4 (b) and (d).

1. (C) SUMMARY: During a cordial exchange with the Deputy
Secretary on March 14, 2005, Indonesian Defense Minister
Juwono Sudarsono thanked the Deputy Secretary for U.S.
tsunami assistance and discussed the Indonesian
government's reconstruction plans and efforts to resolve
the Aceh insurgency. He said that Acehnese society has an
important role to play in both issues.

                          Deputy Secretary Zoellick said he was
pleased that IMET had been restored, but asked for
Indonesia's help in achieving justice in the Timika case.

UNCLASSIFIED

Deputy Secretary Zoellick expressed hope that Indonesia
will again play a leadership role in ASEAN. End Summary.

------------------------
TSUNAMI AND ACEH ISSUES
------------------------

2. (C) Deputy Secretary Zoellick offered his condolences
for the devastating losses suffered by Indonesia in the
December 26 tsunami. He said that he had met with former
Presidents Clinton and Bush after their visit to view the
relief efforts in Aceh. He said they were moved by their
experience there. The Deputy Secretary said that he hoped
to visit Indonesia in May and wanted to be briefed on the
reconstruction efforts.

3. (C) Minister Sudarsono thanked the Deputy for U.S.
support of the relief efforts, especially that provided by
the U.S. military. He said that Indonesia will continue
to welcome and appreciate U.S. assistance in the
reconstruction phase. He mentioned that a picture he had
seen of a Sergeant Bullock of the U.S. Marine Corps being
hugged by an Acehnese woman in Meulaboh was symbolic of
the powerful role and impact of U.S. assistance.

4. (C) Deputy Secretary Zoellick said that he had first met
President Yudhoyono when they were in their previous
positions as the U.S. Trade Representative and

UNCLASSIFIED

Coordinating Minister for Security and Political Affairs, respectively. He said that it was important that the Indonesian government succeed, and that he hoped to be involved in the reconstruction efforts. The Deputy said that he had talked to Sri Mulyani about this, and requested that the U.S. be kept informed on reconstruction plans in order to more quickly and effectively proceed with our assistance programs once funds are approved by Congress, hopefully in April. He said that he had also asked the embassy to try to coordinate efforts with NGOs involved in the reconstruction.

5. (C) The Deputy asked Minister Sudarsono how the Aceh peace dialogue was progressing.

Deputy Secretary Zoellick requested that the U.S. be advised of any helpful roles it could play, such as providing humanitarian or economic aid. He said he did not want to get ahead of Indonesian plans, but that it was important to take advantage of this opportunity to produce a constructive result from such a terrible tragedy.

------------------
MILITARY RELATIONS
------------------

6. (C) The Deputy Secretary asked Minister Sudarsono how he viewed U.S.-Indonesia military ties.

UNCLASSIFIED

UNCLASSIFIED

7. (C) Deputy Secretary Zoellick agreed on the need for better training of TNI officers in management skills. He said that engineering and planning are other especially important education requirements. The Deputy Secretary said that he had also discussed this issue with his colleagues at the Defense Deprtment.

8. (C) Deputy Secretary Zoellick said that he was pleased that the U.S. was able to provide full IMET to Indonesia again. He had met with Mrs. Patsy Spier, the widow of one of the Americans murdered at Timika in August 2002. The U.S. needs the Indonesian government's help in achieving justice for these murders.

B1, B

------------------------------------------------
COUNTERTERRORISM COOPERATION
------------------------------------------------

UNCLASSIFIED

UNCLASSIFIED

--------------

OTHER ISSUES
--------------

12. (C) Deputy Secretary Zoellick remarked that he was
glad to have the opportunity to work with Indonesia at the
beginning of the Yudhoyono Administration, and was looking
forward to working with Indonesia to help it meet its
challenges. He related the experience of his first visit
to Yogyakarta, and the impressions he had upon seeing the
Buddhist Borobudur and Hindu Prambanan monuments. He was
impressed that a country with a significant majority of
Muslims could take such pride in its history and tolerance
of different religions. He expressed hope that Indonesia
would once again play a more influential role in ASEAN, a
unique role that cannot be filled by any other nation. In
many ways, Indonesia is the key to a stable, effective
ASEAN.

13. (C) Minister Sudarsono reiterated that economic
performance was critical to successful democracy. Per
capita GDP must quadruple to the equivalent of US$ 5000
per person, and the size of the middle class must also
quadruple to at least forty percent of the population.
Deputy Secretary Zoellick agreed, stating that a stable
security environment would facilitate a favorable business
environment, a critical factor for foreign investors.

14. (U) Participants:

United States:

UNCLASSIFIED

UNCLASSIFIED

The Deputy Secretary
D Special Assistant Chris Castro
PM Acting Assistant Secretary Rose Likins
EAP DAS Marie Huhtala
Indonesia Defense Attach6 COL Joe Judge
EAP/IET Desk Officer Bill Comley (notetaker)

Indonesia:

Defense Minister Juwono Sudarsono
Ambassador Soemadi D.M. Brotodiningrat
Minister's Advisor Sofian Effendi
Minister's Advisor Adnan Ganto
Director for International Cooperation Brigadier General
Djoko Sutrisno
Defense Attache Brigadier General Anshory Tadjudin
Minister Counselor Suhardjono Sastromihardjo (notetaker)
RICE


NNNN

UNCLASSIFIED

UNCLASSIFIED

ACTION EAP-00

INFO   LOG-00    DS-00    EB-00    TEDE-00   SSO-00    STR-00    ASDS-00
       DSCC-00   SAS-00   /000W
       --------------------F19BDE  191030Z /32

R 190322Z MAY 05
FM AMEMBASSY JAKARTA
TO SECSTATE WASHDC 5759
INFO ASSOCIATION OF SOUTHEAST ASIAN NATIONS
AMEMBASSY CANBERRA
AMEMBASSY TOKYO

RELEASED IN PART
B1, 1.4(B), 1.4(D)

C O N F I D E N T I A L   JAKARTA 006986

DEPT FOR EAP/IET

E.O. 12958: DECL: 05/18/2015
TAGS: OVIP (ZOELLICK, ROBERT) ,PREL, ASEC, ECON, ID
SUBJECT: DEPUTY SECRETARY ZOELLICK'S MAY 7, 2005
CONVERSATION WITH INDONESIAN PRESIDENT SUSILO BAMBANG
YUDHOYONO

Classified By: Political Officer John Rath.  Reason 1.4(d)

1.   (U) May 07, 2005; 1130; Jakarta, Indonesia.

2.   (U) Participants:

U.S.
The Deputy Secretary
Ambassador B. Lynn Pascoe
DAS Marie Huhtala, EAP
Ambassador Douglas Hartwick
Ross Wilson, D Executive Assistant
Adam Ereli, PA Deputy Spokesperson
Christian Castro, D Special Assistant for EAP Affairs
Christine Davies, D Special Assistant for Public Affairs
John Rath, Embassy Notetaker

GOI
President Susilo Bambang Yudhoyono
Sudi Silalahi, Secretary of the Cabinet
Dino Pati Djalal, Advisor

3.   (C) Summary.  Indonesian President Yudhoyono told the
Deputy Secretary May 7 that economic reform was his highest
priority and that his administration would focus on measures
designed to enhance transparency and attract investment.  He
stressed also the need for transparency in implementing the

UNCLASSIFIED

UNCLASSIFIED

[ ]'s massive post-tsunami reconstruction plan in Aceh.

He agreed with the Deputy Secretary
on the importance of ongoing military reform and on the
arrest of an indicted suspect in the 2002 Timika killing.

The Deputy Secretary encourage` cgntinuad GOI
stepr to strengthen ASEAN, and urged YudhoyknotodiSbucr
potential ASEAN regionah rglec withrenhoR USF officials
during his upcomIng visat to the U.S.  End Summary.

-------------------------------
Economic Development and Reform
-------------------------------

4.  (C) Yudhoyono identified economic reform and development
as his administration's priority issues, with focus on job
creation, poverty reduction, infrastructure development, and
"improving the climate to do business with and in Indonesia"
to attract investment and meet the GOI's target goal of 6.5
percent annual economic growth.  He acknowledged the Deputy
Secretary's point that potential investors remain concerned
about issues of transparency, lack of legal certainty,
corruption, and the security environment.  Yudhoyono spoke of
plans to streamline GOI bureaucratic procedures and legal
framework to enhance investment, and to make changes in tax
and customs policy.

5.  (C) Speaking without interpretation throughout the
seventy-minute meeting, Yudhoyono said the GOI was serious in
its anti-corruption approach and needed two more years to put
a necessary legal framework in place.  He replied positively
to the Deputy Secretary's proposal of a bilateral energy
working group to promote new energy sector investment.  He
said the GOI must reform state-owned oil company Pertamina
and work better with the private sector.

----------------------------------------------
Aceh Reconstruction and Peace Negotiations
----------------------------------------------

UNCLASSIFIED

UNCLASSIFIED

6.  (C) Yudhoyono expressed gratitude for post-tsunami USG
relief and reconstruction efforts.  He recounted discussions
with former Presidents Bush and Clinton on implementation of
the GOI Aceh reconstruction master plan and the need for
accountability and transparency in plan implementation.  The
Deputy Secretary said he followed Aceh reconstruction issues
closely with GOI Planning and Development Chief Sri Mulyani,
and was working with the U.S. Congress to secure funding.  He
informed Yudhoyono that former President Clinton would soon
visit Indonesia in his UN capacity and would be looking for
ways to involve the private sector further in Aceh

reconstruction.  The Deputy Secretary said he looked forward
to learning more about reconstruction work during his visit
the following day to Aceh.

7.  (C) The Deputy Secretary noted the U.S. was watching with
great interest peace negotiations between the GOI and Aceh
separatists, and stood ready to play any role the GOI deemed
helpful to bring peace to the troubled province.

------------------
Counter-Terrorism
------------------

8.  (C) The Deputy Secretary complimented GOI efforts to
arrest and prosecute terror perpetrators and encouraged
further GOI action against Jemaah Islamiyah (JI) and other
dangerous groups.

UNCLASSIFIED

UNCLASSIFIED

The Deputy Secretary proposed that
the U.S. and Indonesia strengthen bilateral cooperation
through mechanisms such as working groups to further shared
CT goals.

-----------------------------
Timika Murder Investigation
-----------------------------

10.   (C) The Deputy Secretary remarked that Patsy Spier, the
widow of an Amcit murdered in Timika in 2002, had expressed
appreciation for Yudhoyono's personal letter to her regarding
the murder investigation, noting that the Timika issue
remained very important and that we wished to help arrest and
bring to justice Antonius Wamang, the indicted murder
suspect.  Yudhoyono replied that he continued to follow the
matter closely, and had instructed the police and
intelligence chiefs to arrest Wamang as soon as possible.  He
spoke positively of cooperation with the U.S. on the issue.

-----------------
Military Reform
-----------------

11.   (C) The Deputy Secretary flagged reform of the
Indonesian Armed Forces (TNI) as a matter of significant USG
interest, noting that past human rights abuses in East Timor
(the subject of an ongoing review by a UN Commission of
Experts) had damaged the TNI's image.

UNCLASSIFIED

UNCLASSIFIED

```
---------------------------------------
ASEAN, Burma, and Regional Issues
---------------------------------------
```

12.   (C) Yudhoyono agreed with the Deputy Secretary's point
that ASEAN depended to a great degree on Indonesian
leadership, and that Indonesia's absence from this role in
the wake of the late 1990s financial crisis had weakened the
organization.  Yudhoyono stated that Indonesia had "put its
house back in order" and now wanted to use its influence to
increase ASEAN's profile and prestige in the Asia Pacific
region.

13. (C) The Deputy Secretary encouraged greater Indonesian
leadership within ASEAN, noting that we wished to work with
regional nations on a broad range of issues including
maritime security.

UNCLASSIFIED

UNCLASSIFIED

--------------------------------

Upcoming Yudhoyono Visit to U.S.

--------------------------------

The Deputy Secretary
encouraged Yudhoyono to discuss the role of ASEAN in regional
issues, particularly in the context of how renewed and
refocused Indonesian leadership of ASEAN might energize the
organization and promote greater cohesion among member states
in their dealings with emerging nations such as China and
India.
AMSELEM

NNNN

UNCLASSIFIED

# Exhibit 17



**Canonical ID:** 06JAKARTA59_a
**Subject:** YOUR VISIT TO INDONESIA: LAUNCHING A RENEWED BILATERAL
            RELATIONSHIP
**From:** Indonesia Jakarta
**To:** -- N/A or Blank
**Original Classification:** CONFIDENTIAL
**Current Classification:** CONFIDENTIAL
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Indonesia [ID]
Military and Defense Affairs--Military Assistance and Sales [MASS]
Military and Defense Affairs--Military and Defense Arrangements [MARR]
Political Affairs--External Political Relations [PREL]
**Office:** -- N/A or Blank --
**Document Character Count:** 26210
**Date:** 2006 January 3, 11:22 (Tuesday)

_____

C O N F I D E N T I A L JAKARTA 000059


SIPDIS


FOR THE SECRETARY

E.O. 12958: DECL: 01/03/2016
TAGS: MASS, MARR, PREL, ID
SUBJECT: YOUR VISIT TO INDONESIA: LAUNCHING A RENEWED
BILATERAL RELATIONSHIP

Classified By: CDA W. LEWIS AMSELEM. REASONS 1.4 (B) AND (D).


1. (U) Madame Secretary: Your team in Jakarta warmly
welcomes your January 8-10 visit to Indonesia, the most
senior USG visit since Secretary Powell's of January 4-6,
2005. We have underway preparations to ensure a visit high
in substance and symbolism.

Introduction
------------

2. (C) On learning of the Administration's waiver of
conditions on military cooperation, an enthusiastic
Indonesian President Susilo Bangbang Yudhoyono (SBY)
privately told his staff that "we can now have a new
relationship with the United States." As a senior GOI
Presidential advisor told us, your visit for the Indonesians



"comprises the first day" of that relationship. You will hear
that theme emphatically from the President, the Foreign
Minister, and the Defense Minister.

3. (C) Although our bilateral cooperation improved following
Indonesia's landmark 2004 national elections, SBY's
inauguration in October 2004, and the splendid world-beating
U.S. response to the December 2004 tsumani, our military aid
"embargo" proved a major irritant to SBY and the Indonesian
political class, and an impediment to working with Indonesia
in key areas of mutual concern.

4. (C) SBY understands that your personal involvement and
commitment made possible our policy shift. He will want to
work with you to craft the direction of our renewed
relations. We have heard from senior GOI officials that in
addition to discussing military relations, the President and
his ministers will raise their hopes for continuing the CT
cooperation that has produced excellent results; exchange
thoughts with you on the role of China in SE Asia; and
discuss the threat posed by avian influenza. We seek to
assure SBY of our support for Indonesia's new democracy and
commitment to reform, and that we look to Indonesia to adopt
a greater role in handling regional and global issues in
partnership with us. We need also remind SBY that failure to
address key issues -- e.g., resolve the Timika murder case
and hold officials responsible for misdeeds including human
rights violations -- could lead to a return of restrictions.
We want Indonesia to sign an Article 98 waiver and move its
UN voting record closer
to us on key issues and away from a fixation on "Non-aligned"
positions.

5. (C) SBY seeks progress on many fronts: consolidating
gains against terrorists; pushing economic reform and tsunami
reconstruction under the leadership of a new economic team;
and promoting military reform, in which we can now play a
full partnership role. Much work remains to solidify
Indonesian democracy, inter alia, combating corruption,
reforming the judiciary, improving government responsiveness,
and addressing still lethal sectarian and ethnic divides.
That said, however, Indonesia, the world's largest
Muslim-majority nation, has put in place democratic
structures over the last seven years, making it the world's
third largest democracy, and has emerged as an example for
other countries of the transformational power of freedom.

Objectives of Your Visit
------------------------

6. (C) We see your visit as a major opportunity to affirm
the Indonesian model and pledge continued support. Building
on the very positive Indonesian reaction to changes in
bilateral military relations, you could chip away at
attitudes that remain from Indonesia's authoritarian and



"non-aligned" days, bolster continued efforts for political and economic reform, and push democratic Indonesia to take greater responsibility to address regional and global issues in partnership with us. You could also pursue the following objectives:

a) Urge Indonesia, the world's third-largest democracy, to help us push democratic progress and religious tolerance;

b) Move our counterterrorism agenda forward by urging strengthened legal reforms and greater internal coordination; congratulate the government for recent successes - including the neutralizing of terrorist mass murderer Dr. Azahari last October;

c) Propose further military cooperation and continued support for the modernization and professionalization of Indonesia's military and efforts to bring it fully under civilian control, paying continued attention to human rights and accountability; note Administration efforts to increase engagement and funding for assistance with maritime security issues and strengthening humanitarian response capabilities, which you will visibly demonstrate in your public event donating the fleet hospital to TNI;

d) Encourage Indonesian economic reform, the GOI's Achilles heel, and pledge U.S. support;

e) Underline your support for an Article 98 agreement, noting the personal commitment that POTUS made and you implemented to make normal military relations possible, and explain that such an agreement would benefit both parties and assist during discussions with and within Congress next year on military relations with Indonesia;

f) Affirm that Indonesia has "no better friend than the United States." You can remind Indonesia of our huge aid program, including our response to the tsunami and to the AI threat. We see Indonesia as a fellow democracy with shared values of tolerance and pluralism, as a nation of crucial importance to the region and the world, and one we want to succeed.

Ensuring Democracy and Moderate Islam Prevail
--------------------------------------------

7. (C) We have a great stake in helping consolidate democracy in Indonesia, the world's fourth most populous nation and its largest Muslim-majority country. Indonesia's emerging success as a democracy has profound implications for our bilateral objectives, for our broader goals in Asia and throughout the developing world, most notably among other Muslim-majority countries. Within Indonesia, democracy has created opportunities for a U.S.-Indonesia partnership that



supports mutual objectives in key areas such as combating
extremism and terrorism, and promoting human rights, security
cooperation, economic development and investment. Indonesia
provides a strong democratic example for countries that lag
in political freedom and stands out as a living example of
Islam's compatibility with freedom and modernity.

8. (C) Indonesia established new foundations for democracy
over the past seven years. The amended Constitution provides
more effective checks and balances among the executive,
legislative and judicial branches. Indonesia now has a
freely-elected legislature with a chamber representing
different regions. Security forces no longer have unelected
seats in the House of Representatives (DPR). The People's
Consultative Assembly (MPR) resoundingly defeated attempts by
Islamist parties to introduce Shari'a law in the
Constitution. The free and fair 2004 national elections put
into practice a new electoral framework with a vibrant
multi-party system. The country's first direct presidential
election defeated an incumbent President and brought
reform-minded Yudhoyono into office. Indonesia carried out a
huge decentralization effort that shifted much authority from
central government to local officials. A free, open, and
frequently obstreperous press has replaced a tightly
controlled and censored media, allowing public discussion of
issues. Our assistance programs and diplomatic efforts have
supported these developments.

9. (C) Democratic progress has made Indonesia a player in
the ongoing struggle between democratic modernization and
militant retrograde Islam. As the world's largest
Muslim-majority country, Indonesia suffers the same radical,
hate-filled strains of thought that afflict the rest of the
Islamic world. At the same time, Islam in Indonesia --
especially its syncretic Javanese version -- has a long
history of moderation, combining Islamic beliefs with
modernization and outreach to the rest of the world. This
has led most Indonesians to conclude that democracy and Islam
prove compatible. We have worked with Indonesia's civic
organizations -- dominated by Islamic groups -- to make the
point that democracy, modernization, and Islam can work
together; Indonesians have adopted this view and created one
of the world's largest democracies. We must show that we can
forge close, long-term mutually beneficial ties with this
fourteen percent of the Islamic world (more Muslims live here
than in all the Middle East).


Encouraging Engagement in Region and Globally
--------------------------------------------

10. (C) SBY's focus on repairing Indonesia's image gives the
foreign policy apparatus an opportunity to change Indonesia's
role in international fora. We need Indonesia to take the
side of democracy in world debates and act as a moderating,



democratic influence on more radical regimes in the Middle
East. Indonesia's historical non-aligned orientation and
jealous safeguarding of national sovereignty have made it
cautious in entering into bilateral agreements, preferring
multilateral fora and instruments. Indonesia has begun to
reassert its traditional leadership role in ASEAN and has
made tentative attempts to press for democratic norms within
ASEAN's nascent political community. ASEAN members made
helpful statements in Kuala Lumpur about the lack of progress
in Burma, and agreed to send Malaysian FM Hamid to Rangoon.
Indonesia can build on this positive movement by beginning to
speak publicly about the need for reform in Burma.

11. (C) Indonesia should increase engagement in
international security efforts, including maritime security
and the Proliferation Security Initiative (PSI). Indonesia
has worked with Malaysia, Singapore, Thailand and the
International Maritime Organization to improve maritime
security in the strategic Strait of Malacca, but needs more
effective measures in this and other areas. Indonesia
professes strong support for non-proliferation, but has not
endorsed the PSI Statement of Principles. It should see PSI
as a means to enhance cooperation as part of our mil-mil
relationship and area in which it should take greater
international responsibility. It should consider endorsing
PSI before the February 11 Asian Senior-Level Talks on
Non-Proliferation (ASTOP).

Significant Progress on Terrorism; Problems Remain
-------------------------------------------- -----

12. (C) The bombings in Bali October 1 left no doubt that
terrorism remains a significant threat. Jemaah Islamiyah
(JI), the most active terror group in Indonesia and one of
the world's deadliest, has conducted most of the dozens of
bombings in Indonesia since 2000, killing hundreds of persons
(mostly Indonesians). Founded in 1992 as an offshoot of the
Darul Islam network that for decades sought to turn Indonesia
into an Islamic state, JI has as its ultimate goal the
establishment of an Islamic caliphate that spans the southern
Philippines, Malaysia, Singapore, Indonesia, and southern
Thailand. JI's leaders (including its now imprisoned
"spiritual" leader Abu Bakar Ba'asyir or "ABB") returned to
Indonesia from exile after Suharto's fall in 1998. Thanks to
the GOI's recent success in taking down bombing mastermind
Azahari we see a much greater understanding within the GOI
and the population of the dangers posed by these radicals.
We see the greatest public commitment to act expressed by
leaders since the first Bali bombings in 2002. In your
discussions with Yudhoyono and others you could stress the
importance of government efforts to achieve clear public
understanding that jihadist radicalism has no place in
Indonesia.

Reform of the Indonesian Military



---------------------------------

13. (C) SBY, a retired General, has continued the reform of
the Indonesian Armed Forces (TNI) begun after the fall of
Suharto. As Defense Minister he has a strong-willed civilian
military expert, Juwono Sudarsono, who also served as
Minister of Defense in Gus Dur's cabinet. Juwono's Ministry
implemented the TNI law enacted in September 2004 and has in
preparation legislation to bring TNI fully under control of
the Ministry. Under Juwono, TNI professionalism and respect
for human rights continue to improve; TNI has stayed out of
politics and submitted to increased civilian control; TNI has
observed legal restrictions on its domestic CT involvement
and allowed the Indonesian National Police to take the lead
on the issue; and TNI has fulfilled its obligations under the
GOI-GAM MOU ending three decades of conflict in Aceh.
Although making progress, the GOI has not yet ended TNI's
business activities and provided it a realistic budget --
most of TNI's budget comes from "self-financing." While TNI
respect for human rights and punishment of individuals who
abuse rights has increased, accountability has remained
incomplete in the ase of 1999 East Timor abuses. Indonesia

and Eas Timor have established a i(aterall Truth and


Friendship Commission (TFC) to achieve accountability for
crimes committed in East Timor in 1999, but we must work to
assure the TFC performs credibly by including naming names of
perpetrators, having international advisors, holding public
hearings, and protecting witness confidentiality. Progress
on human rights remains key to consolidating democracy and
has implications for further mil-mil normalization.

Normalized Mil-Mil Relationship
-------------------------------

14. (C) The decision to sign the waiver and normalize
mil-mil relations enhances our ability to support GOI efforts
to develop democratic institutions and reform and
professionalize TNI. Congress and we remain keenly
interested that TNI reform continues, and the form
Congressional conditions take in FY07 could depend on GOI
performance this year. We propose to focus our efforts on
priority areas: (1) maritime security/regional
stability/counterterrorism; (2) professionalization and
modernization of TNI, including civilian control; and (3) TNI
ability to respond to domestic humanitarian crises; overseas
peacekeeping operations and disaster assistance. We will
engage with the TNI and Defense Ministry in January to
determine ways to tailor our activities to Indonesian needs.
When discussing our commitment to normalized relations and
increased funding for programs, you might wish to make known
your support for an Article 98 agreement, and explain that an
Article 98 agreement could prove of major help during talks



WikiLeaks

with and within Congress on bilateral military relations.

The Timika Case
---------------

15. (C) Resolution of the August 31, 2002 murders of
American schoolteachers Leon Burgon and Rickey Spier near
Timika, Papua became a key benchmark for our overall
bilateral relationship -- and a normalized
military-to-military relationship. The FBI's exemplary
investigation, leading to the indictment June 2004 in a U.S.
court of Anthonius Wamang, a renegade member of the Papuan
separatist guerrilla group OPM (Free Papua Movement), proved
vital to U.S. efforts to address and resolve the issue. At
present, a joint task force consisting of members of the FBI,
TNI, and Indonesian National Police (INP) continue the
investigation and focus on apprehending Wamang, as well as on
the identification and indictment of additional subjects.
Cooperation with the Indonesian authorities on the case has
become good, particularly since December 2003 when the focus
shifted to Wamang. President Yudhoyono during his May visit
to the U.S. met Patsy Spier, widow of Rickey Spier. Ms.
Spier will arrive in Indonesia this month and travel to Papua
with the FBI team. Apprehending Wamang remains a high
priority for us.

Indonesia's Judicial Sector and Corruption
------------------------------------------

16. (C) Indonesia's judicial sector must overcome the
corruption, ineffectiveness and pervasive impunity from which
it suffered during the Suharto regime. A broad range of U.S.
programs assists Indonesia to do so. We successfully
encouraged the Attorney General to establish in September a
counter terrorism and transnational crime task force and we
support it financially. Our ICITAP and ATA training programs
have helped develop the operational and organizational
capacity of the Indonesian National Police (INP) as
highlighted by the success of U.S.-trained "Task Force 88,"
which killed JI bomber and mass murderer Azahari last October
in the course of a well-executed raid on a terrorist
"safehouse." USAID has a multi-year rule of law initiative
focusing on the courts, the AG's office and other judicial
institutions, including the Corruption Eradication Commission
(KPK). CT cooperation has led to arrests, prosecutions and
convictions of large numbers of terrorists. Assistance to
the judicial sector also helps SBY pursue his high priority
anti-corruption agenda and create a better climate for
foreign investment.

Public Diplomacy Environment
----------------------------

17. (C) Indonesian institutions have proven remarkably open
and receptive to U.S. public diplomacy efforts. The point



made elsewhere in this cable that Indonesia has "no better
friend than the U.S." seems widely recognized both among the

elite who have benefited from U.S. education (a large number
of the cabinet have studied in the U.S., often under USG
sponsorship) as well as the man in the street. While public
opinion polls show disagreement with many U.S. policies,
other polling results and our daily experience show a
substantial positive feeling about the U.S., and our values
and social institutions. Our effective response and
significant contributions to the tsunami relief had a
tremendous impact, receiving wide publicity and praise in
Indonesia, and helped turn around the decline in our approval
ratings. More important, our access to all levels of society
provides opportunity for aggressive public affairs
programming. We have set up American Corners throughout
Indonesia -- half in Islamic universities -- and carry out a
large program of student exchanges with Islamic institutions.
Media remain receptive to training programs and
participation in State Department reporting tours. A large
Fulbright program enhances mutual understanding by sending
the next generation of leaders to study in the U.S.

Economic Reform
---------------

18. (SBU) Although Indonesia's record on counterterrorism
and military reform receive the bulk of attention in the
U.S., President Yudhoyono's domestic political future will
rise or fall on the success of his economic reform program.
Indonesia, once one of the "Asian Tigers" before the 1997-98
financial crisis, enjoyed annual GDP growth of almost seven
percent from 1990-96. The crisis triggered the collapse of
Indonesia's state-centered, cronyist development model, and
the country has since made halting progress toward a more
open, private sector economic system. Yudhoyono came into
office with a ringing pledge to implement a "pro-growth,
pro-poor, and pro-jobs" economic policy that, for the first
time, explicitly recognized the private sector as a key
partner in development. He set the ambitious target of
raising Indonesia's average GDP growth from 2006-09 to 6.6
from its current 5.0 percent level, and halving the poverty
and unemployment rates. The Indonesian and foreign business
communities responded warmly to Yudhoyono's agenda, and
continue to support him strongly.

19. (SBU) Aside from the tsunami disaster, the defining
moment of Yudhoyono's first year in office proved his bold
decision to raise subsidized fuel prices by an average of 126
percent on October 1, 2005. The fuel price hikes open the
door to the most significant expansion of GOI social and
development spending in a decade, and Indonesia's FY 2006
budget shows a 28 percent increase in non-interest,
non-subsidy spending. But the fuel price hikes caused



hardship to millions of low-income Indonesians accustomed to decades of cheap gasoline and kerosene, and eroded Yudhoyono's popularity. The price hikes also led to a surge in inflation and took steam out of the economy. In order to raise growth, SBY's highly regarded Coordinating Minister for Economics, Dr. Boediono, has said that the GOI will ramp up government development spending and improve the business climate to draw new foreign investment. As Indonesia's largest non-oil and gas export market and leading investor in the energy sector, we have an interest in Boediono's success. Obtaining final agreement from the state-owned oil company on ExxonMobil's USD 3 billion Cepu oilfield project in East Java has shaped up as a test of his ability to resolve major bureaucratic problems.

U.S. Assistance Programs


20. (SBU) For more than 40 years, the U.S. has had an active bilateral assistance program in education, public health, support for democracy, and economic growth including infrastructure development. In FY05 the bilateral USAID program came in at more than $135 million (appropriated dollars and food aid combined) and we actively work with Indonesian partners in areas Indonesia has identified as of highest priority. The USAID program in Indonesia aims to "Help Indonesia Succeed." The USAID country-wide assistance program works with the GOI, local governments and private partners, including civil society, to improve the quality of basic education; improve the delivery of essential public services at the community level, including health services and clean water; create a better business, trade and investment environment that will support economic growth that generates new and better jobs; promote more accountable and transparent governance at the national and local levels; and

promote biodiversity and environmental protection.

21. (SBU) These programs allow the U.S. to lay the foundation for a better future for the people of Indonesia, while responding rapidly to more immediate requirements as varied as response to the Indian Ocean tsunami disaster; implementation of the Aceh peace accord; avian influenza and polio outbreaks; and an HIV/AIDS epidemic that risks breaking out. Anti-corruption support, including a focus on "governance" issues in all sectors in which we work, as well as specific institutional support for justice sector reform, addresses one of the most difficult economic and democratic development issues faced by Indonesia today, and one of the highest priorities of SBY's government. With USAID and other assistance, continued progress in the fight against corruption and better delivery of basic services will help Indonesia qualify for full support from the Millennium Challenge Corporation. Indonesia just received MCC



"threshold status."

Assistance Programs for Aceh
----------------------------

22. (SBU) The U.S. has provided Indonesia tsunami recovery
and reconstruction assistance totaling $400.1 million (and
U.S. the private sector contributed more than $1.4 billion to
the regions). USAID implemented more than $43 million for
relief and transition activities in the weeks following the
tsunami and earthquake. We have directed the remaining $357

SIPDIS
million to U.S.-managed reconstruction activities, debt
relief ($20.1 million), a contribution to the jointly-managed
Government of Indonesia-World Bank Multi-donor Trust Fund
($10 million), and activities of the U.S. Trade and
Development Agency ($2.5 million). The U.S. will rebuild the
road from Banda Aceh to Meulaboh and other vital
infrastructure, restore livelihoods, and improve essential
basic services (health, education, water, sanitation, and
environment) while strengthening local governance capacity to
manage these services. We provide technical assistance to
develop national and local disaster planning and
preparedness, including early warning systems. We have
programmed more than $10 million to assist the implementation
of the landmark peace agreement between the GOI and Free Aceh
Movement (GAM) separatist movement. Our programs promote
public understanding and support of the agreement, help
integrate former combatants into Acehenese society and
sustain community-based development.

Avian Influenza
---------------

23. (SBU) Indonesia's size and complexity complicated its
response to H5N1 avian influenza (AI), and while we should
praise Indonesia's efforts to prepare for a potential
pandemic, much work remains. Of a total 17 confirmed cases
since July 2005, 12 have proven fatal. Since SBY designated
Coordinating Minister for People's Welfare Aburizal Bakrie to
coordinate its AI activities, the GOI has developed an
initial AI preparedness framework, but must improve
coordination among health, agriculture and other sectors.
Since the first confirmed AI patient in July 2005, Indonesia
has responded with case investigations, has proven quick to
report findings and shared samples for confirmation with
international laboratories. The Ministry of Health (MOH) has
established outbreak response teams to investigate reported
human cases. As active surveillance improves, increasing
investigatory caseloads could occur. The U.S. Navy Medical
Research Unit (NAMRU-2) in Jakarta has supported the Health
Ministry through its 24-hospital influenza surveillance
system, initial laboratory testing for the AI virus in
hundreds of human samples, and outbreak investigations.

However, NAMRU-2's legal status remains in question pending
negotiation of a bilateral agreement. The GOI presented us a
draft agreement in early December and we hope to present a
U.S. counter proposal very soon.
AMSELEM





# Exhibit 18



**Canonical ID:** 06JAKARTA2530_a
**Subject:** CODEL FEINGOLD MEETS INDONESIAN ATTORNEY GENERAL
**From:** Indonesia Jakarta
**To:** Australia Canberra, National Security Council, New Zealand
    Wellington, RUCNFB DIR FBI, Secretary of State, The Association of
    Southeast Asian Nations
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Indonesia [ID]
Operations--Congressional Travel [OREP]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Terrorists and Terrorism [PTER]
**Office:** -- N/A or Blank --
**Document Character Count:** 6306
**Date:** 2006 February 24, 10:22 (Friday)

---

UNCLAS SECTION 01 OF 02 JAKARTA 002530

SIPDIS

SENSITIVE
SIPDIS
CODEL

DEPT FOR EAP/MTS
DOJ FOR CTS THORNTON, AAG SWARTZ
FBI FOR ETTIU/SSA ROTH

E.O. 12958: N/A
TAGS: PTER, PREL, PGOV, KJUS, OREP, ASEC, ID
SUBJECT: CODEL FEINGOLD MEETS INDONESIAN ATTORNEY GENERAL

REF: A. STATE 22610 CODEL FEINGOLD


B. JAKARTA 1015 AMBASSADOR MEETS WITH AG ON TIMIKA
CASE
C. 05 JAKARTA 15427 ANTI-TERROR TEAM OF MUSLIM
LEADERS
D. 05 JAKARTA 12259 AG FORMS CT TASK FORCE
E. 05 JAKARTA 4077 WHAT JUDGES REALLY SAID ABOUT
BA'ASYIR



SUMMARY
--------

1. (SBU) Senator Russell Feingold called on Indonesian
Attorney General Abdul Rachman Saleh on February 22. The
Senator opened with questions regarding the status of the
Timika case and received assurance that the Attorney
General's Office will follow the evidence and expects to
convict those currently in police custody. When asked about
the Terrorism and Transnational Crime Taskforce, the AG said
it should be operational in one month. Saleh noted the GOI's
successes in its anti-corruption efforts, and Senator
Feingold ended the meeting by noting his personal interest in
the success of the Truth and Friendship Commission on East
Timor. End Summary.

Senator Feingold meets AG Saleh
-------------------------------

2. (SBU) Senator Feingold called on Indonesian Attorney
General Abdul Rachman Saleh on February 22. The Senator was
accompanied by Foreign Policy Adviser Grey Frandsen, Senate
Intelligence Committee staff member Evan Gottesman, and the
Ambassador. Deputy Attorney General Basrief Arief, Special
Assistant to the AG Muhammad Salim, Prosecutor Narendra
Jatna, and Spokesperson Masyudi Ridwan accompanied AG Saleh.
Senator Feingold said that as a longtime follower of
Indonesia, he appreciates the importance of the
U.S.-Indonesian bilateral relationship and believes the USG
should emphasize it more in its foreign policy. Saleh noted
his upcoming trip to Washington and his hopes for a
productive visit.

Timika Investigation Proceeds
-----------------------------

3. (SBU) The Senator asked the AG about the status of
Anthonious Wamang, who was indicted in the U.S. for the 2002
ambush and killing of two U.S. citizens (ref B). Saleh
replied that the case dossier remains with the Indonesian
National Police who continue to investigate and develop their
evidence. Once they have completed the dossier, the Attorney
General's Office will review the evidence and prepare for
trial, a process they expect will last for two months. AG
Saleh said the case seemed "not too complicated" to prosecute
but acknowledged that he has not seen the evidence. When
asked about the role of the FBI in the investigation, Saleh
responded that he believes it is useful, but ultimately the
judges presiding over the case will rule on its usefulness.
Senator Feingold asked that the AG seriously consider the
FBI's continued involvement and stressed the need for
accountability in this case even if the evidence points to
GOI civilian or military involvement in the incident. AG
Saleh said the GOI will follow the trail of evidence wherever



it may lead but noted that military courts have jurisdiction
over cases involving military actions and officers.

Status of Terrorism and Transnational Crime Taskforce
---------------------------------------------- ---------

4. (SBU) Senator Feingold asked about the status of the
Terrorism and Transnational Crime Taskforce which Saleh
officially created in September 2005 (ref D). Saleh and his
staff members stated that they continue to select personnel
to staff the new unit but have identified and nearly
completed preparing a space in which the Taskforce will work.
They hope it will be operational in one month. Saleh said
the GOI continues its fight against terrorism; the Yudhoyono
Administration takes the issue seriously, having recently
expanded the scope of its CT efforts to include religious
leaders and political parties rather than only GOI law
enforcement officials (ref C). Senator Feingold asked about
the relative strength of the terrorist organization Jemaah
Islamiyah (JI), and Saleh responded that it remains a small

JAKARTA 00002530 002 OF 002

extremist faction. Saleh and his staff noted that Indonesian
courts have stated in their decisions that JI does exist and
Abu Bakar Ba'asyir led the terrorists before his
incarceration (ref E).

Anti-Corruption Efforts
------------------------

5. (SBU) Senator Feingold expressed the need to combat
corruption and to prevent it from spawning other societal
ills. Saleh proudly responded that the AGO nationwide has
taken on nearly 500 corruption cases over the past year.
Saleh said the current Cabinet represents the GOI's most
serious effort in history to combat corruption, collusion,
and nepotism and that his office has not shied away from
prosecuting high-profile cases. Saleh pointed to the
reorganization of the district and appeals courts to fall
under the supervision of the Supreme Court as the most
important aspect of judicial reform in recent years. Saleh
also said that the Judicial Commission does not understand
its mandate and continues to overreach. Saleh believes the
Judicial Commission should not be allowed to review the
performance of Supreme Court Justices nor to review decision
made by judges (unless evidence of corruption exists) as such
actions would lead to a politicized Court. Saleh stated that
strong AGO efforts to prosecute corrupt judges would most
effectively clean up the institution.

Truth and Friendship Commission
-------------------------------
6. (SBU) Senator Feingold concluded the meeting with



questions on East Timor and again stressed the need for
accountability and justice. Saleh said that he could not yet
evaluate the performance of the Truth and Friendship
Commission as it has not yet had enough time to produce
results. He and Senator Feingold noted the seemingly good
relationship between the Indonesian and Timorese presidents,
and Senator Feingold noted the USG's and his personal
interest in the future work of the Commission.

7. Codel Feingold has cleared this message.

PASCOE



# Exhibit 19



**Canonical ID:** 06JAKARTA2917_a
**Subject:** YOUR VISIT TO INDONESIA: MOVING OUR RENEWED BILATERAL
        RELATIONSHIP FORWARD
**From:** Indonesia Jakarta
**To:** Australia Canberra, Commander in Chief US Pacific Command,
    National Security Council, New Zealand Wellington, Secretary of
    Defense, Secretary of State, The Association of Southeast Asian
    Nations
**Original Classification:** CONFIDENTIAL
**Current Classification:** CONFIDENTIAL
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Indonesia [ID]
Military and Defense Affairs--Military Assistance and Sales [MASS]
Military and Defense Affairs--Military and Defense Arrangements [MARR]
Political Affairs--External Political Relations [PREL]
**Office:** -- N/A or Blank --
**Document Character Count:** 24528
**Date:** 2006 March 6, 13:35 (Monday)

---

C O N F I D E N T I A L SECTION 01 OF 07 JAKARTA 002917


SIPDIS


SIPDIS


C O R R E C T E D COPY - (PARA MARKING)


E.O. 12958: DECL: 03/06/2015
TAGS: PREL, MASS, MARR, ID
SUBJECT: YOUR VISIT TO INDONESIA: MOVING OUR RENEWED
BILATERAL RELATIONSHIP FORWARD


JAKARTA 00002917 001.2 OF 007


Classified By: Charge W. L. Amselem; Reasons 1.4 (b) and (d).


1. (U) Madame Secretary: Your team in Jakarta warmly
welcomes your March 14-15 visit to Indonesia, the most senior
USG visit since Secretary Powell's of January 4-6, 2005. We
have underway preparations to ensure a visit high in
substance and symbolism.


Introduction
------------



2. (C) Summary: Your decision to move quickly in November
to normalize the military-to-military relationship with
Indonesia has given a new, more cooperative quality to
bilateral relations across a range of interests. Although
our bilateral cooperation improved following Indonesia's
landmark 2004 national elections, SBY's inauguration in
October 2004, and the splendid world-beating U.S. response to
the December 2004 tsunami, our military aid "embargo" proved
a major irritant to SBY and the Indonesian political class,
and an impediment to working in key areas of mutual concern.
Indonesians gave a collective sigh of relief when we ended
the very public sanctions we had imposed for abuses that
occurred under a different government in a very different
era. On learning of the Administration's waiver of
conditions on military cooperation, an enthusiastic
Indonesian President Susilo Bambang Yudhoyono (SBY) privately
told his staff that "we can now have a new relationship with
the United States." The Indonesia Government has signaled in
a variety of ways a willingness to begin in earnest a new,
productive partnership with us.

3. (C) SBY understands that your personal involvement and
commitment made possible our policy shift. He will want to
work with you to craft the direction of our renewed
relations. We have heard from senior GOI officials that in
addition to discussing military relations, the President and
his ministers will raise their hopes for continuing the CT
cooperation that has produced excellent results; exchange
thoughts with you on the role of China in SE Asia; and
discuss the threat posed by avian influenza. We seek to
assure SBY of our support for Indonesia's new democracy and
commitment to reform, and that we look to Indonesia to adopt
a greater role in handling regional and global issues in
partnership with us. Your visit provides an opportunity for
you to brief the GOI on developments in Iraq, Middle East,
Iran, the Korean peninsula, and China. We need also remind
SBY that failure to address key issues -- such as holding
officials responsible for misdeeds including human rights
violations -- could lead to a return of restrictions. We
want Indonesia to sign an Article 98 waiver and move its UN
voting record closer to us on key issues and away from a
fixation on "Non-aligned" positions.

4. (C) SBY seeks progress on many fronts: consolidating
gains against terrorists; pushing economic reform and tsunami
reconstruction under the leadership of a new economic team;
and promoting military reform, in which we can now play a
full partnership role. Much work remains to solidify
Indonesian democracy, inter alia, combating corruption,
reforming the judiciary, improving government responsiveness,
and addressing still lethal sectarian and ethnic divides.
That said, however, Indonesia, the world's largest
Muslim-majority nation, has put in place democratic
structures over the last seven years, making it the world's



WikiLeaks

third largest democracy, and emerged as an example for others
of the transformational power of freedom.

Objectives of Your Visit
------------------------

5. (C) We see your visit as a major opportunity to affirm
the Indonesian model and pledge continued support. Building
on the very positive Indonesian reaction to changes in
bilateral military relations, you could chip away at
attitudes that remain from Indonesia's authoritarian and
"non-aligned" days, bolster continued efforts for political
and economic reform, and push democratic Indonesia to take
greater responsibility to address regional and global issues
in partnership with us. You could also pursue the following
objectives:

a) Urge Indonesia, the world's third-largest democracy, to
help us push democratic progress and religious tolerance;

b) Move our counterterrorism agenda forward by urging

JAKARTA 00002917 002 OF 007


strengthened legal reforms and greater internal coordination;
congratulate the government for recent successes ) including
the neutralizing of terrorist mass murderer Azahari last
November;

c) Propose further military cooperation and continued
support for the modernization and professionalization of
Indonesia's military and efforts to bring it fully under
civilian control, paying continued attention to human rights
and accountability; note Administration efforts to increase
engagement and funding for assistance with maritime security
issues and strengthening humanitarian response capabilities;

d) Encourage Indonesian economic reform and pledge U.S.
support;

e) Underline your support for an Article 98 agreement,
noting the personal commitment that POTUS made and you
implemented to make normal military relations possible, and
explain that such an agreement would benefit both parties and
assist during discussions with and within Congress this year
on military relations with Indonesia;

f) Affirm that Indonesia has "no better friend than the
United States." You can remind Indonesia of our huge aid
program, including our response to the tsunami and to the AI
threat. We see Indonesia as a fellow democracy with shared
values of tolerance and pluralism, as a nation of crucial
importance to the region and the world, and one we want to
succeed.



Ensuring Democracy and Moderate Islam Prevail
--------------------------------------------

6. (C) We have a great stake in helping consolidate
democracy in Indonesia, the world's fourth most populous
nation and its largest Muslim-majority country. Indonesia's
emerging success as a democracy has profound implications for
our bilateral objectives, for our broader goals in Asia and
throughout the developing world, most notably among other
Muslim-majority countries. Within Indonesia, democracy has
created opportunities for a U.S.-Indonesia partnership that
supports mutual objectives in key areas such as combating
extremism and terrorism, and promoting human rights, security
cooperation, economic development and investment. Indonesia
provides a strong democratic example for countries that lag
in political freedom and stands out as a living example of
Islam's compatibility with freedom and modernity.

7. (C) Indonesia has established new foundations for
democracy over the past seven years. The amended
Constitution provides more effective checks and balances
among the executive, legislative and judicial branches. The
country now has a freely-elected legislature with a chamber
representing different regions, but security forces no longer
have unelected seats in the House of Representatives (DPR).
The People's Consultative Assembly (MPR) resoundingly
defeated attempts by Islamist parties to inject Shari'a law
into the Constitution. The free and fair 2004 national
elections put into practice a new electoral framework with a
vibrant multi-party system. The country's first direct
presidential election defeated an incumbent President and
brought reform-minded Yudhoyono into office. Indonesia
carried out a huge decentralization effort that has shifted
much authority from central government to local officials. A
free, open, and frequently obstreperous press has replaced a
tightly controlled and censored media. Our assistance
programs and diplomatic efforts have supported these
developments.

8. (C) Democratic progress has made Indonesia a player in
the ongoing struggle between democratic modernization and
militant retrograde Islam. As the world's largest
Muslim-majority country, Indonesia suffers the same radical,
hate-filled strains of thought that afflict the rest of the
Islamic world. At the same time, Islam in Indonesia --
especially its syncretic Javanese version -- has a long
history of moderation, combining Islamic beliefs with
modernization and outreach to the rest of the world. We have
worked with Indonesia's civic organizations -- dominated by
Islamic groups -- to make the point that democracy,
modernization, and Islam can work together; Indonesians have
adopted this view and created one of the world's largest
democracies. We must show that we can forge close, long-term
mutually beneficial ties with this fourteen percent of the



Islamic world (more Muslims live here -- nearly 200 million

JAKARTA 00002917 003 OF 007

-- than in all the Middle East).

Encouraging Engagement in Region and Globally
--------------------------------------------

9. (C) SBY's focus on repairing Indonesia's image, and on
gradually building a leadership position on the world stage
befitting Indonesia's size, gives the foreign policy
apparatus an opportunity to change Indonesia's role in
international fora. We need Indonesia to take the side of
democracy in world debates and act as a moderating influence
on more radical regimes in the Middle East. Indonesia's
historical non-aligned orientation and jealous safeguarding
of national sovereignty have made it cautious in entering
into bilateral agreements and reluctant to single out
wrongdoers in multilateral fora. Indonesia's decision to
abstain in the IAEA vote February 2 to refer the Iran
proliferation case to the UNSC demonstrated its continued
difficulties when confronted by issues in which it needs to
take a responsible public stand with other democracies of the
world community. Indonesia has begun to reassert its
traditional leadership role in ASEAN and made tentative
attempts to press for democratic norms within ASEAN's nascent
political community. ASEAN members made helpful statements
in Kuala Lumpur about the lack of progress in Burma, and
agreed to send Malaysian FM Hamid to Rangoon. We have
encouraged SBY to carry a strong message of reform to the
Burmese junta during his visit there at the end of February.

10. (C) Indonesia should increase engagement in
international security efforts, including maritime security
and the Proliferation Security Initiative (PSI). Indonesia
has worked with Malaysia, Singapore, Thailand and the
International Maritime Organization to improve maritime
security in the strategic Strait of Malacca, but needs more
effective measures in this and other areas. Indonesia
professes strong support for non-proliferation, but has not
endorsed the PSI Statement of Principles. It should see PSI
as a means to enhance cooperation as part of our mil-mil
relationship and as an area in which it should take greater
responsibility.

Significant Progress on Terrorism; Problems Remain
-------------------------------------------- -----

11. (C) The bombings in Bali October 1 left no doubt that
terrorism remains a significant threat. Jemaah Islamiyah
(JI), the most active terror group in Indonesia and one of
the world's deadliest, has conducted most of the dozens of
bombings in Indonesia since 2000, killing hundreds of persons



(mostly Indonesians). Founded in 1992 as an offshoot of the
Darul Islam network that for decades sought to turn Indonesia
into an Islamic state, JI has as its ultimate goal the
establishment of an Islamic caliphate that spans the southern
Philippines, Malaysia, Singapore, Indonesia, and southern
Thailand. JI's leaders (including its now imprisoned
"spiritual" leader Abu Bakar Ba'asyir or "ABB") returned to
Indonesia from exile after Suharto's fall in 1998. Thanks to
the GOI's recent success in taking down bombing mastermind
Azahari we see a much greater understanding within the GOI
and the population of the dangers posed by these radicals.
We see the greatest public commitment to act expressed by
leaders since the first Bali bombings in 2002. In your
discussions with Yudhoyono and others you could stress the
importance of government efforts to achieve clear public
understanding that jihadist radicalism has no place in
Indonesia.

Reform of the Indonesian Military
---------------------------------

12. (C) SBY, a retired General, has continued the reform of
the Indonesian Armed Forces (TNI) begun after the fall of
Suharto. As Defense Minister he has a strong-willed civilian
military expert, Juwono Sudarsono, who also served as
Minister of Defense in Gus Dur's cabinet. Juwono's Ministry
implemented the TNI law enacted in September 2004 and has in
preparation legislation to bring TNI fully under control of
the Ministry. Under Juwono, TNI professionalism and respect
for human rights continue to improve; TNI has stayed out of
politics and submitted to increased civilian control; TNI has
observed legal restrictions on its domestic CT involvement
and allowed the Indonesian National Police to take the lead
on the issue; and TNI has fulfilled its obligations under the
GOI-GAM MOU ending three decades of conflict in Aceh.
Although making progress, the GOI has not yet ended TNI's

JAKARTA 00002917 004 OF 007

business activities and provided it a realistic budget --
most of TNI's budget comes from "self-financing." The
appointment of Marshall Djoko Suyanto to lead the TNI should
move reform even further given his reputation as the most
open-minder senior general. While TNI respect for human
rights and punishment of individuals who abuse rights has
increased, accountability has remained incomplete in the caseu/lK`:g}Wamang and
other suspects remains a high priority for us.

Indonesia,s Judicial Sector and Corruption
------------------------------------------

15. (C) Indonesia's judicial sector must overcome the
corruption, ineffectiveness and pervasive impunity from which
it suffered during the Suharto regime. A broad range of U.S.



programs assists Indonesia to do so. We successfully
encouraged the Attorney General to establish in September a
counter terrorism and transnational crime task force and we
will support it financially. The AGO recently named someone
to head the task force, but we still await significant steps
by the AGO to create the body. Our ICITAP and ATA training
programs have helped develop the operational and
organizational capacity of the Indonesian National Police
(INP) as highlighted by the success of U.S.-trained "Task
Force 88," which killed JI bomber and mass murderer Azahari
last November in the course of a well-executed raid on a
terrorist safehouse. USAID has a multi-year rule of law
initiative focusing on the courts, the AG's office and other
judicial institutions, including the Corruption Eradication

JAKARTA 00002917 005 OF 007

Commission (KPK). CT cooperation has led to arrests,
prosecutions and convictions of large numbers of terrorists.
Assistance to the judicial sector also helps SBY pursue his
high priority anti-corruption agenda and create a better
climate for foreign investment.

Public Diplomacy Environment
----------------------------

16. (C) Indonesian institutions have proven remarkably open
and receptive to U.S. public diplomacy efforts. The point
that Indonesia has "no better friend than the U.S." seems
widely recognized among the elite who have benefited from
U.S. education (a large number of the cabinet have studied in
the U.S., often under USG sponsorship) as well as the man in
the street. While public opinion polls show disagreement
with many U.S. policies, other polling results and our daily
experience show a substantial positive feeling about the
U.S., and our values and social institutions. Our effective
response and significant contributions to the tsunami relief
had a tremendous impact, receiving wide publicity and praise
in Indonesia, and helped turn around the decline in our
approval ratings. More important, our access to all levels
of society provides opportunity for aggressive public affairs
programming. We have set up American Corners throughout
Indonesia -- half in Islamic universities -- and carry out a
large program of student exchanges with Islamic institutions.
Media remain receptive to training programs and
participation in State Department reporting tours. A large
Fulbright program, an active International Visitor program,
and an aggressive outreach to send younger people to the U.S.
for a year in high-school all enhance mutual understanding by
exposing the next generation of leaders to a deeper
understanding of the U.S.

Economic Reform
---------------



17. (SBU) Although Indonesia's record on counterterrorism
and military reform receive the bulk of attention in the
U.S., President Yudhoyono's domestic political future will
rise or fall on the success of his economic reform program.
Indonesia, one of the "Asian Tigers" before the 1997-98
financial crisis, enjoyed annual GDP growth of over seven
percent from 1990-96. The crisis triggered the collapse of
Indonesia's state-centered, cronyist development model, and
the country has since made halting progress toward a more
open, private sector economic system. Yudhoyono came into
office with a ringing pledge to implement a "pro-growth,
pro-poor, and pro-jobs" economic policy that, for the first
time, explicitly recognized the private sector as a key
partner in development. He set the ambitious target of
raising Indonesia's average GDP growth from 2006-09 to 6.6
from its current 5.5 percent level, and halving the poverty
and unemployment rates. The Indonesian and foreign business
communities responded warmly to Yudhoyono's agenda, and
continue to support him strongly.

18. (SBU) Aside from the tsunami disaster, the defining
moment of Yudhoyono's first year in office proved his bold
decision to raise subsidized fuel prices by an average of 126
percent on October 1, 2005. The fuel subsidy cuts open the
door to the most significant expansion of GOI social and
development spending in a decade, and Indonesia's FY 2006
budget shows a 28 percent increase in non-interest,
non-subsidy spending. But the subsidy cuts caused hardship
to millions of low-income Indonesians accustomed to decades
of cheap gasoline and kerosene, led to a surge in inflation
and took some steam out of the economy. In order to raise
growth, SBY's highly regarded Coordinating Minister for
Economics, Dr. Boediono, has said that the GOI will ramp up
government development spending and issue a package of
measures to improve the business climate. As Indonesia's
second largest non-oil and gas export market and the leading
investor in the energy sector, we have an interest in
Boediono's success. Getting ExxonMobil's long-delayed USD 3
billion Cepu oilfield project in East Java off the ground has
shaped up as a test of Boediono,s ability to cut through
bureaucratic red tape.

U.S. Assistance Programs
------------------------

19. (SBU) For more than 40 years, the U.S. has had an active
bilateral assistance program in education, public health,
support for democracy, and economic growth including

JAKARTA 00002917 006 OF 007


infrastructure development. In FY05 the bilateral USAID
program came in at more than $135 million (appropriated



dollars and food aid combined) and we actively work with
Indonesian partners in areas Indonesia has identified as of
highest priority. The USAID program in Indonesia aims to
"Help Indonesia Succeed." The USAID country-wide assistance
program works with the GOI, local governments and private
partners, including civil society, to improve the quality of
basic education; improve the delivery of essential public
services at the community level, including health services
and clean water; create a better business, trade and
investment environment that will support economic growth that
generates new and better jobs; promote more accountable and
transparent governance at the national and local levels; and
promote biodiversity and environmental protection. Ensuring
that Indonesians know of this contribution remains a key part
of our public diplomacy and the mission, through PAS and
USAID, conducts active campaigns to get this message out to
the media.



20. (SBU) These programs allow the U.S. to lay the
foundation for a better future for the people of Indonesia,
while responding rapidly to more immediate requirements as
varied as response to the Indian Ocean tsunami disaster;
implementation of the Aceh peace accord; avian influenza and
polio outbreaks; and an HIV/AIDS epidemic that risks breaking
out. Anti-corruption support, including a focus on
"governance" issues in all sectors in which we work, as well
as specific institutional support for justice sector reform,
addresses one of the most difficult economic and democratic
development issues faced by Indonesia today, and one of the
highest priorities of SBY's government. With USAID and other
assistance, continued progress in the fight against
corruption and better delivery of basic services will help
Indonesia qualify for full support from the Millennium
Challenge Corporation. Indonesia just received MCC
"threshold status."

Assistance Programs for Aceh
----------------------------

21. (SBU) The U.S. has provided Indonesia tsunami recovery
and reconstruction assistance totaling $400.1 million (and
U.S. the private sector contributed more than $1.4 billion to
the regions). USAID implemented more than $43 million for
relief and transition activities in the weeks following the
tsunami and earthquake. We have directed the remaining $357

SIPDIS
million to U.S.-managed reconstruction activities, debt
relief ($20.1 million), a contribution to the jointly-managed
Government of Indonesia-World Bank Multi-donor Trust Fund
($10 million), and activities of the U.S. Trade and
Development Agency ($2.5 million). The U.S. will rebuild the
road from Banda Aceh to Meulaboh and other vital
infrastructure, restore livelihoods, and improve essential
basic services (health, education, water, sanitation, and



environment) while strengthening local governance capacity to
manage these services. We provide technical assistance to
develop national and local disaster planning and
preparedness, including early warning systems. We have
programmed more than $10 million to assist the implementation
of the landmark peace agreement between the GOI and Free Aceh
Movement (GAM) separatist movement. Our programs promote
public understanding and support of the agreement, help
integrate former combatants into Acehenese society and
sustain community-based development.

Avian Influenza
---------------

22. (SBU) Indonesia's size and complexity complicated its
response to H5N1 avian influenza (AI), and while we should
praise Indonesia's efforts to prepare for a potential
pandemic, much work remains. Of a total 28 confirmed human
cases since July 2005, 20 have proven fatal, a number second
only to Vietnam. Since SBY designated Coordinating Minister
for People's Welfare Aburizal Bakrie to coordinate its AI
activities, the GOI has developed an initial AI preparedness
framework, but must improve coordination among health,
agriculture and other sectors. Since the first confirmed AI
patient in July 2005, Indonesia has responded with case
investigations, has proven quick to report findings, and
shared samples for confirmation with international
laboratories. The Ministry of Health (MOH) has established
outbreak response teams to investigate reported human cases.
The U.S. Navy Medical Research Unit (NAMRU-2) in Jakarta has
supported the Health Ministry through its 24-hospital

JAKARTA 00002917 007 OF 007

influenza surveillance system, initial laboratory testing for
the AI virus in hundreds of human samples, and outbreak
investigations. We have exchanged draft MOU's and expect to
begin intensive negations soon to re-establish NAMRU-2's
long-term legal status.
AMSELEM

http://wikileaks.org/plusd/cables/06JAKARTA2917_a.html



# Exhibit 20



**Canonical ID:** 06JAKARTA7909_a
**Subject:** TIMIKA CASE: PROSECUTION DOSSIERS COMPLETED, SENT TO
          COURT
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Japan Tokyo,
    National Security Council, New Zealand Wellington, Papua New Guinea
    Port Moresby, RUCNFB DIR FBI, Secretary of State, The Association of
    Southeast Asian Nations, United States Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 2934
**Date:** 2006 June 23, 05:36 (Friday)

---

UNCLAS JAKARTA 007909


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/CAO - UC MONTOOTH
SECSTATE FOR DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND CA/OCS/ACS

E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA CASE: PROSECUTION DOSSIERS COMPLETED, SENT
TO COURT

REF: JAKARTA 7556 (TIMIKA TRIAL LIKELY IN MID-JULY)


1. (U) Summary. Indonesian prosecutors June 21 turned over
the dossiers of Anthonious Wamang and six co-conspirators in
the August 31, 2002 murders of two Amcits and one Indonesian
to the Central Jakarta District Court. We expect the court
within ten days to set a trial date and appoint a panel of
judges. The judges will likely preside over the two



concurrently-held trials of both Wamang, who is charged with
premeditated murder, and his six co-conspirators, who face
separate, lesser charges. End summary.

2. (U) Further to reftel, Poloff and Legatt met June 15 with
Anita Asterida, the attorney heading the sub-team that will
head the prosecution of Anthonious Wamang, who faces charges
including premeditated murder in connection with the August
31, 2002 shootings of two Amcits and one Indonesian near
Timika, Papua.

3. (SBU) Ms. Asterida anticipated that the trial will begin
in mid-July, which tracks with the time frame provided us by
Deputy Director for Prosecution Domu Sihite (reftel). Ms.
Asterida was particularly concerned with the willingness of
Amcit victim witnesses to testify. She said that to lend
maximum credibility to the prosecution's case, at least two
victim witnesses should appear in person, as opposed to
merely providing sworn statements. We assured her that the
USG has resources to facilitate their appearance. She in
turn said that the prosecution would work with the judges to
ensure the victim witnesses' court appearances would not be
excessively time-consuming or otherwise onerous.

4. (SBU) Ms. Asterida said that the Wamang prosecution team
would have ten members. Since some members have other
responsibilities, this relatively large number will ensure
that the prosecution will have strong coverage throughout the
trial, which is expected to last two to three months.

5. (SBU) Ms. Asterida later confirmed that, as anticipated,
the prosecution turned the two separate dossiers for
Anthonious Wamang and his co-conspirators to Central Jakarta
District Court on June 22. In a June 23 conversation with
poloff, Ms. Asterida said she expected the court to set a
trial date and appoint a panel of judges within a week to ten
days. Although two cases technically exist -- that of
Anthonious Wamang and that of his six co-conspirators -- the
court will handle the two cases together, and the same panel
of judges will preside at both trials, which will run
concurrently, Ms. Asterida told us.

6. (U) We will immediately inform addressees when the actual
trial dates are set.
AMSELEM

http://wikileaks.org/plusd/cables/06JAKARTA7909_a.html


# Exhibit 21



**Canonical ID:** 06JAKARTA8117_a
**Subject:** TRIAL OF TIMIKA SUSPECTS TO BEGIN JULY 4
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Japan Tokyo,
    National Security Council, New Zealand Wellington, Papua New Guinea
    Port Moresby, RUCNFB DIR FBI, Secretary of State, The Association of
    Southeast Asian Nations, United States Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 2605
**Date:** 2006 June 28, 10:46 (Wednesday)

---

UNCLAS JAKARTA 008117


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/GAO - UC MONTOOTH
STATE FOR EAP/MTS AND DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS


E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TRIAL OF TIMIKA SUSPECTS TO BEGIN JULY 4


REF: JAKARTA 7909 (PROSECUTION DOSSIERS COMPLETED)


1. (SBU) Legatt, poloff, and conoff met June 28 with Abdul
Hakim Ritonga, Acting Deputy Attorney General for General
Crimes, who advised us that the trial of Anthonious Wamang
and his co-conspirators would begin on July 4 in Central
Jakarta District Court. Wamang faces charges including
premeditated murder in connection with the August 31, 2002
murders of two U.S. citizens and one Indonesian near Timika,



Papua. The Jakarta Central Court has named Ms. Andriani
Nurdin as chief judge in the case. Other members of the 3-5
judge panel have yet to be designated. The initial session
will be devoted to identifying the defendants. The cases
would then be adjourned to another day. The following
session would be for the reading of the charges, which can
take several hours. The defendant will be given a chance to
answer the charges before the prosecution calls witnesses,
according to Ritonga. Normally the defense reply is reserved
for a separate session. It will likely be a matter of weeks
before the testimony of U.S. witnesses is required, and
Ritonga said that we would be given adequate advance notice
to make arrangements. We stressed that we require two weeks
as a minimum. Participation by U.S. witnesses will not be
required for several weeks.

2. (SBU) As discussed reftel, the case will be handled in two
concurrently-held trials, although the same panel of judges
and team of prosecutors serve in both cases. Wamang is faced
with charges including premeditated murder; his six
co-conspirators will be tried separately on lesser charges.
Ms. Anita Asterida will coordinate the prosecution of Wamang,
while Fernando Siagian will lead the prosecution of the
co-conspirators.

3. (SBU) Ritonga said that it is customary for trial sessions
to be held once a week, usually on Tuesday. It is still
undecided whether the court will hear two sessions on trial
days - one for each set of defendants - or try the two groups
on different days of the week. Ritonga reaffirmed that the
prosecution and the judge will work to make any special
arrangements to accommodate U.S. victim and expert witnesses,
such as hold sessions more frequently than once a week during
the time they will be providing testimony.
SILVER

http://wikileaks.org/plusd/cables/06JAKARTA8117_a.html



# Exhibit 22



**Canonical ID:** 06JAKARTA8383_a
**Subject:** OPENING OF TIMIKA TRIAL DEFERRED UNTIL JULY 11
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Japan Tokyo,
    National Security Council, New Zealand Wellington, Papua New Guinea
    Port Moresby, RUCNFB DIR FBI, Secretary of State, The Association of
    Southeast Asian Nations, United States Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 1952
**Date:** 2006 July 5, 08:16 (Wednesday)

---

UNCLAS JAKARTA 008383


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/GAO - UC ED MONTOOTH
SECSTATE FOR EAP/MTS, DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS


E.O. 12958: N/A
TAGS: PREL, PGOV, PHUM, ASEC, KJUS, CASC, ID
SUBJECT: OPENING OF TIMIKA TRIAL DEFERRED UNTIL JULY 11


REF: JAKARTA 8114 (TRIAL OF TIMIKA SUSPECTS)


1. (SBU) The trial of Anthonious Wamang, Agustinus Anggaibak
and five other co-conspirators in the 2002 murders of two
Amcits in Timika, Papua did not begin in Central Jakarta
District Court on July 4 as originally planned (reftel). The
suspects accepted the advice of their legal counsel, a team
of lawyers from the Indonesian Legal Aid and Human Rights
Association (PBHI), to decline to appear. PBHI insists that



the trial should be held in Timika. After a morning of
waiting around the courtroom, the prosecution team prepared a
letter advising Judge Nurdin of the situation. The judge
then deferred the opening of the trial until Tuesday, July
11. If the defendants persist in refusing to appear at that
time, the judge, in keeping with established legal practice
in such situations, is expected to issue a summons for the
suspects to be compelled to appear at a later date.

2. (SBU) The presence of journalists and a group of about 20
Papuan demonstrators at the courthouse on July 4 indicates
that when the trial eventually does open, there will be
significant media interest.

3. (SBU) Comment. We do not believe that PBHI will succeed
in reversing the Supreme Court's decision to change the venue
of the trial from Papua to Jakarta based on security grounds.
In Indonesia, there is both ample recent precedent and legal
basis for such a decision. This is in effect a stalling
tactic and a preview of PBHI's likely defense strategy of
arguing that the prosecution is being driven by political
considerations on the part of the central government. End
comment.
PASCOE



# Exhibit 23



**Canonical ID:** 06JAKARTA8687_a
**Subject:** TIMIKA DEFENDANTS STILL REFUSE TO APPEAR
**From:** Indonesia Jakarta
**To:** Commander in Chief US Pacific Command, Department of
    Justice, National Security Council, Papua New Guinea Port Moresby,
    RUCNFB DIR FBI, Secretary of State, The Association of Southeast Asian
    Nations
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 1733
**Date:** 2006 July 12, 00:43 (Wednesday)

---

UNCLAS JAKARTA 008687

SIPDIS

SENSITIVE
SIPDIS

FBI PLS PASS CTD/GAO - UC MONTOOTH
SECSTATE FOR EAP/MTS AND DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS

E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA DEFENDANTS STILL REFUSE TO APPEAR

REF: A. JAKARTA 8383 (OPENING OF TIMIKA TRIAL DEFERRED)


B. JAKARTA 8114 (TRIAL OF TIMIKA SUSPECTS)

1. (SBU) The trial of Anthonious Wamang, Agustinus Anggaibak
and five other co-conspirators in the 2002 murders of two
Amcits in Timika, Papua was delayed again when the defendants
failed to appear for the second straight week (ref A).
Defense lawyers from the Indonesian Legal Aid and Human



Rights Association (PBHI) continue to insist that the trial
should be held in Timika. As expected, Chief Judge Nurdin
ordered that the suspects be compelled to appear at the next
session, scheduled for July 18, and we expect that the
Supreme Court's decision to change the venue of the trial
from Papua to Jakarta will stand. Journalists from both
Indonesia and Australia attended the session, but unlike the
first session no protesters were present.

2. (SBU) Separately, we met with Patsy Spiers' privately
contracted attorney, Luhut M. P. Pangaribuan on July 10. A
former President of PBHI, Pangaribuan stated that he
personally knows both the defense team and Chief Judge
Nurdin, whom he considers to be very capable. He also stated
that the defense was not aware of his role as Ms. Spiers'
private attorney. We emphasized our desire to keep in
regular contact with them in order to ensure that Ms. Spiers
has the full support she needs. An attorney from
Pangaribuan's office attended the July 11 session.

PASCOE



# Exhibit 24



**Canonical ID:** 06JAKARTA7556_a
**Subject:** TIMIKA TRIAL LIKELY IN MID-JULY
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Japan Tokyo,
    National Security Council, New Zealand Wellington, Papua New Guinea
    Port Moresby, RUCNFB DIR FBI, Secretary of State, The Association of
    Southeast Asian Nations, United States Pacific Command
**Original Classification:** CONFIDENTIAL
**Current Classification:** CONFIDENTIAL
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 5052
**Date:** 2006 June 14, 10:32 (Wednesday)

---

C O N F I D E N T I A L SECTION 01 OF 02 JAKARTA 007556


SIPDIS


SIPDIS


FBI PLEASE PASS CTD/GAO - UC MONTOOTH
SECSTATE FOR EAP/MTS, DS/DSS, DS/IP/EAT, DS/EAP/ITA, AND
CA/OCS/ACS

E.O. 12958: DECL: 06/14/2016
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA TRIAL LIKELY IN MID-JULY

REF: JAKARTA 2985 (TIMIKA CASE NEARING PROSECUTION


    PHASE)

JAKARTA 00007556 001.2 OF 002


Classified By: Marc L. Desjardins, Political Counselor. Reason: 1.4 (d
, d)



1. (C/NF) Summary. A senior official in the General Crimes
division of the Attorney General's Office (AGO) assured us on
June 14 that the prosecution of seven persons in connection
with the August 31, 2002 killings of two Americans in Timika,
Papua, is still on track. The prosecution's dossiers will be
turned over to the Central Jakarta Court in the week of June
27, and we expect the trial to commence in mid-July. It will
likely run from two to three months. Participation by U.S.
witnesses, both experts and victims, will be determined by
the judge in consultation with the prosecution. The AGO
assured us that allowances will be made for witnesses
arriving from overseas, and that sworn testimony in written
form can be introduced in the cases of witnesses unable to
appear. We will meet June 15 with the team of prosecutors
assigned to suspect Anthonious Wamang, who was indicted in
Washington, D.C. District Court in connection with the
murders. End summary

2. (C/NF) On June 14, Poloff, Legatt, and DOJ Attorney
Advisor met with Domu Sihite, Deputy Director for Prosecution
of General Crimes in the Office of the Attorney General, to
discuss the progress of the Timika case. Sihite reported
that the case is on track. Preparation of the prosecution's
dossier should be complete by June 16. The following week,
the dossier will undergo a final review by prosecution staff
before being handed over to Central Jakarta court. This
should occur during the week of June 27. Within ten days
after that, the court will assign a panel of judges to the
case (most likely three) and set a date for the beginning of
the trial. Sihite said that trial can begin as soon as three
days after the court's announcement, but it will more likely
be in one to two weeks. This means that the trial will most
likely begin in mid-July. The judge will determine, in
consultation with the prosecution, how many times a week the
court will be in session. In Indonesia, this is usually one
to two sessions per week. We urged that out of consideration
for witnesses traveling from overseas, sessions be held as
frequently as possible. The trial may last as long as three
months depending on the number of witnesses who are called,
according to Sihite.

3. (C/NF) The suspects in the case will be tried in two
groups. Since the panel of judges may well be the same for
both groups, the two trials may be held concurrently, with
sessions meeting on different days of the week. Separate
prosecution teams will be assigned for each of the two
trials. Antonious Wamang will be tried on charges of
premeditated murder, manslaughter, assault/maltreatment, and
a firearms charge. Premeditated murder, the most serious
charge, theoretically can carry the death penalty, but it can
also receive imprisonment for up to twenty years. The
maximum imprisonment for manslaughter is fifteen years.

4. (C/NF) Six other suspects in the case will be tried
separately on charges of assisting the murder and being



accomplices to murder. There are several somewhat vague and
conflicting provisions regarding the potential sentence for
these charges, but the maximum sentence is between seven and
fifteen years.

5. (C/NF) Police investigators are still preparing the
dossier for another suspect, Johannes Kasomol, according to
Sihite. Kasamol's account of his role does not track with
statements made by any of the other suspects, and police
released him on bail in the Timika area about three weeks
ago. Kasomol must report to police twice weekly. It is
unclear what charges will ultimately be brought against him.

6. (C/NF) Participation by U.S. witnesses, both experts and
victims, will be determined by the judges in consultation
with the prosecution. Formally, the judge can issue a
summons for a witness to appear within one week. However, if
there are mitigating circumstances, such as witnesses
traveling from overseas, notice can be given further in

JAKARTA 00007556 002.2 OF 002


advance at the judge's discretion, according to Sihite.
Sihite also confirmed that under Indonesian law, sworn
witness statements are admissible when the witness is not
able to appear in person.

7. (C/NF) We will meet June 15 with the team of prosecutors
assigned to the case of Anthonious Wamang. At that time, we
will urge that every accommodation be made for U.S. citizen
witnesses, especially that court sessions be held as
frequently as possible once the trial commences.
AMSELEM

http://wikileaks.org/plusd/cables/06JAKARTA7556_a.html



# Exhibit 25



**Canonical ID:** 06JAKARTA11342_a
**Subject:** DEFENDANTS WALK OUT AS FBI AGENTS TESTIFY AT TIMIKA
          TRIAL
**From:** Indonesia Jakarta
**To:** Commander in Chief US Pacific Command, Department of
    Justice, Federal Bureau of Investigation, National Security Council,
    Papua New Guinea Port Moresby, Secretary of State, The Association of
    Southeast Asian Nations
**Original Classification:** UNCLASSIFIED
**Current Classification:** UNCLASSIFIED
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
**Office:** -- N/A or Blank --
**Document Character Count:** 3502
**Date:** 2006 September 12, 11:12 (Tuesday)

---

UNCLAS JAKARTA 011342


SIPDIS


SIPDIS


FBI PLS PASS TO CTD/ITOS I, CTD/ITOS II, GOU
SECSTATE FOR EAP/MTS AND DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS

E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, ID
SUBJECT: DEFENDANTS WALK OUT AS FBI AGENTS TESTIFY AT
TIMIKA TRIAL

REF: A. JAKARTA 11145 AMCITS TESTIFY AT TIMIKA TRIAL


   B. JAKARTA 10704 WITNESS TESTIMONY IN TIMIKA TRIAL
TO BEGIN
C. JAKARTA 8958 TIMIKA TRIAL OPENS

1. (U) The defendants and their attorneys walked out of the
courtroom in protest as FBI Special Agents Ron Eowan and Paul
Myers gave testimony at the September 12 session of the trial



of seven men accused of killing two amcits in Timka, Papua in
2002. As Eowan was taking the witness stand, defendant Ishak
Onawame gave a statement claiming that the FBI agents had
tricked them into discussing the case with them and
requesting that the judge disallow them from testifying. The
statement elicited shouts of support from the other
defendants and from observers in the courtroom. Chief Judge
Nurdin overruled the request and stated that anyone opposed
to allowing the agents to testify could leave the courtroom.
In response, the defendants and their attorneys walked out of
the session, and lead defense attorney Johnson Panjaitan gave
a press conference outside the room as the witnesses gave
their testimony. Johnson stated to the journalists present
that there was a prior agreement to allow all the victims to
testify before other witnesses were brought in, and that this
was the basis for his protest as several Indonesian victims
had yet to testify.

2. (U) During their testimony, Eowan and Myers introduced
several videos into evidence. Two of the videos show weapons
believed to have been used in the attack. Another shows
Organisasi Papua Merdeka (OPM) guerrilla leader Kelly Kwalik
stating that while he did not order the Timika attack, it was
carried out by men under his command. A third video was a
clip from a foreign news program in which defendant Antonius
Wamang confesses his involvement in the attack to a
journalist. Eowan and Myers then went on to describe a
series of meetings held with the defendants between December
2003 and March 2004 in which several of the defendants
confessed their roles in the attack. According to Eowan,
Wamang stated that he originally planned an explosive attack
on the road from Timika to Tembagapura in order to disrupt
the activities of the Freeport Mining Company, which the
defendants claimed was displacing Amungme families. However,
Wamang told Eowan that he lacked expertise with explosives
and so decided to stage an attack on the Indonesian military
forces (TNI) assigned to protect Freeport instead. According
to Eowan's testimony, Wamang said that they attacked the
civilian vehicles by mistake. Eowan said that Wamang
confessed to the FBI because he was under pressure from his
community to make clear that the intended target of the
attack was the TNI, not civilians, but that he was afraid to
speak to the Indonesian police. Since the defense was not
present in the courtroom, there was no cross-examination of
witnesses.

3. (U) After the testimony of the two agents, the Judge
adjourned the court until September 15, when ballistics
expert Brett Mills will testify. Two Indonesian victims are
also expected to testify. Both translators are expected to
be present at the September 15 session.
PASCOE



# Exhibit 26



**Canonical ID:** 06JAKARTA11845_a
**Subject:** TIMIKA TRIAL: TNI PERSONNEL TESTIFY
**From:** Indonesia Jakarta
**To:** Department of Justice, Federal Bureau of Investigation,
    National Security Council, Papua New Guinea Port Moresby, Secretary of
    State, The Association of Southeast Asian Nations, United States
    Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 1413
**Date:** 2006 September 25, 10:33 (Monday)

---

UNCLAS JAKARTA 011845


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/ITOS I, CTD/ITOS II, GOU
SECSTATE FOR EAP/MTS AND DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS

E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA TRIAL: TNI PERSONNEL TESTIFY

REF: A. JAKARTA 11585 (DEFENDANTS


   B. HUNGER STRIKE)

1. (SBU) On September 19, the trial of suspects charged in
the 2002 murder of two Americans and one Indonesian near
Timika, Papua, resumed. The defendants had ended their
hunger strike (reftel) and were present except for Hardi
Sugimol, who was recovering from an illness. Amcit victim

witnesses Patsy Spier and Steven Emma attended.

2. (SBU) The court heard testimony from four Indonesian Armed
Forces (TNI) soldiers who had responded to the shooting.
These were Ibnu Hudaya, Yanto Harsono, and Wayan Ardana.
Questioning by prosecutors and defense attorneys focused on
the sequence of events during and following the ambush.
After the testimony of each of the four witnesses, the
defendants were offered the opportunity to respond.
Anthonious Wamang, charged with murder, commented, "They can
say whatever they want," and at one pointed disputed a minor
aspect of Ardana's testimony. The other defendants asserted
they had nothing to say since they had not been present at
the ambush.

3. (U) The trial will resume on September 26.
HEFFERN





# Exhibit 27



**Canonical ID:** 06JAKARTA12161_a
**Subject:** TIMIKA TRIAL: DEFENDANTS REFUSE TO TESTIFY
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Federal Bureau
    of Investigation, National Security Council, New Zealand Wellington,
    Papua New Guinea Port Moresby, Secretary of State, The Association of
    Southeast Asian Nations, United States Pacific Command
**Original Classification:** CONFIDENTIAL, NOFORN
**Current Classification:** CONFIDENTIAL, NOFORN
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 3894
**Date:** 2006 October 3, 11:39 (Tuesday)

---

C O N F I D E N T I A L JAKARTA 012161


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/ITOS I, CTD/ITOS II, GOU
SECSTATE FOR EAP/MTS, DS/DSS, DS/IP/EAP, DS/EAP/ITA,
CA/OCS/ACS


E.O. 12958: DECL: 10/03/2016
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA TRIAL: DEFENDANTS REFUSE TO TESTIFY


REF: JAKARTA 12099 (LAST DAY OF VICTIM AND EXPERT


TESTIMONY)


Classified By: Marc L. Desjardins, Political Counselor. Reason: 1.4 (b
, d)


1. (SBU) The trial of the suspects in the 2002 murder of two
Americans and one Indonesian near Timika, Papua resumed on



WikiLeaks

October 3. The opening of the session was delayed by an hour
because the head judge in the Timika case also served in the
morning session of a circus-like, high-profile corruption
trial involving senior GOI figures. The October 3 session
was to be devoted to cross-examination of the defendants,
including Anthonious Wamang.

2. (SBU) The defendants' legal counsel was not present for
the session. Wamang, speaking through an Amungme language
interpreter, refused to testify for several reasons. Wamang
claimed that, first, the authorities had not yet met the
defendants' demand that co-conspirator Hardi Sugimol be given
proper medical attention (reftel). He also protested that he
was suffering from stress because of taunting by other jail
inmates. Wamang was seconded by Eshak Ondawatme, who said
that he had been a human rights activist before his arrest
and that he would not testify until these human
rights-related issues were addressed. With this, the
defendants were removed from the courtroom.

3. (SBU) The judge then said she would not accept further
delays, and called on the prosecution to read written
statements from two victim witnesses not able to appear in
court. The prosecution read aloud statements from Freeport
driver Mastur and Freeport security official Andrew Neal.
Following this, the prosecution read written statements
(Berita Acara Pemeriksaan, or "Report of Investigation
Proceedings") that each of the defendants had made to police
while in custody. These statements were short, and included
accounts of meetings with FBI investigators following the
shooting. The day's session concluded at about 3:30 p.m.
The judge said that the trial would resume on Tuesday,
October 10, at which time the prosecution would read its
sentencing request.

4. (C) With regard to the issue of Hardi Sugimol's illness,
Poloff and Legatt met with lead prosecutor Anita Asterida on
October 2. We urged that Sugimol be afforded all medical
treatment that he is entitled to under Indonesian law;
otherwise, the defense might have grounds to challenge the
authorities' handling of the case on human rights grounds.
Ms. Asterida acknowledged that Sugimol was seriously ill and
had already been hospitalized once in late August. At that
time, he was diagnosed with tuberculosis, hepatitis, HIV
infection, and pericardial effusion. She said Sugimol was
being treated by a prison doctor, but that she would meet
with the judge on October 4 to discuss the matter, including
whether Sugimol should be hospitalized again. She noted that
Sugimol's defense lawyer had neither visited Sugimol in jail
nor made any attempt to arrange for additional medical
treatment. We note that Indonesian law does not allow for
charges to be dropped for reasons of illness on the part of
the defendant, although legal proceedings against a sick
defendant can be suspended while he is undergoing treatment.

5. (C) Comment. We regard today's developments as yet
another display of the defense's effort to derail the trial
by means of obstruction, resistance and general
non-cooperation. The judge's patience is reaching its limit,
as demonstrated by her decision to proceed without
cross-examination of the defendants. End comment.
HEFFERN



http://wikileaks.org/plusd/cables/06JAKARTA12161_a.html



# Exhibit 28



**Canonical ID:** 06JAKARTA13142_a
**Subject:** TIMIKA TRIAL: WAMANG SENTENCED TO LIFE IN PRISON
**From:** Indonesia Jakarta
**To:** Department of Justice, Federal Bureau of Investigation,
    National Security Council, Papua New Guinea Port Moresby, Secretary of
    State, The Association of Southeast Asian Nations, United States
    Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 2721
**Date:** 2006 November 7, 11:52 (Tuesday)

---

UNCLAS JAKARTA 013142


SIPDIS


SENSITIVE
SIPDIS


FBI PLS PASS CTD/ITOS I, CTD/ITOS II, GOU'
SECSTATE FOR EAP/MTS, DS/DSS, DS/IP/EAP, DS/EAP/ITA,
CA/OCS/ACS


E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA TRIAL: WAMANG SENTENCED TO LIFE IN PRISON


REF: JAKARTA 12874 (TIMIKA DEFENDANTS REFUSE TO


  RESPOND)


1. (SBU) On November 7, Judge Adriani Nurdin sentenced
Anthonious Wamang to life in prison for premeditated murder
in connection with the August 31, 2002 murders of two
Americans and one Indonesian in Timika, Papua. Although
prosecutors had requested 20 years, Judge Nurdin cited



several considerations in exercising her prerogative to
impose a heavier sentence. First, she said that the evidence
presented in court showed that Wamang had continued to shoot
even though he had realized that the victims were civilians,
not members of the Indonesian Armed Forces (TNI). This,
Judge Nurdin said, was a severe violation of human rights.
Secondly, Judge Nurdin said that the defendants' behavior in
court amounted to obstruction of justice. Despite the
court's attempts to meet the defendants' demands, they had
refused to cooperate with the proceedings. Finally, she said
that Wamang had carried out his crime as a member of a banned
organization, the Papuan Independence Organization (OPM).

2. (SBU) Judge Nurdin sentenced Agustinus Anggaibak (AKA
Johnny Kasomol) and Yulianus Deikme to seven years each for
participating in premeditated murder. She sentenced the
other defendants - Hardi Sugimol, Ishak Onawatme, Esau
Onawatme, and Yairus Kiwak - to eighteen months for aiding
and abetting an act of violence. These sentence are somewhat
less than those recommended by prosecutors, who had called
for 15 years for Angaibbak and Deikme, and eight years for
the other co-defendants.

3. (SBU) The Central Jakarta courtroom was packed with press
and noisy demonstrators. The session was also attended by
Patsy Spier, the widow of Amcit victim Rick Spier. The
defendants walked out before Judge Nurdin read the
three-judge panel's verdict.

4. (SBU) Comment. From our point of view, this is an
excellent outcome. In the coming days, we will research how
long Wamang is likely to spend behind bars; it may not be
life per se, but will be a very long time. Although the
defense lawyers have announced their intention to appeal,
their prospects for success are remote. Since the defense
made no effort whatsoever to challenge the evidence against
Wamang and his co-defendants, they will likely rely on
political and procedural arguments which are unlikely to
receive a sympathetic hearing. End comment.
PASCOE



# Exhibit 29



**Canonical ID:** 07JAKARTA897_a
**Subject:** JAKARTA HIGH COURT UPHOLDS VERDICTS IN TIMIKA CASE
**From:** Indonesia Jakarta
**To:** Australia Canberra, Department of Justice, Federal Bureau
    of Investigation, Japan Tokyo, New Zealand Wellington, Papua New
    Guinea Port Moresby, Secretary of State, The Association of Southeast
    Asian Nations, United States Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 2023
**Date:** 2007 March 28, 09:14 (Wednesday)

---

UNCLAS JAKARTA 000897


SIPDIS


SENSITIVE
SIPDIS


FBI PLEASE PASS CTD/ITOS I, CTD/ITOS II, GOU
STATE FOR EAP/MTS, DS/DSS, DS/IP/EAP, DS/EAP/ITA, AND
CA/OCS/ACS

E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: JAKARTA HIGH COURT UPHOLDS VERDICTS IN TIMIKA CASE

REF: 06 JAKARTA 013142 (WAMANG SENTENCED TO LIFE)


1. (SBU) On March 7, the Jakarta High Court announced that it
had upheld the Central Jakarta District Court's guilty
verdicts (reftel) of Anthonius Wamang and his co-conspirators
Agustinus Anggaibak (AKA Johnny Kasomol), Yulianus Deikme,
Ishak Onawatme, Esau Onawatme, and Yairus Kiwak in connection
with the 2002 murders of two American citizens and one
Indonesian near Timika, Papua. Wamang's life sentence



stands. The High Court availed itself of its perogative to
extend the sentences of the co-conspirators. Angaibbak and
Deikme will now serve eight years, rather than seven. Ishak
Onawame, Esau Onawame, and Yairus Kiwak will now serve five
years, as opposed to eighteen months. Another
co-conspirator, Hardi Sugimol, died in Jakarta Police
Hospital from tuberculosis and AIDS-related complications
last December 1. The defendants' lawyers immediately
announced that they would appeal again to the Supreme Court.

2. (SBU) Prosecutors Anita Asterida and Fernando Siagian
briefed us on these developments on March 27. They told us
that, as expected, the defendants' attorneys unsuccessfully
challenged the original verdicts on procedural and political
grounds. They said that the appeal decision had been based
on a review of existing evidence and documents, and that no
public session had been held. The same would likely be true
of the appeal to the Supreme Court, although the court had
the option to hold a trial if new evidence were introduced.
They said they expected a Supreme Court ruling in about two
months' time. If the Supreme Court upholds the guilty
verdicts, the defendants have no further appeal options.
HEFFERN

http://wikileaks.org/plusd/cables/07JAKARTA897_a.html



# Exhibit 30



**Canonical ID:** 06JAKARTA12874_a
**Subject:** TIMIKA DEFENDANTS REFUSE TO RESPOND TO SENTENCING
             REQUEST
**From:** Indonesia Jakarta
**To:** Department of Justice, Federal Bureau of Investigation,
     National Security Council, Papua New Guinea Port Moresby, Secretary of
     State, The Association of Southeast Asian Nations, United States
     Pacific Command
**Original Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Current Classification:** UNCLASSIFIED, FOR OFFICIAL USE ONLY
**Previous Handling Restrictions:** -- Not Assigned --
**Archive Status:** -- Not Assigned --
**Type:** TE
**Locator:** TEXT ONLINE
**Reference(s):** -- N/A or Blank --
**Executive Order (E.O.):** -- Not Assigned --
**Markings:** -- Not Assigned --
**Enclosure:** -- Not Assigned --
**Concepts:** -- Not Assigned --
**TAGS:** Administration of Justice [KJUS]
Administration--Security [ASEC]
Consular Affairs--Assistance to Citizens [CASC]
Indonesia [ID]
Political Affairs--External Political Relations [PREL]
Political Affairs--Government; Internal Governmental Affairs [PGOV]
Political Affairs--Human Rights [PHUM]
**Office:** -- N/A or Blank --
**Document Character Count:** 2345
**Date:** 2006 October 31, 09:18 (Tuesday)

---

UNCLAS JAKARTA 012874


SIPDIS


SENSITIVE
SIPDIS


FBI FOR CTD/ITOS I, CTD/ITOS II, GOU
STATE FOR EAP/MTS, DS/DSS, DS/IP/DSS, DS/IP/EAP,
DS/EAP/ITA, AND CA/OCS/ACS


E.O. 12958: N/A
TAGS: PREL, PGOV, ASEC, CASC, KJUS, PHUM, ID
SUBJECT: TIMIKA DEFENDANTS REFUSE TO RESPOND TO SENTENCING
REQUEST


REF: JAKARTA 12544 (PROSECUTORS DELIVER SENTENCING


REQUEST)


1. (SBU) In an October 31 session lasting less than an hour,
the defendants charged in the 2002 murders of two Amcits near
Timika, Papua refused to respond to the sentencing requests



handed down by prosecutors on October 13 (reftel). Their
attorney, Johnson Penjaitan, attended the trial as a
spectator and did not speak on their behalf. Normally, the
defense should have delivered its closing arguments at this
stage. Refusing to take his place at the defense table,
defendant Anthonious Wamang repeated his complaints to the
judge about security in the detention facility and medical
treatment for co-defendant Hardi Sugimol. Prosecutors
responded that they would address the security concerns and
seek treatment for Sugimol in the police hospital. Wamang
refused the latter proposal, saying that Sugimol must be
released to his family in Papua for treatment using
traditional methods. Wamang said that he and the other
defendants would refuse to cooperate with the court until his
demands were met.

2. (SBU) The judge then adjourned the case until Tuesday,
November 7. She said that given the defendants' refusal to
cooperate, she would hand down the verdict at that time.

3. (SBU) About 60 Papuan protestors packed the courtroom and
attempted to disrupt the proceedings by yelling slogans
against the U.S., the PT Freeport Indonesia mining company,
and the Indonesian justice system. At one point the police
were on the verge of arresting three ringleaders, but then
backed down, apparently fearing that this would provoke the
crowd into outright violence.

4. (SBU) Comment: The defendants and their attorneys have
systematically refused to cooperate throughout the trial,
presumably in an attempt to build a later claim that they
were treated unfairly. The judge has shown consistent
patience with their obstructionist tactics and has given them
every opportunity to present their case. End Comment
HEFFERN

http://wikileaks.org/plusd/cables/06JAKARTA12874_a.html


# Exhibit 31




## Speeches



**John G. Raucci**
**Assistant Director, Human Resources Division**
**Federal Bureau of Investigation**

**Honorary Medals Ceremony FBI Headquarters**
**Washington, D.C.**

**March 27, 2009**

Good afternoon, I am John Raucci, Assistant Director of the Human Resources Division, and I will be your emcee for today's ceremony. I would like to welcome everyone to this very special event.

It is my honor to begin the presentation of Honorary Medals.

**FBI Star**

The FBI Star is awarded for serious injury sustained in the direct line of duty from physical confrontation with criminal adversaries, an injury inflicted by weapons, gunshot wounds inflicted in the line of duty, or an injury so severe that it would require substantial emergency room sutures, hospitalization or comprehensive medical treatment for a sustained period of time.

\*\*\*

We are proud to present the first medal of the day—the FBI Star—to Major Peter Norton of the British Army.

Major Norton is a bomb technician who was serving as the team leader for a Combined Explosive Exploitation Cell mission, with two FBI Special Agent Bomb Technicians.

On July 24, 2005, Major Norton, Special Agent Christopher Rigopoulos, and Special Agent Nicholas Boshears, among others, were called to a roadside bombing scene in which five American soldiers had been killed.

Upon arriving at the scene, Major Norton ordered his team to conduct searches around the immediate area. He had received information from an earlier briefing that several wires had been observed near the post-blast crater. He ordered his team to stay behind while he proceeded to the site to search for the wires in question and for any sign of a secondary device.

Shortly thereafter, Major Norton tripped a buried pressure switch and suffered severe injuries in the resulting blast. When his team members found him, he was conscious, but unaware of his serious injuries.

In the midst of his severe pain, his first words were to provide information about what he saw prior to the blast, and to warn his team of the pending dangers. When a U.S. Army Medic arrived on scene, he was visibly shaken by the Major's injuries, and it was the Major himself who kept the medic calm.

He told those on hand to call his wife and to assure her that he would be fine. He ensured that his weapons, ammunition, and tactical equipment were in the proper hands before he was evacuated. And throughout the entire ordeal, his primary concern was not for his own safety, but for the safety of his teammates.

His military bearing on the battlefield after such a traumatic injury is incredible. Major Norton's discipline saved the lives of his team.

Although Major Norton has already been honored by Queen Elizabeth with the George Cross, we are proud to present him with the FBI Star—an award no less significant in terms of our gratitude for his courage and his exemplary conduct.

\*\*\*

The next award, for the FBI Star, is presented to Supervisory Special Agents Bruce Bennett, Earl Camp, and Tricia Gibbs, and Special Agent Raymond Pitesky, for their actions related to a bombing attack in Islamabad, Pakistan, in March of 2008.

We also want to welcome a special guest joining us today—Detective Superintendent Keith Pearce, of the Metropolitan Police Service in London, England, who was eating dinner with these four individuals that night, when the attack took place.

Within a few weeks of the bombing attack, Director Mueller approved awarding the FBI Star to Detective Superintendent Pearce, and that medal was presented to him in London. He joins us today

not only to be recognized in person by those of us here in the room, but also to celebrate with his

### Recent Speeches

*05.25.16*   **Law Enforcement and the Communities We Serve: Tied Together in a Single Ga …**
James B. Comey, Director, Federal Bureau of Investigation, FBI/BCRI Annual Conference on Civil Rights, 16th Street Baptist Church, Birmingham, AL

*05.11.16*   **A Different Way to Be**
James B. Comey, Director, Federal Bureau of Investigation, Special Agent Memorial Service, FBI Headquarters, Washington, D.C.

*04.26.16*   **Privacy, Public Safety, and Security: How We Can Confront the Cyber Threat …**
James B. Comey, Director, Federal Bureau of Investigation, International Conference on Cyber Engagement, Georgetown University, Washington, D.C.

*04.06.16*   **Expectations of Privacy: Balancing Liberty, Security and Public Safety**
James B. Comey, Director, Federal Bureau of Investigation, Center for the Study of American Democracy Biennial Conference, Kenyon College, Gambier, OH

*12.21.15*   **The Darkest Night Brings the Brightest Stars: Lights of Love, Joy, Hope, a …**
James B. Comey, Director, Federal Bureau of Investigation, Commemoration of the Bombing of Pan Am Flight 103, Arlington National Cemetery, Arlington, VA

*12.16.15*   **Standing Together Against Terrorism and Fear: Tossed by the Waves but Neve …**
James B. Comey, Director, Federal Bureau of Investigation, NYPD SHIELD, New York, NY

*11.18.15*   **Confronting the Cyber Threat**
James B. Comey, Director, Federal Bureau of Investigation, Sixth Annual Financial Crimes and Cyber Security Symposium, Federal Reserve Bank, New York, NY

*10.28.15*   **Keeping Our Communities Safe Through Shared Perspectives, Information, and …**
James B. Comey, Director, Federal Bureau of Investigation, International Association of Chiefs of Police Conference, Chicago, IL

*10.23.15*   **Law Enforcement and the Communities We Serve: Bending the Lines Toward Saf …**
James B. Comey, Director, Federal Bureau of Investigation, University of Chicago Law School, Chicago, IL

*05.14.15*   **Strength and Honor: The Legacy of Those Left Behind**
James B. Comey, Director, Federal Bureau of Investigation, Concerns of Police Survivors Police Week Luncheon, Alexandria, VA

**More**

not only to be recognized in person by those of us here in the FBI, but also to celebrate with his colleagues as they receive their medals.

On March 15, 2008, attackers threw an explosive device onto the back patio of a restaurant in Islamabad known to be frequented by foreign nationals. Agents Pitesky, Bennett, Gibbs, and Camp were eating dinner there with their colleague Detective Superintendent Pearce. Each was seriously and permanently injured as a result of that attack.

We are grateful for their dedication and their courage. And we are proud to award the FBI Star to these individuals.

- Supervisory Special Agent Bruce Bennett
- Supervisory Special Agent Earl D. Camp
- Supervisory Special Agent Tricia A. Gibbs
- Detective Superintendent Keith Pearce
- Special Agent Raymond M. Pitesky

**FBI Medal for Meritorious Achievement**

The FBI Medal for Meritorious Achievement is awarded for extraordinary and exceptional meritorious service in a duty of extreme challenge and great responsibility, extraordinary and exceptional achievements in connection with criminal or national security cases, or a decisive, exemplary act that results in the protection or the direct saving of life in severe jeopardy in the line of duty.

\*\*\*

Next, we present Supervisory Special Agent Harold Bickmore with the FBI Medal for Meritorious Achievement for his heroic and selfless efforts to save the life of a 16-year-old girl.

On May 10, 2007, Mr. Bickmore came upon an accident on a major four-lane highway in a suburb of Boston. Mr. Bickmore, though off-duty at the time, stopped and identified himself to the small crowd gathered around the accident.

He noticed a young woman lying on the pavement. She did not appear to be breathing, and was bleeding from both her head and her mouth. Given the extent of her injuries, Mr. Bickmore feared she might be dead.

He took immediate action. He called 911 and asked for a life support trauma unit. He asked a bystander to get a towel from his car. Then, while holding the towel on her head to stop the flow of blood, and applying traction to her neck in case of a spinal injury, he administered CPR, in spite of the risk of possible infection from blood-borne pathogens. He rendered assistance in spite of the panic of those around him. Roughly one minute later, the young woman opened her eyes and began to breathe on her own.

At the hospital, several doctors and medical personnel told Mr. Bickmore that his quick actions saved this young woman from permanent brain damage and excessive blood loss.

Due to his quick thinking, his heroic actions, and his disregard for his own personal health and safety, we are proud to present Special Agent Bickmore with the FBI Medal for Meritorious Achievement.

\*\*\*

In 2006, Supervisory Special Agent John Dunn was on temporary duty assignment for the Counterterrorism Division in Iraq, working to disrupt and dismantle the al Qaeda network.

Given the sensitive work he was handling, we cannot divulge many details. But suffice it to say, Mr. Dunn placed himself in grave danger on numerous occasions while in Iraq. He examined the sites of several terrorist attacks, he collected highly valuable intelligence, and he interviewed numerous known and suspected terrorists.

All told, Mr. Dunn has participated in roughly 35 combat missions in extremely dangerous environments. And in each mission, Agent Dunn accomplished what was asked of him without hesitation or regard for his own personal safety. Time after time, he has exhibited superior investigative skills, strong tactical judgment, and an exceptional sense of duty, often in the face of enemy gunfire and enormous pressure.

For his bravery, his diligence, and his willingness to place himself in grave danger, we are proud to award Supervisory Special Agent Dunn with the FBI Medal for Meritorious Achievement.

\*\*\*

Earlier this morning, we honored Supervisory Special Agent Tricia Gibbs and her colleagues with the FBI Star in connection with their conduct during the bombing of a restaurant in Pakistan in March of last year. We would like to present Ms. Gibbs with a second medal—the FBI Medal for Meritorious Achievement, for her particular conduct during that attack.

As we noted earlier, Supervisory Special Agents Bruce Bennett, Earl Camp, and Special Agent Raymond Pitesky were eating dinner with Ms. Gibbs and their colleague Detective Superintendent Keith Pearce, when a bomb was thrown onto the restaurant's back patio.

In the midst of much confusion, fear, and mayhem, Ms. Gibbs helped her colleagues to safety outside of the building, in spite of the fact that she herself was seriously injured. She kept her cool in a time of great crisis, and in keeping with the storied tradition of the FBI, placed the safety of others before her own safety. Her courage under fire, quite literally, makes her deserving of the FBI Medal for Meritorious Achievement. We are proud to call her one of our own, and are proud to present her with this honor.

\*\*\*

Case 3:19-cv-04541-LB    Document 45-6    Filed 11/13/20    Page 391 of 410

In January of 2008, Special Agents Sean Burke, Jeffrey Dowdy, Michael Dupler, Daniel Gaston, Jason Kruger, Haejun Park, and Supervisory Special Agent Jeffrey Wood were stationed in Kabul, Afghanistan, as part of an FBI initiative to investigate and prevent suicide bombing attacks.

On the evening of January 14, 2008, two armed gunmen attacked a hotel in Kabul. The attackers threw hand grenades over the first gate and shot and killed one security guard. The first attacker then made his way into the courtyard of the hotel and detonated his suicide vest, killing himself and several other innocent victims.

The second attacker entered the hotel lobby and began randomly shooting people with an assault rifle. After roughly 20 minutes, he left the hotel and made his way to the pool to hide his weapon and his suicide vest and to make his escape.

Agents Burke, Dowdy, Dupler, Gaston, Kruger, Park, and Wood responded to the scene within minutes of the attack, and took the lead in clearing the hotel, room by room. They evacuated 39 hotel guests, including 20 U.S. citizens. Unbeknownst to them, the second attacker was still in the hotel at the start of the evacuation.

After the hotel was cleared, they conducted an extensive investigation of the crime scene, to include collecting physical evidence, taking detailed photographs, and reviewing hotel surveillance footage.

The day after the attack, they interviewed the second attacker, who had been captured by local security forces. The interview led to the identification of several high-ranking Afghan National Police Officers who conspired in the planning and execution of the attack.

Each of these individuals risked their own safety to neutralize a dangerous situation, to minimize the injury and risk to others, and to find those responsible for the attack.

We are proud to present the FBI Medal of Meritorious Achievement to Special Agents Burke, Dowdy, Dupler, Gaston, Kruger, Park, and Wood.

- Special Agent Sean J. Burke
- Special Agent Jeffrey W. Dowdy
- Special Agent Michael P. Dupler
- Special Agent Daniel A. Gaston had a prior commitment and could not attend
- Special Agent Jason P. Kruger
- Special Agent Haejun Park
- Supervisory Special Agent Jeffrey E. Wood, Jr.

**FBI Shield of Bravery**

The FBI Shield of Bravery is presented for brave and courageous acts occurring in the line of duty or within the scope of FBI employment which may extend to major assistance to a task force or undercover operation, grave situations, or crisis confrontations associated with the highest priority cases of the FBI.

\*\*\*

We are proud to present the Shield of Bravery to Supervisory Special Agent Nicholas Boshears, in recognition of an exceptional act of bravery while on assignment in Iraq. A few moments ago, you heard the story of Major Peter Norton. Like Major Norton, Mr. Boshears was assigned to a team that provided immediate analysis of improvised explosive devices. It was Mr. Boshears who first reached Major Norton after the blast that injured him.

Without a moment's hesitation, Mr. Boshears provided immediate first aid to stop his bleeding and prevent him from going into shock. He then moved Major Norton to safety to await a medical evacuation. As soon as Major Norton had been airlifted away, Mr. Boshears completed the mission with his team. It was only later that he learned his quick thinking and capable action saved Major Norton's life.

Mr. Boshears displayed extraordinary calm, compassion, and bravery in the face of tremendous adversity. He put the safety of his friend above his own safety without giving it a second thought. We are grateful for his example of selfless service and we are honored to present him with the Shield of Bravery.

\*\*\*

We are proud to present the Shield of Bravery to Special Agent Charles Davis, for his heroic actions while on assignment in Iraq in 2006. Unfortunately, many of the details of his actions are classified. However, we can tell you that Mr. Davis worked in support of the U.S. military to conduct sensitive searches, capture and interview insurgents, and recover weapons and other evidence.

He encountered enemy gunfire on a number of occasions—and that was just the start of what he faced every day of his mission. Most of us have never been to the front lines in a war zone. It is hard for us to imagine accepting the constant danger of bombs and firefights, or accept them as part of a day's work.

Mr. Davis did just that, walking into danger day after day in support of the FBI's mission. And despite facing enormous pressure and more than a few life-threatening situations, Mr. Davis consistently acted without regard to his own personal safety, and his actions saved lives.

Most of us will never fully know the scope of his heroic actions, but we are proud to recognize them, and we are honored to present Special Agent Davis with the Shield of Bravery.

\*\*\*

We are proud to present the Shield of Bravery to Supervisory Special Agent Christopher Rigopoulos for

We are proud to present the Shield of Bravery to Supervisory Special Agent Christopher Rigopoulos for his heroic actions while on assignment in Iraq.

Mr. Rigopoulos was assigned to the same team as Special Agent Boshears and Major Norton. Dealing with explosive devices was an everyday occurrence. But one day, he was part of a convoy dispatched to investigate a suicide attack. Within moments of leaving the gates, a bomb exploded 15 meters behind him, destroying the vehicle behind his.

He immediately turned his vehicle around to assist the soldier inside. He rushed toward the flames, using his body as a shield between the injured soldier and the smoldering vehicle. He pulled him to safety, performed first aid, and secured him in his own seat in his armored vehicle—sacrificing his own safe escape. He then raced back to the stricken crew and gave life-saving medical attention to another gravely injured officer. All the while, Mr. Rigopoulos used his body to shield his comrade from gunfire flying overhead.

About 15 minutes after the first explosion, another bomb exploded, but Mr. Rigopoulos refused to leave the wounded soldier until he was evacuated by helicopter. He then proceeded to complete the original mission, showing incredible calm and professionalism in the face of extreme danger.

We are thankful for his dedication, and we are proud to present Special Agent Rigopoulous with the Shield of Bravery.

***

We are proud to present the Shield of Bravery to Supervisory Special Agents Stephen J. Clark and William T. Francis, Jr., for their heroic actions while assigned to the FBI's Hostage Rescue Team in Iraq.

Again, most of the details of their actions are classified due to the highly sensitive nature of their missions. To put it broadly, Mr. Clark and Mr. Francis conducted raids on suspected target residences and encountered enemy gunfire as a matter of routine.

But such things are never routine. They involve tremendous pressure, the need to make life-and-death decisions in a split second, and the ability to push aside any thoughts of one's own personal safety. Mr. Clark and Mr. Francis, like all FBI personnel who have served in Iraq, truly know what it means to be on the front lines of war. They all went there willingly. They fought bravely. And they saved lives.

We are inspired by their example. We are grateful for their service. And we are proud to present them with the Shield of Bravery.

- Supervisory Special Agent Stephen J. Clark
- Supervisory Special Agent William T. Francis, Jr.

***

We are proud to present the next three Shields of Bravery to Special Agent Ronald Eowan, Senior, Regional Security Officer Earl Miller, from the State Department, and former Special Agent Paul Myers.

By way of background, in 2002 in Indonesia, 10 schoolteachers and a 6-year-old child were ambushed by 12 terrorists while returning home from a picnic. Two U.S. citizens and one Indonesian citizen were killed, and the surviving eight Americans were seriously wounded.

Mr. Eowan, Mr. Miller, and Mr. Myers investigated this case for almost four years. They overcame countless obstacles that arose from operating on foreign soil—from an unstable political situation to a harsh physical environment. They operated without the most basic tools required for modern investigations, including communications systems, secure facilities, even weapons.

And yet in 2006, they designed and executed a highly complex ruse that led to the arrests of the 12 terrorists—at tremendous personal risk. Their tenacity and bravery made possible a significant disruption to a terrorist group that had plagued Indonesia for decades.

We are fortunate to have such dedicated men on our side. And we are honored to present these men with the Shield of Bravery.

- Special Agent Ronald C. Eowan, Sr.
- Regional Security Officer Earl R. Miller from the Department of State
- Former Special Agent Paul R. Myers who could not be with us today.

***

We are proud to present the Shield of Bravery to a group of 14 individuals who were involved in a standoff and shootout with a dangerous felon who had threatened to walk up to the Capitol and shoot police. The team attempted to serve a search warrant on the subject, but as they entered his residence, the subject began shooting. The team adjusted their positions and strategy, but as the hours went by and the subject continued firing upon them, it became clear he would not communicate with them except by gunfire.

In the midst of this crisis, the team safely evacuated the residents of the adjacent apartments, including a family with two small children. Eventually, the team re-entered the apartment to arrest the subject, who continued to shoot at them until he was killed by return fire.

All of these individuals voluntarily risked their safety and their lives. Instead of turning away, many of them repeatedly stepped into the path of bullets. And those who were not under direct fire were directly supporting the operation, whether by developing tactical plans, conducting hostage negotiations, or shielding and covering the assault team. Each of these individuals displayed tremendous professionalism and bravery.

We are grateful for their willingness to step into harm's way to protect all of us. And we are proud to

We are grateful for their willingness to step into harm's way to protect all of us. And we are proud to present each of them with the Shield of Bravery.

- Special Agent Steven J. Binney,
- Special Agent David L. Bonney,
- Special Agent G. Joseph Bradley, III,
- Special Agent Jeffrey Cisar,
- Captain Mark E. Gibbons of the Maryland State Police,
- Special Agent Thomas E. Huegerich,
- Special Agent Christopher Mayfield,
- Special Agent Paul V. Miller,
- Special Agent Kevin P. Murray—Kevin is deployed. Accepting on his behalf is his father, former Supervisory Special Agent Dennis P. Murray who was also a recipient of the Shield of Bravery.
- Special Agent Joe Pientka III,
- Supervisory Special Agent Michael E. Saltz,
- Special Agent Jae B. Shim,
- Special Agent Robert B. Tucker, and
- Special Agent Kevin Vorndran

**FBI Medal of Valor**

The FBI Medal of Valor is presented in recognition of an exceptional act of heroism or voluntary risk of personal safety and life, and this act must have occurred in the direct line of duty or within the scope of FBI employment and in the face of criminal adversaries.

\*\*\*

We are truly honored to present the first Medal of Valor to Special Agent Robert Merta. Mr. Merta, this medal is long overdue, but we assure you, your heroic actions have not been overlooked.

Back in 1989, Mr. Merta was assigned to investigate a dangerous fugitive who had been on the lam for years after a violent escape from prison. He and three other agents successfully located the subject, who drew a gun on them when they attempted to arrest him. The second Mr. Merta saw the subject reach for his gun, he tackled him in an attempt to disarm him. He was grazed by a bullet as the subject exchanged fire with the agents. He returned fire, and the subject later died from his wounds.

Mr. Merta did exactly what he had been trained to do. There was no time to stop and think. Mr. Merta immediately understood the danger the subject posed to his colleagues. He acted with tremendous courage, and his actions prevented his fellow agents from grave harm.

Mr. Merta, though much time has passed since that day, your actions are no less heroic. We are thankful for your sacrifice and your service. And we are proud to present you with the FBI's highest honor, the Medal of Valor.

\*\*\*

A few moments ago, I described the heroic actions of Special Agent Christopher Rigopoulos, who physically shielded soldiers who had been gravely injured when a bomb exploded in the midst of their convoy. While ammunition exploded overhead, he brought them to safety and literally saved their lives, at great risk to his own life. Mr. Rigopoulos also participated in the rescue of Major Peter Norton.

To him, such incidents were all in a day's work. To us, they are extraordinary acts of valor. And as such, we would like to recognize Mr. Rigopoulos once again, this time presenting him with the Medal of Valor.

\*\*\*

Finally, we would also like to recognize Supervisory Special Agents Stephen Clark and William Francis, Jr., a second time. Unfortunately, due to the sensitive nature of their missions while serving in Iraq, we still can't disclose many details of their actions.

Most people will never know the lengths to which these men were willing to go in service to the FBI and to the American people. Every day was a different battle against determined adversaries. Every day brought with it the risk they would not live to see another one.

Yet day after day, they put aside their own safety and put their lives on the line. Time after time, they went to some of the most dangerous places imaginable and saw some of the darkest things. They did so with professionalism, commitment, grit, and above all, valor.

We are honored to have them as our colleagues. And we are proud to recognize each of them again, with the Medal of Valor.

- Supervisory Special Agent Stephen J. Clark
- Supervisory Special Agent William T. Francis, Jr.

**FBI Memorial Star**

As we close this year's ceremony, I would like to recognize two fallen agents that received the FBI Memorial Star; Special Agent Samuel S. Hicks, killed in the line of duty on November 19, 2008 and Special Agent Paul M. Sorce who died as a result of an auto accident in the line of duty on March 9, 2009.

\*\*\*

That concludes our ceremony for today. Please join us once again in the Webster Room. Thank you for

That concludes our ceremony for today. Please join us once again in the Webster Room. Thank you for coming, we hope you enjoyed the day.

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close

# Exhibit 32

Case 3:19-cv-04541-LB   Document 45-6   Filed 11/13/20   Page 396 of 410

# The New York Times

# F.B.I. Casts Wide Net Under Relaxed Rules for Terror Inquiries, Data Show

**By Charlie Savage**

March 26, 2011

WASHINGTON — Within months after the Bush administration relaxed limits on domestic-intelligence gathering in late 2008, the F.B.I. assessed thousands of people and groups in search of evidence that they might be criminals or terrorists, a newly disclosed Justice Department document shows.

In a vast majority of those cases, F.B.I. agents did not find suspicious information that could justify more intensive investigations. The New York Times obtained the data, which the F.B.I. had tried to keep secret, after filing a lawsuit under the Freedom of Information Act.

The document, which covers the four months from December 2008 to March 2009, says the F.B.I. initiated 11,667 "assessments" of people and groups. Of those, 8,605 were completed. And based on the information developed in those low-level inquiries, agents opened 427 more intensive investigations, it says.

The statistics shed new light on the F.B.I.'s activities in the post-Sept. 11 era, as the bureau's focus has shifted from investigating crimes to trying to detect and disrupt potential criminal and terrorist activity.

It is not clear, though, whether any charges resulted from the inquiries. And because the F.B.I. provided no comparable figures for a period before the rules change, it is impossible to determine whether the numbers represent an increase in investigations.

Still, privacy advocates contend that the large number of assessments that turned up no sign of wrongdoing show that the rules adopted by the Bush administration have created too low a threshold for starting an inquiry. Attorney General Eric H. Holder Jr. has left those rules in place.

Michael German, a former F.B.I. agent who is now a policy counsel for the American Civil Liberties Union, argued that the volume of fruitless assessments showed that the Obama administration should tighten the rules.



Attorney General Eric H. Holder Jr., has not changed policies on F.B.I. investigation rules that were relaxed by the Bush administration in 2008.  Mark Wilson/Getty Images

"These are investigations against completely innocent people that are now bound up within the F.B.I.'s intelligence system forever," Mr. German said. "Is that the best way for the F.B.I. to use its resources?"

But Valerie E. Caproni, the bureau's general counsel, said the numbers showed that agents were running down any hint of a potential problem — including vigilantly checking out potential leads that might have been ignored before the Sept. 11 attacks.

"Recognize that the F.B.I.'s policy — that I think the American people would support — is that any terrorism lead has to be followed up," Ms. Caproni said. "That means, on a practical level, that things that 10 years ago might just have been ignored now have to be followed up."

F.B.I. investigations are controlled by guidelines first put in place by Attorney General Edward H. Levi during the Ford administration, after the disclosure that the bureau had engaged in illegal domestic spying for decades. After the Sept. 11 attacks, those rules were loosened by Attorney General John Ashcroft and then again by Attorney General Michael B. Mukasey.

Some Democrats and civil liberties groups protested the Mukasey guidelines, contending that the new rules could open the door to racial or religious profiling and to fishing expeditions against Americans.

In 2006, The New York Times reported that the National Security Agency had each month been flooding the bureau with thousands of names, phone numbers and e-mail addresses that its surveillance and data-mining programs had deemed suspicious. But frustrated agents found that virtually all of the tips led to dead ends or innocent Americans.

When the Mukasey guidelines went into effect in December 2008, they allowed the F.B.I. to use a new category of investigation called an "assessment." It permits an agent, "proactively or based on investigative leads," to scrutinize a person or a group for signs of a criminal or national security threat, according to the F.B.I. manual.

The manual also says agents need "no particular factual predication" about a target to open an assessment, although the basis "cannot be arbitrary or groundless speculation." And in selecting subjects for such scrutiny, agents are allowed to use ethnicity, religion or speech protected by the First Amendment as a factor — as long

as it is not the only one.

An assessment is less intensive than a more traditional "preliminary" inquiry or a "full" investigation, which requires greater reason to suspect wrongdoing but also allows agents to use more intrusive information-gathering techniques, like wiretapping.

John Ashcroft, an attorney general in the Bush administration, loosened F.B.I. rules after the Sept. 11 attacks.
Alex Wong/Getty Images

Still, in conducting an assessment, agents are allowed to use other techniques — searching databases, interviewing the subjects or people who know them, sending confidential informers to infiltrate an organization, attending a public meeting like a political rally or a religious service, and following and photographing people in public places.

In March 2009, Russ Feingold, then a Democratic senator from Wisconsin, asked the F.B.I. how many assessments it had initiated under the new guidelines and how many regular investigations had been opened based on information developed by those assessments.

In November 2010, the Justice Department sent a classified letter to the Senate Judiciary Committee answering Mr. Feingold's question. This month, it provided an uncensored copy of the same answer to The Times as a result of its Freedom of Information Act lawsuit.

F.B.I. officials said in an interview that the statistics represented a snapshot as of late March 2009, so the 11,667 assessment files were generated over a roughly four-month period. But they said they believed that agents had continued to open assessments at roughly the same pace since then.

Some aspects of the statistics are hazy, officials cautioned.

For example, even before the December 2008 changes, the bureau routinely followed up on low-grade tips and leads under different rules. But that activity was not formally tracked as an "assessment" that could be easily counted and compared.

F.B.I. officials also said about 30 percent of the 11,667 assessments were just vague tips — like a report of a suspicious car that included no license plate number. Such tips are entered into its computer system even if there is no way to follow up on them.

Finally, they said, it is impossible to know precisely how many assessments turned up suspicious facts. A single assessment may have spun off more than one higher investigation, and some agents may have neglected to record when such an investigation started as an assessment.

Ms. Caproni also said that even though the F.B.I. manual says agents can open assessments "proactively," they still must always have a valid reason — like a tip that is not solid enough to justify a more intensive level of investigation but should still be checked out.

But Mr. German, of the A.C.L.U., said that allowing agents to initiate investigations without a factual basis "seems ripe for abuse." He added, "What they should be doing is working within stricter guidelines that help them focus on real threats rather than spending time chasing shadows."

# Exhibit 33

# The Intercept_

# BASED ON A VAGUE TIP, THE FEDS CAN SURVEIL ANYONE

Low-level "assessments" allow the FBI to follow people with planes, examine travel records, and run subjects' names through the CIA and NSA.

Photo: Nina Berman/NOOR/Redux



**Cora Currier**
January 31 2017, 4:11 a.m.

## The FBI's Secret Rules

President Trump has inherited a vast domestic intelligence agency with extraordinary secret powers. A cache of documents offers a rare window into the FBI's quiet expansion since 9/11.

At its lowest level of investigative activity, on the basis of vague tips or broad intelligence interests, the FBI can follow people with airplanes, examine travel records, and analyze links between email, phone, and other records collected by intelligence agencies.

Two large FBI manuals obtained by The Intercept, one of which is classified, offer previously unreleased information about just how powerful an intelligence apparatus the FBI draws on even for low-level checks, known as "assessments."

Assessments allow agents to look into tips or leads that don't meet the standard for opening an investigation, which requires specific information or allegations of wrongdoing — an "articulable factual basis" for suspicion, as FBI rules put it. In an assessment, by contrast, an agent just needs to give an "authorized purpose" for their actions. Agents can open assessments "proactively," in order to evaluate potential informants, collect intelligence about threats surrounding public events, study a field office's geographical area, or gather information about a general phenomenon of interest to the bureau.

When assessments were made an official category in the last months of the George W. Bush administration, civil liberties advocates warned that the change eroded limits imposed on the bureau after the abuses of J. Edgar Hoover's FBI came to light in congressional investigations in the 1970s. Those limits set high standards for the FBI's investigations, requiring them to be tied to evidence of wrongdoing and adding layers of oversight. Advocates now say that the standard for opening an assessment is just too low, allowing for enormous amounts of information to be collected and retained even when nothing turns up.

The FBI counters that assessments offer a common-sense, expeditious means of handling tips and doing due diligence on potential threats. The bureau maintains that assessments are still subject to oversight

and are usually quickly closed if they don't meet the threshold for a more intensive investigation.

The Intercept is publishing in full for the very first time the Domestic Investigations and Operations Guide, or DIOG, which governs FBI operations. The DIOG's rules for assessments, which were previously released with significant redactions, make clear that the FBI can follow up on a tip or complaint by probing government records and conducting interviews. The bureau need not necessarily keep a record of this search. But if agents decide to dig deeper by opening an assessment, they are allowed to have informants collect information, and they can also physically surveil the subject – including by airplane. In some cases, they can issue grand jury subpoenas. If the purpose of an assessment is to evaluate someone as a potential informant, agents can give polygraph tests, dig through trash, and use fake identities in the course of their research.

When an assessment is linked to counterterrorism, agents are required to address a sort of checklist of questions called the "baseline collection plan." The American Civil Liberties Union obtained the 2009 baseline collection questions through a public records request several years ago. The Intercept has now obtained an unredacted version of the FBI's Counterterrorism Policy Guide, which reveals new details about baseline collection and the resources the FBI uses to carry it out.

According to this guide, as part of baseline collection, the FBI avails itself of an array of sophisticated databases and analytical tools. These include "Clearwater" and "Polaris," tools that are used to analyze links between email, phone, and other records collected by government agencies through various programs, and about which little has been publicly acknowledged. The policy guide directs agents to query the subject's telephone numbers in those and other systems, including the FBI's Telephone Application, used to analyze phone records; the Investigative

Data Warehouse, which as of 2008 contained some 1 billion unique records and has been described as the FBI's Google; the Data Warehouse System, which collates many FBI investigative records; and the Data Loading and Analysis System, which holds files from digital media seized by the FBI, including cellphones, computers, CDs, and the like.

The FBI also traces the subject's travel history through Department of State visa and passport records, a Customs and Border Protection database, and data held by a private company called the Airlines Reporting Corporation, which manages itineraries for airlines and travel agencies. In 2009, Wired reported that the FBI was seeking access to ARC's full database, which would include billions of travel records showing the data printed on the front of an airplane ticket and the method of payment used. ARC told Wired at the time that it only released records in response to a legal order such as a national security letter or subpoena, and that such demands had so far resulted in 17,000 records being turned over. It is unclear from the policy guide what sort of access the FBI now has to ARC, or whether it is checking previously obtained documents. ARC declined to comment.

Agents running assessments can further check the databases of the Financial Crimes Enforcement Network in the Department of the Treasury. They can ask for information on gun purchases from the relevant local bureau of Alcohol, Tobacco, Firearms and Explosives. They can run subjects' names through the National Counterterrorism Center, and even through the CIA and NSA.

An unclassified October 2013 communiqué from the FBI's counterterrorism division also suggests searching a classified terror watchlist, an FBI internet data-mining tool called Base Jumper, DMV files of driver's license photos, and state-level business filings. The communiqué also lists open source resources, including social media sites, "web crawlers/deep

web engines/social media searchers," and photo websites like Flickr, Picasa, and Shutterfly.

The document adds that "in addition to queries of databases/resources and interviews, careful consideration should also be given to utilizing other investigative methods authorized in Assessments, such as [confidential human source] tasking and physical surveillance, when appropriate."

The FBI, through a spokesperson, said that assessments were limited in scope and subject to rigorous oversight: "Regular file reviews, which include a review of whether or not the assessment should be closed or should continue for another 60- or 90-day period, as well as realistic resource constraints provide the necessary safeguards to ensure that individuals are not subject to long-term surveillance," said an FBI spokesperson.

Yet, critics note that it appears the data collected can be retained for decades and queried for years, even when it does not lead to an investigation. The FBI would not clarify the precise limits on how long it can keep assessment data.

"Everyone should know that the FBI claims the authority to use extremely intrusive methods to investigate people without any factual basis to suspect that they have engaged in actual wrongdoing," said Hina Shamsi, director of the National Security Project at the ACLU. Those methods "can reveal intimate information about how people live their lives," she said, adding, "This is an ineffective authority because it clogs up the system with baseless investigations, and it is a dangerous authority because it has been abused to spy on innocent people exercising their First Amendment rights to protest, worship, and engage in political advocacy."



Workers at the FBI's Criminal Justice Information Services Division headquarters, in the hills of West Virginia near Clarksburg, analyze data to help track criminals in 2003. Photo: Nina Berman/NOOR/Redux

Despite initial condemnation from civil liberties groups, in the years since assessments were instituted, they have received relatively little attention — except when the FBI is criticized for *not* having caught in an assessment someone who went on to carry out an attack.

The DIOG specifies that an assessment can't be opened on the basis of "arbitrary or groundless speculation," and the agent is supposed to be able to articulate why the assessment isn't "frivolous or improper." Assessments are also not supposed to be based "solely" on First Amendment-protected activities, or on the target's race, religion, or ethnicity — although such characteristics can be taken into account. The Counterterrorism Policy Guide indicates that an assessment isn't enough to place someone on the terror watchlist.

The examples of assessments given in the DIOG — blacked out in the versions that have been made public previously — show how FBI agents are expected to understand these boundaries.

In one example, if an FBI agent gets a tip that men of Middle Eastern descent rented a boat and asked the marina owner to circle military installations and nuclear power plants on a map, he can open an assessment and look into the men's backgrounds. The example emphasizes that "the men's national origin is not the motivating factor for the assessment" — unless other information suggests it is relevant, "for example, if existing intelligence reporting suggested that Al Qaeda was planning an attack using boats." In another example, the FBI describes an assessment asking whether a public event — such as an auto show — could draw national security threats.

According to the DIOG, some assessments can take whole neighborhoods into their sights, with agents collecting information on the "composition of the community, the different ethnic groups, religious affiliations, community interests and dynamics, businesses, etc. for analysis and planning." This kind of assessment could involve checking public, commercial, and governmental data, including visa information, and the FBI field office could "store, analyze, map, and share the information." Such practices have stoked controversy, particularly among civil liberties and Muslim groups, who protest that such assessments risk tarring whole communities with criminal associations.

According to the last available figures, obtained by the New York Times, the FBI opened more than 82,000 assessments between 2009 and 2011. Most of them were closed without developing into investigations. Critics seized on these numbers as evidence that the FBI was casting too wide a net. But the FBI protested that the opposite was true: Assessments allowed agents to be more discriminating, the FBI maintained, and to open fewer preliminary investigations, which are even more invasive.

Between the 2008 and 2011 versions of the DIOG, the rules on assessments actually got more permissive, granting agents more flexibility in using surveillance teams, for example, and allowing them to run checks in commercial and law enforcement databases without formally opening assessments.

"There's been a lot of morphing on assessments," Jeff Danik, a former FBI agent who worked on counterterrorism, told The Intercept. "At first it was very cut and dry when it says, 'We can't do this.' Now it's more, 'We're not going to go against what it says, we're just going to get the approvals, which are going to be given pretty freely.' It's kind of found its own middle ground. They didn't take the rules away, but they made it a little easier to go forward."

There is no time limit on how long an assessment can last, though the FBI stressed that supervisors must periodically review the basis for keeping it open. Danik said there was often pressure to either "convert it to an investigation or get it closed."

Assessments have mostly come to the public's attention after domestic terror attacks, when the bureau gets criticized for not having caught perpetrators beforehand. After last year's bombings in New Jersey and New York, for example, the public learned that the suspect had been scrutinized in an assessment. Yet nothing had turned up that warned of his future violence or warranted either an investigation or an arrest.

According to some critics, assessments offer a worst-of-both-worlds solution, in which agents pursue every lead, generating overwhelming caseloads, even while the bureau is unfairly blamed for not having followed up beyond what it was legally allowed to do.

Top photo: Workers at the FBI's Criminal Justice Information Services Division headquarters, pictured in 2003 in West Virginia, have access to the largest repository of fingerprints in the world.

**WAIT! BEFORE YOU GO** on about your day, ask yourself: How likely is it that the read would have been produced by a different news outlet if The Intercept hadn't

As the pandemic worsens, it's not just the virus itself that threatens human life. T cronyism, and incompetence of those in power is adding fuel to the fire. The publ know more than just case counts and death tolls, which is why our reporters are d break stories on corporate profiteering and political jockeying that undermine pu

The kind of reporting we do is essential to democracy, but it is not easy, cheap, or Intercept is an independent nonprofit news outlet. We don't have ads, so we depe members — 55,000 and counting — to help us hold the powerful to account. Joini doesn't need to cost a lot: You can become a sustaining member for as little as $3 That's all it takes to support the journalism you rely on.

**Become a Member →**

## LATEST STORIES

### Georgia Senator Dismisses Climate Change While Enjoying Protected Beachfront Mansion

Sharon Lerner — 4:00 a.m.

Facing runoff, Sen. David Perdue says climate change is a hoax, but his beach community is sure worried about rising sea levels.

### Election 2020
### The Election Is Exposing the Cracks Within Georgia's Republican Party

George Chidi — Nov. 11

Georgia Republicans find themselves choosing sides between the

administrators of a government that they control and a president they do not.

## Democratic Officials Lied About Role in Alex Morse Smear, Internal Report Finds

Eoin Higgins, Daniel Boguslaw — Nov. 11

A Democratic attorney urged students to leak vague allegations against Morse to Politico, the students told an internal party investigator