| | |
|---|---|
| D. Victoria Baranetsky (SBN 311892)<br>THE CENTER FOR INVESTIGATIVE REPORTING<br>1400 65th St., Suite 200<br>Emeryville, CA 94608<br>Telephone: (510) 809-3160<br>Fax: (510) 849-6141<br>vbaranetsky@revealnews.org<br><br>Attorney for Plaintiffs | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br>SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division<br>JEVECHIUS D. BERNARDONI (CABN 281982)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7164<br>FAX: (415) 436-7234<br>Jevechuius.bernardoni@usdoj.gov<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>Defendant. | Case No. 3:19-cv-04541-LB<br><br>**SECOND STIPULATION TO MODIFY THE SUMMARY JUDGMENT BRIEFING PLAN AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-2, and subject to the Court's approval, Plaintiff and Defendant (collectively the "Parties") jointly stipulate to modify the summary judgment briefing plan entered by the Court at Dkt. No. 44. This modification to the summary judgment briefing plan, if granted, will not impact any other dates set by the Court, other than those related to summary judgment briefing. *See* Dkt. No. 44.

This request is made only to address scheduling issues as a result of the Thanksgiving holiday, and not for any improper delay. Accordingly, the Parties jointly stipulate to the following revised schedule:

| Revised Stipulated Briefing Plan | |
|---|---|
| Event[1] | Deadline |
| Defendant's Cross Opposition and Reply | Thursday, December 3, 2020 |
| Plaintiff's Reply | Friday, December 11, 2020[2] |
| Hearing Date | Thursday, January 14, 2021 |

DATED: November 25, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendant

DATED: November 25, 2020

Respectfully submitted,

/s/ D. Victoria Baranetsky
D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE
  REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

---

[1] Defendant's Opening Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment and Opposition are not included here because those briefs have already been filed. *See* Dkt. Nos. 42 and 45.

[2] At this point, the Parties do not seek to alter Plaintiff's reply deadline.  However, the Parties will likely stipulate to a slight modification to Plaintiff's reply deadline once Plaintiff has had a chance to confer internally following the Thanksgiving holiday.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

DATE: November 27, 2020

_____
The Honorable Laurel Beeler
United States Magistrate Judge

SECOND STIP. TO MODIFY MSJ BRIEFING PLAN
CASE NO. 3:19-CV-04541-LB         1