D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiff

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281982)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
FAX: (415) 436-7234
Jevechuius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>        Defendant. | Case No. 3:19-cv-04541-LB<br><br>**JOINT STIPULATION TO MODIFY THE SUMMARY JUDGMENT CALENDAR, AND [~~PROPOSED~~] ORDER** |

Pursuant to this Court's Order dated January 13, 2021, Dkt. No. 53, Plaintiff The Center For Investigative Reporting ("Plaintiff") and Defendant Federal Bureau of Investigation ("Defendant") respectfully submit the Stipulated Proposed Schedule.

Following the Court's order of January 13, 2021, the parties met and conferred regarding the submission of supplemental exhibits and a new hearing date for cross-motions for summary judgment. The parties stipulate to and jointly propose as follows:

1. The hearing on the cross-motions for summary judgment currently set for January 14, 2020 shall be vacated;

2. By January 21, 2021, Plaintiff will file a translated version of the Indonesian police file

1  (barring any issues that may arise with translation) on the Court's docket; and

2  3. By January 28, 2021, Plaintiff and Defendant will file with the Court a status report that will include (1) a proposed hearing date for cross-motions for summary judgment and (2) to the extent necessary, a brief (not to exceed two pages per party) statement of the parties' legal positions on the impact of the Indonesian police file.  However, given that the submission of the Indonesian police file likely will not impact the parties' legal positions, the parties currently anticipate that the hearing date should occur within two weeks of January 28, 2021.

DATED: January 13, 2021              Respectfully submitted,

                                     DAVID L. ANDERSON
                                     United States Attorney

                                     /s/ Jevechius D. Bernardoni
                                     JEVECHIUS D. BERNARDONI
                                     Assistant United States Attorney
                                     Attorneys for Defendant


DATED: January 13, 2021              THE CENTER FOR INVESTIGATIVE
                                     REPORTING

                                     D. Victoria Baranetsky*
                                     D. VICTORIA BARANETSKY

                                     Attorneys for Plaintiffs

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 13, 2021

_____
HON. LAUREL BEELER
United States Magistrate Judge